UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE THOMAS, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CRICKET WIRELESS LLC,<br><br>    Defendant. | No. C 19-07270 WHA<br><br>**ORDER RE CIVIL LAW & MOTION HEARINGS DUE TO PUBLIC HEALTH CONCERN** |

In light of the public health concern caused by COVID-19 (coronavirus), Judge Alsup has vacated all in-court civil hearings through April 17. All case management conferences will be conducted via telephone at the same date and time as previously scheduled. The courtroom deputy will contact the parties directly with instructions for teleconference access. For the time being, the pending motion to dismiss will be submitted on the papers. Should the Court determine that oral argument will aid resolution of the motion, by **MARCH 24 AT 5:00 P.M.**, it will issue a notice resetting the hearing for the same time as the case management conference.

**IT IS SO ORDERED.**

Dated: March 20, 2020.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE