**CONSUMER LAW PRACTICE OF DANIEL T. LEBEL**
Daniel T. LeBel, CA Bar #246169
P.O. Box 720286
San Francisco, CA  94172
Tel. 415-513-1414
Fax 877-563-7848
danlebel@consumerlawpractice.com

**WADDELL LAW FIRM LLC**
A. Scott Waddell (*pro hac vice*)
2600 Grand Blvd., Suite 580
Kansas City, MO  64108
Tel: 816-914-5365
Fax: 816-817-8500
scott@aswlawfirm.com

**BELL LAW, LLC**
Bryce B. Bell (*pro hac vice*)
Mark W. Schmitz (*pro hac vice*)
Andrew R. Taylor (*pro hac vice* pending)
2600 Grand Blvd., Suite 580
Kansas City, MO  64108
Tel: 816-886-8206
Fax: 816-817-8500
Bryce@BellLawKC.com
MS@BellLawKC.com
AT@ BellLawKC.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE THOMAS, et al., | Case No.: 3:19-cv-07270-WHA |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE OF PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CRICKET WIRELESS, LLC.** |
| CRICKET WIRELESS, LLC, | |
| Defendants. | |

1

CERTIFICATE OF SERVICE OF PLAINTIFFS' FIRST REQUESTS FOR
PRODUCTION OF DOCUMENTS TO CRICKET WIRELESS, LLC
CASE NO. 3:19-CV-7270-WHA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 23, 2020, Plaintiffs' First Requests for Production of Documents to Defendant Cricket Wireless, LLC was served in a WORD and PDF format, along with a PDF copy of Exhibit A thereto, via email addressed to Archis A. Parasharami (aparasharami@mayerbrown.com), Brantley Webb (bwebb@mayerbrown.com), Matthew D. Ingber (mingber@mayerbrown.com), and Daniel E. Jones (djones@mayerbrown.com).

Dated: April 23, 2020

Respectfully submitted,

*/s/ Mark W. Schmitz*
Mark W. Schmitz (*pro hac vice*)
Bell Law, LLC
2600 Grand Blvd., Suite 580
Kansas City, MO 64108
T: 816-886-8206
F: 816-817-8500
MS@BellLawKC.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that, on April 23, 2020, I electronically filed the foregoing document with the United States District Court for the Northern District of California using the CM/ECF e-filing system, with notice of case activity generated and sent to counsel of record.

*/s/ Mark W. Schmitz*

2

CERTIFICATE OF SERVICE OF PLAINTIFFS' FIRST REQUESTS FOR
PRODUCTION OF DOCUMENTS TO CRICKET WIRELESS, LLC
CASE NO. 3:19-CV-7270-WHA