MAYER BROWN LLP
Archis A. Parasharami (State Bar No. 321661)
1999 K Street NW
Washington, DC 20006
Telephone:      +1.202.263.3000
Facsimile:      +1.202.263.3300
Email:      *aparasharami@mayerbrown.com*

Matthew D. Ingber (*pro hac vice application pending*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:      +1.212.506.2373
Facsimile:      +1.212.849.5973
Email:      *mingber@mayerbrown.com*

Attorneys for Defendant
CRICKET WIRELESS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE THOMAS, JERMAINE MILLER, JAMIE POSTPICHAL, RONALD ELLISON, SARAH WATERS, KAMILAH RIDDICK, FELICIA REDDICK, TIARA CROMWELL, LYSHA ENCARNACION, LANI HALE, MELIZZA WEAVER, ALFREDO SANCHEZ, and CLARISSA KELLY, individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>Defendant. | Case No. 3:19-cv-07270-WHA<br><br>**DECLARATION OF NICOLE E. GARCIA IN SUPPORT OF CRICKET WIRELESS, LLC'S MOTION TO COMPEL ARBITRATION** |

I, Nicole E. Garcia, hereby declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness I could and would testify competently as to their truth.

2. I am employed by Cricket Wireless as an RTE/Portfolio Manager, Senior Business Management.

3. In that position, I am familiar with the Terms and Conditions of Service under which Cricket provides wireless service to its subscribers ("Cricket Terms").

4. I am also familiar with the manner in which the records pertaining to customers' accounts are stored in the regular and ordinary course of business and may be retrieved.

5. The Cricket Terms are always available for review on Cricket's website at https://www.cricketwireless.com/terms.

6. As explained on its website, https://www.cricketwireless.com/legal-info/dispute-resolution-by-binding-arbitration.html, Cricket "will abide by the terms of its current arbitration provision in all instances." A copy of the web page reflecting this policy is attached as Exhibit 1.

7. Attached as Exhibit 2 is a true and correct copy of the current Cricket Terms displayed on Cricket's web site, https://www.cricketwireless.com/terms.

8. I understand that, according to the allegations in the Amended Complaint, in 2012, Plaintiff Jermaine Thomas activated a Samsung Galaxy S3 cell phone when obtaining Cricket wireless service.

9. As a matter of Cricket's routine business practices and policies, at the time Thomas alleges that he purchased and activated his Samsung Galaxy S3, those devices were

sold to Cricket customers encased in a box, and the outside of the box referred the customer to the Cricket Terms.

10.   Attached as Exhibit 3 is a true and correct copy of the top outside cover of the type of box in which the Samsung Galaxy S3 device was encased at the time when Thomas alleges that he purchased his phone.

11.   Attached as Exhibit 4 is a true and correct copy of the bottom outside cover of the type of box in which the Samsung Galaxy S3 device was encased at the time when Thomas alleges that he purchased his phone.

12.   Attached as Exhibit 5 is a true and correct copy of the Quick Start Guide containing the Cricket Terms that were enclosed inside the box at the time when Thomas alleges that he purchased his phone.

13.   A copy of the Cricket Terms as they would have appeared on Cricket's website at the time when Thomas alleges that he purchased his phone is attached as Exhibit 6.

14.   I am familiar with Cricket's records pertaining to those Cricket customers who received text messages about the Cricket Terms.

15.   I have reviewed the results of a search of those records conducted in November 2016, when Thomas filed a previous lawsuit.

16.   On May 22, 2014, Thomas received two text messages, each of which read: "See Cricket's updated Terms and Conditions of Service, which includes your agreement to dispute resolution through binding individual arbitration instead of jury trials or class actions at http://mycrk.it/1kmlTEn."

17.   According to Cricket's records, Thomas continued to accept and pay for his Cricket service after May 22, 2014.

1

18.      According to Cricket's records, in July 2015, Thomas discontinued receiving service

2

from Cricket's network.

3

4

I declare under penalty of perjury of the laws of the United States that the foregoing is true and

5

6

correct.

7

8

Executed at <u>Atlanta, GA</u> on <u>May 4,</u> 2020.

9

10

_____

11

Nicole E. Garcia

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NICOLE E. GARCIA,
CASE NO. 3:19-CV-07270-WHA