**WAGSTAFF & CARTMELL LLP**
Austin Brane, CA Bar #286227
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100
Fax (816) 531-2372
abrane@wcllp.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **JERMAINE THOMAS, JERMAINE MILLER, JAMIE POSTPICHAL, RONALD ELLISON, SARAH WATERS, KAMILAH RIDDICK, FELICIA REDDICK, TIARA CROMWELL, LYSHA ENCARNACION, LANI HALE, MELIZZA WEAVER, ALFREDO SANCHEZ, and CLARISSA KELLY,** individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CRICKET WIRELESS, LLC,**<br><br>Defendant. | Case No. 3:19-cv-07270-WHA<br><br>**NOTICE OF APPEARANCE OF AUSTIN P. BRANE** |

TO THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, Austin P. Brane of Wagstaff & Cartmell LLP, hereby enters his appearance on behalf of Plaintiffs, Jermaine Thomas, Jermaine Miller, Jamie Postpichal, Ronald Ellison, Sarah Waters, Kamilah Riddick, Felicia Reddick, Tiara Cromwell, Lysha Encarnacion, Lani Hale, Melizza Weaver, Alfredo Sanchez, and Clarissa Kelly. I request that copies of all pleadings, papers, notices and other documents be addressed to:

Austin P. Brane
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Tel: (816) 701-1100
Fax: (816) 531-2372
Email:  abrane@wcllp.com

I certify that I am admitted to practice in this Court.

Respectfully submitted this 15th day of May, 2020.

                WAGSTAFF & CARTMELL LLP

                /s/ *Austin P. Brane*
                Austin P. Brane, CA Bar No. 286227
                4740 Grand Avenue, Suite 300
                Kansas City, MO  64112
                (816) 701-1100; Fax (816) 531-2372
                abrane@wcllp.com

# **CERTIFICATE OF SERVICE**

    I, Austin Brane, hereby certify that on May 15th, 2020, I electronically filed the Notice of Appearance of Austin P. Brane with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

Dated: May 15, 2020            /s/ *Austin P. Brane*
                                        Austin P. Brane, CA Bar No. 286227
                                        4740 Grand Avenue, Suite 300
                                        Kansas City, MO  64112
                                        (816) 701-1100; Fax (816) 531-2372
                                        abrane@wcllp.com