UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE THOMAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>Defendant. | Case No. 19-cv-07270-WHA   (AGT)<br><br>**ORDER REQUESTING *IN CAMERA* SUBMISSION**<br><br>Re: ECF No. 119 |

Earlier today, the Court held a discovery hearing on the parties' joint letter brief at ECF No. 119. During the hearing, counsel for Cricket requested permission to submit a confidential agreement relating to the resolution of *Barazza v. Cricket Wireless, LLC, et al.*, No. 3:15-cv-2471-WHA, for *in camera* review. Given defense counsel's representations regarding the confidentiality and relevance of this agreement to the issues in dispute, the Court agrees to review the document *in camera*. Cricket is directed to submit a copy of the confidential agreement to the Court, at agtcrd@cand.uscourts.gov, by Monday, **December 7, 2020**. On the same day that Cricket submits the agreement to the Court, it must also file a notice of the submission on the docket.

The Court will issue a ruling on ECF No. 119 thereafter.

**IT IS SO ORDERED.**

Dated: December 4, 2020

ALEX G. TSE
United States Magistrate Judge