UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERMAINE THOMAS, et al.,

    Plaintiffs,

v.

CRICKET WIRELESS, LLC,

    Defendant.

No. C 19-07270 WHA

**ORDER EXTENDING DEADLINE TO MOVE FOR CLASS CERTIFICATION**

This order hereby **GRANTS** the parties' stipulated request (Dkt. No. 131) to enlarge the time by which plaintiffs can file a motion for class certification. Plaintiff shall have until March 4, 2021, to move for class certification. Defendant's response shall be due on April 5, 2021, and plaintiffs' reply shall be due on April 26, 2021. This order does not affect any of the other deadlines set in the Court's case management order (Dkt. No. 110). No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: December 11, 2020.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE