Archis A. Parasharami (State Bar No. 321661)
Kevin Ranlett (*pro hac vice*)
Daniel E. Jones (*pro hac vice*)
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.5000
Email:       aparasharami@mayerbrown.com
             kranlett@mayerbrown.com
             djones@mayerbrown.com

Matthew D. Ingber (*pro hac vice*)
Jarman D. Russell (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone:  +1.212.506.2373
Facsimile:  +1.212.849.5973
Email:       mingber@mayerbrown.com
             jrussell@mayerbrown.com

Attorneys for Defendant
CRICKET WIRELESS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERMAINE THOMAS, JERMAINE MILLER, JAMIE POSTPICHAL, RONALD ELLISON, SARAH WATERS, KAMILAH RIDDICK, FELICIA REDDICK, TIARA CROMWELL, LYSHA ENCARNACION, LANI HALE, MELIZZA WEAVER, ALFREDO SANCHEZ, and CLARISSA KELLY, on behalf of themselves and others similarly situated,<br><br>                        Plaintiffs,<br><br>vs.<br><br>CRICKET WIRELESS LLC,<br><br>                        Defendant. | Case No. 3:19-cv-07270-WHA<br><br>**CRICKET WIRELESS LLC'S RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Date: January 21, 2021<br>Time: 8:00 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: Hon. William H. Alsup |

Although defendant Cricket Wireless LLC denies the allegations in plaintiffs' proposed Second Amended Complaint (Dkt. 136-2), Cricket does not generally oppose their motion for leave to file it—with one exception. Specifically, the claims of withdrawing plaintiffs Tiara Cromwell, Clarissa Kelly, and Kamilah Riddick should be dismissed **with prejudice**, not without prejudice.

With the filing of this amended complaint, plaintiffs' counsel now have dropped the claims of 13 of the 20 individuals who they proposed as potential class representatives. *Compare id.* (new proposed Second Amended Complaint) *with* Dkt. 65-2 (previous version of proposed Second Amended Complaint) *and* Dkt. 16 (First Amended Complaint). The Court was sufficiently troubled at this sequence of events as to order that all of the withdrawing and proposed plaintiffs appear for 90-minute depositions by Zoom regarding how they were recruited as named plaintiffs for this action. Dkt. 110, at 1. As explained in detail in Cricket's separate motion under Federal Rule of Civil Procedure 41(b), which is being filed contemporaneously with this opposition, four of those plaintiffs chose to defy the Court's order.

In light of these developments, Cricket agrees that the withdrawing plaintiffs who did sit for depositions—namely, plaintiffs Lysha Encarnacion, Lani Hale, Felicia Reddick, Alfredo, Sanchez, and Melizza Weaver—should have their claims dismissed without prejudice. But the claims of the withdrawing plaintiffs who disregarded the Court's order (Tiara Cromwell, Clarissa Kelly, and Kamilah Riddick) should be dismissed with prejudice, as explained in detail in Cricket's separate Rule 41(b) motion.

Dated: December 29, 2020                    Respectfully submitted,

                                            **MAYER BROWN LLP**


                                            */s/ Matthew D. Ingber*
                                            Matthew D. Ingber

                                            Counsel for Defendant
                                            CRICKET WIRELESS LLC