| | |
|---|---|
| Daniel T. LeBel<br>**CONSUMER LAW PRACTICE**<br>**OF DANIEL T. LABEL**<br>PO Box 720286<br>San Francisco, CA 94172<br>(415) 513-1414<br>*danlebel@consumerlawpractice.com*<br><br>Bryce B. Bell (*admitted pro hac vice*)<br>Mark W. Schmitz (*admitted pro hac vice*)<br>Andrew R. Taylor (*admitted pro hac vice*)<br>**BELL LAW, LLC**<br>2600 Grand Blvd., Suite 580<br>Kansas City, Missouri 6410<br>(816) 886-8206<br>*bryce@BellLawKC.com*<br>*MS@BellLawKC.com*<br>*AT@BellLawKC.com*<br><br>A. Scott Waddell (*admitted pro hac vice*)<br>**WADDELL LAW FIRM LLC**<br>2600 Grand Blvd., Suite 580<br>Kansas City, Missouri 64108<br>(816) 914-5365<br>*scott@aswlawfirm.com* | Jennifer D. Bennett (State Bar No. 296726)<br>**GUPTA WESSLER PLLC**<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 573-0336<br>*jennifer@guptawessler.com*<br><br>Austin P. Brane (*admitted pro hac vice*)<br>Eric Barton (*admitted pro hac vice*)<br>Melody Renee Dickson(*admitted pro hac vice*)<br>Tyler William Hudson (*admitted pro hac vice*)<br>**WAGSTAFF & CARTMELL LLP**<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>(816) 701-1100<br>*abrane@wcllp.com*<br>*ebarton@wcllp.com*<br>*mdickson@wcllp.com*<br>*thudson@wcllp.com* |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERMAINE THOMAS, JERMAINE MILLER, JAMIE POSTPICHAL, RONALD ELLISON, SARAH WATERS, KAMILAH RIDDICK, FELICIA REDDICK, TIARA CROMWELL, LYSHA ENCARNACION, LANI HALE, MELIZZA WEAVER, ALFREDO SANCHEZ, and CLARISSA KELLY, individuals, on behalf of themselves and others similarly situated,**<br>     Plaintiffs,<br><br>     v.<br><br>**CRICKET WIRELESS, LLC,**<br>     Defendant. | Case No. 19-07270 WHA<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

1

**NOTICE OF APPEARANCE**

Jennifer D. Bennett of the law firm Gupta Wessler PLLC enters an appearance as counsel on behalf of all plaintiffs Jermaine Thomas, Jermaine Miller, Jamie Postpichal, Ronald Ellison, Sarah Waters, Kamilah Riddick, Felicia Reddick, Tiara Cromwell, Lysha Encarnacion, Lani Hale, Melizza Weaver, Alfredo Sanchez, and Clarissa Kelly; certifies that she is admitted to practice in this Court (State Bar of California, Bar No. 296726 (admitted April 08, 2020)); and requests that she be served with any and all correspondence, pleadings, and other filings.

Dated: January 4, 2021

Respectfully submitted,

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett
(State Bar No. 296726)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2021, I caused the foregoing notice of appearance to be electronically filed with the Clerk of the Court for the U.S. District Court for the Northern District of California by using the CM/ECF system.

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett