**WAGSTAFF & CARTMELL LLP**
Tyler W. Hudson (admitted *pro hac vice*)
Eric D. Barton (admitted *pro hac vice*)
Melody R. Dickson (admitted *pro hac vice*)
Austin Brane, CA Bar #286227
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100
Fax (816) 531-2372
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiffs*
[additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE THOMAS, et al., | Case No.: 3:19-cv-07270-WHA |
| Plaintiffs, | |
| v. | **REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| CRICKET WIRELESS, LLC, | Date: January 21, 2021 |
| | Time: 8:00 a.m. |
| Defendant. | Courtroom: 12, 19th Floor |
| | Judge: Hon. William H. Alsup |

Defendant Cricket does not oppose Plaintiffs' request for leave to file the proposed SAC.[1]  *See* Dkt. No. 129 ("Response") ("Cricket does not generally oppose [plaintiffs'] motion for leave to file [the SAC]").  Thus, for good cause shown and with no opposition from Defendant, Plaintiffs' should be granted leave to file the SAC.

Furthermore, as argued in the Motion, the claims of Cromwell, Encarnacion, Reddick, Hale, Weaver, and Sanchez should be dismissed without prejudice.  *See* Motion at 8.  Cricket agrees as to Encarnacion, Reddick, Hale, Weaver, and Sanchez.  Response at 1.  Thus, with no opposition, the Court should enter orders dismissing the claims of Encarnacion, Reddick, Hale, Weaver, and Sanchez without prejudice.

As to Cromwell, however, Cricket argues that Cromwell's claims must be dismissed with prejudice.  *Id*.  Cricket's argument as to Cromwell is not set forth in its response to Plaintiff's motion for leave to amend, but rather is included in a separately filed motion to dismiss the claims of Cromwell—along with Kelly and Riddick—with prejudice pursuant to Rule 41(b).  *See* Dkt. No. 138.  Plaintiffs will respond to Cricket's Rule 41(b) motion—including the dismissal of Cromwell's claims—at the appropriate time.

Defendant's Response argues further that the claims of Kelly and Riddick should be dismissed with prejudice.  Response at 1.  The Motion does not argue otherwise.  Plaintiffs Kelly and Riddick have agreed to the dismissal of their individual claims with prejudice, should the Court find that appropriate under the circumstances.  Motion at 8 n.4.

For all the foregoing reasons and those set forth in the Motion, Plaintiffs respectfully request that the Court enter orders granting leave for Plaintiffs to file their proposed SAC, dismissing the claims of Encarnacion, Reddick, Hale, Weaver and Sanchez without prejudice—without opposition, dismissing the claims of Cromwell without prejudice for the time being (subject to Cricket's motion arguing that Cromwell's dismissal should be with prejudice), and dismissing the claims of Kelly and Riddick with prejudice.

---

[1] Capitalized terms defined in the Motion have the same meaning.

| | |
|---|---|
| Dated: January 5, 2021 | **WAGSTAFF & CARTMELL LLP**<br><br>/s/ *Austin Brane*<br>Austin Brane |
| **CONSUMER LAW PRACTICE OF DANIEL T. LEBEL**<br>Daniel T. LeBel (SBN #246169)<br>P.O. Box 720286<br>San Francisco, CA  94172<br>Tel. 415-513-1414<br>Fax 877-563-7848<br>danlebel@consumerlawpractice.com | **BELL LAW, LLC**<br>Bryce B. Bell (*pro hac vice*)<br>Mark W. Schmitz (*pro hac vice*)<br>Andrew R. Taylor<br>2600 Grand Blvd., Suite 580<br>Kansas City, MO  64108<br>Tel: 816-886-8206<br>Fax: 816-817-8500<br>Bryce@BellLawKC.com<br>MS@BellLawKC.com<br>AT@ BellLawKC.com |

**WADDELL LAW FIRM LLC**
A. Scott Waddell (*pro hac vice*)
2600 Grand Blvd., Suite 580
Kansas City, MO  64108
Tel: 816-914-5365
Fax: 816-817-8500
scott@aswlawfirm.com

**GUPTA WESSLER PLLC**
Matthew W.H. Wessler (*pro hac vice* forthcoming)
Jonathan E. Taylor (*pro hac vice* forthcoming)
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
matt@guptawessler.com
jon@guptawessler.com

**GUPTA WESSLER PLLC**
Jennifer Bennett, SBN 296726
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com

*Attorneys for Plaintiffs*