WAGSTAFF & CARTMELL LLP
Tyler W. Hudson (admitted pro hac vice)
Eric D. Barton (admitted pro hac vice)
Melody R. Dickson (admitted pro hac vice)
Austin Brane, CA Bar #286227
4740 Grand Ave., Suite 300
Kansas City, MO  64112
Tel. (816) 701-1100
Fax (816) 531-2372
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE THOMAS, ET AL., | Case No. 3:19-cv-07270-WHA |
| Plaintiffs, | **STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND RESCHEDULE HEARING** |
| vs. | |
| CRICKET WIRELESS, LLC, | |
| Defendant. | |

Pursuant to Civil L.R. 6-1(a), the parties hereby stipulate as follows:

1.     On January 27, 2021, Plaintiffs filed a Second Amended Class Action Complaint ("SAC"). Dkt. No. 158.

2.     After obtaining an extension of time to respond to Plaintiffs' SAC, on February 17, 2021, Defendant filed a Motion to Dismiss ("Defendant's Motion"). Dkt. No. 165.

3.     Plaintiffs' response is due to Defendant's Motion to Dismiss, absent an extension, on March 3, 2021.

4.     Plaintiffs deadline to file their Motion for Class Certification is also due on March 4, 2021.

5.      Plaintiffs have requested, and Defendant has agreed to, a brief 7-day extension of time to respond to Defendant's Motion, to and including Wednesday, March 10, 2021.

6.      Defendant's reply in support of Defendant's Motion would thereafter be due, Wednesday, March 17, 2021.

7.      In light of the extended briefing schedule, the parties agree to modify the hearing date on Defendant's Motion to Dismiss to April 8, 2021.

8.      The extension to the briefing schedule will not alter the date of any event or any deadline already fixed by Court order and not party will be prejudiced by the requested relief.

9.      Accordingly, pursuant to Civil L.R. 6-1(a), the parties hereby stipulate to extend the briefing and hearing schedule as follows:

    a.   Plaintiffs' response due: March 10, 2021

    b.   Defendant's reply due: March 17, 2021

    c.   Hearing on Defendant's Motion rescheduled to: April 8, 2021

Dated:  March 1, 2021                    Respectfully submitted,

**WAGSTAFF & CARTMELL**

/s/ Tyler W. Hudson
Tyler W. Hudson
Eric D. Barton
Melody R. Dickson
Austin Brane

Counsel for Plaintiffs

**MAYER BROWN LLP**

/s/  Kevin Ranlett
Matthew D. Ingber
Archis A. Parasharami
Kevin Ranlett
Jarman D. Russell

Counsel for Defendant