Tyler W. Hudson (pro hac vice)
Eric D. Barton (pro hac vice)
Melody R. Dickson (pro hac vice)
Austin Brane (State Bar No. 286227)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
thudson@wcllp.com
ebarton @wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiffs*
(additional counsel listed on signature page)

Attorneys for Plaintiffs
Matthew W.H. Wessler (pro hac vice)
Jonathan E. Taylor (pro hac vice)
**GUPTA WESSLER PLLC**
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
matt@guptawessler.com
jon@guptawessler.com

Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE THOMAS, JERMAINE MILLER, JAMIE POSTPICHAL, RONALD ELLISON, SARAH WATERS, MAISHIA JOHNSON, and USULA FREITAS, *on behalf of themselves and others similarly situated*,<br><br>*Plaintiffs*,<br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>*Defendant*. | Case No. 3:19-cv-07270-WHA<br><br>DECLARATION IN SUPPORT OF MOTION TO SEAL PURUSANT TO LOCAL RULE 79-5(e) |

I, MELODY DICKSON, declare:

1. I am a partner in the law firm of Wagstaff & Cartmell LLP and am counsel for Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Defendant Cricket Wireless, LLC has designated document CRICKET01644898 as Confidential pursuant to the Stipulated Protective Order. Doc. No. 71.

3. CRICKET01644898 is entitled "Joint Opposition of AT&T Inc. and Leap Wireless International, Inc. To Petitions To Deny and Conduct and Reply To Comments".

4. Defendant maintains that this document and any quotations therein should not be publicly filed.

5. Plaintiffs' Third Amended Complaint includes quotations from CRICKET01644898.

6. Those quotations appear on page 16, paragraph 96.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of March 2021, in Kansas City, Missouri.

*/s/ Melody Dickson*
Melody Dickson
