UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE THOMAS, JERMAINE MILLER, JAMIE POSTPICHAL, RONALD ELLISON, SARAH WATERS, MAISHIA JOHNSON, and USULA FREITAS, *on behalf of themselves and others similarly situated*,<br><br>　　　*Plaintiffs*,<br><br>v.<br><br><br>CRICKET WIRELESS, LLC,<br><br>　　　*Defendant*. | Case No. 3:19-cv-07270-WHA<br><br>ORDER GRANTING MOTION TO SEAL |

Now on this _____ day of March, 2021, the Court takes up Plaintiffs' Motion to Seal [Doc. No. 173] and declarations submitted in support of the Motion. The Court hereby authorizes the sealing orders requested with good cause shown. It is hereby ORDERED that the unredacted version of Plaintiffs' Third Amended Complaint is hereby sealed. The redacted version of Plaintiffs' Third Amended Complaint may remain filed in the public record.

**IT IS SO ORDERED**

Dated: _____, 2021　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable William H. Alsup