Tyler W. Hudson (pro hac vice)
Eric D. Barton (pro hac vice)
Melody R. Dickson (pro hac vice)
Austin Brane (State Bar No. 286227)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
thudson@wcllp.com
ebarton @wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

*Attorneys for Plaintiffs*
(additional counsel listed on signature page)

Attorneys for Plaintiffs
Matthew W.H. Wessler (pro hac vice)
Jonathan E. Taylor (pro hac vice)
**GUPTA WESSLER PLLC**
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
matt@guptawessler.com
jon@guptawessler.com

Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE THOMAS, JERMAINE MILLER, JAMIE POSTPICHAL, RONALD ELLISON, SARAH WATERS, MAISHIA JOHNSON, and USULA FREITAS, *on behalf of themselves and others similarly situated,*<br><br>*Plaintiffs,*<br>v.<br><br><br>CRICKET WIRELESS, LLC,<br><br>*Defendant.* | Case No. 3:19-cv-07270-WHA<br><br>MOTION TO SEAL<br>PURUSANT TO LOCAL RULE 79-5(e) |

## Requested Relief

In accordance with the Stipulated Protective Order (Doc. No. 71) and related Order from Judge Alsup (Doc. No. 77), Plaintiffs request permission from the Court pursuant to Local Rule 79-5(e) to file under seal an unredacted version of Exhibit A to the Dickson Declaration submitted in support of Plaintiffs' Motion for Class Certification. Plaintiffs would publicly file a redacted version of Exhibit A to the Dickson Declaration submitted in support of Plaintiffs' Motion for Class Certification pursuant to Local Rule which redacts only the alleged confidential material that is subject to the current Protective Order.

## Memorandum in Support

Where Plaintiffs seek to quote documents designated "Confidential" in filings with the Court, the Stipulated Protective Order requires that Plaintiffs seek a sealing order. Pursuant to Local Rule 79-5, "A sealing order may issue upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as "sealable")." Here, Exhibit A to the Dickson Declaration submitted in support of Plaintiffs' Motion for Class Certification includes quotations from a document that Defendant Cricket Wireless, LLC ("Cricket" or "Defendant") has designated as "Confidential" pursuant to the parties' Stipulated Protective Order. Doc. 71. That document has been bates labeled for reference as CRICKET01644898 and is entitled "Joint Opposition of AT&T Inc. and Leap Wireless International, Inc. To Petitions To Deny and Conduct and Reply To Comments". CRICKET01644898 was submitted by Defendant's parent company to the FCC on October 23, 2013. Cricket maintains that this document and any quotations therein should not be publicly filed. Thus, in compliance with the Stipulated Protective Order, Plaintiffs seek permission from the Court to file Exhibit A to the Dickson Declaration submitted in support of Plaintiffs' Motion for Class Certification under seal to protect the confidentiality of the document.

In accordance with Local Rule 79-5, the following documents are attached hereto in support of the motion:

(A) Declaration in Support of the Motion to Seal (Exhibit 1);

(B) Proposed Order (Exhibit 2);

(C) A redacted version of Exhibit A to the Dickson Declaration submitted in support of Plaintiffs' Motion for Class Certification (Exhibit 3); and

(D) An unredacted version of Exhibit A to the Dickson Declaration submitted in support of Plaintiffs' Motion for Class Certification (Exhibit 4).

WHEREFORE, Plaintiffs respectfully request that the Court seal the unredacted version of Exhibit A to the Dickson Declaration submitted in support of Plaintiffs' Motion for Class Certification, allow Plaintiffs to publicly file a redacted version of Exhibit A to the Dickson Declaration submitted in support of Plaintiffs' Motion for Class Certification, and for such other and further relief as the Court deems just and necessary under the circumstances.

**GUPTA WESSLER PLLC**

Dated: March 4, 2021                /s/ *Matthew Wessler*
                                    Matthew Wessler

| **WAGSTAFF & CARTMELL LLP** | **GUPTA WESSLER PLLC** |
|---|---|
| Tyler W. Hudson (pro hac vice) | Matthew W.H. Wessler (pro hac vice) |
| Eric D. Barton (pro hac vice) | Jonathan E. Taylor (pro hac vice) |
| Melody R. Dickson (pro hac vice) | 1900 L Street NW, Suite 312 |
| Austin Brane, CA Bar #286227 | Washington, DC 20036 |
| 4740 Grand Ave., Suite 300 | (202) 888-1741 |
| Kansas City, MO 64112 | matt@guptawessler.com |
| Tel. (816) 701-1100 | jon@guptawessler.com |
| Fax (816) 531-2372 | |
| thudson@wcllp.com | Jennifer Bennett |
| ebarton@wcllp.com | 100 Pine Street, Suite 1250 |
| mdickson@wcllp.com | San Francisco, CA 94111 |
| abrane@wcllp.com | (415) 573-0336 |
| | jennifer@guptawessler.com |

| | |
|---|---|
| 1 | **CONSUMER LAW PRACTICE** |
| 2 | **OF DANIEL T. LEBEL** |
|   | PO Box 720286 |
| 3 | San Francisco, CA 94172 |
|   | Tel: 415-513-1414 |
| 4 | Fax: 877-563-7848 |
|   | danlebel@consumerlawpractice.com |
| 5 | |
| 6 | **WADDELL LAW FIRM LLC** |
|   | A. Scott Waddell (pro hac vice) |
| 7 | 1900 W. 75th Street, Suite 220 |
|   | Prairie Village, Kansas 66208 |
| 8 | Tel: 816-914-5365 |
|   | scott@aswlawfirm.com |
| 9 | |
| 10 | **BELL LAW, LLC** |
|    | Bryce B. Bell (*pro hac vice*) |
| 11 | Mark W. Schmitz (*pro hac vice*) |
|    | Andrew R. Taylor (*pro hac vice*) |
| 12 | 2600 Grand Blvd., Suite 580 |
|    | Kansas City, Missouri 6410 |
| 13 | Tel: 816-886-8206 |
|    | Fax:  816-817-8500 |
| 14 | Bryce@BellLawKC.com |
| 15 | MS@BellLawKC.com |
|    | AT@BellLawKC.com |
| 16 | |
| 17 | *Attorneys for Plaintiffs* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |