# Exhibit G

## Objectives



LTE is essential

Dedicated team has been the only successful launch model at Cricket

This group needs to lead the business for data strategy

Cut free of modem

Credibility Data Experts. We have the holistic/GM picture.

confidential/proprietary

cricket 1

1

CRICKET00509258

# Agenda



- Introductions
- Evolution of the Broadband Product
  - History/Outlook
  - A Perfect Storm
  - POR Transition
  - 3G Guiding Principles
- LTE
  - A product and a platform, cross functional challenges
  - LTE charter
  - Organizational Structure
  - Tucson schedule/milestones
    - Budget
  - 4G recap-partners
  - Bands
  - Critical Issues
  - Industry Overview
    Yankee

confidential/proprietary

cricket 2

2

CRICKET00509259

# Introductions

**Glenn Green**
*5+ Years Cricket*
Director of Mobile data
Director of Retention and
Manager Subscriber and
Senior Analyst Subscrib

*6+ Years Telecom experien*
**Prior telecom experience**
Marketing & Media
    ROI/effectiveness
Network Engineering Cap
    Management
Network Provisioning Op
    Management & Foreca

**Tom Senters**
*5 + Years Cricket*
Director, Broadband
Director, Retail Channel

*20 + Years Sales & Man*
**Gateway, AGM -** Directed
generating nearly $500M
**MCI, Director Direct Sales**
and most diverse field sales o
over $51MM annually.

**Lisa Murray**
*Years Cricket*
or, LTE Development
, Customer Experience
, Broadband
of Indirect Advertising
l Marketing Manager

*ars Marketing & Management*
**o Lottery, Marketing Director** –
d the advertising, product and PR
generating + $300 million annually.
**Aurora, PR Manager** - Developed
hensive image campaign including
events, advertising and public
s.

Mobile Data Strategy & Management
Network Policy Management
Field experience & strong partnerships
Churn & Retention
Research
Marketing
Sales
Market Launch
Product Launch
Training
Product Development & Management
Customer Experience
National Retail
Logistics
Dealer Partnerships
Event Management
Communications

confidential/proprietary

cricket    3

3

CRICKET00509260

## LTE Team Values



- As leaders of LTE, we will listen to and respect the field, the dealer, corporate partners, customers and each other as we all drive toward mutual success.

- We will spend more time and energy working to ensure the job we do is above criticism than criticizing the job others do. We will do it our jobs with professionalism and passion striving to build allies and LTE champions, internally and externally.

- We adapt to change and redefine ourselves based on the tasks at hand. We understand at times that overlapping of roles may occur. We will identify and rectify with consideration for each other and decision which are best for our business.

- We are not afraid of strategic risk. We will make mistakes. We will own those, learn from them, make modifications and move on.

- We are a true team; not just a group of people that work together. Each voice is heard, respected and valued.

**We succeed together and we learn together.**

cricket  4

confidential/proprietary

Holistic perspective
Relationship centric
Adaptable
Collaborative team

4

CRICKET00509261



**Large business initiatives without dedicated teams have all failed at Cricket**

Too little focus, too much compromise, too little ownership has continually resulted in inferior products with poor customer experience and little to no measurable benefit

Products launched with shared resources have all survived less than 36 months before terminating

*Launches without dedicated teams:*          *Launches with dedicated teams:*

confidential/proprietary

5

CRICKET00509262



BB Overview and Transition

confidential/proprietary

6

CRICKET00509263



## BB was *the* growth engine for monthly service in '09 & '10

37% of total co mthly product growth in '09, **95%** in '10

- Since launch, USB modem business has been the primary/only growth engine for monthly service products
- As a result, until 2010 the product has been managed to drive total volume above all other measures

**In non-launch (new core) markets:**
'09: 65% of total nets (206k)
90% of mthly service growth
'10: 45k BB nets, *voice declined 162k*

**Total Company:**
'09: 30% of total nets (332k)
37% of mtly service growth
'10: 27% of total nets (82k)
95% of mtly service growth

confidential/proprietary

cricket 7

BB greatly contributed to monthly service growth in a period when mature market growth had stagnated and A66 market growth was slowing
FYI – during this period:

Leadership was aggressively positioning the business for sale
Voice business was uncompetitive due to Boost all in pricing



First to launch prepaid mobile data USB modem business. Had a strategy to keep the product in front of the industry but lost competitive advantage due to other business priorities.

2H10 actions to remedy yield and churn also have not been deemed high priorities to the larger business with several still in process

CRICKET00509265

## Factors affecting 2H'10 BB GA velocity

Multiple actions decreased frontline focus on driving BB sales

OTD  increase from $75 to $90, $100 or $110 with transition to AIM

Broadband's plan value was reduced to optimize yield 2.5GB for $40 vs. 5GB for $40
• Virgin's $40 unlimited offer added pressure in mass merchant channel

Device Selection: Only one device available through summer months

Broadband was not on the retail menu board
• Only the $40 plan is merchandised

BBMM sales significantly below forecast
• Miss existed prior to Virgin's $40 unlimited plan was launched

Return policy – No refund on service is especially prohibitive to trialing data service
• Result of the transition to AIM
• Significant development required to address deemed out of scope prior to IRB conversion

confidential/proprietary

 cricket  9

Took aggressive steps in 2H10 to slow product growth to remedy yield and churn issues

In the process, much of the business now believes the USB modem business is now dead

9

CRICKET00509266



Evidence front line has not changed behaviors, order taking vs. qualification, as the '11 activation mix closely mirrors '10

No reason to believe Q2/3 '11 deact trends will vary significantly from '10

One consideration for '11, Q2&3 '10 leveraged winbacks to mute churn effect creating increased volatility in react/deact measures

10

CRICKET00509267



Smartphone activation mix is mirroring USB modem trends with even higher shift down demo.

Potential indicator of Q2/3 risk

CRICKET00509268



Network is a leading driver of disconnects following by lack of money. No money trend larger earlier in the year as Q1 falloff peaks

CRICKET00509269



Network decomposed, generally shown aggregated as coverage can manifest as several poor experiences: drops, speeds, streaming, et

CRICKET00509270



BB secret shops though mid'10 hovered at mid 50's with a noticeable improvement in Q4 following BB recovery initiatives were implemented

Although SS scores improved, Q1'11 activation demos have not shifted

14

CRICKET00509271



BB Ph2 Recovery Initiatives

Over 35 initiatives implemented to remedy BB churn spanning 6 functional pillars
- Messaging and Media – from wire line replacement to mobile data, target favorable demos
- Network – video optimization and mitigation of high use subs impact on average user
- Rate Plans – tiered & session based plans growing ARPU and yield
- Training & Execution – proper qualification and expectation setting for mobile data service
- Customer Experience – validation of experience and defection driving pain points
- Distribution – make distribution choices better leveraging existing network capacity

7 vital initiatives:

Video optimization – launched, resolving minor bugs

Stabilize throttling platform – platform stable since Jan'11

Compensation redesign rewarding survival – pending channel organization

Advertizing & media – transitioned messaging, integrated media trial halted

Tethering – Blocking      Monetizing is in process

Unified connection manager – project halted, limited near term impact

confidential/proprietary

cricket 15

Critical network initiatives, customer experience affecting, are the only ones completed

Must resolve compensation to drive proper qualification behaviors

15

CRICKET00509272



CRICKET00509273



CRICKET00509274

# Critical/Open Initiatives

| Initiative | Description | Pillar | Status | Launch Target | Owner |
|---|---|---|---|---|---|
| Engage Compensation Team, Redesign to Optimize ARPU, Yield | Redesign comp addressing shift in target demo. | Distribution | ◯ | April 2011 | Tom Senters, Glenn Green |
| Revise Usage Management Policy Post-FCC Net Neutrality Ruling | Make necessary changes post-FCC ruling, including changes to T&Cs, messaging and media. | Network | ◯ | 6/14/11 | Chris Gilbert |
| Monetize Tethering | Dependent on successful completion of blocking. | Rate Plans | ◯ | 6/30/11 | Glenn Green |
| Project Quark (Session Based/OCS) | | Rate Plans | ◯ | 9/13/11 | Chris Gilbert |

cricket

18

Must drive compensation shift or else front line behavior will not change

CRICKET00509275

# Remaining Open Initiatives (Priority Order)

| Initiative | Description | Pillar | Status | Launch Target | Owner |
|---|---|---|---|---|---|
| Video Optimization | Provides "just in time" delivery and keeps up with the customer. Removes buffering. Also uses less bandwidth to present images/ideas, in such a way that should not be detected by the customer. | Network | ○ | 2/12/11 | Tana Perkins |
| Block Tethering | Dependent on successful completion of blocking. | Rate Plans | ○ | 4/4/11 | Chris Gilbert |
| WiFi Offloading | Utilize fixed-line networks through WiFi connections whenever possible to improve the customer experience, reduce network burden, reduce financial exposure to Sprint SVNO traffic, potentially lift ARPU if aligned with higher rate plans and reduce churn for those that hit their usage levels. | Customer Experience | ○ | TBD 2012 | Chris Gilbert |
| In-Building Coverage Qualification Tool Phase 2 | Company owned stores, Web and Care | Training and Execution | ○ | 3/1/11 | Jim McDonald |
| Proactive Upselling (PIA, BBMM) | Proactively message Rate Plan upgrades when customer exceeds usage limit (via web, refresh and SMS) Customer pays (top-up) prorated difference between rate plans (max $10). | Rate Plans | ○ | 2/28/11 | Chris Gilbert |
| Q2 Refresh | Fills BBMM gaps | Messaging and Media | ○ | 9/13/11 | Chris Gilbert |
| POR Orientation for Cross-Functional Partners | Introduce POR to cross-functional partners, ensuring buy-in and support. | Messaging and Media | ○ | 1/19/11 | Tom Senters |
| Store Flow/Fixture Refresh | Stores reflect a more data centric environment. | Messaging and Media | ○ | 6/14/11 | Laura Stitt |

cric**k**et

19

POR initiatives transitioning to product organization

19

CRICKET00509276

# Remaining Open Initiatives Cont.

| Initiative | Description | Pillar | Status | Launch Target | Owner |
|---|---|---|---|---|---|
| Integrated Campaign, BBMM Packaging | Removing 'unlimited' from packaging, messaging value and mobility and POS reps. | Messaging and Media | ○ | April 2011 | Laura Stitt |
| Trusted Advisor Program | Distribute WiFi and modem to each retail location, key indirect reps to increase familiarity, gain mindshare on the product and increase sales. | Training and Execution | ○ | 7/18/11 | Jim McDonald |
| Instructor Led Training/Ongoing Interlock with Field Leadership to Drive Mobile Data Training and Execution | Change scripting and sales approach to venture away with the Unlimited message and into Value and Mobility. | Training and Execution | ○ | 6/30/11 | Jim McDonald |
| MCN Group/Video for Mobile Data | Drive field and corporate Mobile Data and Value/Mobility awareness. | Training and Execution | ○ | Ongoing | Jim McDonald |
| Carrier IQ Training | Allows customer-side experience to be captured speeds, signal strength, dropped connection, software issues, etc. implemented on A605. To be included on smartphones M865, Oblique, and all future Broadband devices. | Customer Experience | ○ | 6/14/11 | Glenn Green |
| Broadband IVR Fix | To avoid hang-up, test more liberal IVR rules. | Customer Experience | ○ | 3/21/11 | Tom Senters, Tana Perkins |
| New Monthly Survey Activation/Deactivated Sub | | Customer Experience | ○ | Ongoing | Glenn Green |

cricket

20

POR initiatives transitioning to product organization

20

CRICKET00509277

# Complete Initiatives

| Initiative | Description | Pillar | Status | Launch Target | Owner |
|---|---|---|---|---|---|
| Integrated Campaign, Merchandising | Remove Unlimited message and align with Value and Mobility proposition. | Messaging and Media | Complete | 1/1/11 | Laura Stitt |
| Integrated Campaign, Web | All web messaging updated to "mobility and value" | Messaging and Media | Complete | 11/1/10 | Laura Stitt |
| In-Building Coverage Qualification Tool Phase 1 Trial | $40KK company owned stores. Trial Crossnave and WiFi routers as save tool for in-building coverage. | Training and Execution | Complete | 2/2/11 | Brittan Grubb |
| Field Org Positioning and Messaging Communications | | Training and Execution | Complete | 12/6/10 | Laura Stitt |
| Customer Focus Groups | Customer focus groups, recurring customer survey. | Customer Experience | Complete | 12/15/10 | Glenn Green |
| Refresh/Rebuild Distribution Model to Optimize Nets (Phase 1) | Optimize nets not gross adds | Distribution | Complete | 3/7/11 | Glenn Green |
| Refresh/Rebuild Distribution Model, Reevaluate Premiers with Service Locations (Phase 2) | 3 intiatives combined. Refresh/rebuild dist. model P2, reevaluate premiers with svc loc from nets modeling, apply 4Q10 learnings. | Distribution | Complete | 3/7/11 | Glenn Green |
| Revise Throttling | | Network | Complete | 12/17/11 | Chris Gilbert, Glenn Green, Eric Burger |
| Stabilize Throttling | Following throttling policy revision, stabilize the applications and experience. | Network | Complete | 12/17/11 | Chris Gilbert, Glenn Green, Eric Burger |
| Redefine Peer to Peer Traffic Management | Redefine P2P traffic management policies, including uplink, downlink, and currently changing acceptable usage policy language. | Network | Complete | 12/17/11 | Tom Senters, Tana Perkins |
| Mobile Data Strategy Roadmap (CSMG) | 2011 Mobile Data Strategy RSVP includes Smartphones, Tethering/Hotspot, Tablet, LTE. | Rate Plans | Complete | 1/30/11 | Tom Senters |
| Walmart $30 Rate Plan | Test $30 WWT rate plan. | Rate Plans | Complete | 1/20/11 | Chris Gilbert |

Must continue to include EVDO capacity into distribution expansion decisions

CRICKET00509278

# Cancelled Initiatives



| Initiative | Description | Pillar | Status | Launch Target | Owner |
|---|---|---|---|---|---|
| Integrated Campaign, Advertising/media | National integrated marketing campaign to acquire desired demos, connected device demonstrations, mobile data product portfolio. | Messaging and Media | Cancelled, funding transferred to Move | 3/8/11 | Laura Stitt |
| Ongoing interlock with field leadership to drive mobile data training and execution | | Training and Execution | Combined with instructor led training | Ongoing | Jim McDonald |
| Yosemite Phase 1 | WiFi alerts and new user interface | Customer Experience | Cancelled | 4/30/11 | Chris Gilbert |
| Yosemite Phase 2 | Proactive WiFi offloading / Usage meter Added Score: Fuel Gauge and Wi-Fi offloading for Smartphones | Customer Experience | Cancelled | 6/28/11 | Chris Gilbert |

cricket

22

CRICKET00509279

## Modem business guiding principals

*Message to be delivered by field leadership for 3G for 2011*



**Modems:**
- Generated ~ $24.5M OIBDA in Q4'10
- Account for 10% of the total company active base
- Sustaining this revenue stream is vital to reaching OIBDA targets for 2011

**Modem business can continue to grow margins in '11 and beyond...**
- Must target and activate quality customers
- Must qualify the customer's needs & set expectations for mobile data
- MUST be willing to turn away customers wanting wired service experience
  - Frequent video streaming and peer to peer is better served by wired services
- Must drive growth into underpenetrated sectors
  - Less than 10% of the network is capacity constrained
    - Significant growth can be obtained with *no* additional network investment
- Must innovate value centric structures avoiding $/GB product positioning

confidential/proprietary

cricket 23

Modem business kicks off significant OIBDA and can continue to benefit the business. Must change front line behavior to maximize the yield from this product to fund LTE build out.

Must remember less than 10% of the network is capacity constrained and significant opportunity for continued growth remains

23

CRICKET00509280

- Tyler Transition debrief

cricket 24

confidential/proprietary

24

CRICKET00509281

## Recovery Results & Transition Concerns 

**Q1'10 GA mix mirroring Q1'11 suggesting point of sale qualification not occurring**
- Without compensation changes, front line behavior will not change
- Failing to shift demo will result in same results as prior year

**Key things that need attention! Pay attention to these...**
_Important fixes haven't taken hold_
- Compensation has not changed, and indirect comp is now emphasizing front door volume over churn mitigation
- Qualification at point of sale does not appear to be occurring based on GA demo mix
- Channel development does not consider data network capacity in location targeting
- Yield will improve with session based and throttling. Poor transition from Unlimited to session based could negatively impact churn.

_No GM, no holistic ownership_
- By default, BB had to shepherd all aspects of business crossing all business silos
- Business needs to absorb holistic ownership for USB modem/MiFi business to succeed
- General business doesn't recognize importance of cross functional relationship with network organization at all levels

confidential/proprietary

cricket 25

'11 is shaping up to mirror '10
Key initiatives have not yet been absorbed by the business
Business must take ownership of USB modem business, current product team is not resourced to holistically manage the prodcut

CRICKET00509282



LTE Overview

confidential/proprietary

26

CRICKET00509283

## 2011 Goals



1. Launch the trial LTE solution in Tucson market by Q4 2011
2. Deliver the completed development of the Phase 1 LTE solution by EOY 2011
3. Successful transition and support of Broadband Phase II by Q2 2011.
4. LTE Strategy: Develop and lead 4G network monetization strategy which includes, product offerings, device, product mix, video content tactics, rate plans structure.
5. People
   a) Employee development: Participate in strategic and technical training to lead the evolution of the Mobile Data business and preparing for the shift to LTE.

   – Direct reports take responsibility for elevating the understanding of 4G among the broader business

   a) Employee development: Each Director to participate in at least 2 industry-related training classes or seminars in order to reinforce their positions as 4G/LTE subject-matter experts...within budgetary constraints.
   b) Employee Development: Exposure in Strat-Fi and Ops Com to develop business acumen and refine presentation skills

confidential/proprietary

cricket 27

CRICKET00509284

## 1. Launch the trial LTE solution in Tucson market by Q4 2011



### Scope

- At least one device (e.g., modem or smartphone)
- A minimum of two product offers (e.g., price, usage, speed)
- All required business support to commercially offer the LTE products in one market
- Acquire LTE key insight required to scale to multiple markets
  - Network efficiency & cost benefits
  - Customer experience
  - Usage behaviors
  - 4G GA velocity vs. 3G value proposition
- Deliver the completed development of the Phase 1 LTE solution by EOY 2011

### Schedule

| | | |
|---|---|---|
| Network launch | 6/30/2011 | Colin Holland |
| Device(modem) | 8/9/2011 | Matt Stoiber |
| Device (smartphone) | TBD | Matt Stoiber |
| IT/Billing/POS | 8/9/2011 | Dave Truzinski |
| Supply Chain | 8/9/2011 | Tom Stack |
| Training Development | 8/9/2011 | Erik Gerson |
| Training Delivery | 9/6/2011 | Chuck Conrad |
| Marketing/Media Plan | 5/24/2011 | Jaime |
| Merchandising | 9/12/2011 | Vasquez |
| | | Vasquez/Conrad |
| Customer Care | 9/12/2011 | Erik Gerson |
| Rate plan/promo | 8/9/2011 | Tyler Wallis |
| Channel management | 9/12/2011 | Chuck Conrad |
| Revenue/accounting | 8/9/2011 | Anne Liu |

Commercial Launch **9/13/2011**

### Budget

- Meet or exceed capital budget limit of $40 million
- Acquire statistically significant number of LTE subscribers to shape plans for Phase 1LTE solution (approx. 500)

confidential/proprietary

cricket

28

CRICKET00509285

 

## 2011 Predictions:
*4G Fuels the Decade of Disruption*

- **4G Will Be a Drop in the Ocean**
  - *Penetration will be 0.33% in the U.S. by the end of 2011*
  - *Aggressive 4G player will be frustrated if they expect customers to flock to the new technology.*



- **The 4G Killer Device Will Be a Hotspot/WiFi**
  - *Personal hotspots allow consumers to choose which connected devices need to be on a mobile plan. Consequently, personal hotspots will dampen 4G uptake.*

- **Competition in the US Will Create a 4G Marketing Mess**

- **A Denial-of-Service Attack Will Take a 4G Network Down**
  - *To meet deadlines, many will take shortcuts on security, hoping to retrofit later on.*

- **Chinese Vendors Will Beat 3G Incumbents in Their Own Backyards**

cricket 29

confidential/proprietary

---

Industry Overview.

Beyond 2011, the 4G market will ramp up steadily . The **U.S. will lead the world** in service adoption, and over **one-fifth** of all **U.S. mobile lines will be LTE by 2014**. This will far exceed the global average of just 2.1 percent.

*Personal hotspots allow consumers to choose which connected devices need to be on a mobile plan. The result will be more devices connected to the same subscription and a loosening of operators' customer control.*

Marketing Mess *"I'm afraid that carriers desperate for one-upmanship will make 4G a meaningless technical term."  "All it's going to mean is that it's faster than the last network you were on."  Computer World*

 Denial of Service - 4G networks are a challenge for mobile network operators because they are far more open and flat than traditional operator network architectures. Securing them effectively requires a different mindset and tools.

Chinese Vendor

29

CRICKET00509286

 

## 2011 Predictions - Continued

- Mobile Video Will Not Drive Consumers to 4G
  - Mobile apps and Web browsing will continue to drive most use

- The Web Will Not Save Operators in the Mobile Apps Market
  - In 2011, Apple and Google will lead in Web authoring and discovery through the browser.

- MVNO Hype Will Build, But Most of it Will Lead to Nothing

- Pricing Will End in Tiers
  - Flat-rate pricing will be gone forever.

- Carrier VoIP Will Still Be AWOL, Despite 4G

- Google Will Take the Wheel in Mobile Data

> *"Operators that try to stick with today's flat-rate structures will suffer. Their networks will be swamped by the heaviest and most unprofitable 4G users."*

confidential/proprietary

cricket 30

*Operator-provided VoIP services over 4G are not likely to launch in the market in a large way until 2013.*

*Google will move to a dominant position in the mobile data value chain as next-generation deployments roll out. More bandwidth means more data traffic, and Google is the most successful company at monetizing that traffic.*

30

CRICKET00509287



# Projected Data Growth

The Future is Data

LTE Does Not Solve capacity issues.

Strategically managing that growth is key.

TeliaSonera surveyed first 100 days of usage for subs migrating to 4G from 3G

23% were downloading larger files

19% were streaming video

Figure 1. Cisco Forecasts 6.3 Exabytes per Month of Mobile Data Traffic by 2015

Source: Cisco VNI Mobile, 2011

confidential/proprietary

cricket 31

the most significant Trend is the continued growth of data.

this is why figuring out the data strategy is essential
4G does not solve the problem



In fact, the problem will just be exaggerated with 4G. More data faster.

CRICKET00509289



It is essential to plan out a data strategy in order to avoid

CRICKET00509290

## LTE Lifecycle: Launch
Optimizing capacity of EVDO and LTE networks        **Draft**



LTE launch network is the primary objective to achieving return on investment, but emphasis on migrating

High 3G penetrated markets need to leverage LTE launch to relieve 3G network:
- – 3G modem trade-in programs
- – Drive 4G adoption though low OTD pricing
- – End 3G device sales?

High competitive market Quads 1&2:
- • Tailor positioning to in market competitive presence:
  - – Metro: prelaunch messaging on Cricket 3G is faster than Metro 4G
  - – Tier one's present: leverage existing awareness while driving value position

confidential/proprietary

cricket 34

Different launch strategies for different markets/environments.

This approach will require support from marketing and discipline as a company.

CRICKET00509291



future LTE Landscape

CRICKET00509292

## LTE Market Prioritization:
*Identify markets most likely to rapidly penetrate LTE build.*



**Weighting model used to compare multiple market attribute scenarios.**

*Five sets of attributes:*
- E&O
  - 2011 projected EVDO spend
- Competitive environment:
  - Metro, LightSquared, Clearwire, and Verizon
- Market profile
  - EVDO penetration & growth rate, EVDO Deact%, Covered Pops, and total active base cohort mix.
- Brand & Product awareness:
  - Brand unaided awareness, Voice & Broadband awareness/consideration, and interest in wireless broadband.
- Qualitative:
  - Execution and PR value

**Markets with Unique Considerations**

- Chicago, spectrum
- El Paso, spectrum
- Washington D.C., zoning time to build
- San Diego, zoning time to build
- South Texas, Pocket integration

confidential/proprietary

cricket 36

Evaluated all of our markets and ranked and weighted them with 5 attributes.

36

CRICKET00509293



Dug deep in the data. Many many different scenarios.

Ultimately, we have decided to attack the competition rather than avoid it. And to leverage some key competitive advantages we have with spectrum.

CRICKET00509294



LV is a pretty straight forward approach.

CRICKET00509295



Philly gets a lot more complicated.

Our 3G vs. Metro 4G. Need to get in front of that marketing message ahead of launch. We can't beat them on footprint with our budget. But we can compete on Customer Experience with our spectrum advantage.

It is going to take a well developed plan to execute well here.

39

CRICKET00509296



# LTE Decisions and Milestones

HUAWEI

2010 2011

| August | September | October | November | December | January | February | March |
|---|---|---|---|---|---|---|---|
| LTE Team Established. 2 Dedicated Employees<br><br>Business Model and 5 Year Plan Evaluation Meeting - Listen | Define LTE Strategy | Tucson Business Case Presentation - EPMO<br><br>Device RFPs issued | LTE Modem RFP awarded to Huawei for E397<br><br>UICC RFP Issued | Focus Groups 4G/LTE included with Data Research | UICC RFP Awarded to Gemalto<br><br>LTE Tucson Product description v. 1.0<br><br>Tucson Project Kickoff | Tucson Business Requirements Complete | Broadband Transition complete. LTE team expands<br><br>UICC Training |

gemalto

confidential/proprietary

cricket 40



41

CRICKET00509298



So if we can, I'd like to talk about the resources and structure that are needed.

A platform and a Product

CRICKET00509299

## LTE Functional Responsibility

| LTE Team Owner | Functional Responsibility | Target Date | Co-Owner |
|---|---|---|---|
| Lisa Murray | Network launch | 6/30/2011 | Colin Holland |
| Tom Senters | Device(modem) | 8/9/2011 | Matt Stoiber |
| Tom Senters | Device (smartphone) | TBD | Matt Stoiber |
| Tom Senters | Supply Chain | 8/9/2011 | Tom Stack |
| Glenn Green | Training Development | 8/9/2011 | Erik Gerson |
| Glenn Green | Training Delivery | 9/6/2011 | Chuck Conrad |
| Glenn Green | Customer Care | 9/12/2011 | Erik Gerson |
| Glenn Green | Channel management | 9/12/2011 | Chuck Conrad |
| Lisa Murray | Marketing/Media Plan | 5/24/2011 | Jaime Vasquez |
| Lisa Murray | Merchandising | 9/12/2011 | Vasquez/Conrad |
| Lisa Murray | Rate plan/promo | 8/9/2011 | Tyler Wallis |
| Lisa Murray | IT/Billing/POS | 8/9/2011 | Dave Truzinski |
| Lisa Murray | Revenue/accounting | 8/9/2011 | Anne Liu |
| Lisa Murray | UICC | 8/9/2011 | Multiple |

cricket 43

confidential/proprietary

43

CRICKET00509300



CRICKET00509301



45

CRICKET00509302



## Technology Comparisons

| | | | 3G* | | 4G* | | |
|---|---|---|---|---|---|---|---|
| | | | **EV-DO** | **HSPA** | **HSPA** + | **wimax** | **lte** |
| Speed (Mbps) | Down | Max | 3.1 | 14 | 42 | 46 | 100 |
| | | Avg. | 0.6-1.4 | 1-4 | 1.5-7 | 3-6 | 5-12 |
| | Up | Max | 1.8 | 5.8 | 11 | 7 | 50 |
| | | Avg. | 0.5-0.8 | 0.5-2 | 1-4 | 0.5-1.5 | 2-5 |
| Latency (Millisecs) | | | <50-100 | <50-100 | <50-100 | < 50 | < 10 |

* Network Standard Versions Cited :  EV-DO Rev-A;  HSPA Rel-5/6;  HSPA+ Rel-8;  WiMAX 802.16e – LTE Rel-8

confidential/proprietary

cricket 46

4G is significantly faster than 3G. But spectrum matters.

CRICKET00509303



CRICKET00509304



# Complete End to End LTE Network

## LTE is based on an all IP architecture reducing complexity

**LTE all IP Network is:**
- flatter less complicated
- less expensive
- highly efficient
- higher capacity
- highly flexible
- highly scalable
- more feature rich (faster to market)
- easier to maintain and manage
- faster

**LTE Cellsites are:**
- up to 2x more spectrum efficient
- up to 3x (@5MHz) higher throughput
- less expensive
- multi-mode (LTE/CDMA)
- simpler more flexible
- simpler to operate
- feature rich
- smaller physical foot print
- "Green" up to 50% less power

*IP based Intelligent cellsite communicates with each other for time critical session processing reducing layers of complexity*

cricket 48

confidential/proprietary



## Fast Follower vs. a Slow Leader

*Examples*

**CSIM** – the 3G provisioning solution for the 4G UICC environment has not been standardized by 3GPP yet.

A **smartphone** has not been built by any OEM to support both 4G provisioning processes and AWS.

**4G OTA platform** pricing is high because there are few vendors. Only Gemalto has deployed 4G OTA with a CDMA carrier to date.

**Complicating factors**

AWS spectrum & EVDO
3G to 4G
CDMA

The Role of OTA

Application Management
• Device Subsidy Assurance
• Dual IMSI applications
• Device Switch
• Customer Care
• Pre Paid account Mgt
• Network Device  Quality Awareness

OTA Activation
• CSIM: MDM, IMSI, T.IMSI, MJPRL,SID
• USIM: MSIDN,PLMNwAct,OPLMNwAct
• ISIM: IMPU

Receive Network Triggers
• Roaming
• UE Switched (IMEI detection)
• Quality Monitoring

Life Cycle Management
• NFC Secure Element
• Subscriber Management
• Campaign Management
• Rebranding

Dynamic Roaming Updates
• CSIM: PRL,EPRL
• USIM: OPLMN,PLMNwAcc

Secure Transactions Gateway
• VPN Access
• Identity
• Financial Transactions

49

CRICKET00509306



## Adding the UICC is a BIG shift!

The UICC (Universal Integrated Circuit Card) is the smart card used in devices in 4G UMTS networks. The UICC ensures the integrity and security of all kinds of personal data, and it typically holds a few hundred kilobytes.

In a GSM network, the UICC contains a SIM application and in a UMTS network it is the USIM application.

In a CDMA network, the UICC contains a CSIM application, in addition to 3GPP USIM and SIM applications. A card with all 3 features is called a removable user identity card, or R-UIM. Thus, the R-UIM card can be inserted into CDMA, GSM, or UMTS handsets, and will work in all three cases.

CSIM is the 3G network provisioning application. This application allows us to provision a device on our existing EV-DO network with parameters located on the UICC card. Today, those same parameters are located on the device. It is complicated to support both provisioning methods for LTE devices.

In 2G networks, the SIM card and SIM application were bound together, so that "SIM card" could mean the physical card, or any physical card with the SIM application. In 3G and 4G networks, it is a mistake to speak of a USIM, CSIM, or SIM card, as all three are applications running on a UICC card.

**gemalto**
security to be free

50

Confidential/Proprietary

GSM vs. CDMA

50

CRICKET00509307



# UICC Update

*UICC implementation is the largest sub-project within the LTE Trial Program. A UICC Core Team has been created to address this project.*

**Planning**
- Business process development
- Define device requirements
- Project schedule development
- Logistics planning
  - e.g., Which new values need barcodes on the box
- Point of sale changes
  - e.g., procedure to destroy cards for reverse processes

**UICC Profile**
- Define the UICC Profile which is the configuration on the UICC card
- ~200 configuration parameters on the card
- For example:
  - Prioritize the LTE network first and EVDO network second
  - Use the contact list on the device not on the UICC

**Identifiers**
- Architecture/Design decisions on how to implement the UICC-related customer/account identifiers. Similar to MEID in 3G.
  - ICC ID
  - IMEI
  - IMSI
- These identifiers will require change to almost every provisioning-related system in our architecture

confidential/proprietary

cricket 51

3 applications, Usim, csim, isim
More than 200 files

Here is an example of architecture and design decisions with significant impacts across all aspects of the business.

**CSIM**
**Lock/Unlock**
**Data Attributes** – (ESN 11 digit value to MEIDs) huge transition. With this project we are not only undertaking a project as big the ESN- MEID transition, but in addition we have to support both and add the 4G identifier at the same time.



# Where your LTE UICC will play a role…

| Verticals | Value proposition | The UICC assets |
|---|---|---|
| Roaming | Helps Cricket grow and optimize roaming revenues | Information stored in the UICC is the standard to choose a network when roaming |
| M-Banking | Banking the un-banked | UICC = the only universal and secured application platform working with most handsets. |
| M-Marketing | Helps Cricket grow their service ARPU and monetize their customer bases | UICC = the only universal application platform working with most handsets |
| NFC | Helps Cricket be at the cross roads of various ecosystems | The UICC is the security element for any Service Providers applications |
| M2M | Enable and manage devices & machine communication | All the subscription / authentication parameters are stored on the UICC |
| Personal data management | Store, secure, share and manage end users' personal data. Instant messaging «Long tail approach ». | The UICC Phonebook is the only standardized phonebook working with most handsets. |
| Convergence | Deploys Cricket services in a PC/IP World | The UICC is the operator's security element in a converged world |

cricket 52

confidential/proprietary

52

CRICKET00509309



CRICKET00509310



## Device Convergence = Lower Device Costs Late 2012

- A multimode chipset is required to enable devices to transition from 3G to LTE technology.
- Qualcomm's multimode Chip set is expected to be released mid-2011.
- Initially new technology prices will be high, - chip set will "Velcro" multiple chips to bridge until multimode is ready.
- Ultimately, a unified device ecosystem should drive device costs down.

confidential/proprietary

cricket

LTE brings the **GSM and CDMA carriers together on one technology. Finally we should be able to take advantage of volume pricing!**

# Trial Market Rate Plans – Speed Play



**High Usage Plans**

| Plan Price | $TBD | $TBD | $TBD | $TBD |
|---|---|---|---|---|
| | | LTE "Lite" | Full-Speed LTE | |
| Network | 3G | 3G/4G | 3G/4G | 3G/4G |
| Max Speed | 1.4 Mbps | xMbps | x Mbps* | xMbps* |
| Data Usage Limit | XGB | XGB | xGB | xGB |

**Low Usage Plans**

| Plan Price | $TBD | $TBD |
|---|---|---|
| Network | 3G | 3G/4G |
| Max Speed | 1.4 Mbps | x Mbps |
| Data Usage Limit | xGB | xGB |

**The Goal**
- Test for willingness to pay more for 4G.
- Test for willingness to pay more for more speed.

To do this we are holding GB levels constant. We already know they will pay more for more data.

*The dollar amounts and data usage GB are just place holders at this point, to be defined later.*

\* Max data speeds are for illustration only – actual maximums requires engineering input.

confidential/proprietary

cricket

CRICKET00509312

# Trial Market Rate Plans – Speed Play



### High Usage Plans

| Plan Price | $50 | $55 | $40 | $60 |
|---|---|---|---|---|
| | | LTE "Lite" | Full-Speed LTE | |
| Network | 3G | 3G/4G | 3G/4G | 3G/4G |
| Max Speed | 1.4 Mbps | 2.0Mbps | 5.0 Mbps* | 5.0Mbps* |
| Data Usage Limit | 5GB | 5GB | 1GB | 5GB |

### Low Usage Plans

| Plan Price | $30 | $35 |
|---|---|---|
| Network | 3G | 3G/4G |
| Max Speed | 1.4 Mbps | 2.0 Mbps |
| Data Usage Limit | 1GB | 1GB |

**The Goal**
• Test for willingness to pay more for 4G.
• Test for willingness to pay more for more speed.

To do this we are holding GB levels constant. We already know they will pay more for more data.

*The dollar amounts and data usage GB are just place holders at this point, to be defined later.*

\* Max data speeds are for illustration only – actual maximums requires engineering input.



confidential/proprietary

56

CRICKET00509313

## Recap – LTE Big Issues



**Device!**

Partnership with Marketing is essential.

UICC will affect nearly every aspect of
the business and is complicated.

> The Businesses ability
> to react and adjust is
> essential.

We Don't Know What We Don't Know

The Industry Doesn't Know
What It Doesn't Know

confidential/proprietary

cricket 57

CRICKET00509314



**Breakthrough Goals**
*Policy Management*
*Alternative Revenue Streams*

confidential/proprietary

58

CRICKET00509315



All data growth projections show exploding demand, outpacing monetization

Tiered pricing and policy management will mute demand, trick will be to preserve/grow revenue

59

CRICKET00509316



## Increased speeds will intensify the consumption to revenue gap

**TeliaSonera surveyed first 100 days of usage for subs migrating to 4G from 3G**

**23% were downloading larger files**

**19% were streaming video**

**TeliaSonera LTE customers average 15GB/mth ~Phonearena.com Nov'10**

**Findings supported with Cricket's implementation of video optimization**

**Consistent increase in transmitted traffic after optimization implemented**

- Philadelphia - 400MB/sec peak increased to 470MB/sec peak (17.5% jump)
- Kansas City - 500MB/sec peak increased to 570MB/sec peak (14% jump)
- Houston - 700MB/sec peak increased to 830MB/sec peak (18.5% jump)
- San Antonio - 1GB/sec peak increased to 1.2GB/sec peak (20% jump)

cricket

60

Mention rumor of metro LTE smartphone consumption ~ over 2GB out of the gate

Due to limited spectrum holdings, issues with EVDO will rapidly replicate on LTE

Shifting from defensive to offensive network strategy, creates opportunity to monetize high-value and high demand content



**Policy management 1.0:**

- Defensive strategy protecting network capacity limitations by limiting consumer access primarily though speed and usage levers
  - Soft caps: slowing access to all data traffic after plan caps have been exceeded
  - P2P bandwidth limiting: 1% of total bandwidth during busy hours



**Policy management 2.0:**

- Deliver personalized and targeted services based on subscriber's needs and wants
  - Move beyond speed and usage to tailor experience to specific customer needs
  - Sustaining competitive advantage more likely through delivery of real-time pricing, purchase, and consumption.



cricket

61

Product differentiation will rapidly shift from simple on/off access control to monetization of high demand activities

CRICKET00509318

**Policy 2.0 enables customization through a broad set of network levers**
Implementation can be transparent across 3G, 4G or converged/fixed mobile networks

| Quantity | • Usage (MB/GB), Time (hour, day week month), or Event (X downloads or Y video clips) |
|---|---|
| Peak/off peak | • Time of day  & day of week pricing |
| Content | • Protocol, application, and Domain/URL tiering |
| Congestion | • Increased functionality in low congestion sectors, or premiums for consumption in high use sectors |
| Device | • Small screen vs. large screen, device specific pricing: Muve phone s vs. Smartphone vs. Modem vs. tethering |
| Speed | • Premiums for up/downlink QoS |
| Latency | • Low latency for gaming, high latency for e-mail |
| Location | • Manage functionality while roaming off network<br>• Leverage network intelligence to present location-based promotions |

cric**k**et

62

Policy 2.0 spans all data networks, owned or leased – EVDO or LTE, Cricket or other provider

Several policy levers can be pulled to differentiate Cricket service, moving away from Speed, Coverage, and usage

62

CRICKET00509319



Gaining differentiation advantage will be drawn out of understanding customer behavior a the lowest level and identifying and acting on emerging trends identifying ones with monetization opportunity

CRICKET00509320



Industry and customer behavior is evolving so rapidly any outlook beyond 9 mths is largely guessing

Competitive advantage will be achieved by rapidly identifying and acting on shifting behaviors

64

CRICKET00509321

## Current Implementations of Policy Tiered Service

| | MTS Ukraine | 'yes' OPTUS Australia | 3 Australia | vodafone Australia | 3G Mexico | M movistar Mexico | orange UK | STC Saudi Arabia |
|---|---|---|---|---|---|---|---|---|
| Time of day | ✔ | ✔ | | | | | ✔ | ✔ |
| Volume | | | | ✔ | | | | ✔ |
| Application type | | ✔ | ✔ | | ✔ | ✔ | | ✔ |
| Device | | | | | | | | ✔ |
| Protocol | | | ✔ | | | | | ✔ |
| Location/ Network/ Wifi | | | ✔ | | | | | ✔ |

cricket                                                                 65

Policy management is gaining momentum out side N. America

One extreme offers on demand purchase with varying pricing based on time of day, activity, and roaming status

65

CRICKET00509322

**Data profitability will be driven by lifestyle product design**

Tailor products to specific needs, accurately predict cost to serve, price to compel consumption while managing yield

| | | Bundled In Plan | | | | | | Bolt On | |
|---|---|---|---|---|---|---|---|---|---|
| In Network | Off Peak | | | | | | | | |
| | Peak | | | | | | | | |
| Off Network | Off Peak | | | | | | | ??? | ??? |
| | Peak | | | | | | | | |
| WiFi - offload | | | | | | | | | |
| | | Web Browsing | E-Mail | Social Non-Video | Music Streaming | Video Streaming | P2P | Social Video Bolt-on | Video Bolt-on |

| Unmetered usage | Charged per: usage, time, or event | | WiFi offload only: |
|---|---|---|---|
| Unlimited | In plan | Bolt on | Blocked |

Multiple other levers can be included to drive desired metrics: device, screen size, market, etc.

cricket                                                                 66

Example of only 4 policies being employed – On/off network, peak vs. off peak, unlimited content, metered content, and blocked content

CRICKET00509323



Policy management creates multiple opportunities to limit and then monetize and stimulate incremental data consumption

CRICKET00509324



# Policy Management in N. America

**All N. American carriers have or are evaluating policy management enabling solutions**

**Verizon launching tiered data plans mid summer '11, expectation is some combination of speed and consumption will be implemented**

– Verizon CFO Fran Shammo at Morgan Stanley Technology, Media, and Telecom Conference 3/1/11

| | |
|---|---|
| verizon | Camient for OCS and perhaps PCRF. Cisco/Starent PCEF in the LTE regional deployment |
| at&t | *Working to identify* |
| metroPCS | Ericsson, recently inquired about Sandvine |
| T-Mobile | Policy enforcement is unknown, Netscout is in place for reporting |
| U.S. Cellular | Evaluating Openet vs. other OCS/PCRF vendors and Cisco/Starent |
| Sprint | Evaluating a blend of multiple providers with divisions at the corporate and field levels. Sandvine appears to be a leading candidate by corporate teams |
| CLEAR | Cisco/Starent. Originally used Sandvine until BOD added Cisco representation |
| cricket | Openet and Sandvine |

cricket

68

Every N. American provider has policy management partnerships

Verizon has already hinted they will introduce some policy based pricing by Jun/Jul'11

# Key risks and dependencies



- Net neutrality
  - Proactive in leading FCC to understanding due to our business model.

- Speed to implement and execute policy

- Ability to process real time purchases of usage and/or content

- Positioning
  - Can this be positioned as value added pricing opposed to less for less

cricket

69

69

CRICKET00509326



CRICKET00509327



## Owning the network provides CSPs with three inherent advantages over OTT providers

### Presence, Location, and Trusted Intermediary:

Paresh Shah, Telcordia CTO "Deliver the Experience with Real-time Charging and Policy", VanillaPlus Dec'10

**Presence and location data already resides in network and billing**

**AT&T's ShopAlerts: Real time geo-based couponing delivery**
- Direct mail of the 21 century

**Ad and 3rd party supported consumption becomes relevant with location, time of day, and sub profile data**

**Event/geo based pricing opportunities**
- Ex. Live streaming simulcast up sell at sports events and concerts

**Trusted intermediary role:**
**Protective filter between customer and internet**

**Contact centralization and management:**
- Aggregate, manage, share, update, and protect contacts across all customer networks: Facebook, myspace, linkedin, e-mail accounts, others...

**Smartphone functionality will facilitate virtual banking to unbanked demos**
- Cricket could become a brick and mortar partner to PayPal

**Device virus protection**

cricket

71

Left unmanaged – consumption will grow as capacity is created

High def video could replace standard def, followed by 3D high def – Same show could increase in size multiple times over simply by viewing quality

71



## Business models further leveraging data network

Getting a fair share of the OTT revenue

### Wholesale Applications Community (WAC)

- **Begin participation in WAC development**
  - Prepare to monetize the work of the broader industry is undertaking
    - X-functional impacts: Device design, billing, payment processing, plan design
    - Opportunity to bundle/discount/embed high value applications driving value creation for the customer

### Stimulate and monetize incremental usage off peak

- **Video scheduler application**: download desired videos during off peak hours
  - Stimulate incremental consumption and revenue opportunities
  - Provides the option of balancing total usage, off peak pricing, and need for immediate consumption

cricket

72

WAC is the providers only current opportunity to steal some of the existing app revenue.

As a provider, must empower subs with choices to manage their usage and consumption needs. Stimulate demand without generating the need to further invest in capacity



# Where your LTE UICC will play a role...

| Verticals | Value proposition | The UICC assets |
|---|---|---|
| Roaming | Helps Cricket grow and optimize roaming revenues | Information stored in the UICC is the standard to choose a network when roaming |
| M-Banking | Banking the un-banked | UICC = the only universal and secured application platform working with most handsets. |
| M-Marketing | Helps Cricket grow their service ARPU and monetize their customer bases | UICC = the only universal application platform working with most handsets |
| NFC | Helps Cricket be at the cross roads of various ecosystems | The UICC is the security element for any Service Providers applications |
| M2M | Enable and manage devices & machine communication | All the subscription / authentication parameters are stored on the UICC |
| Personal data management | Store, secure, share and manage end users' personal data. Instant messaging «Long tail approach ». | The UICC Phonebook is the only standardized phonebook working with most handsets. |
| Convergence | Deploys Cricket services in a PC/IP World | The UICC is the operator's security element in a converged world |

cricket

73

UICC creates significant new opportunities the industry is only beginning to recognize



Gemalto's Mobile Financial Services solution includes a secure applet stored in the SIM card and a transactional platform that securely manages financial operations carried out over the wireless network
between the bank or mWallet (Store Value Account) and the SIM. Gemalto's technology ensures end-to-end security, by ciphering SMS messages exchanged between the SIM and the bank or financial institution using the highest existing security standards. This guarantees message integrity, data confidentiality and non repudiation.
Special keys are embedded permanently in the SIM at manufacturing so they cannot be duplicated. All sensitive data is kept exclusively by the financial institution. The MFS application guarantees that even if one component of the solution is compromised, the overall security is not affected.

74

CRICKET00509331



CRICKET00509332

# NFC



- USIM hosts the NFC applications (mobile banking, transportation, ticketing, etc.) and NFC applications user interface thanks to the SCWS
- Close relationship with all the actors of the contact-less ecosystem to ensure the interoperability of the products (CLF & handset manufacturers)
- Many commercial pilots since 2006
  - Credit Mutuel, NRJ Mobile, Bouygues Telecom, SFR, RATP, MasterCard in France
  - JCB, KPN in Amsterdam
  - China Mobile, Chongqing Commercial bank
  - FarEastone, Taishin bank: Visa in Taiwan and SCWS
  - KTF, LGCard with Master Card in Korea
- First commercial deployments in 2010

     

76

confidential/proprietary

cricket

76

CRICKET00509333

# SCWS

- ✕ A local, standard web server embedded in a UICC
- ✕ Communicates with any HTTP client, such as a Web browser or any application managing HTTP connections
- ✕ Can be used to develop powerful client/server mobile applications such as social phonebook, instant messaging and self-care.
- ✕ Close collaboration with handset and chipset manufacturers to enable the technology:
- ✕ Commercial deployments in 2010



Client

Server

Http Request

Http Response

Handset
Browser client

   



Gemalto – Orange Company confidential

confidential/proprietary

cricket 77

CRICKET00509334



CRICKET00509335

# Mobile TV



- A global Mobile TV solution including
  - Mobile TV Ready SIM cards
  - Mobile TV remote **upgrade & maintenance service** of
    - Conditional Access Software on any interoperable card already on the field
    - Gemalto Mobile TV SIM cards operating system already deployed
  - **Post-activation service** to enable MoTV- Ready cards



79

confidential/proprietary

cricket

79

CRICKET00509336

# MoTV UICC advantages



- **Service protection**
  - Mobile TV needs exceptionally high levels of protection – if one mobile TV receiver (whether a card or a handset) is hacked, the whole service is vulnerable. Mobile TV SIM cards incorporate an absolutely unique set of advanced security enhancements that make it the most secure platform on the market

- **Technical and business support**
  - Mobile TV SIM cards can be widely deployed and then activated individually when the subscriber requests the service

- **Post-issuance flexibility**
  - All Mobile TV SIM cards are designed for remote management once out in the field. This feature allows operators to upgrade the SIM and embedded applications to improve functionality (and support new business models)

- **Partnerships**
  - All the major Conditional Access providers (including NagraVision, Irdeto, NDS and Viaccess) have already ported their application onto our platform

80



confidential/proprietary

80

CRICKET00509337



81

CRICKET00509338



CRICKET00509339



CRICKET00509340



CRICKET00509341



CRICKET00509342



CRICKET00509343



Developed an recovery plan aligned to 6 key areas of the business that we began in late 4Q and is on pace to be fully completed by the end of 2Q. Project managing over 400 individual tasks.

87

CRICKET00509344



High level summary - we're on-track with all Video Opt. pushed to 2/28. High confidence

CRICKET00509345



All tolled, the are 50 individual projects/initiatives in our recovery plan. Way too much to fit onto a page and far too much detail for this group. Summary view to highlighted either **major levers** or **at risk** and need attention from cross-functional leadership.

To that end...

89

CRICKET00509346



CRICKET00509347



CRICKET00509348



CRICKET00509349



CRICKET00509350

# Comparison



| | AT&T | Sprint | T-Mobile Contract | T-Mobile No Contract |
|---|---|---|---|---|
| Contract | Yes 2 Years | Yes 2 Years | Yes 2 Years | None |
| Monthly Service based upon the unlimited talk/text/web plans | $114.99 | $99.99 | $99.99 | $79.99 |
| Wi-Fi Tethering Capabilities | $20.00/Month | $29.99/Month | No Additional Cost | |
| Top Speeds | 14-16Mbps | 6-10Mbps | 21Mbps | |
| Average Speeds | NA | 7-9Mbps | 7-9Mbps | |
| Data Usage Levels | 2GB Then auto bills $10 / 1GB | Unlimited | 5GB Then slows to 3Mbps once level is met | |
| Activation Fee | $36 | $36 | $35 | |
| Coverage | Nationwide but limited to major metro areas | Nationwide but limited to major metro areas | Nationwide but limited to major metro areas | |
| Lowest Device Pricing | $99.99 | $149.99 After $100 MIR | $199.99 After $50 MIR | *$459.99 |

cricket

Confidential/Proprietary

94

CRICKET00509351



# 4G Modem Rate Plan Landscape

confidential/proprietary

cricket

We continue to monitor the competition and expect ongoing change. In fact, I need to confirm, but I think the T-mo plans have changed to a soft cap throttling to 40 kbs. So, in effect that is almost a hard cap.

Next month we are targeting to provide this view for smartphones on 4G as well.

95

# Trial Market Rate Plans – No Speed Play



**Low Usage Plan**

| Plan Price | $30 | $35 |
|---|---|---|
| Network | 3G | 4G |
| Max Speed | 1.4 Mbps | 5.0 Mbps* |
| Data Usage Limit | 1GB | 1GB |

**High Usage Plan**

| Plan Price | $50 | $55 |
|---|---|---|
| Network | 3G | 4G |
| Max Speed | 1.4 Mbps | 5.0Mbps* |
| Data Usage Limit | 5GB | 5GB |

**The Goal**

• Test for willingness to pay more for 4G

To do this we are holding GB levels constant. We already know they will pay more for more data.

*The dollar amounts and data usage GB are just place holders at this point, to be defined later.*

cricket 96

confidential/proprietary

CRICKET00509353

## LTE Summary Test Phases

| June | May | Jun | Jul | Aug | Sep | Network | Devices | Test Systems | Prod Systems |
|---|---|---|---|---|---|---|---|---|---|
| **NETWORK READINESS TESTING**<br><br>**Scope:** Validate Production Network<br>**Owner:** E&O | | | | | | ✓ | | | |
| **DEVICE TESTING**<br><br>**Scope:** Certify LTE devices for the Cricket Network<br>**Owner:** Device Engineering | | | | | | ✓ | ✓ | | |
| **SYSTEM TESTING**<br><br>**Scope:** Validate IT systems functionality and data flows in a test environment<br>**Owner:** IT/QA | | | | | | ✓ | ✓ | ✓ | |
| **UAT**<br><br>**Scope:** Business validation of system functionality and data flows in the test environment.<br>**Owner:** Product | | | | ☆ | | ✓ | ✓ | ✓ | |
| **PRODUCTION TEST**<br><br>**Scope:** Validate system functionality and network integration in the production environment before Commercial launch<br>**Owner:** Product | | | | | | ✓ | ✓ | ✓ | |
| **FINAL PRODUCTION TEST**<br><br>**Scope:** Final validation of full production supply chain post-FAI, validate POS business processes<br>**Owner:** Product | | | | | | ✓ | ✓ | ✓ | ✓ |

confidential/proprietary

cricket

CRICKET00509354

## Profitability Matrix
Quantifying the lifetime value impact of improving FBNP% and Churn%



- Current LTV with exiting FBNP% (30%) and churn (7.5%) is $125
- Achieving 20% FBNP and 5% churn targets increases LTV 90% to $237

| Deact% | Churn % | FBNP% 30% | 28% | 26% | 24% | 22% | 20% | 18% |
|--------|---------|------|------|------|------|------|------|------|
| 13.5% | 7.5% | $125 | $129 | $133 | $138 | $142 | $147 | $152 |
| 13.0% | 7.0% | $136 | $141 | $146 | $150 | $156 | $161 | $166 |
| 12.5% | 6.5% | $149 | $154 | $159 | $165 | $171 | $177 | $183 |
| 12.0% | 6.0% | $164 | $169 | $175 | $181 | $188 | $194 | $201 |
| 11.5% | 5.5% | $180 | $186 | $192 | $199 | $207 | $214 | $222 |
| 11.0% | 5.0% | $198 | $205 | $212 | $220 | $229 | $237 | $247 |
| 10.5% | 4.5% | $218 | $226 | $235 | $244 | $254 | $264 | $275 |
| 10.0% | 4.0% | $242 | $251 | $261 | $272 | $283 | $295 | $308 |
| 9.5% | 3.5% | $269 | $280 | $292 | $305 | $318 | $332 | $348 |
| 9.0% | 3.0% | $302 | $315 | $329 | $344 | $360 | $377 | $396 |

**Model Assumptions:**

| | | | |
|--|--|--|--|
| CPGA: | 100 | Mtly Margin: | $23.00 |
| React%: | 6% | Mtly GA: | 50,000 |
| Active Base: | 550,000 | | |

cricket

98

CRICKET00509355



CRICKET00509356

# Saudi Telecommunications Company

Jawal – Smartphone plans: per MB pricing or unlimited by hour, day, or month



100

CRICKET00509357



# Saudi Telecommunications Company

Action – SIM card: usage, time, wifi, and content

101

CRICKET00509358

## Saudi Telecommunications Company
Express – Modem plan, usage based



One free hour per day determined by subscriber

102

CRICKET00509359



CRICKET00509360



Each MAC sub site and RDC includes a pair of PTS 14521 elements clustered together for redundancy.  Each PTS 14521 can be configured to support either a 10G or a 4G license with the following per unit scaling:
•10 Gbps aggregate traffic, 500,000 new flows per second, 15 million concurrent flows, 1 million subscribers
•4 Gbps aggregate traffic, 200,000 new flows per second, 6 million concurrent flows, 400,000 subscribers  *Note, 4 Gbps License can be upgraded to 10 Gbps license

The PTS 14521 hardware supports 10G aggregate traffic and 12x 1GE or 2X10GE data ports. The units are clustered together using XFP 10G interfaces. For this proposal each RDC and MAC was configured with either a 4 Gbps or 10 Gbps license depending on the subscriber count and aggregate bandwidth. Data subscribers were calculated based on total voice subscribers (63%) and it was assumed that 30% of these data subscribers would be active at any given time. Aggregate traffic was calculated at peak traffic plus an additional 30% to represent a bi-directional flow. SFP data interfaces were included in the proposal based upon peak traffic. For example, a peak load of 2 Gbps requires 2 x 1GE SFP data interfaces or 4 x 1GE SFP ports.

For future scaling and flexibility there are additional interface options available when a PTS 24xxx is added to the cluster. Each PTS 24xxx has two interface blades available. Any combination the following two blades can be inserted into the two I/O interface slots available on the PTS 24xxx:

CRICKET00509361

BLD 24010 is a 20 Gbps data interface blade that has 14 ports for data intersection or clustering -12 are SFP (1G) or SFP+(10G) and 2 are XFP (10G).  A combination of 1G and 10G interfaces are supported.

BLD 24020 is a 40 Gbps data interface blade that has 8 cluster ports and 4 data intersection ports.  All of these ports are SFP (1G) or SFP+ (10G).  A combination of 1G and 10G interfaces are supported.

Each RDC includes a redundant pair of Sandvine Server, Reporting and Policy platforms - SRP 3000 Network Servers.  This supports database storage utilizing 15 x 300GB 15kRPM SAS drives, 32G RAM, and supports RAID 5/10 configurations.  Additionally, a redundant pair of SRP Lites is included for the Subscriber Policy Broker (SPB) application.  Each Lite unit includes 2 x 147 Gbyte, 15,000 RPM SAS drives, 32 Gbyte RAM, and supports RAID 5/10 configurations.  Both units include 2 x Ethernet 10/100/1000T interfaces.

The SPB application can support 5000 RADIUS messages per second and can manage 5,000,000 subscribers.  As that number is surpassed, additional data homes are added to the deployment. By incorporating a hierarchical structure, Sandvine enables the network to be partitioned into smaller views. These views may then be rolled into a parent view which aggregates the entire network.  A parent SRP Database and SRP Application Server are included in the Philly RDC.

The SDE's primary responsibility is to map subscriber attributes and collect data for usage records. Some examples of attributes are: AAA information, IP address, MAC address, IMEI (Device Type), Base Station ID, realms or customizable values either gleaned from packets in the subscriber stream or sent from third party devices (via API).

Sprint's requirements to support 75 million mapped subscribers, Usage Date Records (UDRs) and high Transactions Per Second (TPS) highlight the Sandvine Service Delivery Engine (SDE) as an ideal solution component. Although a single SDE can support 10,000 TPS, the SDE will be placed strategically throughout the network to balance mapping, UDR load and high availability. Each SDE can export UDR data in a format to facilitate offline subscriber usage analysis. The SDE application runs on an industry standard server running Red Hat Enterprise Linux.

104

CRICKET00509362

## Wifi offload
### Facilitating and encouraging wifi offloading



**Globally, 31% of smartphone traffic was offloaded onto the fixed network through dual-mode or femtocell in 2010.**

Last year, 14.3 petabytes of smartphone and tablet traffic were offloaded onto the fixed network each month. Without offload, traffic originating from smartphones and tablets would have been 51 petabytes per month rather than 37 petabytes per month in 2010.

**Objective: drive data consumption to wire line providers by changing customer behavior to prefer wifi use while at home and away**

**Tactics to change customer behavior:**
1. Seamless automatic device-initiated offload to public and premium wifi hotspots (Devicescape solution)

2. Force wifi offloading for high bandwidth consuming activities (video, P2P, VoIP, video chat) on network and/or charge real-time premiums for on network use

3. Subsidize access to existing premium wifi networks (Boingo solution)

4. Some combination of 1-3



105

CRICKET00509363



CRICKET00509364

# CRICKET00509258

## Metadata

| Author | Rich Mackey | SEMANTIC |
|---|---|---|
| **Begin Family** | CRICKET00508640 | SEMANTIC |
| **Custodian** | Neshat_Susan | SEMANTIC |
| **Date Created** | 2009/09/29 7:03 pm | SEMANTIC |
| **Date Modified** | 2011/03/15 11:40 pm | SEMANTIC |
| **End Family** | CRICKET00509370 | SEMANTIC |
| **Extension** | PPTX | SEMANTIC |
| **Filename** | Broadband Deep Dive Mar'11 v2.3.pptx | SEMANTIC |
| **MD5 Hash** | B50F04ECBD449F4ED701A259CC07741E | SEMANTIC |
| **Production Volume** | CRICKET_VOL015 | SEMANTIC |
| **Title** | Slide 1 | SEMANTIC |