# Exhibit P



CRICKET00354344

# TODAY'S HOLIDAY GTM REVIEW

- Review 2013 Q4 & 2014 Q1 media plan scenarios

- Share revised Holiday Video content ideas

- Discuss 2013 Integrated GTM Strategy Calendar and extension strategies

- Align to specific actions and deadlines for full engagement with Cricket PR and Digital teams

- Discuss next steps for w/o 8/12 meetings

cricket
wireless

2

CRICKET00354345



CRICKET00354346



# MATRIX UPDATE PUTS PRIORITY ON MARKETS THAT REPRESENT 60% OF GROSS ADD GOALS

4

CRICKET00354347

**IPHONE MESSAGING DURING HOLIDAY AND TAX TIME PERIODS IN PRIORITY MARKETS**

- Prioritize Tier 1 Growth and Tier 2 AWS/Launch markets
- OOH and Digital assets to drive consideration and purchase
  - OOH: Bulletins, Bus Shelters, Wallscapes
  - Digital: Search & Display

CRICKET00354348

## SHIFT PRIME BUYING STRATEGY TO FIXED POSITION

| | 2011 Stylish Go-Getter & Techie Influencer | 2012 Real Live Value Seeker | 2013 Individual Contract Switcher | Competitive AT&T |
|---|---|---|---|---|
| Early Morning | 5% | | 10% | 3% |
| Daytime | 10% | 15% | | 18% |
| Early Fringe | 15% | 10% | | 11% |
| Early News/Prime Access | 5% | 5% | 15% | 4% |
| Prime | 15% | 25% | 40% | 46% |
| Late News | 5% | 5% | 5% | 3% |
| Late Fringe | 25% | 20% | 10% | 10% |
| Overnight | Bonus | Bonus | | 5% |
| Weekend | 20% | 20% | 20% | n/a |

*Weekend delivery is rolled into other dayparts

| | 2011 | 2012 | 2013 |
|---|---|---|---|
| ABC CBS NBC | 25% | 25% | 40-45% |
| CW FOX | 35% | 35% | 20-30% |
| MyTV IND | < 5% | < 5% | < 5% |
| Cable | < 35% | < 35% | < 35% |

- Maintain selective daypart and network placement for high share of voice against strategic target
- Shift buying strategy for Prime inventory to guarantee delivery within top performing daypart

cricket
wireless

6

*This business is confidential and contains proprietary information
© 2012 Cricket Communications, Inc.

CRICKET00354349

## SELECTIVE PRINT AND EMAIL DROPS TO INCREASE CONSIDERATION AND ACTION DURING KEY PERIODS

- Black Friday Shared Mail and FSI campaign to deliver tangible and hard hitting promotional content
  - Target nearby consumers
  - Formats habitually used by consumers to search for deals

- Direct Mail and E-Mail blasts during Tax Time promotion
  - Target upcoming contract end dates
  - Drops align with key delivery periods

cricket
wireless

7

CRICKET00354350



Assess = what do I need?

Search =what providers meet my needs?

Aquire = selected my provider

Experience = is my provider what I wanted/needed

Calibrate = do I need to change?

8

CRICKET00354351

## PURCHASING Q4'13 AND Q1'14 TOGETHER YIELDS SIGNIFICANT BENEFITS

- Early entry into the market is essential given the growth in market demand, Olympics programming, Politicals, and Healthcare activity
  - Without early entry, inventory will be extremely limited if not completely unavailable
  - Any available inventory will require significant premiums
    - Current Q3 buys are seeing up to 30% premiums due to late entry and heavy marketplace demand
- Purchasing higher inventory levels increase negotiating leverage which could result in:
  - Estimated savings of 2-7% on current planned costs (excluding premiums)
  - Increased levels of added value and bonus inventory
  - Enhanced selection of programming/locations

cricket
wireless

9

9

CRICKET00354352



## ROLE OF MEDIA DETERMINED BY MARKET TYPE

Growth

**Sustaining Year Over Year Growth**

- **Video**
  - Visually engage consumer with new message
  - Increase recall by delivering on multiple video consumption points
  - Drive awareness of new promotions and messaging
  - Extend TV message Online to more targeted and engaged consumer
- **Digital**
  - Complement and expand Online Video impact through highly targeted display units
  - Increase purchase intent by utilizing CRM and re-targeting efforts
  - Drive store traffic through highly targeted mobile placements near Cricket and competitive locations
  - Increase consideration and intent through fan-targeted Facebook posts and key word targeting on Twitter
- **Radio**
  - Increase frequency around pay periods
  - Build credibility and affinity through endorser partnerships
- **OOH**
  - Increase in-market visibility and familiarity
  - Strengthen consideration by showcasing iPhone offering during key promotional periods
- **Print**
  - Black Friday FSI and SM for tangible call-to-action
  - Direct Mail and E-Mail blasts to drive consideration and action during contract end periods

*This document is confidential and contains proprietary information*
© 2012 Cricket Communications, Inc.

**cricket** *wireless*

10

10

CRICKET00354353



## ROLE OF MEDIA DETERMINED BY MARKET TYPE

**Maintenance**

**Efficiently Retain Size of Current Customer Base**
- Video
  - Deliver visual message online to a highly targeted and engaged consumer
- Digital
  - Complement and expand Online Video impact through highly targeted display units
  - Increase purchase intent by utilizing CRM and re-targeting efforts
  - Drive store traffic through highly targeted mobile placements near Cricket and competitive locations
  - Increase consideration and intent through fan-targeted Facebook posts and key word targeting on Twitter
- Radio
  - Provide continuity and message familiarity
  - Build credibility and affinity through endorser partnerships
- Print
  - Direct Mail and E-Mail blasts to drive consideration and action during contract end periods

11

11

CRICKET00354354



CRICKET00354355

# CURRENT FORECAST BUDGET - SUMMARY



CRICKET00354356



CRICKET00354357



CRICKET00354358



CRICKET00354359

## CHALLENGE

- **Challenge**: Faced with a 15% budget reduction, how can we develop a plan that:
  - Achieves effective delivery levels
  - Maintains a pinpoint focus against the target
  - Avoids a reduction in media coverage

- **Solution**: Identify a smaller sub-segment of our strategic target to maintain the effective impact of our media support

cricket
wireless

This document is confidential and contains proprietary information
© 2012 Cricket Communications, Inc.

17

17

CRICKET00354360



CRICKET00354361



CRICKET00354362



CRICKET00354363



CRICKET00354364

## RECOMMEND TESTING NEW APPROACH PRIOR TO IMPLEMENTATION TO ENSURE LONG-TERM SUCCESS

**CHALLENGES**

- No Spanish language website or mobile site
- Limited paid social Hispanic inventory
- Size of opportunity relative to Gross Add goal
- Nominal reach to non-Hispanic audience
- May require customized messaging

**OPPORTUNITIES**

- Strong delivery against a very focused, high propensity target
- 30% increase in market coverage
- Enhanced frequency with no loss of reach against strategic target
- Media support during launch of Generosity

cricket
wireless

22

22

CRICKET00354365



23

CRICKET00354366

**LAUNCH INSIGHT:**

*People would never pay double for other things in life, why are they still doing it with their wireless?*

**LAUNCH CONSTRUCT:**

- **Opening** – Establish situation for Todd to talk about price
- **Engagement** – Todd gives people the option to pay 2 prices for the same thing
- **Seed The Idea** – Todd makes the turn: *"You'd never pay double here, so why are you doing it with your wireless?"*
- **Conversion** – *"Switch to Cricket and get the same plans for half the price of AT&T and Verizon and do more with the money you save."*
- **Closing** — We capture people having their "a-ha' moment and celebrate their smart decision

cricket
wireless

24

24

CRICKET00354367

## LAUNCH SCENARIOS

**FOOD TRUCK:** Open on a food truck with people lined up at two windows. Both windows show a sign that says, "**$4.**" Our Hero sees that one of the vendors changes the sign on one of the windows to "**$2.**" and reacts.

**PEDI CAB RIDES:** Our Hero is standing in a busy pedestrian area with his rickshaw. He has a sign that says: **RICKSHAW RIDES $10 or $20.**

**BLOCKBUSTER:** Marquee says **Tickets: $6 OR $12**. Customers approach the ticket window and ask for a ticket. The ticket vendor (our Hero) gives them a choice of what to pay.

**WATER GUY:** Our Hero is working the stands and selling bottled water at an adult recreational league sporting event. He has two coolers. One cooler is marked **$2 Water.** The other cooler says **$4 Water.**

**VELVET ROPE:** Our Hero is the doorman at a music venue. He opens the door to reveal an incredible band/DJ playing and people having a great time. He then shuts the door and tells people the cover charge is either **$10 or $20.**

cricket
wireless

25 25

CRICKET00354368



CRICKET00354369



CRICKET00354370

**HOLIDAY INSIGHT:**

*People would rather give more to those who matter during the holidays, so why are they giving so much to their wireless company?"*

**CONSTRUCT:**

- **Opening** – Establish situation for Todd to talk about being generous
- **Engagement** – *"Isn't it great to be able to give this time of year?"*
- **Seed The Idea** – Todd makes the turn: *"So why do people give so much to AT&T and Verizon?"*
- **Conversion** – *"Switch to Cricket and get the same plans for half the price of AT&T and Verizon and do more for those who matter this holiday season*
- **Closing** — We capture people having their "a-ha' moment and celebrate all the ways they could do more during the holidays

cricket
wireless

28

28

CRICKET00354371

## HOLIDAY SCENARIOS

**TURKEY**: Todd is in an apron at a grocery store is doing a turkey tasting by giving out free samples to shoppers

**KARAOKE:** Todd is demonstrating a karaoke machine at a department store— providing holiday entertainment for shoppers

**LATTÉ:** Todd is in front of a coffee shop handing out free pumpkin lattés to passer-bys OR at a Black Friday line serving lattés.

**GIFT WRAP:** Todd is at a mall kiosk  offering complementary gift wrapping in his own fun, unique way.

**TOYS:** Todd is volunteering at a toy drive and accepting the donations people are dropping off.

cricket
wireless

29

29

CRICKET00354372

### TURKEY SCENARIO  / ENGAGEMENT EXAMPLE

**OPENING:**
Todd is at a grocery store, giving out free samples of cooked turkey in preparation for the Thanksgiving holiday.
He's wearing an apron (and maybe a chef's hat), standing behind a table, with samples of turkey on toothpicks.

**ENGAGEMENT:**
Todd uses his infectious personality to draw people to the sample table.
(Ex: **Todd:** Gobble gobble, everyone, it's turkey time! OR Who likes the taste of flightless bird! A small crowd gathers)

**SEEDING THE IDEA:**
Todd comments on the spirit of the season and asks the people who approach him what they love about the
holidays/what they would do if they had more to give to loved ones.
(Ex: **Todd:** *Isn't this time of year great? You get to give to the people you love and as they say, giving is better than
receiving. What if you had a little more to spend this year, what would you get or do, how would you give more?*
*(People enthusiastically agree and provide various replies to his question, telling him how they would give more this season).*

**CONVERSION:**
Todd steers the conversation toward their wireless plan, helpfully pointing out (via leading questions, so as not to
sound accusatory or condescending) that if they switched to Cricket, they'd have the ability to give more to their
loved ones this holiday season.
(Ex: **Todd:** *"Have you ever thought about where you could be saving money, to be able to do or give more? Do you have
AT&T or Verizon as your wireless provider? If you switch to Cricket you'd pay half the price of AT&T and Verizon, and be able
to give more where it matters most (or do the specific example they had mentioned) with the money you save.*

*(People experience an a-ha moment when they realize that by switching to Cricket, they can be more generous during the
holiday season, and have the means to do what they had mentioned would make their holidays a little better).*

**CLOSING:** Todd playfully tries to hand feed one of the people he's been talking with, provides an endearing Todd quip.

cricket
wireless

30

This document is confidential and contains proprietary information
© 2012 Cricket Communications, Inc.

30

CRICKET00354373



**REVIEW GTM STRATEGIC FRAMEWORK FLOWCHART**

CRICKET00354374



CRICKET00354375



**REVIEW HANDOUT**

33

CRICKET00354376

# RETAIL STRATEGY

The Ultimate Generosity Demonstration

At retail we have the opportunity to do what other mediums can't—to engage with customers one-to-one, understand what they want to do more of, and help them do it.
We will use Cricket stores to deliver the complete story of generosity and use every tool in our retail toolbox to demonstrate how switching to Cricket means being able to **DO MORE and GIVE MORE during the holidays.**

cricket
wireless

34

CRICKET00354377

## RETAIL VISION

**The essence of our holiday campaign in store is to enable generosity and close the sale.**

**Demonstrate DOING MORE by connecting our great devices and offers with popular apps that help you make the most of the holiday season. We will also use devices to deliver real life imagery to make an emotional connection with switchers around generosity, doing, and giving more during the holidays.**



35

CRICKET00354378



36

CRICKET00354379

# SOCIAL MEDIA STRATEGY

## Affordability Makes Generosity Simple

Social media will bring **DOING MORE/GIVING MORE to life during the holidays through a focus on *surprise* and *delight*.** Social dialogues will be mined for opportunities to help customers understand that their more is even more fun when it's focused on others, and a tentpole activation will guide them to experience the joy of being able to bring a little more to the holiday table.

cricket
wireless

37

37

CRICKET00354380



# AFFORDABILITY INFOGRAPHIC SERIES

**(SEPT - OCT)**

This visual series of graphics will help connect the cost savings at Cricket with affordability, amplified through partnership with bloggers and posting on Cricket social channels. Potential topics include:

- Why switching mobile carriers is a cost cutting activity
- How easy it is to switch your wireless plan to Cricket
- How saving with Cricket enables you to buy more for others – and what that "more" can look like
- How to cut costs this holiday season
- Year-round savings plan

**Surprise & Delight Opportunity:**
Select fans who comment on the infographic posted on Cricket's social channels automatically win Cricket swag

cricket
wireless

38

CRICKET00354381



# SOCIAL SCAVENGER HUNT

**(OCT – DEC)**

Fans will be invited to participate in a social media scavenger hunt designed to help them explore how Half is More can be about doing more this holiday season… for others and themselves.

- A monthly checklist of activities will be created that brings to life the idea of more being more when it includes doing something for others
- Participation will include rewards and acknowledgment of doing good this holiday season through social badging
- Clues for activities will be included on a Facebook tab, on the FB wall, on Twitter, Instagram, and YouTube, and on the Cricket website
- Some activities will require in-store visit and use of Cricket phones
- Mobile-friendly
- FanHub participants will have unique opportunity to participate

**Surprise & Delight Opportunity:**
Anyone who participates could be selected as an instant winner of a smaller Cricket-branded prize

39

CRICKET00354382

# ONGOING SOCIAL STRATEGIES



### COMMUNITY MANAGEMENT & EDITORIAL CONTENT

Daily social community moderation, engagement and customer service support. Editorial content will amplify Half is More holiday content and generosity themes. These will also be further expanded via Facebook Hub articles.



### BLOGGER ENGAGEMENT

Ongoing blogger engagement will include content partnerships related to generosity, device trials, potential promo code sharing and Muve Music amplification.



### MUVE MUSIC

Engage fans around Cricket's unlimited music offering via exclusive artist content & access, in-service spotlights & giveaways, blogger engagement and editorial calendar content.

cricket
wireless

40

40

CRICKET00354383

# SOCIAL ADVERTISING PROGRAM

**FACEBOOK & TWITTER SOCIAL SELLING (SEPT - DEC)**

Use a combination of Facebook & Twitter advertising tactics to drive people to MyCricket.com and retail locations to complete various offers.

- Drive store traffic, online purchases and offline leads
- Target existing Cricket fan base; AT&T and Verizon switchers

**Offer #1**: $25 device financing promo (offline)

- Success metric: number of people who fill out form to be qualified
- Use tracking URL to measure social ad effectiveness

**Offer #2**: $19.99 Discover (online)

- Success metric: number of people who buy
- Use promo code to measure social ad effectiveness

*Note: Late September, Offer #2 will switch to different deal TBD*

cricket
wireless

41

41

CRICKET00354384

# SOCIAL CHANNELS OVERVIEW

| Channel | Role | Content | Considerations |
|---|---|---|---|
| Facebook | Reward, educate and activate current customers; customer service; primary source of Spanish brand info | Promotions, giveaways, tips & tricks, device launches, exclusive content, generosity conversational topics, | Leverage visual assets whenever possible, amplify reach via promoted posts & paid ads, house tent pole activations |
| Half is More FB Hub | Home base for content that brings HIM to life | Articles, photos and videos about tech tips, devices, music, ways to save, reasons to switch | Source hub content from trusted sources that can talk about generosity & savings |
| Twitter | Reach new audiences, connect with influencers; customer service | Giveaways, tips & tricks, local market event support, Muve Music content, conversational topics | Keep content concise with snackable bites of information, pilot social selling |
| YouTube | Build awareness and educate customers about Cricket products; feature HIM generosity video content | HIM video content, sharable brand videos, product tutorials, exclusive Muve Music content | Amplify reach with paid support |
| Instagram | Engagement around visual brand assets | Device photos, behind the scenes artist photos, generosity brought to life | Newest Cricket channel, continue growing in Q4 |

*This document is confidential and contains proprietary information
© 2013 Cricket Communications, Inc.*

cricket
wireless

42

42

CRICKET00354385

## MYCRICKET.COM APPROACH

- **Leverage upgraded shopping experience & associated search strategy to continue Half Is More conversation online and drive conversion**
  - *Maximize opportunities on the homepage to break down barriers for the individual contract switcher by featuring rate plan value proposition & showcasing online-only offers (BF, Cyber Monday)*
  - *Integrate generosity content throughout the site to provide customers with a deeper brand experience as they make their final shopping decisions; with new platform in place, update content more frequently to reflect mindset shifts across Q4*
  - *Update HIM landing page to reflect Holiday creative look and feel*

- **Exploit optimized mobile/tablet experience to generate stronger social activity around generosity content**

NEED TO
W/ JEFF
NEXT

cricket
wireless

43

43

CRICKET00354386

## PR STRATEGY

- **Pitch long-lead opportunities with influencers and advocates to be part of the "role of technology at the holidays" conversation**
  - Secure placement in key offline and online outlets to be on every "hot" holiday list – event planning, gift-giving guides, best holiday/BF deals
  - Focus on Holiday Apps that make it easy to plan, shop, gift, travel
- **Create short-lead opportunities with local media outlets to promote offers**
  - Leak Half Friday promotion by feeding local markets 'exclusive" deal information, and drive consumers to stores to find out more about these unique deals
- **Create buzz & drive local store traffic with a Generosity Media Tour**
  - Leverage Todd as a "do more" advocate, and develop a media tour that brings him to key markets and showcases how Cricket can enable them to enhance their holiday experience

cricket
wireless

44

44

CRICKET00354387

## DIGITAL ADVERTISING STRATEGY

- **Deliver contextually relevant ads to switchers who are beginning to plan for the Holidays in October**
  - Placements should focus on sites regarding travel, party planning, tech sites that showcase how to leverage technology to plan
- **Create awareness for the Half Friday Sales promotion in November**
  - Deliver a unique message based on the day of the week/countdown until the next "Half Friday" promotion
- **Drive Black Friday & Cyber Monday sales**
  - Leverage pre-roll and video placements post Black Friday within news sections covering the sales craziness and highlights of Black Friday to communicate that it isn't too late to save this holiday
  - Partner with deal seeker apps (SnipSnap, Decide) that helps switchers with their shopping
  - Secure presence during Cyber Monday on large retail sites as well as sites focused on deal hunting (i.e. cybermonday2013.com, slickdeals.com, and cybermonday.com)
- **Target last minute online shoppers who are concerned about shipping costs, forgetting someone on their list, last minute party ideas**
  - Deliver messaging to let them know its not to late to be generous if you switch to Cricket
  - Target ad placements to Holiday party planning including recipes, decorations and holiday party dresses

NEED T
W/ JEFF
NEX

cricket
wireless

This document is confidential and contains proprietary information
© 2013 Cricket Communications, Inc.

45

CRICKET00354388

## FIELD STRATEGY

**HALF FRIDAY SALES** (select media markets, 11/1,8,15,22)

- Aggressive Flash Sales to drive store traffic and conversation. "I went to Cricket last Friday and got an HTC One for $79.99, you should go next Friday."
- Activate local street teams to drive traffic in-store for unique offers
- Amplify "challenger" approach to drive generosity and comparison message through SMS, flyers, deal sites/apps (e.g. Groupon)
- Leverage existing local media, sponsorships & events to communicate a single message around Half-Friday sales to drive traffic build into Black Friday
  - "Surprise and delight" customers with incentives and prizes – free phones, prizes (apps, accessories), Muve Music artist appearances/events
- Geo-target guerilla opportunities in low/no media markets where volume/activation could drive ROI

cricket
wireless

46

CRICKET00354389

## FIELD STRATEGY

### Cricket "Office Party" *(Cyber Monday through EOY)*

- Utilize local activations, sponsorships, public relations and other opportunities to leverage Black Friday boost and drive store sales during the sprint to Christmas
- Execute store level weekly events to:
  - Support the Muve Music Concert Series – Social extensions
  - Capitalize on "Todd" improv visit to drive store visits
    - Incorporate Todd and/or Muve Music series into Holiday merchandising kit with in-store activation
- Additional Support
  - Local Social Amplification - Drive consumer engagement to generate social conversations at a community level
  - Incorporate generosity message into local consumer PR

cricket
wireless

47

47

CRICKET00354390

## NEXT STEPS

- 8/7 (today): Agree on additional needs for w/o 8/12 meetings (Julie/Tyler, APs, C-Suite)

- 8/7 – 8/11: Network to refine deck; share ideas with PR and Digital teams for alignment

- 8/8: Present Tax Time ideas to Marcom

- 8/9: Send updated deck to Marcom for review

- 8/12: Present Holiday GTM strategy and Tax Time ideas to Julie/Tyler

- 8/13: Present Holiday GTM strategy and Tax Time ideas to APs

- 8/14: Present Holiday GTM strategy and Tax Time ideas to C-Suite

cricket
wireless

48

CRICKET00354391



CRICKET00354392



CRICKET00354393



CRICKET00354394

## BRIEF RECAP

| | |
|---|---|
| **Business Objective** | Drive gross adds. Improve 90 Day survivability |
| **Marketing Objective** | Maximize the Holiday selling season, differentiating the brand and capturing market share |
| **Target Focus** | Individual Contract Switchers |
| **Marketing Approach** | Focus on the Holiday **Mindset** as opposed to just the Holiday **Season** to extend our reach and to create disruption. |
| **Messaging Focus** | Generosity - Cricket enables you to DO MORE this holiday season |
| **End Benefit** | With plans half the price of AT&T and Verizon, you can spend less and do more to make the most of your holiday: Enjoy more experiences, create more celebrations, give more to loved ones |
| **Assignment** | Concept ideas that evolve the HIM campaign around the idea of generosity and extend across all mediums |

cricket
wireless

52

CRICKET00354395



CRICKET00354396



CRICKET00354397

## OUR TARGET

- **The Contract Switcher who is open to leaving AT&T and Verizon**

- **They're likely to be single and to earn less than $75K a year**

- **They know how to manage their money to have more of what they really want without going into debt**

cricket
wireless

55

55

CRICKET00354398



56

CRICKET00354399

**HALFISMORE** FOR THE HOLIDAYS

## Affordability ⟹ Generosity

| Switch to Cricket today and have more to spend on the Holidays | Cricket helps you to do more during the Holidays |
|---|---|
| Start engaging the contract switcher early when they're saving and planning for the Holidays – not just when the shopping has begun | Connect the Half is More message benefit to being able to do more with and for family, friends and yourself |

57

CRICKET00354400



CRICKET00354401

## MAKING AFFORDABILITY RELEVANT

**Affordability Core Message = HALFISMORE**

### CAMPAIGN LAUNCH
- Message Emphasis: *Spending Less*
- Demonstrated by Todd selling the same product for half the price

### HOLIDAY PROGRAM
- Message Emphasis: *Do More of What Matters*
- Demonstrated by Todd showing people how they can be more generous during the holidays

cricket
wireless

59

CRICKET00354402

## TODD 2.0 FOR THE HOLIDAYS

**For the Holidays, Todd will continue to deliver the Cricket brand personality and serve as the catalyst for the customer's "aha" moment—not a spokesperson.**

- **Getting to Know Todd** —We will "peel the onion" and see Todd in a new light. We will start to see him as a real person doing what our target is doing during this time of year.

- **Todd is helping people DO more**—Todd is there to help people be more generous during the holidays—driving home the Cricket value prop of "Pay Half and Do More"

- **A Holiday Connection**—Todd will have real "moments" with people and connect with them on the topic of holiday generosity and what it means to them.

cricket
wireless

60

60

CRICKET00354403

## RELEVANCE ACROSS MARKETS

- Mindsets for all three areas work well for both General and Hispanic markets

- Situational nuances to scenarios will be incorporated to ensure optimal relevancy for the Hispanic audience, such as:
  - *Food/recipes (e.g. trés leches vs. apple butter)*
  - *Activities (e.g. dancing vs. karaoke)*
  - *Planning (e.g. rely on people vs. website for ideas)*

- Similar to launch, executional nuances will also be applied to most clearly communicate message to each audience through Todd & Jesus

cricket
wireless

61

CRICKET00354404

## CRICKET00354344

## Metadata

| Author | admin | SEMANTIC |
|---|---|---|
| Begin Family | CRICKET00354344 | SEMANTIC |
| Custodian | Towster_Timothy | SEMANTIC |
| Date Created | 2013/06/20 3:39 pm | SEMANTIC |
| Date Modified | 2013/08/09 9:02 am | SEMANTIC |
| End Family | CRICKET00354404 | SEMANTIC |
| Extension | PPTX | SEMANTIC |
| Filename | metro.pptx | SEMANTIC |
| MD5 Hash | B9406604472F46EEB201B3E041DE6863 | SEMANTIC |
| Production Volume | CRICKET_VOL004 | SEMANTIC |
| Title | PowerPoint Presentation | SEMANTIC |