WAGSTAFF & CARTMELL LLP
Tyler W. Hudson (admitted pro hac vice)
Eric D. Barton (admitted pro hac vice)
Melody R. Dickson (admitted pro hac vice)
Austin Brane, CA Bar #286227
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100
Fax (816) 531-2372
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE THOMAS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CRICKET WIRELESS, LLC, <br><br> Defendant. | Case No. 3:19-cv-07270-WHA <br><br> **STIPULATION TO PERMIT FILING OF PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), Rule 15(a)(1), Rule 16(b)(4), the parties hereby stipulate as follows:

1. On January 27, 2021, Plaintiffs filed a Second Amended Class Action Complaint ("SAC"). Dkt. No. 158.

2. On February 17, 2021, Defendant filed a Motion to Dismiss ("Defendant's Motion"). Dkt. No. 165.

3. Plaintiffs' deadline to file their Motion for Class Certification is today, March 4, 2021.

4. Plaintiffs' response to Defendant's Motion to Dismiss is now due on March 10, 2021.

5. Plaintiffs have provided to Defendant a proposed Third Amended Complaint that conforms to the recently discovered evidence, reduces the number of legal claims, identifies the plaintiffs who will be filing a motion today seeking to be appointed class representatives for a nationwide class, and narrows the scope of this case to an alleged fraudulent scheme that Cricket employed to sell high-priced 4G/LTE smartphones and service plans in markets in which Cricket had no ability or intention to ever provide 4G/LTE service in violation of RICO and California state law. *See* Exhibit 1.

6. Plaintiffs would have had the right and ability to file this Third Amended Complaint "as a matter of course" pursuant to Federal Rule of Civil Procedure 15(a)(1), except that the deadline to amend the pleadings was December 15, 2020.

7. Although Defendant does not agree with the allegations in the Third Amended Complaint and reserves the right to assert any and all defenses to the claims asserted and to argue that the proposed putative class should not be certified under Federal Rule of Civil Procedure 23, Defendant consents to Plaintiffs' request for leave to file the Third Amended Complaint.

8. The filing of a Third Amended Complaint would moot Defendant's pending motion to dismiss.

9. Given the situation, Plaintiffs and Defendant have conferred and agree and stipulate to:

  a. The modification and enlargement of the motion to amend deadline to permit the filing of the Third Amended Complaint attached hereto as Exhibit 1 pursuant to Local Rule 6-1(b) and Rule 16(b)(4);

  b. The filing of the Third Amended Complaint that is attached hereto as Exhibit 1 pursuant to Rule 15 and Rule 16(b)(4), which the parties agree renders moot Defendant's pending motion to dismiss (Dkt. 165); and

  c. The dismissal of Plaintiffs Jermaine Miller, Maishia Johnson, and Ronald Ellison, which stipulation being "signed by all parties who have appeared" results in the dismissal of these plaintiffs' individual claims without prejudice and without any conditions pursuant to Rule 41(a)(1)(ii).

10. The enlargement of time to permit the filing of the Third Amended Complaint will not alter the date of any event or any future deadline already fixed by Court order and no party will be prejudiced by the requested relief.

Dated:  March 4, 2021                                          Respectfully submitted,

**IT IS SO STIPULATED.**

Dated: March 4, 2021                                           /s/Tyler W. Hudson
                                                               Tyler W. Hudson

                                                               *Attorneys for Plaintiffs*

| | |
|---|---|
| **WAGSTAFF & CARTMELL LLP** | **GUPTA WESSLER PLLC** |
| Tyler W. Hudson (*pro hac vice*) | Matthew W.H. Wessler (*pro hac vice*) |
| Eric D. Barton (*pro hac vice*) | Jonathan E. Taylor (*pro hac vice*) |
| Melody R. Dickson (*pro hac vice*) | 1900 L Street NW, Suite 312 |
| Austin Brane, CA Bar #286227 | Washington, DC 20036 |
| 4740 Grand Ave., Suite 300 | (202) 888-1741 |
| Kansas City, MO  64112 | matt@guptawessler.com |
| Tel. (816) 701-1100 | jon@guptawessler.com |
| Fax (816) 531-2372 | |
| thudson@wcllp.com | Jennifer Bennett |
| ebarton@wcllp.com | 100 Pine Street, Suite 1250 |
| mdickson@wcllp.com | San Francisco, CA 94111 |
| abrane@wcllp.com | (415) 573-0336 |
| | jennifer@guptawessler.com |

/s/ Kevin Ranlett
Kevin Ranlett

**MAYER BROWN LLP**
Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
Kevin Ranlett (pro hac vice)
kranlett@mayerbrown.com
Daniel E. Jones (pro hac vice)
djones@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

**MAYER BROWN LLP**
Matthew D. Ingber (pro hac vice)
mingber@mayerbrown.com
Jarman D. Russell (pro hac vice)
jrussell@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for Defendant*

ATTESTATION: The filer attests that concurrence in the filing of this document has been obtained from each signatory.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 11, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE