MAYER BROWN LLP
Archis A. Parasharami (State Bar No. 321661)
Kevin Ranlett (*pro hac vice*)
Daniel E. Jones (*pro hac vice*)
1999 K Street NW
Washington, DC 20006
Telephone:  +1.202.263.3000
Facsimile:  +1.202.263.3300
Email:  aparasharami@mayerbrown.com
  kranlett@mayerbrown.com
  jones@mayerbrown.com

Matthew Ingber (*pro hac vice*)
Jarman D. Russell (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  +1.212.506.2500
Facsimile:  +1.212.849.1910
Email:  mingber@mayerbrown.com
  jrussell@mayerbrown.com

Attorneys for Defendant
CRICKET WIRELESS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERMAINE THOMAS, et al., | Case No. 3:19-cv-07270-WHA |
| Plaintiffs, | **DECLARATION OF JARMAN D. RUSSELL IN SUPPORT OF CRICKET WIRLESS LLC'S MOTION TO EXTEND ALL DEADLINES BY 90 DAYS** |
| v. | |
| CRICKET WIRELESS, LLC, | |
| Defendant. | |

I, Jarman D. Russell, declare as follows:

1. The facts contained in this declaration are based on my personal knowledge, and I can testify competently to them if called upon to do so.

2. I am counsel at the law firm Mayer Brown LLP and represent defendant Cricket Wireless, LLC ("Cricket") in this action.

3. To date, Cricket has produced 2,509,780 pages of documents in discovery.

4. On March 22 and 25, 2021, counsel for Cricket met and conferred with plaintiffs' counsel regarding Cricket's 90-day extension request. And plaintiffs' counsel refused to consent to the request.

5. Attached hereto as **Exhibit A** is a true and correct copy of Cricket's February 26, 2021 letter to plaintiffs' counsel.

6. Prior to its recent discovery of this data, Cricket had stated in written discovery responses and in a Rule 30(b)(6) deposition that it had stopped retaining nine of the custodial files before this action was filed.

7. During the parties' March 22, 2021 meet and confer, Cricket's counsel informed plaintiffs' counsel that Cricket had found additional data that appeared to include marketing materials.

8. Attached hereto as **Exhibit B** is a true and correct copy, without exhibits, of plaintiffs' March 2, 2021 letter to Cricket.

9. Attached hereto as **Exhibit C** is a true and correct copy of Cricket's March 24, 2021 letter to plaintiffs' counsel.

10. As of the filing of this motion, Cricket has not reviewed the content of the custodial files. Indeed on March 12, 2021, at plaintiffs' request, Cricket instructed its document vendor to stop processing the custodial files and hard drives while the parties met and conferred regarding why the data had not been found in Cricket's initial searches to respond to plaintiffs' document requests.

11. During a March 25, 2021 meet and confer, plaintiffs informed Cricket that they reserve the right to argue that Cricket should never review the recently discovered data because it

should be excluded entirely from the evidence in this litigation.

Executed at Maplewood, New Jersey on March 25, 2021.

                                  /s/ *Jarman D. Russell*
                                       Jarman D. Russell

- 3 -

DECLARATION OF JARMAN D. RUSSELL;
CASE NO. 3:19-CV-07270-WHA

should be excluded entirely from the evidence in this litigation.

Executed at Maplewood, New Jersey on March 25, 2021.

/s/ *Jarman D. Russell*
Jarman D. Russell