Archis A. Parasharami (State Bar No. 321661)
Kevin Ranlett (*pro hac vice*)
Daniel E. Jones (*pro hac vice*)
MAYER BROWN LLP
1999 K Street N.W.
Washington, D.C. 20006
Telephone:   +1.202.263.3000
Facsimile:   +1.202.263.5000
Email:   aparasharami@mayerbrown.com
         kranlett@mayerbrown.com
         djones@mayerbrown.com

Matthew D. Ingber (*pro hac vice*)
Jarman D. Russell (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.506.2373
Facsimile:  +1.212.849.5973
Email:   mingber@mayerbrown.com
         jrusell@mayerbrown.com

Attorneys for Defendant
CRICKET WIRELESS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERMAINE THOMAS, et al., | Case No. 3:19-cv-07270-WHA |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING CRICKET WIRELESS LLC'S MOTION TO EXTEND ALL DEADLINES BY 90 DAYS** |
| CRICKET WIRELESS LLC, | |
| Defendant. | Judge: Hon. William H. Alsup |

After consideration of the Motion to Extend All Deadlines by 90 Days brought by Defendant Cricket Wireless LLC, the pleadings, files and records of this matter, and having heard the arguments of counsel, the Motion to Extend All Deadlines by 90 Days is **GRANTED.**

**IT IS ORDERED** that the deadlines are now amended as follows:

| Event | Current deadline | New deadline |
|---|---|---|
| Plaintiff's amended motion for class certification and motion for leave to file amended complaint | | June 2, 2021 |
| Cricket's opposition to motion for class certification | April 5, 2021 | July 6, 2021 |
| Plaintiffs' reply in support of motion for class certification | April 26, 2021 | July 26, 2021 |
| Hearing on motion for class certification | May 6, 2021 | August 4, 2021 |
| Non-expert discovery cut-off | July 7, 2021 | October 5, 2021 |
| Disclosure of expert reports | July 7, 2021 | October 5, 2021 |
| Disclosure of expert opposition reports | July 21, 2021 | October 19, 2021 |
| Disclosure of expert reply reports | July 28, 2021 | October 26, 2021 |
| Cut-off for expert discovery | August 11, 2021 | November 9, 2021 |
| Dispositive motion deadline | September 2, 2021 | December 1, 2021 |
| Final pretrial conference | December 8, 2021 | March 8, 2022 |
| Trial begins | December 20, 2021 | March 20, 2022 |

Dated: _____       _____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE