UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE POSTPICHAL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CRICKET WIRELESS, LLC,<br><br>    Defendant. | No. C–19–07270–WHA<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR EXTENSION AND SETTING EVIDENTIARY HEARING** |

    Defendant Cricket seeks a 90-day extension of all deadlines. Plaintiffs opposes any extension. The Court already warned that it would not grant further extensions to the class certification deadline and will not do so for other deadlines either. The extensions are not justified by good cause. In previously claiming that now-produced information was destroyed, defense counsel argued that these documents were unnecessary to their opposition to class certification. Now that Cricket has finally located these documents, it seeks to delay further by extending all deadlines by 90 days. Cricket will not be allowed to buy extra time based on its own failure to timely produce records that it originally insisted did not exist and that were unnecessary. The motion to extend all deadlines by 90 days is **DENIED**.

Plaintiffs move for an evidentiary hearing to investigate how Cricket discovered the information recently produced. The motion is **GRANTED** and the issues raised by the request for an evidentiary hearing and the expert motions will all be addressed at the same time as the class certification motion. The opposition to the motion for an evidentiary hearing should include declarations explaining the answers to the questions raised by plaintiffs' motion concerning discovery mishaps.

In order to leave sufficient time for the Court to review these documents before the hearing on **MAY 6**, the defendant's opposition is due **APRIL 14TH**. The plaintiffs' reply is due **APRIL 27**.

**IT IS SO ORDERED.**

Dated: April 7, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE