Neil K. Sawhney (State Bar No. 300130)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel. (415) 573-0336
Fax (202) 888-7792
*neil@guptawessler.com*
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE POSTPICHAL, SARAH WATERS, and USULA FREITAS, *on behalf of themselves and others similarly situated*, <br><br> *Plaintiffs*, <br> v. <br><br> CRICKET WIRELESS, LLC, <br><br> *Defendant*. | Case No. 3:19-cv-07270-WHA <br><br> Hon. William H. Alsup <br><br> **NOTICE OF APPEARANCE OF NEIL K. SAWHNEY** |

TO THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned, Neil K. Sawhney of Gupta Wessler, hereby enters his appearance on behalf of Plaintiffs, Jamie Postpichal, Sarah Waters, and Ursula Freitas. I request that copies of all pleadings, papers, notices, and other documents be addressed to:

Neil K. Sawhney
Gupta Wessler Pllc
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel. (415) 573-0336
Fax (202) 888-7792
Email: neil@guptawessler.com

I certify that I am admitted to practice in this Court.

Respectfully submitted this 21st day of April, 2021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GUPTA WESSLER PLLC**

/s/ *Neil K. Sawhney*
Neil K. Sawhney (State Bar No. 300130)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel. (415) 573-0336
Fax (202) 888-7792
*neil@guptawessler.com*

## **CERTIFICATE OF SERVICE**

I, Neil K. Sawhney, hereby certify that on April 21, 2021, I electronically filed the Notice of Appearance of Neil K. Sawhney with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

Dated: April 21, 2021

/s/ *Neil K. Sawhney*
Neil K. Sawhney (State Bar No. 300130)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel. (415) 573-0336
Fax (202) 888-7792
*neil@guptawessler.com*