| | |
|---|---|
| Tyler W. Hudson (*pro hac vice*) | Matthew W.H. Wessler (*pro hac vice*) |
| Eric D. Barton (*pro hac vice*) | Jonathan E. Taylor (*pro hac vice*) |
| Melody R. Dickson (*pro hac vice*) | **GUPTA WESSLER PLLC** |
| Austin Brane (State Bar No. 286227) | 1900 L Street NW, Suite 312 |
| **WAGSTAFF & CARTMELL LLP** | Washington, DC 20036 |
| 4740 Grand Ave., Suite 300 | (202) 888-1741 |
| Kansas City, MO 64112 | matt@guptawessler.com |
| (816) 701-1100 | jon@guptawessler.com |
| thudson@wcllp.com | |
| ebarton@wcllp.com | Jennifer Bennett (State Bar No. 296726) |
| mdickson@wcllp.com | Neil K. Sawhney (State Bar No. 300130) |
| abrane@wcllp.com | **GUPTA WESSLER PLLC** |
| | 100 Pine Street, Suite 1250 |
| | San Francisco, CA 94111 |
| | (415) 573-0336 |
| | jennifer@guptawessler.com |
| | neil@guptawessler.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMIE POSTPICHAL, SARAH WATERS, and USULA FREITAS, *on behalf of themselves and others similarly situated*, <br><br> *Plaintiffs*, <br> v. <br><br> CRICKET WIRELESS, LLC, <br><br> *Defendant*. | Case No. 3:19-cv-07270-WHA <br><br> Hon. William H. Alsup <br><br> **DECLARATION OF MELODY DICKSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION REPLY** |

I, Melody Dickson, respectfully submit this declaration and declare as follows:

1. I am a partner in the law firm of Wagstaff & Cartmell LLP and am counsel for Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge.

2. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. I submit this declaration in support of plaintiffs' Motion for Class Certification Reply.

4. Attached hereto as Exhibit A is a true and accurate copy of excerpts of the deposition transcript of Cricket Wireless, LLC, by and through their representative Michael Moses (Feb. 2, 2021).

5. Attached hereto as Exhibit B is a true and accurate copy of excerpts of the deposition transcript of Plaintiff Sarah Waters (Nov. 3, 2020).

6. Attached hereto as Exhibit C is a true and accurate copy of excerpts of the deposition transcript of Cricket Wireless, LLC, by and through their representative Ann Marie Blandino (Feb. 4, 2021).

7. I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of April, 2021, in Kansas City, Missouri.

                                                                    /s/ *Melody Dickson*
                                                                    Melody Dickson