# Exhibit C

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
 5   JERMAINE THOMAS, et al.,      )
                                   ) CASE NO. 3:19-cv-07270-WHA
 6                                 )
             Plaintiffs,           )
 7                                 )
     vs.                           )
 8                                 )
     CRICKET WIRELESS, LLC,        )
 9                                 )
             Defendant.            )
10
                       * * * * * * * * *
11
12
13            The remote video deposition of ANN MARIE
14            BLANDINO, taken via Zoom videoconference
15            on the 4th day of February, 2021,
16            commencing at approximately 1:04 p.m.
17            CST.
18
19
20
21
22
23
24
25
```

1

```
 1                A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3            WAGSTAFF & CARTMELL, P.C.
              4740 Grand Avenue
 4            Suite 300
              Kansas City, Missouri  64112
 5            BY:  Tyler Hudson, Esquire
                   Thudson@wcllp.com
 6                 Caitlin O'Toole, Paralegal
                   Cotoole@wcllp.com
 7
 8   FOR THE DEFENDANTS:
 9            MAYER BROWN, LLP
              1221 Avenue of the Americas
10            New York, New York  10020-1001
              BY:  Matthew Ingber, Esquire
11                 Mingber@mayerbrown.com
                   Victoria Whitney, Esquire
12                 Vwhitney@mayerbrown.com
13
14
     VIDEOGRAPHER:  Brian Bobbitt
15
16   Also PRESENT:
17            KATE HWANG
              Cricket Wireless In-House Counsel
18
19
20
21
              LOIS ANNE ROBINSON, RDR
22            COURT REPORTER
23
24
25
```

```
 1                           I N D E X

 2   EXAMINATION                                   PAGE

 3   By Mr. Hudson                                   5

 4

 5                         * * * * * *

 6   EXHIBITS

 7   Exhibit Number 128                             23

 8     CRICKET 02432178.xlsx

 9   Exhibit Number 128A                            28

10     CRICKET 02432178 (M)

11   Exhibit Number 129                             29

12     CRICKET 02508469.xlsx

13   Exhibit Number 130                             30

14     CRICKET 02508560.xlsx

15   Exhibit Number 130A                            40

16     CRICKET 02508560 (M)

17

18

19

20

21

22

23

24

25
```

 1   message campaign was sent out or, instead,

 2   whether this was a spreadsheet created later in

 3   time?

 4   MR. INGBER:

 5            Objection.  Vague.

 6   A        I didn't create the spreadsheet, so I

 7   don't know.

 8   MR. HUDSON:

 9   Q        Given the -- the metadata that we --

10   we --

11            You can pull that down, Caitlin.  Thank

12   you.

13            Okay.  Have --

14            Do you know whether or not Cricket kept

15   records for individual customers that would log

16   whether the customer actually did receive the

17   text message?

18   A        We don't know whether or not the

19   customer received the text message.

20   MR. HUDSON:

21            If we go back to the -- the Cricket

22   spreadsheet that's ending in Bates 178, please,

23   that's -- I think it's marked as Exhibit 128.

24   Q        Miss Blandino, do you agree that this

25   text message log shows that between August of

```
 1   MR. HUDSON:
 2   Q        Miss Blandino, do you know the number
 3   of Cricket customers who actually received a text
 4   message on their phone from Cricket providing
 5   Cricket's terms and conditions?
 6   MR. INGBER:
 7            Objection.  Vague as to time.
 8   A        Can you reask the question for me so I
 9   can be clear on how I'm answering?
10   MR. HUDSON:
11   Q        Sure.
12            Miss Blandino, between May of 2014 and
13   July of 2014, do you know which Cricket customers
14   actually received a text message on their phone
15   from Cricket providing Cricket's terms and
16   conditions?
17   MR. INGBER:
18            Objection.  Asked and answered.
19   A        No.  We know how many customers we sent
20   the message to.
21   MR. HUDSON:
22   Q        Do you know how many customers during
23   that time period actually read Cricket's text
24   message -- text messages?
25   A        No.  I can't speak to customer behavior
```

5

```
 1   and whether or not they read a message.
 2   Q        Did the -- did the Cricket's --
 3            Sorry.  Let me start over.
 4            Did Cricket's text message that you
 5   testified about earlier that had the terms and
 6   conditions, did it -- did it include, like, a
 7   clickwrap or -- or any sort of mechanism where
 8   the customer needed to click or initial or sign
 9   in order to acknowledge that they'd read
10   Cricket's terms and conditions?
11   A        No.  Not that I'm aware of.
12   Q        Did you have any role in crafting the
13   text message that was sent to Cricket customers
14   in May through July of 2014?
15   A        No.
16   Q        Did you speak to anyone who did?
17   A        Um, no.
18   Q        Do you know whether or not Cricket sent
19   a text message to Ronald Ellison in May through
20   July of 2014?
21   MR. INGBER:
22            Objection.  Scope.
23   A        Yeah.  I wouldn't have a list of
24   customer names.
25   MR. HUDSON:
```

  1  **Q        Do you know who any of the plaintiffs**
  2  **are in this case?**
  3  A        I do not.
  4  **Q        Did you make any attempt to try to**
  5  **determine whether or not Cricket sent text**
  6  **messages to any of the plaintiffs in this case**
  7  **between May and July of 2014?**
  8  A        Can you ask the question again, please?
  9  **Q        Did you make any attempts to try to**
 10  **determine whether or not Cricket sent text**
 11  **messages to any of the plaintiffs in this case**
 12  **between May and July of 2014 with updated terms**
 13  **and conditions?**
 14  MR. INGBER:
 15           Object to form.
 16  A        No, I -- no, I did not.
 17  MR. HUDSON:
 18  **Q        Miss Blandino, if I wanted to try to**
 19  **determine whether or not Cricket still had a log**
 20  **of the text messages that were sent back in the**
 21  **May through July of 2014 time frame, where would**
 22  **you go look at Cricket, if you know?**
 23  A        On the spreadsheet that we were
 24  looking -- we were just looking at earlier, there
 25  were the phone numbers that we sent the messages

7

1  **real time messages that started being sent in**

2  **August of 2013?**

3  A         Again, the only -- the only reason I

4  would question potentially the date that they'd

5  created --

6            I don't -- again, I don't know where

7  this data came from.  I don't know if it was

8  pulled out of an agency database.  I don't know

9  where this data came from.

10           But a date created to me would mean

11 that is the date wherein which this list or

12 this -- again, I'm only seeing this front page --

13 that it looks like this front page was pulled or

14 the document -- the data retrieved.

15           I -- I don't know.  I can't speak to it

16 because, again, I didn't create this.  There are

17 multiple reasons why that "date created" would be

18 the way that it is.  But, again, I didn't create

19 it, so I can't speak to it.

20 **Q         So, Miss Blandino, if you can't speak**

21 **to the log because you don't know where the data**

22 **came from, is it fair to say that you can't**

23 **testify under oath that Exhibit 128 is the actual**

24 **official log that Cricket kept of the text**

25 **messages that were sent back in this time in --**

8

```
 1   in May through July of 2014?
 2   A        That's right.  I have no reason to
 3   believe it isn't, but -- because it looks like
 4   every other log we keep track of for campaigns
 5   that we sent.  But, no, I didn't create it, and I
 6   can't confirm that.
 7   MR. HUDSON:
 8   Q        You cannot confirm that it is, in fact,
 9   the official log; correct?
10   MR. INGBER:
11            Asked and answered.
12   A        I can't.
13   MR. HUDSON:
14            We can take that one down.
15   Q        I just want to make sure I've
16   thoroughly covered everything about topic 8
17   that -- here today.
18            Is there any other evidence that you're
19   aware of that would show that Cricket sent text
20   messages to its customers with updated terms and
21   conditions that included arbitration?
22   A        I'm sorry.  Can you ask that one more
23   time?  I want to be clear on the first part that
24   you asked.
25   Q        Sure.
```

9