UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE POSTPICHAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRICKET WIRELESS, LLC, <br><br> Defendant. | No. C 19–07270 WHA <br><br> **ORDER CORRECTING MAGISTRATE JUDGE REFERRAL** |

The prior order referring the evidentiary hearing to a randomly assigned judge is **HEREBY CORRECTED** to refer the dispute to Magistrate Judge Tse.

**IT IS SO ORDERED.**

Dated: May 18, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE