Tyler W. Hudson (*pro hac vice*)
Eric D. Barton (*pro hac vice*)
Melody R. Dickson (*pro hac vice*)
Austin Brane (State Bar No. 286227)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
*thudson@wcllp.com*
*ebarton@wcllp.com*
*mdickson@wcllp.com*
*abrane@wcllp.com*

Attorneys for Plaintiffs

Matthew W.H. Wessler (*pro hac vice*)
Jonathan E. Taylor (*pro hac vice*)
**GUPTA WESSLER PLLC**
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
*matt@guptawessler.com*
*jon@guptawessler.com*

Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE POSTPICHAL, et al., | ) Case No.: 3:19-cv-07270-WHA |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **PLAINTIFFS' CERTIFICATION OF** |
| | ) **INTERESTED ENTITIES OR PERSONS** |
| CRICKET WIRELESS, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

COME NOW Plaintiffs, by and through their undersigned counsel, and pursuant to L.R. 3-15 hereby state as follows:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

1   Dated: June 1, 2021                                  Respectfully submitted,

2
                                                         /s/ *Tyler W. Hudson*
3                                                        Tyler W. Hudson

4
     **GUPTA WESSLER PLLC**                              **WAGSTAFF & CARTMELL LLP**
5    Matthew W.H. Wessler (*pro hac vice*)               Tyler W. Hudson (*pro hac vice*)
6    Jonathan E. Taylor (*pro hac vice*)                 Eric D. Barton (*pro hac vice*)
     1900 L Street NW, Suite 312                         Melody R. Dickson (*pro hac vice*)
7    Washington, DC 20036                                Austin Brane, SBN 286227
     (202) 888-1741                                      4740 Grand Ave., Suite 300
8    *matt@guptawessler.com*                             Kansas City, MO 64112
     *jon@guptawessler.com*                              (816) 701-1100
9                                                        *thudson@wcllp.com*
                                                         *ebarton @wcllp.com*
10   **GUPTA WESSLER PLLC**                              *mdickson@wcllp.com*
11   Jennifer Bennett, SBN 296726                        *abrane@wcllp.com*
     100 Pine Street, Suite 1250
12   San Francisco, CA 94111
     (415) 573-0336
13   *jennifer@guptawessler.com*

14

15   *Attorneys for Plaintiffs*

16
     ATTESTATION: The filer attests that concurrence in the filing of this document has been obtained
17   from the signatory.

18

19

20

21

22

23

24

25

26

27

28