UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE POSTPICHAL, et al.,

    Plaintiffs,

    v.

CRICKET WIRELESS, LLC,

    Defendant.

No. C 19–07270 WHA

**ORDER TO APPEAR FOR EVIDENTIARY HEARING**

    Substantial questions have been raised as to the status of putative class representative Sarah Waters as an actual class member. Plaintiffs have represented that Waters purchased a Cricket phone and plan in Sacramento in 2013, but Cricket has been unable to locate her records. Waters has suggested that these records cannot be found because the plan was under her former wife's name, but no records have been located for the former wife either. When questioned, Water's former wife stated that, to her memory, the purchase was made from T-Mobile, that she had made the monthly payments (not Waters), and that Waters was not a Cricket customer between 2012 and 2014.

    The uncertain status of this putative class representative could stem from an improper plaintiff being offered, a lack of records as to her status due to Cricket's recordkeeping practices, or Cricket conducting an insufficient search to locate these records. In this matter, Cricket already has claimed records did not exist then found them after being warned about

spoliation. But plaintiff's counsel have also offered multiple plaintiffs who decided not to continue their involvement, including some who could not be shown to be customers during the relevant period. This confusion as to putative class representative Waters must be resolved before proceeding to the class certification stage.

To resolve this confusion, the parties shall schedule an **EVIDENTIARY HEARING** with Magistrate Judge Tse prior to the class certification hearing on July 15 as his schedule permits. Plaintiff Waters must appear at the evidentiary hearing to testify as to her status as a class member and as to her willingness to take on the fiduciary role of class representative. This is particularly important in light of plaintiffs' CLRA claim because Waters is the only California plaintiff offered.

At the same hearing, Cricket must also offer relevant witnesses who can testify as to Cricket's recordkeeping practices with regard to customer records and the method of attempting to locate customer records, including Waters' records.

**IT IS SO ORDERED.**

Dated: June 3, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE