UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE POSTPICHAL, et al.,

    Plaintiffs,

    v.

CRICKET WIRELESS, LLC,

    Defendant.

No. C 19–07270 WHA

**ORDER DENYING MOTIONS TO SEAL**

Plaintiffs seek to seal portions of the Third Amended Complaint and Mallinson's expert reports containing information marked confidential by Cricket pursuant to a stipulated protective order, including admissions to the FCC regarding Cricket's financial prospects and its ability to meet consumer demand with its wireless services. That these materials were covered by a protective order does not automatically justify granting a motion to seal. The information sought to be sealed allows the public to understand the subject matter of this litigation and no compelling reasons have been provided to satisfy the requirements of *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The motion to seal is **DENIED**.

    **IT IS SO ORDERED.**

Dated: June 8, 2021

                                                         WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE