UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE POSTPICHAL, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CRICKET WIRELESS, LLC,<br><br>  Defendant. | No. C 19–07270 WHA<br><br>**REQUEST FOR DECLARATIONS**<br>**RE CUSTOMER RECORDKEEPING** |

A prior order set an evidentiary hearing to clarify California plaintiff Waters' status as a Cricket customer during the proposed class period. After the CLRA claim was dismissed, the parties stipulated to her dismissal with prejudice. This obviated the need for an evidentiary hearing as to her records, so that hearing was vacated by a prior order.

However, broader questions regarding Cricket's customer recordkeeping still remain relevant to class certification and, potentially, to the issue of whether Cricket's recordkeeping practices warrant an adverse inference against it. Cricket shall please provide clarity on the following:

1. Provide an overview of Cricket's practice of collecting and maintaining customer records during the proposed class period.
2. What entity or entities were responsible for gathering customer information?
3. Was there a mandatory procedure for collecting customer information that was promulgated by Cricket and intended to be followed by all Cricket stores and independent dealers consistently? Or did stores, independent dealers, and big-box stores have different procedures?
4. Where was information stored and for how long? Was there a practice to delete information after a certain time or to delete the information of former customers?
5. Was all legacy Cricket information regarding customers kept after acquisition by AT&T? If not, what was lost and why?
6. What custodians were responsible for maintaining Cricket's customer record database during the class period? What about after the class period?
7. How has Cricket gone about identifying and producing customer records for review by plaintiffs' counsel and their experts? What measures have been taken to ensure the completeness of produced customer records?

Please submit the answers to these questions in the form of one or more sworn declarations no later than **JULY 6, 2021**.

**IT IS SO ORDERED.**

Dated: June 18, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE