WAGSTAFF & CARTMELL LLP
Tyler W. Hudson (admitted pro hac vice)
Eric D. Barton (admitted pro hac vice)
Melody R. Dickson (admitted pro hac vice)
Austin Brane, CA Bar #286227
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100
Fax (816) 531-2372
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE THOMAS, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>CRICKET WIRELESS, LLC,<br><br>Defendant. | Case No. 3:19-cv-07270-WHA<br><br>**STIPULATION TO PERMIT TWO DEPOSITIONS AFTER THE NON-EXPERT DISCOVERY CUT-OFF** |

Pursuant to Civil L.R. 6-1(a), Rule 15(a)(1), Rule 16(b)(4), the parties hereby stipulate as follows:

1. Pursuant to the current Case Management Order [Doc. 110], the non-expert discovery cut-off is July 7, 2021.

2. On June 9, 2021, prior to the close of discovery, Plaintiffs issued subpoenas for the deposition of Cricket former CEO, Douglas Hutcheson, and Cricket former Chief Technology Officer, Egil Gronstad.

3. Plaintiffs subpoenas set the depositions for Mr. Hutcheson and Mr. Gronstad prior to the close of discovery; however, through counsel, the witnesses have indicated they are unavailable to sit for their depositions as scheduled.

4. In order to accommodate the requests of these non-party witnesses, the parties have agreed to take the depositions of Mr. Gronstad and Mr. Hutcheson after the non-expert discovery cut-off.

5. Upon approval of this stipulation, Mr. Gronstad's deposition will be taken on July 30th, subject to any objections by Mr. Gronstad to the subpoena.

6. Upon approval of this stipulation, Mr. Hutcheson's deposition will be scheduled for the end of July or early August, subject to any objections by Mr. Hutcheson. The parties have requested and are awaiting confirmation from Mr. Hutcheson as to his availability to be deposed on July 27th or 28th.

7. This stipulation will not alter the date of any event or any future deadline already fixed by Court order and no party will be prejudiced by the requested relief.

8. The parties reserve all rights with respect to the subpoenas and the testimony elicited at the depositions of Mr. Gronstad and Mr. Hutcheson.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: July 7, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/Tyler W. Hudson |
| 4 | | Tyler W. Hudson |

**WAGSTAFF & CARTMELL LLP**
Tyler W. Hudson (*pro hac vice*)
Eric D. Barton (*pro hac vice*)
Melody R. Dickson (*pro hac vice*)
Austin Brane, CA Bar #286227
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100
Fax (816) 531-2372
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

**GUPTA WESSLER PLLC**
Matthew W.H. Wessler (*pro hac vice*)
Jonathan E. Taylor (*pro hac vice*)
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
matt@guptawessler.com
jon@guptawessler.com

Jennifer Bennett
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com
*Attorneys for Plaintiffs*

/s/ Kevin Ranlett
Kevin Ranlett

**MAYER BROWN LLP**
Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
Kevin Ranlett (pro hac vice)
kranlett@mayerbrown.com
Daniel E. Jones (pro hac vice)
djones@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

**MAYER BROWN LLP**
Matthew D. Ingber (pro hac vice)
mingber@mayerbrown.com
Jarman D. Russell (pro hac vice)
jrussell@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for Defendant*

ATTESTATION: The filer attests that concurrence in the filing of this document has been obtained from each signatory.

- 3 -
STIPULATION TO PERMIT TWO DEPOSITIONS AFTER THE NON-EXPERT DISCOVERY CUT-OFF
CASE NO. 3:19-CV-07270-WHA

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE