|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 30 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SARAH WATERS,

       Plaintiff-Appellee,

and

JERMAIN THOMAS; et al.,

       Plaintiffs,

 v.

CRICKET WIRELESS, LLC,

       Defendant-Appellant.

No.   21-15055

D.C. No. 3:19-cv-07270-WHA
Northern District of California,
San Francisco

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 19), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

Costs shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT


       By: Terri Haugen
       Deputy Clerk
       Ninth Circuit Rule 27-7

tah/7.26.21/Pro Mo