Tyler W. Hudson (*pro hac vice*)
Eric D. Barton (*pro hac vice*)
Melody R. Dickson (*pro hac vice*)
Austin Brane (State Bar No. 286227)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
*thudson@wcllp.com*
*ebarton@wcllp.com*
*mdickson@wcllp.com*
*abrane@wcllp.com*

Matthew W.H. Wessler (*pro hac vice*)
Jonathan E. Taylor (*pro hac vice*)
**GUPTA WESSLER PLLC**
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*matt@guptawessler.com*
*jon@guptawessler.com*

Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMIE POSTPICHAL, *individually*, and URSULA FREITAS, *on behalf of herself and others similarly situated*,<br><br>*Plaintiffs*,<br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>*Defendant*. | Case No. 3:19-cv-07270-WHA<br><br>Hon. William H. Alsup<br><br>**DECLARATION OF MELODY DICKSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE EXPERT REPORTS AND OPINIONS OF PLAINTIFFS' EXPERTS KEITH MALLINSON AND STEVE BROWNE** |

I, Melody Dickson, respectfully submit this declaration and declare as follows:

1. I am a partner in the law firm of Wagstaff & Cartmell LLP and am counsel for Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge.

2. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. I submit this declaration in support of plaintiffs' opposition to Cricket Wireless LLC's Motion to Exclude Expert Reports and Opinions of Plaintiffs' Experts Keith Mallinson and Steve Browne.

4. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition transcript of Keith Mallinson (Aug. 13, 2021).

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September, 2021, in Kansas City, Missouri.

                                             /s/ *Melody Dickson*
                                             Melody Dickson