# Exhibit A

# In the Matter Of:

*JAMIE POSTPICHAL vs*

*CRICKET WIRELESS, LLC*

*KEITH MALLINSON*

*August 13, 2021*



```
                                                                    1
 1                 UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4   JAMIE POSTPICHAL, et al.,          :   Case No.
 5             Plaintiffs,              :   19-07270 (WHA)
 6        vs.                           :
 7   CRICKET WIRELESS, LLC,             :
 8             Defendant.               :
 9   ---------------------------------X
10
11
12     VIDEOCONFERENCE ORAL AND VIDEOTAPED DEPOSITION OF
13                       Expert Witness
14                       KEITH MALLINSON
15
16                  Friday, August 13, 2021
17                    8:30 a.m. (EST)
18
19
20
21
22
23   Remotely Reported Stenographically By:
24   Mayleen Ahmed, RMR, CRR, CRC, CCR/CSR
25   Job No.:  805509
```

182

1  comparison, those devices are not identical across
2  every dimension, are they?
3       A.   No.
4       Q.   Do you have any reason to disagree that
5  the screen size of the HTC One SV was larger than
6  that of the HTC One V?
7       A.   No.
8       Q.   Do you have any reason to doubt that the
9  HTC One SV had a front-facing camera white the
10 HTC -- yes, while the HTC One V did not?
11      A.   No.
12      Q.   Have you ascribed any value to those
13 feature differences in your calculation of the price
14 premium?
15      A.   Well, first, there are some
16 commonalities.  So you jumped over to display --
17 display resolution, which is identical.  And the
18 rear-facing camera is -- is -- is identical.
19           But as I said, I looked for the closest
20 that I could find.  To answer your question
21 directly, I conclude that the value in these other
22 features, the different value and the difference
23 between the features is minimal.
24           And in terms of the then reasonable
25 accuracy from my computations, I have ignored those

183

1  differences, and for the simple reason that it is my
2  firm belief and opinion that the capabilities of
3  these devices, four 4G devices, is strongly
4  dependent on the 4G LTE capability, and that it
5  is -- notice, you cannot simply isolate these
6  different features and ascribe distinct separate
7  value for them.
8           Everything is so wrapped up in the
9  4G LTE capability that it -- it -- it was
10 appropriate and it is the basis of my computation,
11 is that I am ascribing the value to being the
12 difference between the 3G capability and the 4G LTE
13 capability.
14      Q.   So the fact that the HTC One SV has a
15 front-facing camera and the HTC One V does not, is
16 ascribed no independent value by you in your
17 calculation?
18      A.   Overall, I have -- I have -- I have
19 concluded that the nature of -- the importance and
20 interdependence means that, overall, there is no
21 adjustment necessary for the deficient -- for the
22 differences in features between these -- these
23 devices.  That it is all related to the -- the
24 difference between 4G LTE and 3G.
25           And this is from my --

184

1  Q. As an expert --
2  A. -- experience working in this industry.
3  I know the enormous value of having cellular
4  capabilities, of how it transforms -- I mean, these
5  are mobile phones, and everything you do on them is
6  highly dependent on the cellular capabilities.
7           And the 4G LTE phones and smartphones,
8  in general, have increasingly become more and more
9  dependent on not just the cellular capabilities at
10 all but high-speed capabilities.
11          And so it is quite legitimate for me to
12 do my benchmark comparisons as I have done them.
13 Q. Have you cited any empirical evidence in
14 your report to support the statement that there is
15 no independent value to be ascribed to the presence
16 of, for example, a front-facing camera?
17 A. I -- I have -- I have given an example
18 where I looked at a device.  It's actually in the
19 Wi-Fi section, where I was comparing an iPod Touch
20 with an iPhone.
21          And I showed that over half the value,
22 half the price difference in what would otherwise be
23 identical devices, absolutely identical.  In fact,
24 actually, the iPod Touch had slightly more, I
25 think -- I think more memory than the -- the

185

1  iPhone 5C, which I compared it with.
2          In that case, you got over half the
3  value.  I think that is a good empirical example
4  that shows that the overwhelming incremental value
5  is -- is in -- is in cellular capability.  I think
6  that that defends very strongly the approach that
7  I'm taking here.
8      Q.   Is there any other empirical evidence to
9  support your belief?
10     A.   I'm sure there's plenty of it.  I --
11 I've given you the example that I have used in my
12 report.
13     Q.   Okay.  As an economic expert, could
14 there be ways to directly measure the part-wise
15 contribution of the attributes to the total price
16 premium?
17     A.   There are techniques to be used.  I
18 mean, you can -- McCrary mentioned conjoint
19 analysis.  He's critical of me for not having done
20 it.  Interestingly, he didn't do it.
21         So I'm puzzled why he is the economist
22 that is supposed to be good at this stuff, and he's
23 been retained as an expert to do this, and yet has
24 chosen not to do it himself.
25         But he mentioned that.  That's one

186

1  approach, where you ask customers what their
2  preferences is and you derive some values.  That's
3  one approach that can be used.  The other is hedonic
4  pricing where you compare actual market prices and
5  you do some linear regressions and you derive
6  pricing differences.
7           I regard these approaches as flawed and
8  unreliable because of the central point that I made
9  earlier.  There is such interdependency between
10 these different capabilities with the cellular
11 capability, that it is not possible to plainly
12 isolate the value of one from the other.
13          So in -- in analytical terms,
14 mathematical terms, using linear regression, the
15 notion, when you have this multivariable analysis,
16 is that you're supposed to have what's called
17 "explanatory variables," and then you -- you
18 regress -- you do your regression for the dependent
19 variable on price.
20          But the motion is they're supposed to be
21 independent.  These different variables are supposed
22 to be independent.  And they are not independent;
23 they are interdependent.
24          And so you have this problem that's
25 called multiple collinearity.  And so the technique

187

1  that he is purporting have great drawbacks.  It
2  would have been useful if he at least had a go of
3  trying to do it, and then we could have looked to
4  see, I would have had the opportunity to critique
5  what he did.
6           All he did is said Mr. Mallinson should
7  have done a conjoint analysis.  I think he fell way
8  short of what he might have done, and, particularly,
9  given the kind of expert that he is purported to be.
10      Q.   So, Mr. Mallinson, then, it's your
11 testimony that conjoint is a fraud of a sort?
12           MR. HUDSON:  Object to the form.
13      A.   That is ridiculous.  I never said it was
14 a fraud.  No tech -- no technique is perfect.  I
15 just said that it is flawed.  Did you say fraud or
16 flawed?
17      Q.   Oh, you said flawed with an L?  I'm
18 sorry.  I heard "fraud."  It's flawed.
19      A.   Let me be very clear and for the court
20 reporter, let's make clear, that earlier I said it
21 is flawed.  I'm not suggesting it is a fraudulent
22 approach, no.
23           I mean, they're different techniques.
24 It's horses for courses, and some are better than
25 others, and you have to see how they stand up.

188

1  I mean, conjoint analysis is commonly
2  used and it can provide some -- some use.  I'm --
3  I'm not saying it's -- it's useless, nor the hedonic
4  analysis on -- on actual pricing.
5           It can have some benefit.  But in this
6  particular case, I think it is -- it has severe
7  shortcomings.  And I think that the example that I
8  gave you, which we can talk about it in more detail,
9  it's in my -- it's in Exhibit 204.  I'll just --
10 just reference.  I won't go through it in detail,
11 but I'll just reference it, where I look at -- I do
12 this comparison.
13          In paragraph 55, I do this comparison
14 between the iPod Touch and the Apple iPhone 5C, and
15 shows -- by the way Apple priced it, and, more
16 significantly, how the market responded in terms of
17 demand, shows that there is a colossal premium that
18 the marketplaces on a truly mobile device above and
19 beyond one that can only do Wi-Fi.  That shows the
20 value of cellular capabilities.
21          So these -- these features, as I say,
22 are very, very deeply intwined in terms of the
23 capability that 4G LTE can do.
24          And you can't -- back to my "unleashing"
25 or "unlocking" description.  You really needed the

189

1  4G LTE to be able to be getting the full
2  capabilities of these functions.
3          And so that the additional value of the
4  4G LTE would outweigh any of the kind of incremental
5  differences, for example, as you've identified them
6  in terms of the -- the size of the screen or such
7  like.
8       Q.   The 4G would outweigh, in your view,
9  sitting as an expert; is that right?
10      A.   Yes.  I think that the benchmarking
11 analysis that I have done is -- is fair and
12 reasonable for the purposes of the damages
13 assessment that I need to do here.
14      Q.   Would you -- would you agree with me,
15 Mr. Mallinson, that economics is, indeed, supposed
16 to be a science?
17      A.   It's a social science, so it uses
18 scientific principle, yes, indeed.
19      Q.   And --
20      A.   And it uses mathematics.  And if you
21 apply -- if the models fit, then you get good
22 results.  But you can get very precise-looking, very
23 detailed granular answers that may give the
24 impression of some sort of precision that are
25 completely wrong.  I mean, and many, many --

267

1  A. I think that's --
2     MR. HUDSON: Objection. Go ahead.
3  A. I think that's correct. I certainly --
4  what I'm doing certainly includes that.
5  Q. But your report --
6  A. But I'm describing -- I'm describing a
7  lot of things that are -- that are happening.
8  Q. Okay. I'm just asking about your damage
9  analysis here.
10    Does your damage analysis --
11 A. My damages analysis is in support of the
12 RICO claims, let's put it that way.
13 Q. Okay. And so you believe and would
14 testify to the fact that your report isolates the
15 price premium attributable to the RICO violations;
16 is that correct?
17 A. It's isolates the price premium both for
18 devices and for -- for plans that then support the
19 claims, the RICO claims of harm and damages, yes.
20 Q. And would you agree with me that in
21 doing your analysis, you took care to exclude things
22 that were not RICO violations that might have
23 impacted price?
24 A. I don't know what you're referring to.
25 Q. Well, let's talk about things that can