Tyler W. Hudson (*pro hac vice*)
Eric D. Barton (*pro hac vice*)
Melody R. Dickson (*pro hac vice*)
Austin Brane (State Bar No. 286227)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

Matthew W.H. Wessler (*pro hac vice*)
Jonathan E. Taylor (*pro hac vice*)
**GUPTA WESSLER PLLC**
2001 K St NW, Suite 850 N
Washington, DC 20006
(202) 888-1741
matt@guptawessler.com
jon@guptawessler.com

Jennifer Bennett (State Bar No. 296726)
Neil K. Sawhney (State Bar No. 300130)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com
neil@guptawessler.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMIE POSTPICHAL, *individually,* and URSULA FREITAS, *on behalf of themselves and others similarly situated,*<br><br>    *Plaintiffs,*<br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>    *Defendant.* | Case No. 3:19-cv-07270-WHA<br><br>Hon. William H. Alsup<br><br>**DECLARATION OF TYLER HUDSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

I, Tyler Hudson, respectfully submit this declaration and declare as follows:

1. I am a partner in the law firm of Wagstaff & Cartmell LLP and am counsel for Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge.

2. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. I submit this declaration in support of Plaintiffs' Opposition to Cricket's Motion to Compel Arbitration.

4. Cricket never disclosed Katie Keser as a witness in its initial disclosures, nor did it ever amend its disclosures to add her.

5. Attached hereto as Exhibit A is a true and accurate copy of the Rule 26(a)(1) Initial Disclosures of Defendant Cricket Wireless, LLC (Apr. 1, 2020).

6. Attached hereto as Exhibit B is a true and accurate copy of the Rule 26(a)(1) Amended Initial Disclosures of Defendant Cricket Wireless, LLC (May 4, 2020).

7. Attached hereto as Exhibit C is a true and accurate copy of Defendant's Responses and Objections to Plaintiffs' First Requests for Production of Documents (May 26, 2020).

8. Attached hereto as Exhibit D is a true and accurate copy of CRICKET00794710 which purports to be a presentation titled "Q4 Communication Strategy". The document was produced by Defendant Cricket Wireless and marked as Exhibit 113 in the deposition of Cricket Wireless' corporate representative Timothy Towster.

9. Attached hereto as Exhibit E is a true and accurate copy of CRICKET00428352 which purports to be presentation titled "Strategic Marketing Plan Q2-4 2013". The document was produced by Defendant Cricket Wireless and marked as Exhibit 118 in the deposition of Cricket Wireless' corporate representative Timothy Towster.

-2-

10. Attached hereto as Exhibit F is a true and accurate copy of excerpts from the deposition transcript of Jon Wilkins (Aug. 19, 2021).

11. Attached hereto as Exhibit G is a true and accurate copy of excerpts from the deposition transcript of John Rarrick (Aug. 18, 2021).

12. Attached hereto as Exhibit H is a true and accurate copy of excerpts from the deposition transcript of Cricket Wireless, LLC, by and through their representative Michael Moses (Feb. 2, 2021).

13. Many of the exhibits that Cricket relies on in support of its motion to compel arbitration were never produced in discovery. A list of the exhibits that were not produced in discovery is attached as Exhibit I.

14. Attached hereto as Exhibit J is a true and accurate copy of an excerpt from the deposition transcript of Jermaine Thomas (Nov. 6, 2020).

15. I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of September, 2021, in Kansas City, Missouri.

                                                          /s/ *Tyler Hudson*
                                                          Tyler Hudson