# Plaintiffs' Exhibit D



# Q4 Communication Strategy

October 4, 2012

EXHIBIT

Towster 113

exhibitsticker.com





# Agenda

- Review Q4 2012 Marketing Communications:

  ○ Approach/ Brief/ Creative Idea

  ○ National Creative Executions

    1. Television
    2. Out-of-Home
    3. Radio
    4. Print
    5. Retail

  ○ Comparative Messaging

  ○ 4G LTE

  ○ Lifeline

  ○ Appendix

# Communication Approach

Heavy TV weight allows rotation of emotional and rational messaging.

Drive gross ads

Increase consideration

Improve brand perceptions

EMOTIONAL:
Appealing to wants

+

RATIONAL:
Fulfilling needs

cricKet

confidential/proprietary

# The Creative Brief

**Why Cricket?**

- Only Cricket has the total package to serve my needs and enable my life experiences.

**Key Insight**

- When the things you need combine with what you want, the result is experiences you love.

**Consumer Takeaway**

- Cricket enables me to get the most out of my experiences, without strings attached.

confidential/proprietary

# Creative Idea



**FILL YOUR NEEDS WITH THE THINGS YOU WANT AND THEY BECOME THE THINGS YOU LOVE.**

And when your life's filled with what you *love*, you must be doing something right. And that includes Cricket. The best way to turn what you *need* and *want* into what you *love*.

cricket

confidential/proprietary



# Messaging Rotation and Creative Update







# Television: *Drive Awareness & Consideration*

KEY TAKEAWAY:

- Delivers value proposition using both branded and promotional messaging

# Television Rotation

## Tier One Markets

| 10/15-11/18 | 11/19-11/26 | 11/27-12/29 |
|---|---|---|

**Television Rotation:**
- **60% Need it. Want it. Get it.**
  - Cricket gives me the total package
- **40% The Most of Everything**
  - $50/mo unlimited music, data, talk, and text w/ no contract
  - HTC/device offer

**Television Rotation:**
- **100% Grab Bag**
  - $50/mo unlimited music, data, talk, and text w/ no contract
  - HTC/device offer

**Television Rotation:**
- **30% Need it. Want it. Get it.**
  - Cricket gives me the total package
- **70% Grab Bag**
  - $50/mo unlimited music, data, talk, and text w/ no contract
  - HTC/device offer

## Tier Two/Three Markets

| 10/15-11/18 | 11/19-11/26 | 11/27-12/29 |
|---|---|---|

**Television:**
- **100% The Most of Everything**
  - $50/mo unlimited music, data, talk, and text w/ no contract
  - HTC/device offer

**Television:**
- **100% Grab Bag**
  - $50/mo unlimited music, data, talk, and text w/ no contract
  - HTC/device offer

**Television:**
- **100% Grab Bag**
  - $50/mo unlimited music, data, talk, and text w/ no contract
  - HTC/device offer

confidential/proprietary

cricket

8

Television Reel-WMV



confidential/proprietary

Television Reel- MOV



confidential/proprietary

2012

PROMO 7 - GRAB BAG :25/05

cricket



3: AVO: Whether they're into music...



6: AVO: ...Cricket has everything...



2: AVO: ...no matter who's on your list.



5: AVO: ...or exploring our world...



1: AVO: Now get the perfect gift...

4: AVO: ...taking amazing photos...

2012

PROMO 7 - GRAB BAG :25/05

cricKet



9: AVO: ...with the authentic sound of Beats Audio....

12: AVO:  Only Cricket let's you turn the HTC One into an amazing gift.



8: AVO: Like the HTC One...



11: AVO: ...included in your plan — with no contract.



7: AVO: ...they want this season.



10: AVO: ...and millions of song downloads from Muve Music....

2012

PROMO 7 – GRAB BAG :25/05

cricKet



1.800.000.0000

14: AVO: Cricket. Your Call.



13: AVO: Switch to Cricket now and get an HTC smartphone for as low as $49.99.

14

# Out-of-Home: *Drive Awareness & Change Perceptions*

KEY TAKEAWAYS:

- Android smartphones
- Muve Music
- Unlimited $50/mo plans

confidential/proprietary

# OOH Rotation: Field Selected Messaging

*Tier One Markets*

## 10/1-11/18

**South**
*El Paso , Memphis, Brownsville-McAllen, Corpus Christi, Laredo , San Antonio*
- Need Want Love $50/month
- Nationwide Unlimited
- No Contract Smartphones

**POSTED 10/1**

## 11/19-11/26

**South**
*Memphis*
- Need Want Love $50/mo

**East**
*Chicago, Cincinnati, Dayton, Pittsburgh, DC*
- Unlimited Plans, Half the Price
- The Music You Love, The Sound You Want

**West**
*Albuquerque, Denver, Kansas City, Las Vegas, Phoenix, Portland, San Diego, Tucson*
- Unlimited Plans, Half the Price

**SHIPPED: 10/3**

## 11/27-12/29

**South**
*Memphis*
- Need Want Love $50/mo

**East**
*Chicago, Cincinnati, Dayton, Pittsburgh, DC*
- Unlimited Plans, Half the Price
- The Music You Love, The Sound You Want

**West**
*Albuquerque, Denver, Kansas City, Las Vegas, Phoenix, Portland, San Diego, Tucson*
- Unlimited Plans, Half the Price

**SHIPPED 10/3**

15



confidential/proprietary

# 30 Sheet





Bus Shelter

confidential/proprietary



# Radio: *Drive Traffic to Retail*

KEY TAKEAWAYS:

- Muve Music/total package
- HTC smartphones
- $50/mo unlimited rate

18

confidential/proprietary

# Radio Rotation

| 10/1-11/18 | 11/19-11/26 | 11/27-12/29 |
| --- | --- | --- |

**Radio Spots:**
- **I Have Muve Music**
  - Unlimited music included in your wireless plan for one low rate
  - :15s Device Offer tag/ HTC

**Endorsers/Talking Points:**
- HTC/Muve/device offer

**Radio Spot:**
- **Muve Music on HTC**
  - $50/mo unlimited music, data, talk, and text w/ no contract
  - HTC Beats Audio features
  - HTC camera features
  - Device offer

**Endorsers/Talking Points:**
- HTC/Muve/device offer

**Radio Spot:**
- **Muve Music on HTC**
  - $50/mo unlimited music, data, talk, and text w/ no contract
  - HTC Beats Audio features
  - HTC camera features
  - Device offer

**Endorsers/Talking Points:**
- HTC/Muve/device offer

confidential/proprietary

cricKet



# Print: *Drive Traffic to Retail*

KEY TAKEAWAYS:

- Muve Music/total package
- Android smartphones
- $50/mo unlimited rate



20

confidential/proprietary

ROP/Flyer 10/1-11/18



* Holiday creative in development.

confidential/proprietary







FSI 11/19-11/26

**Markets:** Cincinnati, Dayton, Pittsburgh, Brownsville, Corpus Christi, Houston, Laredo, McAllen, Memphis, San Antonio

confidential/proprietary

22

23

# The Last Two Feet: *Educate, Inform, Close the Sale*

KEY TAKEAWAYS:

- "Cricket gives me the total package"
- New Muve Music Android Lineup
- Exciting Device Launches
- Gifts for Everyone

confidential/proprietary



Holiday Storefront

confidential/proprietary

# Gen 2.75 Complete Store View





confidential/proprietary

# Holiday In-store 10/30 – 12/31

## Representative Holiday Elements



Free-standing Banners

Backwall Graphic

22x28 Posters



confidential/proprietary

# Holiday In-store 10/30 – 12/31

## Representative Holiday Elements




Ceiling Banners



22x28 Posters

Stacked Boxes



confidential/proprietary

Promotional Overlay 11/13-11/26





confidential/proprietary



# Comparative Messaging

confidential/proprietary

29

# Proposed Messaging Strategy

**1** Identify most effective medium for each message

**2** Use straightforward, "gloves off" approach that encourages action

**3** Pay off the Total Package value proposition; incorporate into current Q4 creative

**Customer takeaway from 360 conversation:**

**"Cricket has rate plans at half the price of the competition PLUS unique offerings that give me the total package I want"**

confidential/proprietary

cricket

# Approach: Weave Comparative Into Existing Q4 Creative

- **Promo 6 (10/1 to 11/12)**
  - Integrate into radio talking points
  - Integrate into planned ROP
  - Social Media – FB 1-2x month, Twitter 3x month, Social Ads continuous
- **Promo 7 (11/19 to 11/26)**
  - Integrate into radio talking points
  - Integrate into planned ROP
  - Core Retail (integrate into planned merchandising)
  - Social Media– FB 1-2x month, Twitter 3x month, Social Ads continuous
- **Promo 8 (11/27 TO 12/25)**
  - Permed OOH – comparative board
  - Integrate into radio talking points
  - Integrate into planned ROP
  - Core Retail (integrate into planned merchandising)
  - Social Media– FB 1-2x month, Twitter 3x month, Social Ads continuous
- **2013 -**Evaluate opportunities for integration and potential dedicated comparative media

cricket

confidential/proprietary

31

Comparative OOH





Comparative Retail





# 4G LTE



confidential/proprietary

34

# 4G LTE Messaging Recommendation

## 4G LTE Markets

- ○ "4G LTE now available" message only in markets where service will be available

- ○ Support this message is all mediums

## Non 4G LTE Markets

- ○ Use device centric message "4G LTE smartphones available"

- ○ Provide TV, ROP and retail support for the 4G LTE on the LG Regard

cricket

confidential/proprietary

# 4G LTE Messaging

## 4G LTE Markets
### Tucson, Vegas, Phoenix, Philadelphia, Texas

### 11/19-11/26

**Television**
- 4G LTE Now Available

**Radio**
- Talking points

**ROP**
- 4G LTE on the LG Regard

**OOH**

*South Texas Markets*
- Newest Network in South Texas

*Houston*
- 4G LTE Unlimited Plans No Contract on LG Regard

**Retail**
- 4G LTE on the LG Regard

### 11/27-12/29

**Television**
- 4G LTE Now Available

**Radio**
- Talking points

**ROP**
- 4G LTE on the LG Regard

**OOH**

*South Texas Markets*
- Newest Network in South Texas

*Houston*
- 4G LTE Unlimited Plans No Contract on LG Regard

**Retail**
- 4G LTE on the LG Regard

## Non 4G LTE Markets
### Device centric messaging

### 11/19-11/26

**Television**
- 4G LTE Devices Available

**ROP**
- 4G LTE on the LG Regard

**Retail**
- 4G LTE on the LG Regard

### 11/27-12/29

**Television**
- 4G LTE Devices Available

**ROP**
- 4G LTE on the LG Regard

**Retail**
- 4G LTE on the LG Regard

confidential/proprietary

36

cricket

TV End Frame: 4G LTE Markets



cricket®
your call
4GLTE NOW AVAILABLE
1.800.718.4995

© 2012 Cricket Communications, Inc.

confidential/proprietary

37

TV End Frame: Non 4G LTE Markets



confidential/proprietary

# Retail 4G LTE Representative Layouts



4G Holiday Elements
(All Doors)



Representative 4G Kit Element
(For 4G Markets)
*Layout not final

confidential/proprietary

39

cricket



OOH- Houston

confidential/proprietary

## OOH- South Texas



confidential/proprietary

41

OOH – 2013 Device Centric Option



confidential/proprietary

42



# Lifeline



# Sample Lifeline Flighting

Total Lifeline Media ~$2.25MM, funded through cancelling one or two weeks of October TV, depending on Area

- **Lifeline plans vary by Area based on funding and priorities**
  - **East Area** plans executed in all markets, consist of formats varying by market including bus shelters, bus interiors, 8-sheets, currency jackets, shared mail
  - **South Area** plans executed in most markets include shared mail, currency jackets, and laundromats, convenience store posters, door hangers
    - San Antonio, Austin, Memphis receive Direct Mail and Targeted OOH
    - OKC and Tulsa receive GM & HIS Radio
    - GA excluded as state has not launched
  - **West Area** plans executed in most markets include two direct mail drops targeted to current government-assistance recipients, low-credit-score consumers, and low income consumers
    - Lists scrubbed for current customers to ensure gross add acquisition
    - CA, NV excluded due to complexities of application process
    - UT delayed until November launch





44

Corporate Media recommends 360 approach including existing-customer and community-outreach campaigns in conjunction with media

- **In-Store communications targeting existing customers and potential GAs**
  - Sales flow communication and sales incentive for converting existing customers
  - Enhanced in-store materials – both educational and sales-focused
  - SMS/MMS to qualifying customer base
  - Voicemail drop to existing subs

- **Community Outreach targeting entities where consumers receive and/or learn about government assistance**
  - Partnerships with local non-profit and government agencies
  - Sales/Education materials distributed at government agency locations
  - PR plan targeting local news, government and community agencies

- **Media targeting potential Lifeline subs – both existing and new customers – for both education and awareness**
  - Direct Marketing: proven performance during media test includes shared mail, currency jackets
  - Place-based OOH: convenience store posters, laundromat signage, etc. that can be targeted to low-income areas

cricket

45

confidential/proprietary



# Q412 Lifeline Radio Strategy

- DJ Endorsers
  - Markets will partner with current Cricket endorsers to use existing endorsers who will speak credibly about Lifeline
    - Talking Points available
    - All Tier 1 & 2 markets have endorsers throughout Q4

- PSAs
  - Markets will partner with local non-profit community groups to develop outreach programs and Public Service Announcements gearing toward quality of life.
  - Markets & community groups will partner with Radio stations to air PSAs
    - PSAs will be available 9/24
  - Phd will provide list of stations that over-index against low-income population; markets will work directly with stations to secure PSA time

- Partner with appropriate Radio shows
  - Markets will partner with local radio shows with programming elements that speak directly to the target consumer, providing advocacy, community and civic awareness to underserved communities.
  - Opportunities for educational advertorials that integrate Cricket Lifeline messaging yet still provide insight or tips about topics relevant to the target audience will also be explored.
  - Markets will work directly with station to develop messaging and partnerships

# 360 Messaging Overview

cricket

**RADIO (Oklahoma)**
• Save on every wireless bill
• Choose any plan, any phone
• Get to Cricket

**BILLBOARD**
• Save more on every wireless bill
• Get to Cricket

**FLYER**
• Discover our lowest-cost wireless option
• Get to Cricket

**DIRECT MAIL**
• Save more
• Choose any plan, any phone
• Get to Cricket or go online

**STORE WINDOW DECAL**
• Save more on every wireless bill
• Come inside

**RETAIL POSTER**
• Save on every wireless bill
• See if you qualify now

**IN-STORE HANDOUT**
• Save on every wireless bill
• See if you qualify now

**STORE WAYFINDING HEADER**
• Designates Lifeline area

cricket | Lifeline

SAVE MORE ON EVERY WIRELESS BILL

DISCOVER OUR LOWEST-COST WIRELESS OPTION

LOWER YOUR BILL TODAY WITH GOVERNMENT ASSISTED SAVINGS — GET DETAILS INSIDE

SAVE MORE ON EVERY WIRELESS BILL

SAVE MORE ON EVERY WIRELESS BILL

Lifeline

NOTE: All layouts not final

47

# Radio

## Approach

- :60 announcer spot to drive awareness Lifeline product and the savings
  - :15 offer tag communicates Lifeline discount by state
  - Listen to "A Lifeline"

- Endorser talking points communicate Lifeline product & benefits
  - See appendix for full talking points

cricket

48

Bus Shelter & Interior Bus Cards





8 sheet



Flyer & Door Hanger













# Money Sleeve

## Back Spanish/Legal



## Front - English





53

## Direct Mail & Shared Mail



**cricket** | Lifeline

# DISCOVER YOUR
# LOWEST-COST
# WIRELESS OPTION

Cricket Lifeline is a government assistance program that grants you a credit toward your monthly wireless bill.

## UNLIMITED PLANS
## AS LOW AS $21.50/MO

**LIFELINE GOVERNMENT ASSISTANCE**

+ MONTHLY CREDIT TOWARD YOUR BILL
+ ANY UNLIMITED PLAN
+ ANY PHONE including smartphones

### VISIT YOUR CRICKET STORE TODAY

mycricket.com/lifelinetexas

cricket

---



**cricket** | Lifeline

## SAVE MORE ON EVERY WIRELESS BILL TODAY!
UNLIMITED PLANS AS LOW AS $25/MO.

Cricket Lifeline Credit is a government assistance program that grants you a credit toward your monthly wireless bill.

**WHAT DOES THIS MEAN FOR YOU?**

It gives you more VALUE for your dollar. You can choose from any plan and a variety of phones including smartphones. You pay a flat monthly rate with **No Contract** — as low as $25 per month for unlimited nationwide talk, text and data with Cricket Lifeline Credit.*

**HOW DO I APPLY?**

If you are a resident of Arizona, you may be eligible through:

**Method 1 (program-based):** If you or another person in your household is enrolled in at least one of the following public assistance programs:
• LIHEAP, Medicaid, SNAP, SSI, NSLP, TANF, Section 8

**Method 2 (income-based):** If your total annual household income is at or below 150% of the federal poverty guidelines.

Just complete and sign the Cricket Lifeline Credit application, provide documentation verifying your eligibility, and show a government-issued photo ID.

To apply, visit your local Cricket store or learn more at www.mycricket.com/lifelinearizona

## CHOOSE
## ANY PLAN
## ANY PHONE

# SAVE
# $10 PER MONTH

• Any plan is eligible
• Low flat monthly rates
• Unlimited nationwide talk, text & data
• No contracts

Stay connected
Stay on budget
**SIGN UP TODAY!**

# Representative Retail Elements

NOTE: Layouts not final



2-up Flyer



Business Card



State-specific Poster



Easel-Back
Brochure Holder

confidential/proprietary

# Lifeline Wall Treatment (utilizing PAYGo or Broadband Fixtures)

## Broadband Gen 2 & 2.75, P4 & P5



## PAYGo Gen 2 & 2.75, P4 & P5



confidential/proprietary

55

# Lifeline Short Wall Treatment (utilizing PAYGo or Broadband Fixtures)

## Broadband Gen 1, P2 (Option 2)



## Broadband Gen.1, P2 (Option 1)



confidential/proprietary



Appendix

# Cricket's Typical Q4 Media Flighting
*TRP levels reflect Tier 1*




59

cricket

# Cricket's Market Prioritization

## EAST AREA

| Investment | | | |
|---|---|---|---|
| 1 — Higher Investment | Cincinnati, Dayton | Chicago, Washington, DC | Pittsburgh |
| 2 — Average Investment | Lexington, Louisville, St. Louis | Baltimore, Buffalo, Milwaukee, Philadelphia, Rochester, Rockford, Syracuse | |
| 3 — Lower Investment | | Madison, South Bend | |

## SOUTH AREA

| Investment | | | |
|---|---|---|---|
| 1 — Higher Investment | Brownsville, Corpus Christi, Del Rio / Eagle Pass, Laredo, McAllen, Memphis, San Antonio | Houston | |
| 2 — Average Investment | Savannah | Austin, Charleston, Chattanooga, Greensboro, Knoxville, Little Rock, Nashville, Oklahoma City, Raleigh, Tulsa | Charlotte |
| 3 — Lower Investment | | Beaumont, Bryan/College Station, Columbus, Fayetteville, Ft. Smith, Jonesboro, Lake Charles, Macon, Temple / Killeen | |

## WEST AREA

| Investment | | |
|---|---|---|
| 1 — Higher Investment | Denver, Kansas City, Las Vegas, Phoenix, San Diego, Tucson | Portland |
| 2 — Average Investment | Albuquerque, Colorado Springs, El Paso-Las Cruces, Fresno, Salt Lake City, Visalia | |
| 3 — Lower Investment | Boise, Eugene, Ft. Collins, Lincoln, Modesto/Merced, Omaha, Pueblo, Reno, Salem, Santa Fe, Spokane, Wichita | |





# EAST AREA: OIBDA Markets

# SOUTH AREA: Maintain Markets



Note: HIS TRP levels vary by market based on acculturation

# SOUTH AREA: Regain Markets



# WEST AREA

## West Area Markets — Tier 1

|  | Oct 24 | Oct 47 | Oct 50 | Oct 53 | Nov 31 | Nov 46 | Nov 39 | Nov 15 | Dec 11 | Dec 18 | Dec 5 | Dec 1 | Dec 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 8 | 15 | 22 | 29 | 5 | 12 | 19 | 26 | 3 | 10 | 17 | 24 |
|  | | | Promo 6 | | | BF | | | | Holiday | | | |
| GM TV | 175 | | | 175 | 175 | 175 | 175 | 175 | 200 | 200 | 175 | 175 | 175 |
| HIS TV | 175 | | | 175 | 175 | 175 | 175 | | 75 | 75 | 75 | 75 | 75 |
| GM Radio | | | | | 75 | 75 | 75 | 75 | | | | | |
| HIS Radio | | | | | | | | | | | | | |
| Endorsements | | | | | | | | | | | | | |
| FSI | | | | | | | | | | | | | |
| OOH = 25# | | | | | | | | | | | | | |
| OOH - Perm'd | | | | | | | | | | | | | |
| Lifeline Direct Mail | | | | | | | | | | | | | |
| CW Integration | | | | | | | | | | | | | |
| Online/WOM | | | | | | | | | | | | | |

## West Area Markets — Tier 2

|  | Oct 24 | Oct 47 | Oct 50 | Oct 53 | Nov 31 | Nov 46 | Nov 39 | Nov 15 | Dec 11 | Dec 18 | Dec 5 | Dec 1 | Dec 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 8 | 15 | 22 | 29 | 5 | 12 | 19 | 26 | 3 | 10 | 17 | 24 |
|  | | | Promo 6 | | | BF | | | | Holiday | | | |
| GM TV | 75 | | | 75 | 75 | 75 | 75 | 125 | 125 | 125 | 100 | 100 | 100 |
| HIS TV | 75 | | | 75 | 75 | 75 | 75 | 125 | 125 | 75 | 75 | 75 | 75 |
| GM Radio | | | | | 75 | 75 | 75 | 75 | | | | | |
| HIS Radio | | | | | | | | | | | | | |
| Endorsements | | | | | | | | | | | | | |
| FSI | | | | | | | | | | | | | |
| OOH = 25# | | | | | | | | | | | | | |
| OOH - Perm'd | | | | | | | | | | | | | |
| Lifeline Direct Mail | | | | | | | | | | | | | |
| CW Integration | | | | | | | | | | | | | |
| Online/WOM | | | | | | | | | | | | | |

## West Area Markets — Tier 3

|  | Oct 24 | Oct 47 | Oct 50 | Oct 53 | Nov 31 | Nov 46 | Nov 39 | Nov 15 | Dec 11 | Dec 18 | Dec 5 | Dec 1 | Dec 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 8 | 15 | 22 | 29 | 5 | 12 | 19 | 26 | 3 | 10 | 17 | 24 |
|  | | | Promo 6 | | | BF | | | | Holiday | | | |
| GM TV | 75 | | | 75 | 75 | 75 | 75 | | 75 | 75 | 75 | 75 | 75 |
| HIS TV | 75 | | | 75 | 75 | 75 | | | | | | | |
| GM Radio | | | | | | | | | | | | | |
| HIS Radio | | | | | | | | | | | | | |
| Endorsements | | | | | | | | | | | | | |
| FSI | | | | | | | | | | | | | |
| OOH = 25# | | | | | | | | | | | | | |
| OOH - Perm'd | | | | | | | | | | | | | |
| Lifeline Direct Mail | | | | | | | | | | | | | |
| CW Integration | | | | | | | | | | | | | |
| Online/WOM | | | | | | | | | | | | | |

## West Area Markets (CONTROL: PORTLAND) — Tier 1

|  | Oct 24 | Oct 47 | Oct 50 | Oct 53 | Nov 31 | Nov 46 | Nov 39 | Nov 15 | Dec 11 | Dec 18 | Dec 5 | Dec 1 | Dec 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 8 | 15 | 22 | 29 | 5 | 12 | 19 | 26 | 3 | 10 | 17 | 24 |
|  | | | Promo 6 | | | BF | | | | Holiday | | | |
| GM TV | 175 | | | 175 175 | 175 175 | 175 | 200 | 200 | 175 | 175 | 75 | | |
| GM Radio | | | | | 75 | 75 | 75 | 75 | | | | | |
| Endorsements | | | | | | | | | | | | | |
| FSI | | | | | | | | | | | | | |
| OOH = 25# | | | | | | | | | | | | | |
| OOH - Perm'd | | | | | | | | | | | | | |
| Lifeline Direct Mail | | | | | | | | | | | | | |
| CW Integration | | | | | | | | | | | | | |
| Online/WOM | | | | | | | | | | | | | |

*Note: HIS TRP levels vary by market based on acculturation. CA, NE excluded from Lifeline DM; UT postponed to November*





# Q4 Muve Music
# 360 Communications Snapshot

# Q4 Muve Music Integration

**1**

**Brand Advertising (TV, OOH): Present Cricket as "Brand for Me"**

Continue to drive a positive perception by calling out unlimited music as a component of the total package .  Muve is weaved in the creative in TV and HTC is the hero product.

**2**

**Promotional Communications (All Mediums): Stop and Consider**

Drive consideration and sales by calling out Muve Music and unlimited music (on HTC with Beats Audio where appropriate)-- all in one plan that provides the total package.

**3**

**Continuity Communications (Retail, Online):  Drive the Transaction**

Educate shoppers on the superior Muve Music experience, provide opportunities to "see and believe," build positive conversations and brand preference.

cricket

confidential/proprietary

66





# Social Media: *Build Brand Preference*

KEY TAKEAWAYS:

- "Cricket gives me the total package."
  - $50/mo unlimited rate plan
    - Android smartphones

# Social Media Messaging & Activations



**10/1-11/18**

**MESSAGING:**
○ **Devices/$50/Muve**
  ○ HTC One V/Desire
  ○ iPhone 5
  ○ ZTE Groove
○ **Comparative – challenger**
○ **4G LTE:** Vegas (geo-targeted)
○ **Cricket and Muve Music sponsor** *The Next*
○ **Introducing new Muve Music enhancements – Muve Radio and Facebook Integration**

**ACTIVATIONS:**
○ **Facebook & Twitter**
  ○ Muve Music Up & Coming Artist Challenge
○ **YouTube**
  ○ Videos: Comparative and *The Next* content
○ **Bloggers**
  ○ Targeted Lifeline outreach

**11/19-11/26**

**MESSAGING:**
○ **Black Friday Deals**
  ○ HTC
○ **Devices/$50/Muve**
  ○ Samsung Galaxy SIII
  ○ LG LW770
○ **Comparative – challenger**
○ **4G LTE:** PHX, TX, PHI (geo-targeted)

**ACTIVATIONS:**
○ **Facebook & Twitter**
  ○ Black Friday/Cyber Monday Look Book (social deals)
  ○ Samsung Galaxy SIII Sweepstakes
○ **YouTube**
  ○ Video: Muve Music educational
○ **Bloggers**
  ○ Black Friday

**11/27-12/29**

**MESSAGING:**
○ **Holiday/Gift Giving Ideas**
○ **Devices/$50/Muve**
  ○ HTC
  ○ Samsung Galaxy SIII
○ **Comparative – challenger**

**ACTIVATIONS:**
○ **Facebook & Twitter**
  ○ Samsung Galaxy SIII Sweepstakes
  ○ 12 Muve Artists for the Holiday Promotion
○ **YouTube**
  ○ Videos: Comparative and 12 Muve Artists for the Holiday exclusive content
○ **Bloggers**
  ○ 12 Muve Artists for the Holiday
  ○ Give the gift of music with Cricket

cricket

confidential/proprietary

OOH- Houston Alt Option



confidential/proprietary

# Lifeline Talking Points

## THE IDEA BEHIND THIS PROMOTION IS:

Head to Cricket Wireless where qualified customers can save on their wireless bill, every month, with government-assisted Lifeline Credit.

## SOME THOUGHT STARTERS ARE:

*These are meant to give you some ideas for how to work Cricket into your conversation. Injecting your personality is welcome. It is not necessary to use the Thought-Starters verbatim, but feel free.*

Thought Starter 1 – Hard to Get By Without a Cellphone

These days, it's hard to get by without a cellphone.  Problem is, they can be expensive and come with long-term contracts. That's where Cricket and government-assisted Lifeline Credit can help.  With unlimited, no-contract plans as low as $1 a month after applying your Lifeline Credit…so you can stay connected for less.

Thought Starter 2 – Lifeline

A cellphone is more than a convenience.  It's your lifeline to work… school…and family.   That's why Cricket Wireless offers government-assisted Lifeline Credit – with plans as low as $1 a month – to help you save money and stay connected.

Thought Starter 3 – Lose the Landline, Gain a Lifeline

Switch your landline for Lifeline. With a government-assisted Lifeline Credit from Cricket, you can get a monthly credit towards your (Cricket) wireless bill – giving you everything you need to stay connected – with plans as low as $1 a month.

confidential/proprietary

# Lifeline Talking Points (cont.)

**FACTS TO INCLUDE WHEN TALKING ABOUT CRICKET AND LIFELINE:**

*These are the reasons why people should take advantage of the offer. Use as many of them as you can.*

- Cricket provides nationwide <u>unlimited</u>, data, talk and text plans with no contract. Lifeline Credit saves money on any of these plans, and on any phone (including smartphones).

- To find out if you qualify for Lifeline Credit savings, go to your Cricket store.

- You may automatically qualify for Lifeline Credit if you are enrolled in any of these government-assistance programs: Bureau of Indian Affairs General Assistance, FDRIP, Head Start, LIHEAP, Medicaid, SNAP, SSI, NSLP, TANF, Section 8, Tribally Administered TANF.

- You may also qualify if your income meets certain guidelines.

- Choose any plan you want and get a monthly Lifeline credit towards your bill.

- Choose any phone you want – including a smartphone.

- Cricket gives you nationwide unlimited data, talk and text plans with no contract.

- Right now, you can get nationwide unlimited, data, talk and text for as low as $1 a month with Lifeline Credit applied to your monthly bill.

**LEGAL**

Cricket Lifeline is a government assistance program only available for eligible customers.  Limit one per household. See store for details.

confidential/proprietary

## CRICKET00794710

## Metadata

| Author | Colin Kennedy | SEMANTIC |
|---|---|---|
| **Begin Family** | CRICKET00794709 | SEMANTIC |
| **Custodian** | Towster_Timothy | SEMANTIC |
| **Date Created** | 2012/10/04 11:16 am | SEMANTIC |
| **Date Modified** | 2012/10/04 11:16 am | SEMANTIC |
| **End Family** | CRICKET00794780 | SEMANTIC |
| **Extension** | PDF | SEMANTIC |
| **Filename** | Doug Q4 UPDATE 100412-3 (2).pdf | SEMANTIC |
| **MD5 Hash** | 073393436BD0E3FD1C0AF82084AB33D9 | SEMANTIC |
| **Production Volume** | CRICKET_VOL015 | SEMANTIC |