# Plaintiffs' Exhibit E

CRICKET00428352



# Strategic Marketing Plan
## Q2-4 2013

### 12/20/12

exhibitsticker.com

**EXHIBIT**

Towster 118

Agenda



- Q2-4 Strategic Marketing Plan

  ○ Align on a marketing framework and go-to-market strategy to disrupt the category, creating renewed brand value and momentum against business objectives

  ○ Alignment Needed by 12/21:

    ○ Marketing / communication consumer target

    ○ "Affordability" marketing position

      ○ Focus on AT&T and Verizon as enemies

    ○ Consideration of media strategy shifts

      ○ New strategy starts 5/7, low media levels of Q1 extension (4/1 – 5/6)

      ○ Shift in Lifeline acquisition investment approach

      ○ Increase in use of video, including digital video

    ○ Confirmation that 2013 Marcom budget of $75M  excluding online, telesales and local marketing has not changed

      ○ Q2 Spending levels – need confirmation of spend levels

CRICKET00428353

# **Another** phase of change has come to our industry

## **The industry has changed:**

industry growth ⬆ stealing share

low profitability ⬆ high profitability

## **So our marketing to attract new customers must change:**

gross add quantity ⬆ gross add quality

device price ⬆ device quality/rate plan value

"Creation" ⬆ "Disruption"

cricket

CRICKET00428354

# Cricket's Strategy Over Time

Our focus on the Customer Experience will enable us to retain and expand our current customer base, and position us to attract post-paid customers — all fueled by making smarter investments.

Marketing's focus will be on driving against the Post-Paid Acquisition goal and supporting the current base through Lifeline.



CRICKET00428355

CRICKET00428356

# It's a new opportunity…with new enemies to focus on

Nearly three fourths of all switchers would come from the top four brands

| | Currently Use | Would Consider Cricket | Would Buy Cricket |
|---|---|---|---|
| Verizon | 28% | 24% | 20% |
| AT&T | 26% | 26% | 24% |
| T-Mobile | 12% | 13% | 16% |
| Sprint | 12% | 12% | 12% |
| Tracfone | 6% | 8% | 10% |
| Virgin | 3% | 4% | 3% |
| US Cellular | 2% | 2% | 2% |
| Boost | 2% | 2% | 2% |
| StraightTalk | 2% | 2% | 2% |
| Cin. Bell | 1% | 1% | 1% |
| Alltel | 1% | 1% | 1% |
| Metro PCS | 1% | 1% | 2% |
| Total | 100% | 100% | 100% |

**Cricket can exploit a weakness shared by AT&T and Verizon.**

The no-contract value proposition is gaining traction with a larger and more profitable customer base.

cricket



* SOURCE: 2012 Brand Tracker Wave VII – April 2012

# Attacking AT&T and Verizon Supports our Business Objective



**8.3M Contract Switchers that consider Cricket**

Pie chart segments:
- Unaware, 2.7MM
- Non-Considerers, 11.3MM
- Considerers, 10.9MM

Bar segments:
- Other 1.6M
- Tracfone 1.0M
- Sprint 1.3M
- T-Mobile 1.6M
- Verizon 2.6M
- AT&T 2.9M

**1 in 4 Contract Switchers that already consider Cricket would need to switch in 2013**

**2.0MM in-footprint GAs**
(2013 full year target)

**Basic Demos**
- Median age: 41 years old
- Median HHI: $46.1K
- White: 65%

**84% of the 10.9MM Cricket Considerers are on a single line account**

SOURCE: 2012 Brand Tracker Wave VII – April 2012

cricket

CRICKET00428357

# And focuses our strategic target to likelier switchers



- Refocus RLVS on Contract Switchers for Communications planning

- Contract Switchers are defined as:

  o Subscribers of a Contract Plan

  o Subscribers of an Individual Plan (not family/multi-line account)

  o Under 65 years old

  o Under $100k HHI

Source: Simmons 2012

cricket
CRICKET00428358

# It's not revolution, it's evolution

Our new consumer target is the "contract switcher." They are considering switching carriers, and understand what no-contract wireless plans mean.

## Key Similarities to RLVS:

18-49 key age demo
Majority have a Household Income of <$75K
More likely to switch than average
Focused on getting a good value, not just price

## Key Differences to RLVS:

### RLVS

58% Caucasian

26% of Hispanics are Unacculturated

22% College Educated

Under index on living alone and being divorced

Flat index in all internet-related shopping behaviors including pre-purchase research and purchase

### Contract Switchers

66% Caucasian

18% of Hispanics are Unacculturated

30% College Educated

>200 index on living alone and being divorced

Over index in all internet-related shopping behaviors including pre-purchase research and purchase

Source: Simmons



cricket

CRICKET00428359

# Attacking AT&T/Verizon simultaneously defends us against T-Mobile



**DEFEND**
Deposition Through Value Transparency

**ATTACK**
Build on Affordability Gap

***Attacking Affordability***

Cricket has the opportunity to create differentiation around "Affordability" — a *personal, significant and complex* need that is at the emotional core of how consumers define "Value."

By correctly defining this advantage, Cricket can create consideration with Switchers while de-positioning its key competitor in the new space

cricket

CRICKET00428360

By exploiting our obvious advantage

# Cricket's Clear Competitive Advantage:

## The "Total Package" at ½ Price of AT&T and Verizon



CRICKET00428361

# Our communications will focus on simple affordability

| | |
|---|---|
| **Marketing Objectives** | **Target 2.0M AT&T and Verizon customer conversions** <br> Increase Lifeline customer penetration from 10% to 17% |
| **Business Value Proposition** | Only Cricket gives you 'the total package' of services you need for 50% of AT&T and Verizon. |
| **Target Focus** | AT&T / Verizon "Contract Switchers" |
| **Communication Focus** | **Simple affordable choice**. |
| **Support** | Focus: <br> • "The Total Package" of services at 50% the cost. <br><br> Support: <br> • Easy to Do Business With:  No hassles, no surprises no contracts: <br> • Full array of smart-phones & ways to pay for them <br> • Muve Music <br> • Nation-wide coverage / 4G |

cricket

CRICKET00428362

11

CRICKET00428363



# Key GTM Changes

# Several Strategic Shifts Needed To Our Go To Market

- Fractured marketing mix
- Lifeline acquisition
- Promo period support
- "Peanut Butter" media presence
- Anecdotal/Past Behavior Driven

- Integrated marketing mix
- Lifeline conversion
- Conversion investment periods
- Focused media presence
- Data/Trend Driven

cricket

CRICKET00428364

# Optimize messaging by using the right vehicle for the right message

**Core Message:  The "Total Package" at ½ Price of AT&T and Verizon**

| | Overcome Barriers to Consideration | Overcome Barriers to Purchase | Keep the Customers that Switch |
|---|---|---|---|
| **Advertising** | TV/OOH: "The Total Package" at 50% the cost + Featured Smartphone w/Muve<br>RADIO: "The Total Package" at 50% the cost +Full array of smart-phones + Smartphone Offer with Payment Plan | | Reinforce smart choice/ongoing monthly savings with focus on The Total Package" at 50% the cost of AT&T/Verizon |
| **Social** | Total Package at 50% - Share savings from comparetocricket.com<br>Support exclusive Offers/Sweeps<br>Activate Cricket ambassadors – address concerns and create promoters | | Muve Music exclusive content<br>Respond to Customer Complaints<br>Exclusive Offers/Sweeps |
| **Spons** | The Total Package" at 50% the cost<br>Coverage/4G LTE<br>Latest Smartphones | | Muve Music or other Sponsorship<br>Create Brand Ambassador/Advocates |
| **In-Store** | The Total Package" at 50% the cost<br>Coverage/4G LTE<br>Latest Smartphones/reviews | Easy to do business – no surprises<br>Device Pricing/Payment Plans<br>Rate plan– ABP, Family, Lifeline | Muve Music Difference<br>Lifeline Government Assistance<br>Total Package" at 50% the cost |
| **eCOM** | Savings – target budget experts<br>Latest Devices – tech influencers | Special Smartphone Offers/Savings<br>FAQs on Payment Plans/Discounts<br>Muve Music Difference | Self service in My Account<br>FAQs and Customer Support<br>How to videos – device/muve music |
| **PR** | | Coverage/4G Announcements<br>Muve Music Difference, Lifeline and other Rate Plan Discounts | |
| **Local** | Muve Music or other event activation<br>Device Leasing Engagements | Muve Music or other event activation<br>Device Leasing Engagements<br>Lifeline | |

CRICKET00428365

# Improve Lifeline enrollment to take burden off incremental Lifeline GAs

- Increasing conversion of enrollments as % of subs by one percent reduces required media spend from $15.5MM to $3.8MM
  - Total Q1 spend is $3.8MM, so Q2-Q4 Lifeline support would be driven by non-traditional media and grassroots efforts
- Current working assumption is that 40% of subs are eligible

| 2013 Current Budget | | |
|---|---|---|
| Total Lifeline Activations | 592K | |
| Total Enrollments | 329K | 56% |
| Total Gross Adds | 263K | 44% |
| | | |
| Enrollments as % of Subs | 7% | |
| | | |
| 2013 Voice Gross Adds | 2,025K | |
| Lifeline Gross Adds without Media | 202K | |
| | | |
| Lifeline Target Gross Adds | 263K | |
| | | |
| Media-Driven Lifeline GAs required | 61K | |
| | | |
| Media Spend Required | $15,549K | |

| Improved Enrollment @ 8% | | |
|---|---|---|
| Total Lifeline Activations | 592K | |
| Total Enrollments | 375K | 63% |
| Total Gross Adds | 217K | 37% |
| | | |
| Enrollments as % of Subs | 8% | |
| | | |
| 2013 Voice Gross Adds | 2,025K | |
| Lifeline Gross Adds without Media | 202K | |
| | | |
| Lifeline Target Gross Adds | 217K | |
| | | |
| Media-Driven Lifeline GAs required | 15K | |
| | | |
| Media Spend Required | $3,846K | |

| 2013 Budget | Q412 TD | Q113 | Q213 | Q313 | Q413 | 2013 |
|---|---|---|---|---|---|---|
| Enrollments as % of Subs | 2.39% | 3.77% | 1.32% | 1.24% | 0.55% | 7.00% |

| Increase % Enrollments | Q412 TD | Q113 | Q213 | Q313 | Q413 | 2013 |
|---|---|---|---|---|---|---|
| Enrollments as % of Subs | 2.39% | 3.77% | 2.31% | 2.16% | 0.97% | 8.00% |

cricket
CRICKET00428366

# Reinvesting $12.2MM from Lifeline media yields most GAs and Revenue with Wireless Media

- Spending against Wireless Media delivers most efficient incremental Gross Adds

- Driving incremental Wireless Gross Adds also increases opportunity for conversion to Lifeline and therefor yields additional LTV

| $12,200K | CPGA | GAs Driven | LTV |
|---|---|---|---|
| Wireless Media | $97.55 | 125K | $24,012K |
| Lifeline Media | $256.00 | 48K | $16,060K |
| Wireless Subsidy | $233.00 | 52K | $10,053K |
| Lifeline Subsidy | $611.46 | 20K | $6,724K |

| Wireless | Media Spend | Avg. 2012 CPGA | GAs Driven | Lifeline GAs @ 10% Conversion | Total LTV |
|---|---|---|---|---|---|
| @ $16MM Lifeline | $46,979K | $33.79 | 1,390K | 139K | 292,066K |
| @ Recommended Lifeline | $58,681K | $33.79 | 1,736K | 174K | 364,819K |

*Sources:*
*Wireless Media Incremental CPGA: BrandScience Model Results*
*Lifeline Media Incremental CPGA: Q412 Lifeline Results*
*Wireless Subsidy Incremental CPGA: Initial 2013 Subsidy Plan*
*Lifeline Subsidy Incremental CPGA: assumes same ratio as media Wireless vs. Lifeline*
*Incremental LTV: LTV Model: $337 Lifeline, $192 Wireless*

cricket
CRICKET00428367

Focus entire media investment on Contract Switchers

- Reallocating $12.2MM to Wireless changes YOY Wireless spend reduction to 17%, and keeps Lifeline spend flat

- Non-media elements support Lifeline targets, and allow media to be focused on delivering postpaid switchers



**Traditional Media Spend by Product**

CRICKET00428368

# Recommended Media Mix Shifts Based On New Target's Needs

- Prime TV, Total TV, and Online consumption indexes increase significantly from RLVS, and all over-index against new target

- Cable, Radio, Cinema and movie theater lobbies decrease significantly, but cinema and move theater lobbies still over-index against new target



**Media Consumption Habits**

Source: Simmons, 2012

CRICKET00428369

# Realign media mix with target consumption and MMA results

* Zero-based media planning could result in media mix that is 75% video
* Guardrails must be put in place before planning to ensure likelihood of approval
  - Test / control scenarios can be built into plan, but measurement may not yield final results until Q413



## Illustrative Media Mix Shifts

Legend:
- DM
- RADIO ENDORSERS
- RADIO SPOTS
- TRADITIONAL OOH
- CINEMA
- MOBILE
- DIGITAL VIDEO
- CABLE TV
- NETWORK TV

*Shifts are illustrative only; final media mix and flighting to be determined once strategy and guardrails are approved*

CRICKET00428370

# Focus investment during key conversion periods



**2012**

- $116MM total spend after MDF
- Ten total promo periods
- 37% of spend in Q1; 16% during Holiday
- Spend split between remaining periods 5-10%

| | Q112 | | | Q212 | | | Q312 | | | Q412 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| **Promo Period** | Promo 1 | Promo 2 | | Promo 3 | | Promo 4 | Promo 5 | Promo 6 | Promo 7 | Promo 8 | | Promo 9 |
| **Velocity** | Mid | Extreme | | Low | | High | High | High | Low | Low | | High |
| **Total** | 34% | | | | 7% | 10% | 6% | 8% | 8% | 12% | | 16% |
| **Total excl. Apple MDF** | 37% | | | | 7% | 10% | 5% | 7% | 7% | 10% | | 16% |

Total: $123,560K  
Total excl. Apple MDF: $116,060K

**2013**

- $96MM total spend after MDF
- Six total promo periods
- 35% of spend in Q1; 22% during Holiday
- Spring and BTS supported with 15-20% of spend

| | Q113 | | | Q213 | | | Q313 | | | Q413 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| **Promo Period** | Red Tag | Tax Time (11 weeks) | | Spring (11 weeks) | | Back to School (11 weeks) | | Fall (9 weeks) | | Holiday (8 weeks) | | |
| **Velocity** | Low | High | | Mid | | High | | Low | | High | | High |
| **Total** | 34% | | | | 16% | | 21% | | | 8% | | 21% |
| **Total excl. Apple MDF** | 35% | | | | 15% | | 21% | | | 7% | | 22% |

Total: $110,578K  
Total excl. Apple MDF: $95,578K

CRICKET00428371

CRICKET00428372



# Role of Muve Music

Muve Music Objectives

- Key Business Objectives

  ○ 200 bps deact improvement over non-Muve all-in customers

    ◇ Disconnect rate for active users is at 7.9% vs 12.2% for non-active users or 438bps on disconnected accounts for Oct

    ◇ True FBNP and Deact Rates will not be available until December.

  ○ 40% of all-in customers listening to at least two songs/day per month

    ◇ Active Users for Oct are at 47%

CRICKET00428373

cricket

CRICKET00428374

# Can Muve be a Gross Add Driver?

In order to drive Gross Adds Muve Music, we would need to significantly invest in Muve as a brand

- Muve Music is a compelling part of the "total package" and improves churn but music is not a factor in brand consideration when switching carriers

- In order to drive gross adds, we would need to communicate the Muve Music unique value proposition in addition to overcoming barriers to switch Cricket

- This would require investing equity into the Muve Music brand and would take an incremental ~40-$50MM in 2013

  o Initial 2011 Recommendation to launch Muve Music as its own brand was $40MM in marketing (guidance 4.15.11)

| Features | Currently Have | Would Like to Have | Do Not Have and Do Not Want |
|---|---|---|---|
| Unlimited texting | 58% | 23% | 19% |
| Mobile web/data plan | 46% | 26% | 27% |
| Unlimited calling | 45% | 35% | 20% |
| Unlimited music downloads | 10% | 30% | 60% |

*Sources: 2012 Brand Tracker; Muve Music focus groups*

24

CRICKET00428375

cricket

Decisions

# Decisions

- Confirm new strategic target: Contract Switchers
- Confirm "Affordability" marketing position
  - Focus on AT&T and Verizon as enemies
- Confirm direction on media strategy shifts
  - New strategy starts 5/7; anything between 4/1 and 5/6 would be extension of Q1 strategy
  - Shift in Lifeline acquisition investment approach: $12.2MM reallocated to Wireless Media
  - Increase in use of video, including digital video
- Confirm 2013 Marcom budget: $75M  excluding online, telesales and local marketing
  - If there is risk to this budget, how much?

cricket

CRICKET00428376

25

CRICKET00428377

26



Appendix

# 2013 Gross Ad Targets

- Overall, voice GAs are expected to be down 13% to 2.0M total GAs
- Highest seasonality is still expected at Tax Time and Holiday
- Lifeline is currently forecast at 17% penetration by EOY*
  - Converting over 300k subs
  - 260k eligible gross ads (13% of total)
- 30% of the markets are planned to drive 53% of total GAs

**YOY Gross Ad Trend**



| | # Markets | % of GAs | YOY Chg. |
|---|---|---|---|
| **Cash Gen** | 48/70% | 47% | -20% |
| **Overdrive** | 22/30% | 53% | -10% |

Source: Cricket Internal Forecast:  2013 Baseline 12Nov12 (Nathan South)
*Initial breakdown, based on 17% penetration target

cricket

CRICKET00428378

Cricket
CRICKET00428379

# 3-Year In-Footprint Trend

| In-Footprint Voice Excluding Apple MDF | 2011 | 2012 | 2013 |
|---|---|---|---|
| **MarCom Working Media** | **2011** | **2012** | **2013** |
| Social Media | $1,942K | $2,171K | $1,700K |
| Traditional Media | $64,550K | $83,195K | $62,527K |
| *Apple MDF* | $K | $7,500K | $15,000K |
| Handset MDF | -$12,737K | -$23,234K | -$17,583K |
| Brand Activation | $141K | $K | $1,500K |
| Total MarCom Working | $53,896K | $69,632K | $63,145K |
| *Total Excl. Apple MDF* | *$53,896K* | *$62,132K* | *$48,145K* |
| **MarCom Non-Working** | **2011** | **2012** | **2013** |
| Production | $7,092K | $7,812K | $5,778K |
| Print & Production | $7,336K | $12,188K | $6,042K |
| Other | $579K | $605K | $500K |
| Total MarCom Non-Working | $15,006K | $20,605K | $12,320K |
| *Total MarCom* | *$68,903K* | *$90,237K* | *$75,465K* |
| *Total Excl. Apple MDF* | *$68,903K* | *$82,737K* | *$60,465K* |
| **Non-MarCom Working Media** | **2011** | **2012** | **2013** |
| EComm | $1,451K | $14,335K | $12,808K |
| **Non-MarCom Non-Working** | **2011** | **2012** | **2013** |
| Local Marketing | $10,973K | $17,028K | $11,000K |
| Total Marketing | $81,326K | $121,599K | $99,273K |
| Gross Adds | 2,646K | 2,462K | 2,045K |
| Media CPGA (excl. Apple MDF) | $24.39 | $33.79 | $30.58 |

# 2013 Quarterly Trend

| MarCom Working Media | Q1 | Q2-Q4 | FY13 |
|---|---|---|---|
| Social Media | $425K | $1,275K | $1,700K |
| Traditional Media | $26,689K | $50,838K | $77,527K |
| Handset MDF | -$6,492K | -$11,090K | -$17,583K |
| Brand Activation | $K | $1,500K | $1,500K |
| **Total MarCom Working** | **$20,622K** | **$42,523K** | **$63,145K** |

| MarCom Non-Working | Q1 | Q2-Q4 | FY13 |
|---|---|---|---|
| Production | $1,710K | $4,068K | $5,778K |
| Print & Production | $1,735K | $4,307K | $6,042K |
| Other | $125K | $375K | $500K |
| **Total MarCom Non-Working** | **$3,570K** | **$8,750K** | **$12,320K** |

| *Total MarCom* | *$24,191K* | *$51,273K* | *$75,465K* |

cricket

CRICKET00428380

# Demographics by Target



## Ethnicity

Legend:
- Other
- African American
- Asian
- Hispanic
- White

| | Total US | RLVS | New Target |
|---|---|---|---|
| White | 66% | 58% | 66% |
| Hispanic | 17% | 21% | 15% |
| Asian | 5% | 5% | 3% |
| African American | 13% | 13% | 13% |
| Other | 2% | 2% | 2% |

## Household Income

Legend:
- $150K+
- $100K-$150K
- $75K-$100K
- $50K-$75K
- $25K-$50K
- $15K-$25K
- $<15K

| | Total US | RLVS | New Target |
|---|---|---|---|
| $150K+ | 12% | 20% | 20% |
| $100K-$150K | 13% | 25% | 29% |
| $75K-$100K | 13% | | |
| $50K-$75K | 19% | 29% | 30% |
| $25K-$50K | 24% | | |
| $15K-$25K | 8% | 9% | 13% |
| $<15K | 12% | 15% | 8% |

## Education

Legend:
- College (+)
- Some College
- No High School

| | Total US | RLVS | New Target |
|---|---|---|---|
| College (+) | 28% | 22% | 30% |
| Some College | 60% | 65% | 61% |
| No High School | 13% | 13% | 9% |

## Acculturation

Legend:
- Acculturated
- Bicultural - English Centric
- Bicultural - Spanish Centric
- Unacculturated

| | Total US | RLVS | New Target |
|---|---|---|---|
| Acculturated | 28% | 29% | 27% |
| Bicultural - English Centric | 20% | 15% | 16% |
| Bicultural - Spanish Centric | 25% | 23% | 23% |
| Unacculturated | 27% | 26% | 18% |





Cricket
CRICKET00428381

# The *Contract Switcher* Defined

They are connected, engaged and they know how to shop for the best price. Their phone is just as much about connectivity as it is about the functions and features beyond calling and texting. Smartphones are the connective tool for their social lives

## Basic Demos

- Male/Female: 49/51
- Median age: 42 years old
- Median HHI: $49.4K
- White: 66%
- Black or AA: 15%
- Hispanic: 15%
- Other: 4%

| OPEN TO SWITCHING - Agree A Lot | Index |
|---|---|
| More likely to switch service providers with latest technology | 156 |
| Will switch to service provider who offers better plans | 110 |
| Will switch provider if quality (network) is disappointing | 145 |



## 68% carry a smartphone



36% say friendships wouldn't be as close without cell (126)

75% use to stay connected to family/friends (124)

24% use the cell to plan free time (144)

40% Extra features are more important than traditional (130)

18% cellphone is expression for who they are (145)

26% use cell phone to get news & sport (141)



Source: Simmons 2012



CRICKET00428382


# The Hispanic *Contract Switcher*

They are sensible status seekers and their smartphone enables connectivity in all aspects of the lives. They are responsible and practical shoppers, so when they seek out the latest devices they driven by personal needs more so than being driven by gadgets everyone else wants.

## Basic Demos

* Male/Female: 60/40
* Median age: 36 years old
* Median HHI: $50.9K
* Preservers: 18.3%(80)
* Fusionistas: 21.7% (103)
* Eclectic Selectors: 16% (96)
* American Embracers: 26.8%(115)
* Other: 17.2%



| OPEN TO SWITCHING - Agree A Lot | Index | Index Any Agree |
|---|---|---|
| More likely to switch service providers with latest technology | 114* | 96 |
| Will switch to service provider who offers better plans | 65 | 112 |
| Will switch provider if quality (network) is disappointing | 131 | 133 |
| Cell phones plans are confusing | 126 | 136 |



59% use cell phone to get the information they need (128)

50% Cell phone connects them to the social world (136)



38% Extra features are more important than traditional (117)

64% Find cell provider I like, I stick w/ them (120)

##  74% carry a smartphone

64% use to stay connected to family/friends (111)

39% say friendships wouldn't be as close without cell (118)

Source: Simmons


CRICKET00428383

# Annual Lifeline media spend of ~$16MM would be required to achieve GAs targets at Q4 media CPGA

- Annual marketing investment to be finalized as part of Q2-4 marketing plan
- Rolling launch of Lifeline states in 2011-2012 will be complete by EOY
  - 2013 activations will require converting existing Cricket subscribers as well as driving new Gross Adds on the Lifeline product

| | 2013 | |
|---|---|---|
| Lifeline Enrollments | 328,882 | 56% of Lifeline activations in 2013 will be from current subscribers, need to ensure investment from CRM, Retail and Sales/Training support this |
| Lifeline Gross Ads | 263,192 | |
| **Lifeline Activations** | 592,074 | Media investment of $62MM planned in 2013 to drive 2MM total voice GAs |
| Cricket Gross Ads | 2,024,554 | |
| 10% Lifeline GAs | 202,455 | In Q412, 10% of total Cricket GAs enrolled in Lifeline. Continued support in retail, sales, and training is expected to maintain this ratio |
| GAs from Lifeline Media | 60,737 | Additional 60K incremental GAs are needed to achieve 260K target GAs |
| Media Incremental CPGA | $256 | Q4 Lifeline Media drove a $256 incremental CPGA at $2.2M spend. Increasing 2013 spend to $15.5M would drive 60K incremental Lifeline GAs |
| **Lifeline Media Spend** | $ 15,548,570 | |

cricket

CRICKET00428384

# 2013 recommended spend by promo period varies across marketing vehicles

| Promo Period | | Tax Time (11 weeks) | Spring (11 weeks) | Back to School (11 weeks) | Fall (9 weeks) | Holiday (9 weeks) |
|---|---|---|---|---|---|---|
| Velocity | Red – Low | High | Mid | High | Low | High |
| **% by Row** | **FY Spend** | | | | | |
| Traditional Media | $62,527K | 37% | 13% | 22% | 6% | 22% |
| Apple MDF* | $15,000K | 25% | 25% | 20% | 16% | 14% |
| Ecomm* | $12,808K | 38% | 12% | 22% | 6% | 22% |
| Social Media | $1,700K | 25% | 26% | 15% | 8% | 26% |
| Brand Activation | $1,500K | 0% | 35% | 35% | 0% | 30% |
| Local Marketing | $11,000K | 34% | 23% | 13% | 7% | 23% |
| PR | | | | | | |
| In-store | $6,042K | 29% | 18% | 18% | 18% | 18% |
| CRM | | | | | | |
| Total | $110,578K | 34% | 16% | 21% | 8% | 21% |
| Total excl. Apple MDF | $95,578K | 35% | 15% | 21% | 7% | 22% |

| **% by Column** | **FY Spend** | Tax Time | Spring | Back to School | Fall | Holiday |
|---|---|---|---|---|---|---|
| Traditional Media | $62,527K | 61% | 44% | 61% | 44% | 60% |
| Apple MDF* | $15,000K | 10% | 21% | 13% | 27% | 9% |
| Ecomm* | $12,808K | 13% | 9% | 12% | 9% | 12% |
| Social Media | $1,700K | 1% | 3% | 1% | 1% | 2% |
| Brand Activation | $1,500K | 0% | 3% | 2% | 0% | 2% |
| Local Marketing | $11,000K | 10% | 14% | 6% | 8% | 11% |
| PR | | 0% | 0% | 0% | 0% | 0% |
| In-store | $6,042K | 5% | 6% | 5% | 12% | 5% |
| CRM | | 0% | 0% | 0% | 0% | 0% |
| Total | $110,578K | 100% | 100% | 100% | 100% | 100% |

Note: Barbara Cole's guidance submission was $16.2MM FY; waiting on confirmation of final number

Have not received spend from PR or CRM

Above are directional recommendations only; actual execution to be determined once campaign and strategy are approved


cricket
CRICKET00428385

# Dial up investment in key vehicles/periods to optimize messaging

- Marketing objectives of Protecting the Core and targeting Postpaid Switchers will have varying levels of intensity across all vehicles



*Note: above are preliminary recommendations only; actual execution to be finalized once campaign and messaging strategies are approved*



CRICKET00428386



CRICKET00428387

# Action plan

| | |
|---|---|
| Review plan outline with Doug, Bob and Jerry to gain input and support | 12/18 |
| Finalize plan in 2013 Planning Session | 12/20 |
| Pre-read for working session out to team | 12/26 |
| Working session with Corporate Marketing Teams (PR, Digital, Marcom, CRM, Internal Comms), AMDs and Agency Partners | 1/3-4 (TBC) |
| "Mid-Course" working session | 1/18 (TBC) |
| Finalize initiatives recommendation, phasing and budget | 1/28 (w/o) |
| Strategic plan presentation to APs, Jerry and Doug | 1/28 (w/o) |
| Initiatives and Media Plan complete and approved. | 2/11 |
| Socialize strategic plan with Product and Device teams | 2/11+ |

CRICKET00428388

36"X36" BACKWALL HANGING BANNER – HAVE IT ALL

TTP.BWHB.CMPARE

**HAVE IT ALL**

UNLIMITED PLANS
HALF THE PRICE

muve MUSIC

4G LTE

cricket

cricket
CRICKET00428389

## 22"X28" POSTER – MUVE MUSIC ADVANTAGE + AWARD

**Vs. itunes**

CRICKET00428390

# 22"X28" POSTER – MUVE MUSIC DIFFERENCE + AWARD



Vs streaming

cricket

CRICKET00428391

BLUEJETT – MUVE FIRST/MUVE HEADLINER

# UNLIMITED
## MUSIC DOWNLOADS
### PLUS
### EXCLUSIVE CONTENT FROM TODAY'S TOP ARTISTS

muve
MUSIC
FIRST

FEATURING MUVE FIRST
ARTIST CHALLENGE WINNER

## Tarvoria

AND ALBUM "STREET COUTURE"
+
HER NEW SINGLE "CHICK AND A BILL"

Upgrade to a
Muve Music plan today!

# 2013 Muve Strategic Platform

**Brand strategy**

Cricket Provides You the Total Package at Half the Price of AT&T and Verizon

**Social strategy**

Unrestricted **Total Access** to Fuel the Experiences You Love

Music provides the beat to our lives. Now, with unlimited Muve Music in every Cricket rate plan you have **total access** to the music you need, want and love – anytime, anywhere, right on your mobile phone

Community Management/CS

Influencer Outreach

Field Support

Key Promo Periods



cricket

CRICKET00428392

# Muve Music Product Roadmap 2013

**Q1**   **Q2**   **Q3**   **Q4**

v3 Porting  final devices
Customer Benefits
Enhanced features
App bug fixes

Preload v3.5
Customer Benefits
Faster downloads
More stable app and less bugs
Memory flexibility (no custom card)

OTA and Preload v4
Customer Benefits
Radio
Social and Sharing
UI/UX enhancements

Approximate timing

cricket

CRICKET00428393

42

# Muve product benefits sets it apart from the competition

- Unlimited music in your wireless plan  that lets you listen to your music when you want

- Muve is your music, your way

- Play your favorite songs over and over, skip songs as many times as you like, with Muve you're in control of the music

- Create and customize your own playlists

- Keep thousands of songs with you at all times right on your phone

- It's like getting free music cause it's all included in your rate plan

- Muve Music isn't streaming. It's your music downloaded right to your phone so you don't have to worry about a data cap or having a wireless connection. Your music is with you all the time.

- Muve Music from Cricket lets you choose from millions more songs than Pandora

cricket

CRICKET00428394

43

cricket

CRICKET00428395

confidential/proprietary

44

# V3.5 Summary





Device Internal Memory

- **No More Custom Card** – Works seamlessly on generic SD cards and/or internal memory
  - Greater customer flexibility to manage storage location of music
  - Removes high cost of Muve Music SD Card

- **Super-Fast Downloads** – Download speeds will be 3x-5x faster

- **Higher Overall Quality** –
  - The app will be more sturdy and reliable overall
  - Easier to Port V3.5 to Devices (more scalable)

- **Feature Parity with V3** – No visible difference between V3 & V3.5

- **Upgrade Path to V3.5 from V3.0 Not Available**

CRICKET00428396

# Muve Evolution – V4.0

*A completely new app that is built for rapid innovation, efficiency and scale*

- New middleware technology will enable efficient porting to new devices and platforms (ie iPhone)

- The redesigned architecture will allow for rapid innovation and improved overall performance and quality

- Progressive downloads and new memory management will enable immediate playback and 3-5X faster downloads

- The UI/UX will be refreshed with improved navigation and an updated look and feel



Illustrative

# Muve Evolution – Muve Radio

*A lean back listening experience seamlessly integrated with the core Muve experience*

- Muve Radio is in development. It will be 'Pandora-like', but much better:

  – No ads, skip forward/back, download tracks with 1 click, artist only stations, visually compelling, tune based on mood, stations stored locally

- First network efficient radio solution ever built

  – Light codec technology (HE-AAC), stations utilize local songs, stations stored locally for replay







illustrative



CRICKET00428397

# Muve Evolution – Social & Sharing

*A music-based social experience that delights users and drives traffic to Cricket*

- Use social integration as a marketing & acquisition vehicle for Cricket while delighting customers with a powerful new way to share music

- Integrate first with Facebook and then others in a unique and non-intrusive way (unlike Spotify)

- Leverage the viral nature of social and mobile in new ways to redefine how music is discovered among friends







illustrative



cricket

CRICKET00428398

# Muve Evolution – iPhone

*Use Muve to differentiate Cricket's iPhone offer in the marketplace*



illustrative

- Use Muve on iPhone to differentiate Cricket from the competition

  - Be the first carrier to enhance the iPhone experience with music

- Have same V4 Android app ported to iPhone with same look/feel, navigation and features

- Deliver Muve through Apple's App Store for Cricket users only

CRICKET00428399

48

# Muve Evolution – Web

*A web experience tied directly to the mobile device and Cricket's rate plan*



illustrative

- Build a web-based version of Muve that enables:

  - All activity to synch with the mobile device (cloud service)

  - Full song streaming via Get Music & My Music

  - Playlist creation and management

  - Sharing and radio features to come in later versions

- Evolve into a consumer radio service (like Pandora) with a freemium model that upgrades and converts non-Cricket users to Cricket gross adds





CRICKET00428400

# Lifecycle Management
The plan

| | Pre-Sale | POS Sales & Activation | Week 1-2 Welcome Activity | Month 1-4+ Engagement Stimulation | Win Back |
|---|---|---|---|---|---|
| **Activities** | • Marketing/Adv<br>• Collateral<br>• Merchandising<br>• Packaging | • Training<br>• Demos<br>• Live in store units<br>• Set up Muve in activation flow | • Welcome MMS<br>• Artist voicemails drops<br>• Direct calls | • Targeted SMS/MMS<br>• Cohort analytics on actives/non-actives<br>• Contests | • Targeted outreach based on usage<br>• Device saves<br>• Rate plan saves |
| **Objectives** | • Drive door swings<br>• Drive customer interest<br>• Differentiate Cricket | • Leave store having used Muve<br>• Full customer understanding of data neutral music | • Remind them they have it<br>• Call to action<br>• Use new artists and content to drive engagement | • Get non-users to use<br>• Keep users engaged<br>• Feel special, in the know | • Get deactivated customers to come back<br>• Right size product offer with customer need |



cricket

CRICKET00428401

## CRICKET00428352

## Metadata

| Author | Erick | SEMANTIC |
|---|---|---|
| Begin Family | CRICKET00428342 | SEMANTIC |
| Custodian | Graves_Bryan | SEMANTIC |
| Date Created | 2012/12/19 11:58 pm | SEMANTIC |
| Date Modified | 2012/12/19 11:58 pm | SEMANTIC |
| End Family | CRICKET00428482 | SEMANTIC |
| Extension | PDF | SEMANTIC |
| Filename | Topic_5a_2013 Marketing Strategy 12 19 12.pdf | SEMANTIC |
| MD5 Hash | 5A52476FAB82FB3DC262F3C6CCE48714 | SEMANTIC |
| Production Volume | CRICKET_VOL015 | SEMANTIC |
| Title | Marketing Attack Plan 2H 2013 | SEMANTIC |