# Plaintiffs' Exhibit F

```
 1                        - - -
 2             UNITED STATES DISTRICT COURT
 3            NORTHERN DISTRICT OF CALIFORNIA
 4                SAN FRANCISCO DIVISION
 5
 6   - - - - - - - - - - - - - - - +
                                   |
 7   JAMIE POSTPICHAL, et al.,      |
                                   |
 8        Plaintiffs,              |
                                   | Case No.
 9     vs.                         | 3:19-cv-07270-WHA
                                   |
10   CRICKET WIRELESS, LLC,        |
                                   |
11        Defendant.               |
                                   |
12   - - - - - - - - - - - - - - - +
13                        - - -
14                  August 19, 2021
15                        - - -
16        TRANSCRIPT of the videotaped deposition of
17   JON S. WILKINS, a witness herein, called for
18   examination by counsel for Defendants, in the
19   above-entitled matter, pursuant to Notice, the
20   witness being duly sworn by MICHELE EDDY, RPR,
21   CRR, a Notary Public in and for the State of
22   Maryland, taken remotely via Zoom, with the
23   witness in Chevy Chase, Maryland, at 10:00
24   a.m., Eastern Standard time.
25
```

2      Mr. Mallinson in his deposition last week kind

3      of talked about this.  You could have taken

4      some of the cash that you had, and even if

5      there was no "viable business case," as defined

6      here, you could have easily said, well, heck,

7      now we really do need to make sure that we're

8      managing the customer experience correctly, and

9      so we will spend some of the resources we have

10     to provide this.

11            I just think it's not -- this one

12     sentence is no evidence of what Cricket could

13     have or would have done in the future as the

14     business environment had changed.  I mean, it's

15     kind of consistent, actually, with my view of

16     what was actually going on at the time.

17     Q.    So if customers don't complain that

18     they're not getting 4G, you don't need to

19     provide it even if you told them that they were

20     buying a 4G phone and a Smart Plan that would

21     provide 4G service?

22     A.    Well, that is -- well, when you say

23     they don't complain, I think in the business

24     context, it's what do they do behaviorally,

25     right?  These were prepaid customers without a

2       contract, right?  They were free to leave at

3       any time.  The fact that they are not actually

4       is the true north of what is the experience

5       target that the business is managing to.

6                  To even answer your question more

7       directly, yes.  I mean, even if you

8       specifically told the customer, you're getting

9       LTE service on this device on a forward-selling

10      basis, that may still take some time, right?

11      And, again, even in the extreme example,

12      Verizon may not have built out this one part of

13      your market where you live.  You may not get

14      LTE.  The fact that Verizon has a plan to do it

15      and could do it at some point in the future and

16      probably will do it is why it's a reasonable

17      thing to do.  And I just don't see any evidence

18      that that was ever not true for Cricket,

19      irrespective of how things actually played out,

20      which had to do with a lot of factors somewhat

21      out of their control and somewhat driven by

22      what actually happened with the AT&T merger.

23          Q.    Mr. Wilkins, I just want to make sure

24      I understand your answer, and I believe the

25      answer was yes, if customers don't complain

JON S. WILKINS

2           CERTIFICATE OF SHORTHAND REPORTER

3           I, Michele Eddy, Registered Professional

4    Reporter and Certified Realtime Reporter, the

5    court reporter before whom the foregoing

6    deposition was taken, do hereby certify that

7    prior to the commencement of the examination, JON

8    S. WILKINS, was duly remotely sworn by me to

9    testify to the truth, the whole truth, and

10   nothing but the trust.

11   I DO FURTHER CERTIFY that the foregoing

12   transcript is a verbatim transcript of the

13   testimony as taken stenographically by me at the

14   time, place, and on the date hereinbefore set

15   forth, to the best of my ability.

16   I DO FURTHER CERTIFY that I am neither a relative

17   nor employee nor attorney nor counsel of

18   any of the parties to this action, and that I am

19   neither a relative nor employee of such attorney

20   or counsel, and that I am not financially

21   interested in the action.

22

23   _____

24   MICHELE EDDY, NOTARY PUBLIC, Dated 8-23-21

25   State of Maryland, Expires 4-26-23