# Plaintiffs' Exhibit G

```
 1           UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3           SAN FRANCISCO DIVISION
 4                     - - -
 5
    JAMIE POSTPICHAL, et     :
 6  al.,                     :
                             :  Case No.
 7             Plaintiffs   :  3:19-cv-07270-
                             :  WHA
 8       v.                  :
                             :
 9  CRICKET WIRELESS, LLC,   :
                             :
10             Defendant    :
11
                     - - -
12              August 18, 2021
                     - - -
13
14           TRANSCRIPT of the videotaped
15  remote deposition of JOHN P. RARRICK held
16  remotely via Zoom, commencing 10:02 a.m.
17  Eastern Time on the above date, before
18  Constance E. Perks, CCR, CRR, CRC, RSA, a
19  Federally-Approved Certified Realtime
20  Court Reporter and Notary Public.
21
22
                     - - -
23         GOLKOW TECHNOLOGIES, INC.
     ph 877.370.3377  |  fax 917.591.5672
24            deps@golkow.com
```

1  BY MS. DICKSON:
2       Q.   So you don't have an opinion
3  in this case one way or the other as to
4  whether the methodology used to calculate
5  plaintiffs' service plan-related damages
6  are appropriate or reasonable, right?
7       A.   No.
8       Q.   That's not right, or yes,
9  that's right?
10      A.   Correct.  I agree with you,
11 with what you said.
12      Q.   Thank you.
13           Mr. Rarrick, you've made a
14 couple of references to prepaid carriers
15 and postpaid carriers.  Can you please
16 explain for the jury what the difference
17 is between a prepaid carrier and a
18 postpaid carrier?
19      A.   Yes.  I'll state both what
20 the product difference is and typically
21 the customer profile differences.
22           Prepaid products -- a
23 postpaid product at that period relied on
24 a contract of services that was typically

John F. Raffick

1  18 to 24 months, where the subscriber
2  signed a contract that, should they
3  break, had some early termination fees
4  involved.  Their devices were typically
5  subsidized when they brought them as part
6  of the plan to bring in a new customer.
7  Therefore, we called those postpaid or
8  contract customers.
9           Prepaid customers are --
10 there is typically no contract.  They go
11 on a month-to-month basis for an
12 agreed-upon rate, and would reup on a
13 monthly basis, depending on whether they
14 were satisfied with the service, or if
15 they had the funds to do so.
16          Those are the two main
17 differences between pre and postpaid.
18          Also, typically, in the
19 prepaid space, you're buying your phone
20 outright.  There are times, of course,
21 where the phone is used as a promotional
22 tool to bring in a new customer.  But for
23 the most part, the phone is bought as a
24 single purchase, and then you pay month

1  advertising Cricket launched related to
2  its Sprint roaming agreement, right?
3           MR. COLE:  Objection.  It's
4      beyond the scope of the redirect.
5           THE WITNESS:  I did not do
6      that analysis, correct.
7  BY MS. DICKSON:
8      Q.    Mr. Cole asked you about
9  Cricket's no contract guarantee.  Do you
10 recall that line of questioning?
11     A.    I do.
12     Q.    Do you know whether an
13 arbitration agreement is a contract?
14     A.    I do not.
15     Q.    Have you seen any
16 advertisements from Cricket at any time
17 wherein Cricket said "no contract"?
18     A.    I have not seen Cricket
19 advertisements for no contract.  I can
20 tell you that prepaid customers have --
21 in my opinion and from my experience,
22 prepaid customers do expect there to be
23 no contract.  That is the very nature of
24 prepaid service.  So anyone walking into

1  a Cricket store would likely understand
2  that they would be paying month to month,
3  prior to them even entering the store.
4       Q.    The expectation for a
5  Cricket customer would be that there
6  would be no contract of any kind related
7  to their wireless service, correct?
8       A.    Correct.
9       Q.    It would not be the
10 expectation of a Cricket customer that
11 there was some secret separate
12 arbitration agreement that they were
13 binding themselves to in relationship to
14 that wireless service; fair?
15      A.    Not to my knowledge.
16      Q.    So my statement is fair?
17      A.    Yes, your statement's fair.
18            MS. DICKSON:  Caitlin, can
19      you please pull up Tab 71.
20 BY MS. DICKSON:
21      Q.    Mr. Rarrick, Mr. Cole asked
22 you some questionings about the 4G/LTE
23 plans that were introduced by Cricket
24 Wireless during the class period.  Do you

```
 1                C E R T I F I C A T E
 2           I HEREBY CERTIFY that the witness,
    JOHN P. RARRICK, was duly sworn remotely
 3  by me and that the deposition is a true
    record of the testimony given by the
 4  witness.
 5           I DO FURTHER CERTIFY that the
    Foregoing is a verbatim transcript of the
 6  testimony as taken stenographically by
    and before me at the time, place and on
 7  the date hereinbefore set forth, to the
    best of my ability.
 8
             I DO FURTHER CERTIFY that I am
 9  neither a relative nor employee nor
    attorney nor counsel of any of the
10  parties to this action, and that I am
    neither a relative nor employee of such
11  attorney or counsel, and that I am not
    financially interested in the action.
12
13        [signature]
14
    _____
15  CONSTANCE E. PERKS, CRR, CCP, CLR, CCR
    Notary License #2381708
16  Certified Court Reporter #300XI01429
    Certified Realtime Systems Administrator
17
    Dated:  August 19, 2021
18
19
20
21       (The foregoing certification of
    this transcript does not apply to any
22  rough drafts or reproductions by any
    means, unless under the direct control
23  and/or supervision of the certifying
    court reporter.)
24
```