# Plaintiffs' Exhibit J

# In the Matter Of:

*JERMAINE THOMAS vs*

*CRICKET WIRELESS*

*JERMAINE THOMAS*

*November 06, 2020*



```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4
    JERMAINE THOMAS, JERMAINE            )
 5  MILLER, JAMIE POSTPICHAL,            )
    RONALD ELLISON, SARAH WATERS,        )
 6  KAMILAH RIDDICK, FELICIA             ) Case No.
    REDDICK, TIARA CROMWELL, LYSHA       )
 7  ENCARNACION, LANI HALE, MELIZZA      ) 19-07270 WHA
    WEAVER, ALFREDO SANCHEZ, and         )
 8  CLARISSA KELLY, individuals on       )
    behalf of themselves and others      )
 9  similarly situated,                  )
                                         )
10              Plaintiffs,              )
                                         )
11         vs.                           )
                                         )
12  CRICKET WIRELESS, LLC,               )
                                         )
13              Defendant.               )
    -----------------------------------X
14

15

16     VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

17                   JERMAINE THOMAS

18

19             Friday, November 6, 2020

20                    9:32 a.m.

21

22

23  Stenographically Remotely Reported by:

24  Mayleen Ahmed, RMR, CRR, CSR 14380

25  Job No:  93282
```

235

1  A. Yes. Sometime.
2  Q. Do you recall that booklet containing
3  any information other than just basic details about
4  how to use your phone?
5  MR. RUSSELL: Object to the form.
6  A. No.
7  Q. At any time since you've been a Cricket
8  customer, have you ever had to sign a contract?
9  A. No. I chose Cricket because it was you
10 pay as you go, no contract. No strings attached,
11 nothing. You just pay as you go.
12 Q. And are you aware of any terms and
13 conditions that relate to your Cricket service other
14 than just paying your bill on time?
15 A. No.
16 MR. RUSSELL: Object to the form.
17 Q. Did you ever receive a text message from
18 Cricket about arbitration or lawsuit?
19 A. No.
20 Q. Did you ever agree with Cricket about
21 arbitration?
22 MR. RUSSELL: Object to the form.
23 A. No. As I stated earlier, if I had seen
24 that, just looking at that jargon would have
25 prompted me to call Cricket and say, "Hey, what's

```
                                                              236
 1    up?  I mean, I don't -- you know, what's going on?"
 2           Q.    And as Mr. Russell read that jargon to
 3    you, do you know one way or the other what that
 4    jargon means?
 5                 MR. RUSSELL:  Object to the form.
 6           A.    No.
 7                 MR. RUSSELL:  Argumentative.
 8           Q.    You never agreed to any terms and
 9    conditions with Cricket other than the fact that
10    you'll pay your bill, right?
11                 MR. RUSSELL:  Object to the --
12           A.    Right.
13                 MR. RUSSELL:  -- form.  Leading.  Asked
14    and answered.
15           Q.    You've never had a Cricket contract,
16    right?
17           A.    No.
18           Q.    Correct?
19           A.    Correct.
20           Q.    Did Cricket ever make you aware of any
21    terms and conditions governing your purchase of any
22    of your Cricket devices?
23           A.    No.
24           Q.    If you had become aware or if Cricket
25    had made you aware of any terms and conditions,
```