SIDLEY AUSTIN LLP
David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

MAYER BROWN LLP
Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
Kevin S. Ranlett (*pro hac vice*)
kranlett@mayerbrown.com
Daniel E. Jones (*pro hac vice*)
djones@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendant
Cricket Wireless LLC*

MAYER BROWN LLP
Matthew D. Ingber (*pro hac vice*)
mingber@mayerbrown.com
Jarman D. Russell (*pro hac vice*)
jrussell@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

CROWELL & MORING LLP
Kristin J. Madigan (SBN 233436)
KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

CROWELL & MORING LLP
Christopher A. Cole (*pro hac vice*)
CCole@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Defendant
Cricket Wireless LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| URSULA FREITAS, individual, on behalf of herself and others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CRICKET WIRELESS, LLC,<br><br>　　　　　　　　Defendant. | Case No. 3:19-cv-07270-WHA<br><br>**[PROPOSED] ORDER GRANTING CRICKET WIRELESS, LLC'S MOTION TO ENFORCE TEXT-MESSAGE AND ELECTRONIC-SIGNATURE ARBITRATION AGREEMENTS OF POTENTIAL CLASS MEMBERS**<br><br>Date: February 24, 2022<br>Time: 8:00 a.m.<br>Courtroom: 12, 19th Floor<br><br>Judge: Hon. William H. Alsup |

After consideration of the Motion to Enforce Text-Message and Electronic Signature Arbitration Agreements of Potential Class Members (the "Motion") brought by Defendant Cricket Wireless, LLC ("Cricket"), the Memorandum of Points and Authorities in support thereof, the declarations and exhibits in support thereof, the pleadings, files, and records of this matter, and having heard the arguments of counsel, the Motion is **GRANTED**.

**IT IS ORDERED** that the following potential class members must individually arbitrate their claims in accordance with their arbitration agreements and thus are excluded from the class in this action:

- the potential class members listed in Exhibit C to the Declaration of Gary W. Braxton, who agreed to arbitration by paying for additional prepaid wireless service from Cricket after receiving the May 22, 2014 text messages regarding Cricket's updated arbitration provision;
- the potential class members listed in Exhibit E to the Braxton Declaration, who executed electronic signatures to assent to Cricket's arbitration provision in connection with online purchases; and
- the potential class members listed in Exhibit F to the Braxton Declaration, who executed electronic signatures to assent to Cricket's arbitration provision in connection with in-store transactions.

Dated: \_\_\_\_                                          _____
                                                         HON. WILLIAM H. ALSUP
                                                         UNITED STATES DISTRICT JUDGE