# Exhibit A

## 1. Select Device



## 2. Protect Y/N



## 3. Select Rate Plan



## 4. Number Checker/Selector



## 5. Line Review

**Samsung Galaxy A51 5G**
Color: Prism Cube Black
Edit

$299.99

**Cricket Protect**
Declined
Edit

**Unlimited Cricket More**
Monthly Plan Charge
Edit

$60.00

**My Phone Number**
(716) 464-0569
Edit

Congrats! Your first line is complete.

[ I'll Add Another ]    [ Go to Cart ]

## 6. Cart Review



**Cart**                                    Clear Cart (2)

✉ Email me my cart

**My Line**              ● Line Complete

Delete Line

**Samsung Galaxy A51 5G**
Color: Prism Cube Black
Edit

$299.99

**Cricket Protect**
Declined
Edit

**Unlimited Cricket More**
Monthly Plan Charge
Edit

$60.00

**My Phone Number**
(716) 464-0569
Edit

🚚 Next Business Day Shipping          FREE
Restrictions apply

🏷 Have a promo code?    **Estimated Total**        **$359.99**
Device, SIM Card and Accessory taxes will be shown on the review order page.

[ Add Another Line ]    [ Check Out ]

View all accessories for this device ›

## 7. Checkout (this is all on one page)

