# Exhibit B



# Sale

**Invoice : 79222IN95256**

**100: Sun Com Mobile LLC - San Antonio**

1848 S Ww White Rd

San Antonio TX United States 78220-4743

(210)437-3829

| | |
|---|---|
| Tendered On: | 01-May-2020 11:54 AM |
| Sales Person: | Viviana H |
| Tendered By: | Viviana H |
| Tendered At: | 100: Sun Com Mobile LLC - San Antonio |

**Bill To:**

| Product SKU | Product Name | Tracking # | Qty | Your Price | Your Total |
|---|---|---|---|---|---|
| AADESA000986 | Galaxy A10e (New)<br>- Mfg/Dist Coupon: ($70) | 357644102646357 | 1 | $79.99 | $79.99 |
| AASIGA000047 | Nano-Sized 4FF SIM | 89011503277321082783 | 1 | $0.00 | $0.00 |
| AAASRB000023 | Add A Line Activation | 2102196920 | 1 | $0.00 | $0.00 |
| AAOFNS000002 | Activation Fee | | 1 | $25.00 | $25.00 |
| AAOFNR000004 | Cricket Service First Month Payment<br>Service Plan: 55UNLCOR $55.00<br>Discount: $30.00<br>Feature: MHOTSPOT $10.00<br>Feature: PROTECTON $8.00<br>Fee Includes:<br>State and Local Tax $2.97<br>Surcharges and Fees $0.02<br>E911 Service Fee $0.01 | | 1 | $43.00 | $43.00 |
| CACKOT000060 | Generic Micro USB Car Charger | | 1 | $19.99 | $19.99 |

| | | | |
|---|---|---|---|
| **Payment:** | | Subtotal: | $167.98 |
| Cash | $180.00 | TX San Antonio City:<br>TX San Antonio City ATD<br>: <br>TX San Antonio City MTA:<br>TX State: | $1.56<br><br>$0.31<br>$0.63<br>$7.81 |
| Change: | $1.71 | | |

**Contract Details:**

| Tracking # | Contract # |
|---|---|
| | 822845220 |
| 2102196920 | 822845220 |
| 357644102646357 | 822845220 |
| 357644102646357DDMSRPG | 822845220 |
| 89011503277321082783 | 822845220 |

**Total: $178.29**

**Comments:**

Watch 200+ TV channels and 1000's of movies on-demand for free with Pluto TV! Data rates may apply. Visit mycrick.it/plutotv to install now.

Get up to $250 in account credits with Refer a Friend! Exclusions and restrictions apply. Check it out in My Account or the myCricket app, or ask your store rep for details

Refund Policy

Page 1 of 2        79222IN95256

CRICKET02508444

Galaxy A10e (New) 357644102646357 can be returned within 7 days.

**Terms & Conditions**

I accept Cricket's Terms and Conditions for Cricket's wireless products and services. The terms (including dispute resolution by binding individual arbitration instead of jury trials or class actions) were provided to me in Cricket's Terms & Conditions booklet included with my phone and available online at www.cricketwireless.com/terms. I can also ask a store rep for a hard copy of the T&Cs before I sign below." I acknowledge that I can find information on Cricket's broadband service at https://www.cricketwireless.com/legal-info/mobile-broadband-information.html

**Signature:**



CRICKET02508445