# Exhibit C











