# Exhibit D

ZIP 5565 T&Cs Signature Capture V1 1/11/2016

# External Design Documentation (EDD)



CRICKET02508454

# Table of Contents

Version History ..................................................................................................................................... 2

Introduction  Document Objectives ..................................................................................................... 2

    1.0       Project Background ............................................................................................................ 3

       Project Objectives: ................................................................................................................ 3

       Project Team: ........................................................................................................................ 3

       System Impact: ..................................................................................................................... 3

System Process Flow: ............................................................................................................................ 5

    2.0       System Overview ................................................................................................................ 5

    3.0       Technical Assessment ........................................................................................................ 5

    4.0       Use Case: ............................................................................................................................ 5

    5.0       Open items .......................................................................................................................... 6

    6.0       Constraints: ........................................................................................................................ 7

    7.0       Assumptions: ...................................................................................................................... 7

    8.0       Dependencies: .................................................................................................................... 8

    9.0       Functional Requirements .................................................................................................. 8

    10.0     Reporting Requirements ................................................................................................... 9

    11.0     Security Requirements ................................................................................................... 10

    12.0     Error Message Mapping ................................................................................................. 11

    13.0     User Interface Flow ........................................................................................................ 12

    14.0     Functional Flow .............................................................................................................. 14

    15.0     Approvals ........................................................................................................................ 14

CRICKET02508455

# Version History

| Version | Date | Responsible | Detailed description of changes |
|---|---|---|---|
| V1 | 1/11/2017 | Ryan Ori | Initial Draft |
| V1.1 | 1/13/2017 | Ryan Ori | • Added New Security Screen and Access 11.0<br>• Added Rob Tetlock to the project<br>• Updated Reporting section 10.0 |

# Introduction

# Document Objectives

The objective of the External Design Documentation is to outline the systems design for the project. This document will be signed off by iQmetrix. This document will:

- Provide introductory and overview material for the entire project

- Define, in more detail, what is in the scope for Feature Development for the project, as per the Project Statement

- Detail the user interfaces (screens, web pages, reports etc.) that will be delivered and which support the business requirements

- Detail system interface requirements for other impacted systems

An External Design Documentation does not provide detailed system functional specifications for the programmer; rather, an Internal Design documentation will be developed for use by the development team to build the required computer code.

The intended audience is:

- iQmetrix IT team members representing the major system component areas of the company who need to approve the external design.

- Representative of impacted systems who need to develop detailed internal design specifications from this external design

CRICKET02508456

- Other interested company management

# 1.0 Project Background

Project Objectives:

- To provide a captured process and storage solution for T&C signatures for all new accounts and add a lines for Cricket to gain arbitration rights with those customers.

Project Team:

| Role | Name | Business Unit |
|---|---|---|
| Project Manager | Ryan Ori | Enterprise Project Delivery |
| Integration Lead | Lindsay Layne | |
| Business Analysis | Morgan Isaak | |
| Technical Product Manager | Rob Tetlock | Payments |

System Impact:

| System | Yes | No | Notes/ Section Reference |
|---|---|---|---|
| RQ | X | | |
| Platform APIs | | X | |
| Infrastructure | | X | |
| Payment Processing | X | | |
| CCAS | | X | |
| CFAS | | X | |

CRICKET02508457

| | |
|---|---|
| ABI | X |
| TPA | X |
| Bill Pay Service | X |
| Clover Integration | X |
| Progressive Integration | X |
| ASAP Integration | X |
| CSI Integration | X |
| Tax Integration / CCH | X |
| EPC Tool (Cricket) | X |
| CSP Integration and VPN | X |
| Linux Server / SFTP | X |

# System Process Flow:

## 2.0 System Overview

1.1 RQ will implement a pop up window with Cricket's Terms and Conditions during every new activation or add a line transaction done through the widget. Customer must read, agree and sign terms and conditions or the sale will not tender items on the invoice.

1.2 RQ will store the signature using the signature service to be accessed by users with the correct security clearance for viewing the Terms and Condition signatures.

1.3 Restricting the widget to grey out when neither a MX915 or Ingenico iSC250 is attached to the terminal. This equipment is required to provide the terms and conditions to the customer and without this equipment attached the RQ terminal will become a cash only terminal.

# 3.0 Technical Assessment

## 4.0 Use Case:

| Ref | Description | Goal/Need |
|---|---|---|
| UC1 | MX915 or Ingenico iSC250 is not attached to RQ | Disable widget by greying it out |
| UC2 | Sales Rep Activates a New Activation or Add a line | Terms and Condition Window Pop Up |
| UC3 | Customer Doesn't Agree to Terms and Conditions | Nothing is added to shopping cart. Can proceed with a cash transaction for accessories or bill pays |
| UC4 | Customer Agrees to Terms and Conditions and Sigs | Signature Captured in Signature services and accessible under new T&C Security Clearance |
| UC5 | User with T&C Security Clearance can access a signature and download for records through right clicking the sales | Adding an ability in the sales invoice to right click and view T&C Signature. |

CRICKET02508459

## 5.0 Open items

| Ref | Outstanding Issues | Notes/Next Steps |
|---|---|---|
| OI1 | What message to display when user closes the T&C Pop-Up | |
| | | |
| | | |

## 6.0 Constraints:

| Ref | Description | Notes |
|---|---|---|
| | | |
| | | |

## 7.0 Assumptions:

| Ref | Description | Notes |
|---|---|---|
| AS01 | The Retail Location must have a certified Cricket sig cap device (Ingenico or Verifone) connected to any POS that performs Activations or Add-A-Line transactions (Verifone MX915 and Ingenico iSC250 | |
| AS02 | Sales Operations will provide a pre-printed tear sheet containing the entire T&Cs verbiage in both English and Spanish (we cannot count on | |

CRICKET02508460

| | dealers having a laser printer to print off a copy) |
|---|---|
| AS03 | Assume this does not apply to existing customers that are not adding a new line. |

## 8.0 Dependencies:

| Ref | Description | Notes |
|---|---|---|
| D1 | Store must install approved equipment for payment processing to terminal (Verifone MX915 and Ingenico iSC250 | |

## 9.0 Functional Requirements

| Ref | Description | System Impact | Design Solution |
|---|---|---|---|
| BR1 | Support T&Cs acceptance and signature capture for Activations and Add-A-Lines | RQ | 13.0 |
| BR2 | Enable Verifone MX915 and Ingenico iSC250 to display T&Cs Acceptance Statement and capture signature. | | |
| BR3 | Language (Spanish/English) to be requested by the customer on the sig cap device. | | 13.0 |

CRICKET02508461

| | | | |
|---|---|---|---|
| BR4 | The solution shall offer the customer the option to receive a hard copy of the T&Cs | | |
| BR5 | Text to display on the sig cap: "I accept Cricket's Terms and Conditions for Cricket's wireless products and services. The terms (including dispute resolution by binding individual arbitration instead of jury trials or class actions) were provided to me in Cricket's Terms & Conditions booklet included with my phone and available online at www.newcricket.com/terms. I can also ask a store rep for a hard copy of the T&Cs before I sign below." | | 13.0 |
| BR6 | The solution will not allow payment to be tendered on an Activation or Add-A-Line if the customer has not signed the T&Cs | RQ | 13.0 |
| BR7 | The customer acceptance and signature must be stored and accessible by Cricket on-demand. | Signature Service | |
| BR8 | Only Cricket HQ resources will have security to access the T&Cs signature acceptance. | Security Settings | |
| BR9 | Any POS that does not have a connected/supported Sig Cap device should automatically be set (by RQ) to a Cash-Only Bill Pay workstation. | RQ | |

# 10.0    Reporting Requirements

| System | Description |
|---|---|
| RQ | Needs to access the signatures in reports at the corporate headquarters |
| RQ | |
| CCAS | |
| CCAS | |
| TPA | |

CRICKET02508462

| Ref | Description | System Impact | Design Solution |
|---|---|---|---|
| RR1 | Reports to access the signature on demand for Cricket Headquarters:<br><br>o   Customer Sales History Screen<br>o   Vendor Deposit History Report<br>    Sales by Invoice Report | RQ | Added the signatures of T&C to the same reports that invoice signatures are associated with |

## 11.0   Security Requirements

| System | Description |
|---|---|
| RQ UI<br><br>RIM | New security in "POS: Reprint Terms & Conditions Signature" for T&C signature security access. Cricket Headquarters will have security access to the signatures only. |

| Ref | Description | System Impact | Design Solution |
|---|---|---|---|
| SR1 | New security: POS: Reprint Terms & Conditions Signature | RQ | Creating a new setting and accessing the |

CRICKET02508463

signatures from the same places as invoice signatures

## 12.0 Error Message Mapping

| System | Error Code | Error Message |
|---|---|---|
| | | |
| | | |

CRICKET02508464

# 13.0 - User Interface Flow

The sales representative can start a new activation through two methods. Both of these methods are launched from the **Accounts** step on the Cricket Widget (Figure 1).



Figure 1 - Cricket Widget

When the sales representative selects Accounts on the Cricket Widget, they can either navigate to **Create New Account** or **Add to Existing Account** to launch to two flows affected by this project.



Figure 2 - Cricket Widget – Accounts

Once the sales representative has selected either flow and has entered the required information that flow (Device IMEI, SIM Card, CTN), RQ will launch the associated LIC activity.

Upon completion of the LIC activity, the sales representative will select 'Validate' which in turn passes control of the UI back to RQ. At this point, RQ will:

- Close LIC
- Call LoadBandDetails to get the customer's information
- Call GetPendingOrder to get the order information for either the New Activation or Add a line

This will transfer the flow to the hardware device, where the customer will be prompted to:

- Select their language preference for the hardware device
- Display the Terms and Conditions
- Prompt the customer to accept/decline the Terms and Conditions

While these activities are happening on the hardware device, the sales representative will be presented with a spinner on the RQ screens with an indication of which step the customer is on. This will allow the sales representative to follow along with the customer.



The messages displayed in RQ during the spinner/hardware process will be:

- Waiting for language…
- Waiting for terms and conditions…

Once the customer has successfully completed all these steps, the ??? (Title of the wizard) wizard will be closed, a new sales invoice will be created, and either the Activation or Add a line SKUs (depending on flow) will be added to the shopping cart.

# 14.0   Functional Flow

Attached is the system level flow for this project.


Cricket 5565 (T&Cs) Flow.pdf

CRICKET02508466

## 15.0 Approvals

| Department | Name | Contact | Approval Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CRICKET02508467