# Exhibit E

**Activation Terms and conditions & Signature:**







