# Exhibit G

# Cricket Wireless Terms and Conditions of Service

Ver en español | 阅读中国 | 한국어 읽기 | Przeczytaj po polsku |

Lido em português | Đọc trong Việt | Pananaw sa Tagalog

Revised October 29, 2021

Welcome to Cricket Wireless. We are pleased to be your wireless service provider. We reserve the right to change or modify these Terms and Conditions of Service ("Terms") at any time, which will be effective immediately when posted to Cricket's website at **www.cricketwireless.com**. Please check our website from time to time as these Terms may have changed.

These Terms include the terms and conditions for our products and services. By activating, using, or paying for any of these products or services, you're accepting and agreeing to be bound by these Terms. If you don't agree, contact us immediately to cancel your order and/or service and return any products.

**Please read these Terms carefully. They require us to resolve disputes through arbitration on an individual basis rather than jury trials or class actions. They also govern how we handle your information, including information related to your Cricket account and your location**.

General Definitions
In these Terms the following terms have the following meanings: (a) "Cricke
"we," "us," and "our" refer to Cricket Wireless; (b) "you," "your," "user," "subsc
or "customer" refer to the account holder or any other person who purchases,

activates or uses the Wireless Services we provide; (c) "Device" means any compatible basic phone, smartphone, or tablet that we or a Cricket authorized retail location provide or sell to you, or you provide, and that we activate with a Cricket SIM card on your account; (d) "Service(s)" or "Wireless Service(s)" means any wireless services we provide or that reference these Terms and includes, but is not limited to, our rate and service plans, billing services, offers, promotions, applications, programs, products, features, software, or any Device on your account; (e) "Charges" means any access and usage charges, taxes, surcharges, fees, including regulatory cost recovery fees, government fees (whether assessed directly upon you or upon Cricket) and other charges we charge you or that were accepted or processed through your Device as further defined below in the "Charges" section.

Wireless Customer Agreement
These Terms are part of your Wireless Customer Agreement ("Agreement") and form a contract between you and Cricket that applies to all Devices and Wireless Services provided to you. Your Agreement with us also includes: (a) our Privacy Policy available at **www.cricketwireless.com/privacy**; (b) our rate plans, and other transaction materials, including any receipt or service summary that you sign, accept, or that is provided to you, and any transaction confirmation materials we may provide to you; (c) any terms and conditions for wireless products, services, features, promotions, and applications not otherwise described in these Terms that we provide to you or that we make available on Cricket's website at **www.cricketwireless.com** (collectively "Supplemental Materials"); and, (d) our Policies (as defined below).  In the event of any conflict between these Terms and any Supplemental Materials or Policies, these Terms control.

Acceptance of the Terms
You represent that you are at least 18 years old and/or that you are legally authorized to accept these Terms and to enter into this Agreement. Your Agreement with Cricket begins when you accept these Terms by: (a) giving us a written or electronic signature or telling us orally that you accept, or by otherwise accepting through any other printed, oral, or electronic means; (b) paying for Service; (c) activating the Service; (d) using or attempting to use the Service in any way; (e) upgrading or modifying the Service; (f) opening any Device packaging; (g) or starting any application, program or software that states you are accepting. If you do not want to accept these Terms, do not take any of these actions.

Policies

Services are subject to our business policies, practices, and procedures ("Policies"), including our Acceptable Use Policy at **www.cricketwireless.com/aup**. You agree to follow our Policies when you use our Services. Our Policies are subject to change at any time and become effective when posted to Cricket's website at **www.cricketwireless.com**.

Other Terms

Other terms and conditions, including end user license agreements, apply to certain applications, software, products, programs, services, promotions, and features that we provide to you, that you obtain from a third party through us, or that you obtain directly from a third party. These other terms and conditions may be significantly different from the Terms that are part of your Agreement. It is your responsibility to read and understand any other terms and conditions before you accept them. We are not responsible for any third party terms and conditions.

Our Right to Change Terms and Rates

We may change any part of the Agreement at any time, without advance notice including but not limited to these Terms, Supplemental Materials, rates, rate plans, features, products, fees, expenses, coverage areas, roaming partners, international calling plan destinations, provisioning technology, and Charges for your Service. Changes become effective when posted on Cricket's website at **www.cricketwireless.com**. We will attempt to provide you with notice of material changes by text message or by such other means practicable, as determined by Cricket, but do not guarantee that you will receive notice of any changes. If you continue to access or use our Services or increase your account balance on or after the effective date of a change, you accept that change. Do not access or use our Services after the effective date of a change if you decide to reject the change and cancel Service. You will not be entitled to any refund or credit for the unused portion of your account balance if you decide to cancel Service before your monthly service period ends.

Termination

Either party may terminate this Agreement (which will end your Service with Cricket) at any time and for any reason. You are responsible for all Charges until your account is cancelled. You may also request that we transfer ("port") yo[ur] number to another carrier and Service for that number will be cancelled w[hen] the porting is complete. We reserve the right to charge a fee if you request to port

your number. You are responsible for all Charges until the port-out is complete. We do not guarantee that number transfers to or from us will be successful. You will not receive a refund or credit for the unused portion of your account balance if you decide to cancel Service before your monthly service period ends.

You agree that we may, in our sole discretion, without limitation and without notice, limit, interrupt, suspend or cancel your Service for any reason, including, but not limited to: (a) any conduct that we believe violates the Agreement, these Terms, or our Policies; (b) your failure to have or maintain an adequate account balance; (c) if you behave in an abusive, derogatory or similarly unreasonable manner with any of our representatives; or (d) if we have reason to believe that your Device or our Service is being used for an unlawful or fraudulent purpose, a Prohibited Use or in a way that may adversely affect our Service.

Service Plans
Cricket offers monthly service plans for Devices ("Service Plans"). Unless otherwise prohibited by your specific plan terms or type of Device, you may change your Cricket Service Plan twice in any monthly service period, although we may prohibit or restrict any plan change we believe is in violation of these Terms or any applicable Policy. In addition, we reserve the right to change the Service Plan you are on if your Device is not supported by the Service Plan you selected. Some Service Plan changes may be conditioned on the payment of certain charges, and, depending on your plan, you may forfeit your remaining Service Plan balance if you change Service Plans. Information on our Service Plans is available at **www.cricketwireless.com**.

Charges
You are responsible for paying all Charges for Services provided under this Agreement, including Charges made by any person you permit to have direct or indirect access to your Device even if you did not authorize its use. These include, but are not limited to, (a) monthly access charges; (b) usage charges (if your plan includes metered usage); (c) charges for features and add-ons; (d) taxes, fees and other assessments imposed by the government that we are required to collect and remit to the government (to determine your primary place of use ("PPU") and which jurisdiction's taxes and assessments to collect, you are required to provide us with your street address; if you do not provide an address or it is outside our Service area, we will designate a PPU within the Service area for you and we may terminate your Service); (e) other fees and charges including activation, reactivation, prepayment, convenience payment, restocking, Device

unlocking, SIM replacement, number change, express delivery, upgrade, program, or other fees, including specific transaction fees, relating to Services and Devices purchased from us (for a current list of these fees, please see our **charges and fees support page**); and (f) surcharges that we collect and retain from our customers that include, but are not limited to, Federal or State Universal Service fees, regulatory charges, administrative fees, and government taxes or fees imposed on gross receipts, sales and/or property that we incur in providing Services to our customers. Surcharges are not taxes, and we are not required by the government to collect them from you. We determine the rate of these charges, and the amounts are subject to change. IF YOU DISPUTE ANY CHARGES, YOU MUST NOTIFY US IN WRITING AT OFFICE OF DISPUTE RESOLUTION, CRICKET WIRELESS, 1025 LENOX PARK BLVD., 5TH FLOOR, ATLANTA, GA 30319 WITHIN 100 DAYS OF YOUR INCURRING THE CHARGE OR YOU WILL HAVE WAIVED YOUR RIGHT TO DISPUTE IT AND TO BRING OR PARTICIPATE IN ANY LEGAL ACTION RAISING SUCH DISPUTE.

Billing

You will not have access to detailed usage records for most Services, and we will not provide you with monthly bills. You may access your account on our website, on your Device, or by visiting a store. We will attempt to send you monthly SMS reminders of your account status, but we cannot guarantee that you will receive them or that you will receive them before your account is suspended or cancelled.

Payments and Account Balance

The availability of Services depends upon your payment in advance of all Charges when they are due. Payment by a customer of good funds at an in-store location of an authorized retailer completes the customer's transaction. If you fail to make payments when due, the Services will be suspended and/or cancelled. By making a payment you will have access to Services for a limited amount of time and you must use the Services during the designated period of time; any unused allotment of Services from one designated period of time will not carry over to the next period (e.g., Services do not roll-over). Charges for our Services and the amount of time Services are available following activation may vary. If your account is deactivated for nonpayment it will be placed in suspend mode for 60 days. If your account is not replenished before the end of the 60 day suspend period, it will be cancelled. Amounts paid for Service Charges are refundable and account balances are not transferable, refundable, or redeemable for cash. If your account is suspended or cancelled, for any reason,

any remaining balance will be forfeited. When your account is cancelled we will re-assign the phone number associated with your account, and that phone number, identification number, or email address associated with your account may no longer be available to you. We may also charge you a fee to reactivate Service depending on when you reactivate.

Payments at Authorized Retailer Stores
You can make payments for Charges to Cricket in person at participating authorized retailer locations. To make a payment at an authorized retailer location you must have the information necessary for us to verify your identity as required by our policies.  The retailer might not have access to information about your account or know how much you owe, so you should have this information ready when you visit a retailer to make a payment. Payments at retailer locations may be in cash or by credit or debit card (provided that the retailer is able to accept payments from cards that operate on your credit or debit card's network).

The ability to make payments at retailer locations is a service provided by Cricket in its sole discretion. Cricket is not obligated to make this payment method available, and may discontinue it - either entirely or at particular retailer - at any time without notice to you, and without amending these Terms. When you pay for Charges at an authorized retailer location, you will be required to pay a customer assistance fee in addition to the amount of your Charges. Cricket sets the amount of this fee in its discretion. It may adjust the amount of this fee from time to time without notice, and it may vary the amount of this charge by retailer location. You can always avoid paying this service charge by paying online or via our IVR. See **www.cricketwireless.com/support/billing-and-payments/bill-pay-methods**.

Cricket will consider the transaction complete as soon as you make a payment to the retailer. Generally, a payment made to the retailer will be reflected on your Cricket account almost immediately after you make it. In some instances, however, there might be a delay in posting the payment to your account.

The retailer is not providing you with a bill payment service or payment processing service. You are responsible for ensuring that a Retailer accepts payments for Charges. Retailer might not be able to accept payments at all times that they are open for business because of technical or personnel reason due date for Charges will not be extended because a retailer is closed - even if it

is closed during its normal operating hours and even if such closure was not announced - or cannot accept a payment for another reason.

Your Cricket Account and Account Access

You may need to set up an account in order to purchase or use products and Cricket Services. You are responsible for ensuring that any information you provide us in connection with your account, including contact information, is accurate and remains current.

You are responsible for any activity that occurs on or through your account. We do not guarantee the security of your account, so please ensure that your credentials for accessing or using your account, such as your password, PIN, or other personal information are secure. An account password or PIN may be assigned to you. In order to protect the security of your account, you should change this password or PIN as soon as possible after your account is activated. If you do not change your password or PIN, your account may not be secure. If you learn of any unauthorized use of your account for any Cricket Service, please contact us immediately.

You may be able to authorize designated individuals (such as family members) to act on your behalf in managing your account, including changing or adding to your Cricket Services ("Authorized Users"). You are responsible for all actions and changes made by such Authorized Users, including purchases of products and additional Cricket Services. You expressly authorize us to provide information about and make changes to your account upon the direction of any person who provides information sufficient to identify you, even if this person has not been designated as an Authorized User. In addition, you agree that all users of your Cricket Services, regardless of whether designated as Authorized Users (and including minors), are subject to the limitations and obligations of this Agreement, including its arbitration provision and privacy policy. It is your duty to inform them of their limitations and obligations and to make this Agreement available to them.

You consent to the use by us or our authorized agents of regular mail, predictive or autodialing equipment, email, text messaging, facsimile or other reasonable means to contact you to advise you about our Services or other matters we believe may be of interest to you. We may contact you by any means regarding customer service-related notifications, or other such information.

Devices

Cricket does not manufacture any Device that we sell or that can be used with our Services and we are not responsible for any defects, acts, or omissions of the Device manufacturer. The only warranties on a Device are the limited warranties provided by the manufacturer (WITH RESPECT TO WHICH WE HAVE NO LIABILITY WHATSOEVER). Any Device used with our Service must be compatible with and not interfere with our Services, and must comply with all applicable laws, rules, and regulations. If you use your own Device with our Service, it must be compatible with and must not harm our network. If you use your own Device, certain network and Device features and functionality may not be available and/or may not function properly with your own Device. You can go to **www.cricketwireless.com/cell-phones/bring-your-phone** to verify compatibility. We reserve the right to prevent you from using any Device on our network. All Device performance may vary based on your Device specifications including processor capabilities, software, memory and storage, and Device performance may impact access to all of our Services. We may periodically program Devices on our network remotely with software, system settings, applications, features or programming, without notice, either prior to, during or after service activation. These changes will modify the Device you use and may affect or erase data you have stored on the Device, the way you have programmed the Device, or the way you use the Device. You may be unable to use a Device until the remote programming is complete, even in an emergency. Devices purchased from Cricket or from any Cricket authorized retail location are sold exclusively for use with our Service, are designed for use only on Cricket's network, and no other, and may not function on other wireless networks. By purchasing a Device from Cricket you agree to activate and use it with our Service. You also agree that you will not make, nor will you assist others to make, any modifications to any Device you purchase from Cricket or programming to enable it to operate on any other system or network except in accordance with our Device Unlocking Policy found at **www.cricketwireless.com/legal-info/device-unlock-policy**. We reserve the right to relock any Device to the Cricket network where we determine the Device has been unlocked in violation of our Device Unlocking Policy. You understand and acknowledge that Devices you purchase from Cricket are sold solely for use with our network and that we will be significantly damaged if you use or assist others to use our Devices for any other purpose. You also agree not to take any action to circumvent limits on the quantity of Devices that may be purchased from Cricket. You will be liable to Cricket for any damages resulting from conduct prohibited in this section.

Device Unlocking

If you bought a Device from Cricket, it is programmed with a SIM lock which will prevent it from operating with other compatible wireless telephone carriers' services. For information on how to unlock the Device, please see our Device Unlocking Policy at **www.cricketwireless.com/legal-info/device-unlock-policy**.

Device Upgrades

You may upgrade your Device pursuant to Cricket's Device Upgrade Policy found at **www.cricketwireless.com/support/account-management/upgrade-your-device**.

Information on Your Device

Your Device and SIM card may contain sensitive personal information (such as financial, healthcare, social security numbers, credit card numbers, pictures, videos) that you may wish to protect and not disclose to others. Cricket is not responsible for any of the information on your Device. You must remove any sensitive personal information from your Device before you return, exchange, recycle, or otherwise give up control of your Device. Information may remain on your device even if you remove the SIM card. Information left on your Device will be accessible to others who use your Device.

Lost or Stolen Devices

You must contact us immediately to report a lost or stolen Device. You are responsible for all Charges incurred on your phone number until you report the theft or loss to us. After you report the theft or loss, you remain responsible for complying with your obligations under this Agreement including the payment of any monthly Service fees. You further agree to cooperate in the fraud or theft investigation and to provide us with information and documentation (including any proof of loss and police reports) as we may reasonably request.

Availability of Service and Coverage

Availability of Service and Coverage Services may be interrupted, delayed, or otherwise limited for a variety of reasons, including environmental conditions, unavailability of radio frequency channels, system capacity and constraints, priority access by National Security and Emergency Preparedness personnel in the event of a disaster or emergency, coordination with other systems, equipment modifications and repairs, and problems with the facilities of interconnecting carriers. We do not guarantee the availability of the wireless network or any Wireless Services. You must be in the Cricket coverage area to place or receive

calls. To see coverage, **click here**. Coverage maps, available on our website or in store, show a high-level approximation of wireless coverage and there are gaps in coverage not shown by this approximation; actual coverage may vary and be affected by terrain, weather, foliage, buildings, signal strength, high-usage periods, customer equipment and other factors. We do not guarantee coverage and our maps do not show actual network coverage or performance. International data roaming may be reduced to 2G speeds. For more information on international roaming, see **www.cricketwireless.com/legal-info/cricket-international**.

Rate Plans
Cricket's phone service plans offer unlimited voice and text plus data access, depending on your plan and Device type. Cricket's data only service plans offer an allotment of data access, which varies by plan. Tablets and hotspots may be activated only on data only plans. Except for the Cricket Core Plan and the Cricket More Plan, all plans come with Stream More, a feature which helps save data when watching videos by streaming certain higher-definition videos at standard definition quality, similar to DVD (about 480p). Cricket will activate Stream More for you. Once activated, you may turn Stream More off or back on at any time. For the Cricket Core Plan and the Cricket More Plan, video streaming is limited to max 1.5Mbps. For more information visit **www.cricketwireless.com/mobilebroadband.**

Voice Services
Voice Services are provided primarily for live dialog between two individuals. If Cricket determines that you are using our Voice Services for other than live dialog between two individuals, we may terminate your Service. Voice Services are subject to our Acceptable Use Policy at **www.cricketwireless.com/aup**.

Airtime Usage
If your Service includes measured voice usage, your airtime is charged in full-minute increments, and actual usage is rounded up to the next full-minute increment at the end of each call. We charge a full minute of airtime usage for every fraction of the last minute of airtime used. Airtime begins for outgoing calls when you press SEND (or similar key) and for incoming calls when a signal connection from the caller is established with our facilities. Airtime ends after you press END (or similar key), but not until the disconnect signal is received by ʌ facilities and confirmed. All outgoing calls for which we receive answer supervision or which have at least 30 seconds of airtime, including ring time, will

incur a minimum of one minute airtime charge. Answer supervision is generally received when a call is answered, but may also be generated by voicemail systems, private branch exchanges, and interexchange switching equipment. Airtime may include time for us to recognize that only one party has disconnected from the call, time to clear the channels in use, and ring time. Airtime may also occur from other uses of our facilities, including voicemail deposits and retrievals, and call transfers. Calls that begin in one rate period and end in another rate period may be charged during the period in which the call began.

Data Services - Permitted Uses
Cricket provides wireless data and messaging Services, including, but not limited to, features that may be used with data services and wireless content and applications ("Data Services"). Our Data Services are intended to be accessed with your Device for the following permitted activities: (a) web browsing; (b) email; (c) internet access; (d) uploading and downloading ordinary applications and content to and from the Internet; and (e) using applications and content without excessively contributing to network congestion. You agree that Cricket may engage in any reasonable network management practice and that you will use Cricket's Data Services only for these permitted activities. Data Services are subject to our Acceptable Use Policy at **www.cricketwireless.com/aup**. Cricket's network management practices are available at **www.cricketwireless.com/mobilebroadband**.

Data Services - Applications and Content
Our Data Services may allow you to access the Internet where you will have access to text, pictures, video, games, graphics, music, email, applications, sound, and other materials primarily from third party content providers unaffiliated with Cricket ("Data Content") and where you will have the ability to send, receive and share Data Content. You may also purchase Data Content with your Device from us or from third parties. Cricket is not a publisher of third party Data Content and is not responsible for any opinions, advice, statements, or other information, services or goods provided by third parties. Third party Data Content may among other things be offensive, indecent, violent, pornographic, inappropriate, false and misleading, inaccurate, unreliable, and unsuitable for children and minors - you are solely responsible for any third party Data Content accessed through our Data Services. The accuracy, appropriateness, cont completeness, timeliness, usefulness, security, safety, merchantability, fitne a particular purpose, transmission or correct sequencing of any application,

information or downloaded data is not guaranteed or warranted by Cricket or any content providers or other third party. Neither Cricket nor its content providers, service providers or other third parties shall be liable to you for any loss or injury arising out of or caused, in whole or in part, by your use of any information, application or content, or any information, application, or other content acquired through our Data Services. Third party Data Content may harm your Device and its software, and we are not responsible for any third party Data Content that you download, install, or use with our Data Services.

Data Usage
We measure data usage by the kilobyte, megabyte or gigabyte, where 1024 kilobytes equals 1 megabyte, and 1024 megabytes equals 1gigabyte. To determine your data usage, we calculate in full-kilobyte increments, and actual usage is rounded up to the next full kilobyte increment at the end of each data session. Data usage occurs whenever your Device is connected to our network and is engaged in any data transmission. This includes among other things, sending and receiving email, texts, documents and content; accessing websites; and downloading and using applications and content. Some applications, content, programs and software that you download or that come pre-loaded on your Device automatically and regularly send and receive data transmissions without any action by you and without your knowledge. For example, applications that provide real-time information and location-based information connect to our network and continuously send and receive updated information. In addition, any advertisements or advertiser-related messages or data delivered to your Device, even if delivered to an application, as well as any messages or content initiating a response to an advertisement, will count toward your data usage. Network overhead, software update requests, email notifications, and resend requests caused by network errors can increase data usage. You will be charged for all data usage when your Device is connected to our network, whether you initiate the connection or it runs automatically in the background and whether successful or not.

Unlimited Data Access
If you subscribe to a Cricket plan with unlimited data, you agree that "unlimited" means you pay a single monthly rate for wireless data Service regardless of how much data you use. You further agree that "unlimited" does not mean that wireless data will be transmitted at any particular speed or that you can use data Service in any way that you choose or for any prohibited uses under these If you use your unlimited data plan in any manner that is prohibited, Cricket can

limit, restrict, suspend, or terminate your data Service. We may also migrate you from an unlimited data plan to a tiered data plan and charge you the appropriate monthly fees. We will provide you with notice of this change at least one month in advance either by email, text message, or other appropriate means that we determine.

Cricket may also reduce your data throughput speeds at any time based on the terms of your data plan, which may include times when your usage exceeds an applicable, identified usage threshold during any monthly term. Reduced data throughput speeds mean you may experience reduced data speeds and increased latency, which may cause websites to load more slowly and affect the performance of data-heavy activities such as video streaming.

Reduced data throughput speeds apply when using data Services at times and in areas experiencing network congestion compared to other customers using the same cell site. Standard speeds will resume once the cell site is no longer congested or when your data session moves to an uncongested cell site, and speeds will no longer be reduced during periods of network congestion at the start of your next monthly service period, unless your usage again exceeds an applicable, identified data usage threshold for that next monthly service period.

There are no mobile network-related speed reductions if you use Wi-Fi, and Wi-Fi data usage does not count against a monthly data usage threshold for wireless data Service.

Any unlimited plan we offer is subject to these Terms, including the restrictions against prohibited uses and misuse and abuse of our Services and Devices, any reasonable network management practices, and our Acceptable Use Policy at **www.cricketwireless.com/aup**. For information on current network management practices and network performance, please visit our Mobile Broadband Information Page at **www.cricketwireless.com/mobilebroadband**.

Use of Wireless Service on Other Wireless Carrier Networks
Cricket has agreements with other wireless carriers that allow you to use wireless Service outside of Cricket's wireless network. Within the U.S. and certain U.S. territories, the use of other carrier networks is referred to as domestic off-net usage. Use of other carrier networks while traveling internationally is called international roaming or international off-net usage. Both off-net usage and international roaming are dependent upon the agreements we have at any

given time with other wireless carriers, and the network technology, frequencies, and functionality of those networks. Availability, quality of coverage, and speed for wireless Service for off-net usage and international roaming are not guaranteed and may be changed without notice. Cricket may also reduce speeds (to 2G or other speeds) or suspend wireless data Service for off-net and international roaming at any time without notice and without regard to the amount of data you have consumed during the monthly term.

Limits on Use of Other Wireless Carrier Networks in the U.S.: If your rate plan provides for off-net usage, you still must use your Device predominantly within the Cricket wireless network. Thus, if we provide you with off-net usage, we may suspend, limit or cancel your continued use of other carriers' networks if you exceed the following off-net thresholds:

- **Voice -** If you use more than 750 minutes during any month.

- **Data -** If you use more than 100 megabytes of data during any month.

- **Messaging -** If you use more than 3,000 messages during any month.

We will provide you with notice if we take action because you exceed any of these thresholds.
For current information about our coverage, please visit **www.cricketwireless.com/coverage**. Please be aware that your Device may connect to another wireless carrier's network even when you are located within the Cricket network coverage area.
Use of Wireless Service while Outside the U.S.: Your rate plan may include the capability to send and receive calls and text messages and use data for international roaming. Coverage within other countries and territories may vary depending on your Device type, plan, and/or package, and may be changed by us at any time without notice. For rates, coverage, countries and details, visit cricketwireless.com/international. For additional International Terms and Conditions, which are incorporated herein by reference, see **www.cricketwireless.com/legal-info/cricket-international**.

Wi-Fi Calling
Important Information about Wi-Fi Calling
TTY Devices are not compatible with Wi-Fi Calling: Wi-Fi Calling lets you call and text over Wi-Fi when cellular coverage is limited or unavailable. Your Device must be set to Cricket HD Voice and have internet access. Loss of your internet connection during voice Wi-Fi Calling will disconnect your call. Including 9

calls. In the U.S. or internationally, you can use Wi-Fi Calling to call numbers in the U.S. at no additional charge (excluding 411 calls and other premium numbers). International long distance rates/plans apply when calling international numbers from within the U.S. International roaming rates apply when calling international numbers while traveling outside the U.S. Certain countries restrict Wi-Fi calling. No Wi-Fi Calling to 211, 311, 511, and 811. See **www.cricketwireless.com/support/mobile-wifi/wifi-calling** for more.

911 Calling with TTY & Real-time Text: Due to technical limitations, **Wi-Fi Calling cannot be used with TTY devices and will not support TTY 911 calls**. Persons with communications disabilities can use Real Time Text (**www.cricketwireless.com/support/accessibility/real-time-text-rtt**) as an alternative to TTY. 911 services can be reached by either (1) calling 911 using Real Time Text, (2) calling 911 using a TTY device over the cellular network or from a landline telephone, (3) sending a text message to 911 directly, (4) using relay services to place a TTY or captioned telephone services (CTS) call from a wireless phone or from a landline telephone, or (5) using relay services to place a IP Relay or IP CTS call over a cellular or IP network.

911 Call Routing: 911 calls using Wi-Fi Calling will first attempt to route to the appropriate emergency respond center using automatic location information from your Device or, if that fails, the Emergency Address (no P.O. Boxes) entered in your Wi-Fi Calling settings. To set up Wi-Fi Calling you will need to enter a US address. You can change your Emergency Address at any time by selecting "Update Emergency Address" in your Wi-Fi Calling menu. To ensure proper routing of 911 calls update your Emergency Address as needed. 911 service may be delayed or unavailable if automatic location information in unavailable or if using Wi-Fi Calling from a location different from the Emergency Address you entered.

**You acknowledge that you received and understand the foregoing information about 911 calls using Wi-Fi Calling as a Cricket Wireless customer, and you further agree that if you dial 911 on a Device using Wi-Fi Calling, Cricket may treat the automatic location information transmitted by your Device as your temporarily updated Wi-Fi Calling Emergency Address**.

Location-Based Services
Cricket collects information about the approximate location of your Device relation to our cell towers and the Global Positioning System. We use that information, as well as other usage and performance information also obtained

from our network and your Device, to provide you with wireless voice and data services, including services which may be provided by third parties, and to maintain and improve our network and the quality of your wireless experience. We may also use location information to create aggregate data consistent with our Privacy Policy. It is your responsibility to notify users on your account that we may collect and use location information from Devices. Your Device is also capable of using optional content at your request or the request of a user on your account, offered by Cricket or third parties that make use of your Device location information ("Location-Based Services"). Please review the terms and conditions and Cricket's Privacy Policy for each Location-Based Service to learn how the location information will be used and protected. For more information on Location-Based Services, please visit **www.cricketwireless.com/privacy**.

Software

The software, interfaces, documentation, data, and content provided for your Device may be updated, downloaded, or replaced by feature enhancements, software updates, system restore software or data generated or provided subsequently by Cricket (hereinafter "Software") is licensed, not sold, to you by Cricket and/or its licensors/suppliers for use only on your Device. You are not permitted to use the Software in any manner not authorized by this license. You may not (and you agree not to enable others to) copy, decompile, reverse engineer, disassemble, reproduce, attempt to derive the source code of, decrypt, modify, defeat protective mechanisms, combine with other software, or create derivative works of the Software or any portion thereof. You may not rent, lease, lend, sell, redistribute, transfer or sublicense the Software or any portion thereof. You agree the Software contains proprietary content and information owned by Cricket and/or its licensors/suppliers. Cricket and its licensors/suppliers reserve the right to change, suspend, terminate, remove, impose limits on the use or access to, or disable access to, the Software at any time without notice and will have no liability for doing so. You acknowledge Cricket's Software licensors/suppliers are intended third party beneficiaries of this license, including the indemnification, limitation of liability, disclaimer of warranty provisions found in this Agreement.

Intellectual Property

You must respect the intellectual property rights of Cricket, our third-party content providers, and any other owner of intellectual property whose protected property may appear on any website and/or dialogue box controlled by Cricket or accessed through Cricket's websites. Except for material in the public domain, all

material displayed in association with our Services are copyrighted or trademarked. Except for personal, non-commercial use, trademarked and copyrighted material may not be copied, downloaded, redistributed, modified or otherwise exploited, in whole or in part, without the permission of the owner.

Prohibited Uses and the Misuse and Abuse of Services and Devices
When you purchase, activate or use our Services or any Devices you agree that you will not misuse or abuse our Services or Devices by doing, among other things, any of the following: (a) purchasing a Device without intending to activate or use it on our network; (b) reselling or rebilling our Services, or reselling Devices purchased from Cricket; (c) modifying your Device from its manufacturer's specifications; (d) activating a Device on a Service Plan or with a feature or product not designated for its use (e.g., activating a 4G Device on a Service Plan intended for 4G LTE Devices); (e) using our Services or any Devices for any fraudulent or unlawful purpose; (f) using voice services as monitoring services, for data transmissions, transmission of broadcasts, transmission of recorded material, or other connections which do not consist of uninterrupted live dialog between two individuals; or (g) using any Service in a manner that is burdensome or unusually excessive when compared to other customers in your area on similar plans.

Cricket's Data Services are not intended to be used in any manner which has any of the following effects and such use is prohibited if in Cricket's sole discretion it: (a) conflicts with applicable law; (b) hinders other customers' access to the wireless network; (c) compromises network security or capacity; (d) excessively and disproportionately contributes to network congestion; (e) adversely impacts network service levels or legitimate data flows; (f) degrades network performance; (g) causes harm to the network or other customers; (h) tethers a Device to any other  device (such as a computer, smartphone, other phones, eBook or eReader, media player, laptop, notebook, tablet, mobile hotspots, gaming consoles or other devices with similar functions) in any manner, including, without limitation, through use of connection kits, applications, devices or accessories (using wired or wireless technology), or inserting a Cricket SIM card into a modem, router or laptop, unless you have subscribed to a Service  plan or a feature offered specifically for tethering; (i) requires a specific Service Plan or feature for that particular use and you have not subscribed to that required Service plan or feature, or (j) is excessive or unreasonable.

Your Device uses a Cricket SIM Card to access our Data Services. You are

prohibited from using a Cricket SIM Card with any device other than a basic phone, smartphone, or tablet Device to access our Data Services.

Cricket's Data Services may not be used in any manner that defeats, obstructs or penetrates, or attempts to defeat, obstruct or penetrate the security measures of our wireless network or systems, or another entity's network or systems; that accesses, or attempts to access without authority, the accounts of others; or that adversely affects the ability of other people or systems to use Cricket's wireless services or other parties' Internet-based resources. For example, this includes, but is not limited to, malicious software or "malware" that is designed, intentionally or unintentionally, to infiltrate a network or computer system such as spyware, worms, Trojan horses, rootkits, and/or crimeware; "denial of service" attacks against a network host or individual user; and "spam" or unsolicited commercial or bulk email (or activities that have the effect of facilitating unsolicited commercial email or unsolicited bulk email). Cricket's Data Services may not be used in any manner that has the effect of excessively and disproportionately contributing to network congestion, hindering other customers' access to the network, or degrading network performance by maintaining a sustained or continuous wireless data service connection or active wireless Internet connection. For example, this includes, but is not limited to, server devices or host computer applications such as continuous Web camera posts or broadcasts, automatic data feeds, or automated machine-to-machine connections; "auto-responders," "cancel-bots," or similar automated or manual routines that generate excessive amounts of traffic or that disrupt user groups or email use by others; use of data services as a substitute or backup for private lines or full-time or dedicated data connections; peer-to-peer (P2P) file sharing services; and software or other devices that maintain continuous active Internet connections when a connection would otherwise be idle or any "keep alive" functions. Cricket's Data Services may not be used with high bandwidth applications, services and content not optimized to work with Cricket's wireless data services and, therefore disproportionately and excessively contribute to network congestion. This includes, but is not limited to, redirecting television signals for viewing on computing devices, web broadcasting, and/or the operation of servers, telemetry devices, or supervisory control and data acquisition devices.

In addition to any other actions Cricket may take for violations of these Terms, if in our sole discretion we reasonably believe that you are using Cricket's Data Services in any manner that is prohibited by this Agreement or the Acceptable Use Policy, which Cricket may determine by reviewing your account's data usage,

the Devices or devices used on your account, or in any other manner we determine appropriate, then we may without advance notice, and at our option, take any or all of the following actions: (a) reduce your Data throughput speeds; (b) restrict, interrupt or terminate any data session; (c) suspend, cancel or terminate your Data Services; (d) terminate your account; (e) move you to a more appropriate Service Plan with increased data or high-speed data access allowances; and/or (f) decline to renew your wireless service.

You agree not to engage in conduct toward our employees, customers, or others that involves the use of abusive, derogatory, insulting, threatening, vulgar, offensive or similarly unreasonable language or behavior; engage in conduct that is harmful to, interferes with, damages, or adversely affects our network and infrastructure, property, Services, Devices, operations, customers, reputation, intellectual property rights, or that results in the publication of threatening, offensive or illegal material, or generates spam or other abusive messaging or calling, a security risk, or a violation of privacy; or violate, in any way, these Terms, the Agreement, or our Policies.

Network and Service Protective Measures
We may, at our sole discretion, take any action to protect and maintain the integrity of our network, our rights and property, our Services, or the rights and interests of others, including, but not limited to (a) modifying, without advance notice, the permitted and prohibited data activities, and the optimization requirements for your Data Services; (b) engaging in any reasonable network management practice to enhance customer service, to reduce network congestion, to adapt to advances and changes in technology, and/or to respond to the availability of wireless bandwidth and spectrum; (c) reducing your data throughput speeds at any time or place if your data usage exceeds an applicable usage threshold; (d) using reasonable methods to monitor and collect customer usage information to better optimize the operation of the network; (e) changing the Service Plan you selected to a Service Plan identified by Cricket as appropriate for the Device being used; (f) interrupting, suspending, canceling or terminating your Wireless Services without advance notice; and (g) blocking access to certain categories of numbers (e.g., 976, 900, and international destinations) at our sole discretion. Cricket's network management practices are available at **www.cricketwireless.com/mobilebroadband**.

Disclaimer of Warranties
CRICKET MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED,

INCLUDING (TO THE EXTENT ALLOWED BY LAW), WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY, ACCURACY, SECURITY, OR PERFORMANCE REGARDING OUR WIRELESS SERVICES, DEVICES, APPLICATIONS, SOFTWARE, OR OTHER SERVICES SUBJECT TO THIS AGREEMENT. WE DO NOT PROMISE OR GUARANTEE UNINTERRUPTED OR ERROR FREE SERVICE OR COVERAGE. AND WE CANNOT ASSURE YOU THAT IF YOU PLACE A 911 CALL YOU WILL BE FOUND.

Limitations on Service and Liability

You agree that, unless prohibited by law, the following limitations of service and liability apply and that neither we nor our parent companies, subsidiaries, affiliates, vendors, suppliers, or licensors are responsible for any damages resulting from: (a) any act or omission of a third party; (b) mistakes, omissions, interruptions, errors, failures to transmit, delays, or failures or defects in the Services or Software or Devices provided by or through us; (c) damage or injury caused by the use of Services, Software, or Device, including while used in a vehicle; (d) claims against you by third parties; (e) damage or injury caused by a suspension or termination of Services or Software; (f) damage or injury caused by an interruption or failure in accessing or attempting to access emergency services from a Device, including through 911, Enhanced 911or any other emergency service; (g) any health-related claims relating to our Services or Devices; (h) data content or information accessed while using our Services; (i) loss or disclosure of any sensitive information you transmit; (j) interrupted, failed, or inaccurate location information services; (k) information or communication that is blocked by a spam filter; (l) damage to your Device or any computer or equipment connected to your Device, or damage to or loss of any information stored on your Device, computer, equipment, or Cricket storage space, including damage or loss from your use of the Services or from viruses, worms, or downloads of malicious content, software, materials, data, text, images, video, or audio; or (m) things we cannot control, including acts of God (such as hurricanes, tornados, fire, earthquake, etc.) riot, strike, war, terrorism, or government action.

Limitation of Liability - No Consequential Damages

UNLESS PROHIBITED BY LAW, UNDER NO CIRCUMSTANCES IS CRICKET LIABLE FOR ANY INDIRECT, INCIDENTAL, PUNITIVE, MULTIPLE, SPECIAL OR CONSEQUENTIAL LOSSES OR DAMAGES OF ANY NATURE WHATSOEVER YOU OR ANY THIRD PARTY MAY SUFFER BY USE OF, OR INABILITY TO USE, SERVICES, SOFTWARE, OR DEVICE PROVIDED BY OR THROUGH CRICKET WIRELESS, INCLUDING LOSS OF BUSINESS GOODWILL, REVENUE OR PROFITS, OR CLAIMS OF PERSONAL INJURIES. THIS

LIMITATION AND WAIVER ALSO APPLIES IF YOU BRING A CLAIM AGAINST ONE OF OUR SUPPLIERS IF WE WOULD BE REQUIRED TO INDEMNIFY THE SUPPLIER FOR THE CLAIM.

Indemnification
You agree to indemnify, defend and hold Cricket (including its officers, directors and employees) and our parent companies, affiliates, vendors, suppliers and licensors harmless from and against any and all claims for damages of any nature arising in any way from or relating to, directly or indirectly, the Services, Devices, devices, or any person's use thereof (including, but not limited to, vehicular damage and personal injury), INCLUDING CLAIMS ARISING IN WHOLE OR IN PART FROM CRICKET'S ALLEGED NEGLIGENCE, or any violation by you of this Agreement.
DISPUTE RESOLUTION WITH CRICKET BY BINDING ARBITRATION
PLEASE READ THIS CAREFULLY. IT AFFECTS YOUR RIGHTS.

Summary:
Our customer service department can resolve most customer quickly and to the customer's satisfaction. Please visit **www.cricketwireless.com/contactus** to contact the customer service team for your Cricket service. In the unlikely event that you are not satisfied with customer service's solution (or if hawse haven't been able to resolve a dispute between us after attempting to do so informally), we each agree to resolve those disputes through binding arbitration or small claims court  instead of in courts of general jurisdiction.

Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Any arbitration under this Agreement will take place on an individual basis; class arbitrations and class actions are not permitted. For any non-frivolous claim that does not exceed $75,000, Cricket will be responsible for all costs of the arbitration. Moreover, in arbitration you are entitled to recover attorneys' fees from Cricket to at least the same extent as you would be in court.

In addition, under certain circumstances (as explained below), Cricket will pay you more than the amount of the arbitrator's award and will pay your attorney (if any) twice his or her reasonable attorneys' fees if the arbitrator awards you amount that is greater than the value of what Cricket offered you to settle dispute.

Cricket Arbitration Agreement:

1. **Claims Subject to Arbitration:** Cricket and you agree to arbitrate **all disputes and claims** between us, except for claims arising from bodily injury or death. This arbitration provision is intended to be broadly interpreted. It includes, but is not limited to:

- claims arising out of or relating to any aspect of the relationship between us, whether based in contract, tort, fraud, misrepresentation or any other statutory or common-law legal theory;
- claims that arose before the existence of this or any prior Agreement (including, but not limited to, claims relating to advertising);
- claims for mental or emotional distress or injury not arising out of bodily injury;
- claims that are currently the subject of purported class action litigation in which you are not a member of a certified class;
- and claims that may arise after the termination of this Agreement.

References to "Cricket," "you," and "us" include our respective predecessors in interest, successors, and assigns, as well as our respective past, present, and future subsidiaries, affiliates, related entities, agents, employees, and all authorized or unauthorized users or beneficiaries of Cricket Services or products under past, present, or future Agreements between us. Notwithstanding the foregoing, either party may bring an action in small claims court seeking only individualized relief, so long as the action remains in that court and is not removed or appealed to a court of general jurisdiction. This arbitration provision does not preclude you from bringing issues to the attention of federal, state, or local agencies, including, for example, the Federal Communications Commission. Such agencies can, if the law allows, seek relief against us on your behalf. **You agree that, by entering into this Agreement, you and Cricket are each waiving the right to a trial by jury or to participate in a class action.** This Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. This arbitration provision shall survive termination of this Agreement.

2. **Pre-Arbitration Notice of Dispute:** A party who intends to seek arbitration must first send to the other party a written Notice of Dispute ("Notice") providing information that will allow meaningful investigation of the claim in

an effort to reach an appropriate resolution before an arbitration proceeding is filed. You may download the Notice form at **www.cricketwireless.com/legal-info/notice-of-dispute**. The Notice to Cricket may be sent by U.S. mail or professional courier service to  Manager – Dispute Resolution and Arbitration, Cricket Wireless, 1025 Lenox Park Blvd., Atlanta, GA 30319 (the "Notice Address"), or, alternatively, submitted electronically by following the instructions on **www.cricketwireless.com/legal-info/notice-of-dispute**. The Notice must include all of the information requested on the Notice form, including (a) your name; (b) your account number; (c) the services (if any) to which your claim pertains; (d) a description of the nature and basis of the claim or dispute; (e) an explanation of the specific relief sought and the basis for the calculation; and (f) your signature. Your privacy is important to us and is protected by law. If you have asked an attorney to submit your Notice for you, the Notice also must include your signed statement authorizing Cricket to disclose private information about you (such as your account records and usage) to your attorney if necessary in resolving your claim.

If Cricket and you do not reach an agreement to resolve the claim within 60 days after the Notice is received, you or Cricket may commence an arbitration proceeding. (If either you or we send the other an incomplete Notice, the 60-day period begins only after a complete Notice is received). You may download a form to initiate arbitration at **www.cricketwireless.com/arbitration-forms**. In addition, information on how to commence an arbitration proceeding, including how to file a consumer arbitration online, is currently available at **www.adr.org/support**. A copy of the arbitration demand must be sent to the Notice Address listed above.

3. **Arbitration Procedure:** The arbitration will be governed by the then-current Consumer Arbitration Rules ("AAA Rules") of the American Arbitration Association ("AAA"), as modified by this arbitration provision, and will be administered by the AAA. (If the AAA is unavailable, another arbitration provider shall be selected by the parties or, if the parties cannot agree on a provider, by the court). The AAA Rules are available online at **www.adr.org** or may be requested by writing to the Notice Address. (You may obtain information that is designed for non-lawyers about the arbitration process at **www.cricketwireless.com/arbitration-information**). All issues are for the arbitrator to decide, except issues relating to the scope and enforceability of the arbitration provision or whether a dispute can or must be broug arbitration are for the court to decide. The arbitrator may consider ru other arbitrations involving different customers, but an arbitrator's ruling will

not be binding in proceedings involving different customers. Unless Cricket and you agree otherwise, any arbitration hearings will take place in the county (or parish) of the address associated with your phone number. If your claim is for $10,000 or less, and is not a part of a Multiple Case Filing under AAA Rules, we agree that you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator or through a telephonic hearing, videoconference, or an in-person hearing as established by the AAA Rules. If your claim exceeds $10,000, or is part of a Multiple Case Filing under AAA Rules, the right to a hearing will be determined by the AAA Rules. During the arbitration, the amount of any settlement offer made by Cricket or you shall not be disclosed to the arbitrator until after the arbitrator determines the relief, if any, to which your or AT&T is entitled. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which his or her decision is based. Except as provided in subsection 6, the arbitrator can award the same damages and relief that a court can under applicable law.

4. **Arbitration Fees:** If Cricket initiates arbitration or if you initiate arbitration of claims valued at $75,000 or less, Cricket will pay all AAA filing, administration, case management, hearing, and arbitrator fees, so long as you have fully complied with the requirements in subsection 2 for any arbitration you initiated. In such cases, Cricket will pay the filing fee directly to the AAA upon receiving a written request from you at the Notice Address or, if the AAA requires you to pay a filing fee to commence arbitration, AT&T will promptly arrange for the AAA to reimburse you for that filing fee and will remit the filing fee to the AAA itself. If you seek relief valued at greater than $75,000, the payment of the AAA filing, administration, case management, hearing, and arbitrator fees will be governed by the AAA Rules. In addition, if the arbitrator finds that either the substance of your claim or the relief sought in the arbitration demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all such fees will be governed by the AAA Rules. In such case, you agree to reimburse Cricket for all monies previously disbursed by it that are otherwise your obligation to pay under the AAA Rules.

5. **Alternative Payment and Attorney Premium:** If you fully complied with the requirements in subsection 2 and the arbitrator issues an award in your for

that is greater than the value of Cricket's last written settlement offer made before the arbitrator was selected, then Cricket will:

- pay you the amount of the award or $10,000 ("Alternative Payment"), whichever is greater; and
- pay the attorney you retained, if any, twice the amount of attorneys' fees reasonably incurred and reimburse any reasonably incurred expenses (including expert witness fees and costs) that your retained attorney reasonably accrues for investigating, preparing, and pursuing your claim in arbitration ("Attorney Premium").

If Cricket did not make a written offer to settle the dispute before the arbitrator was selected, you and your attorney will be entitled to receive the Alternative Payment and the Attorney Premium, respectively, if the arbitrator awards you any relief on the merits. The arbitrator may resolve disputes and make rulings as to the payment and reimbursement of attorneys' fees, expenses, the Alternative Payment, and the Attorney Premium upon request from either party made within 14 days of the arbitrator's ruling on the merits. In assessing whether an award that includes attorneys' fees and expenses is greater than the value of Cricket's last written settlement offer, the calculation shall include only the portion of the award representing attorneys' fees and expenses that you reasonably incurred pursuing the arbitration through the date of Cricket's settlement offer. The right to the Attorney Premium supplements any right to attorneys' fees and expenses you may have under applicable law. Thus, if you would be entitled to a larger amount under the applicable law, this provision does not preclude the arbitrator from awarding you that amount. However, you may not recover both the Attorney Premium and a duplicative award of attorneys' fees or expenses. Although under some laws Cricket may have a right to an award of attorneys' fees and expenses if it prevails in an arbitration, Cricket agrees that it will not seek such an award unless you have retained an attorney and one or more of your claims is determined to be frivolous or brought for an improper purpose.

6. **Requirement of Individual Arbitration:** The arbitrator may award relief (including, but not limited to, damages, restitution, declaratory relief, and injunctive relief) only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. YOU AND CRICKET AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING. Further, unless both you and Cricket agree otherwise, the arbitrator may not consolidate more than one person's

or entity's claims and may not otherwise preside over any form of a representative, class, or private attorney general proceeding. If, after exhaustion of all appeals, any of these prohibitions on non-individualized relief; class, representative, and private attorney general claims; and consolidation is found to be unenforceable with respect to a particular claim or with respect to a particular request for relief (such as a request for injunctive relief), then the parties agree that such a claim or request for relief shall be decided by a court after all other claims and requests for relief are arbitrated.

7. **Future Changes to Arbitration Provision:** Notwithstanding any provision in this Agreement to the contrary, we agree that if Cricket makes any future change to this arbitration provision (other than a change to the Notice Address) during your service commitment, you may reject any such change by sending us written notice within 30 days of the change to the Notice Address provided above. By rejecting any future change, you are agreeing that you will arbitrate any dispute between us in accordance with the language of this provision.

8. **Puerto Rico Customers:** For Puerto Rico customers, all references to "small claims court" in this arbitration provision should be understood to mean the Puerto Rico Telecommunications Regulatory Board.


Terms That Apply to Specific States and Puerto Rico
California: Unauthorized Charges


You are not liable for charges you did not authorize, but the fact that a call was placed from your Device is evidence that the call was authorized. Unauthorized charges may include calls made to or from your Device after it was lost or stolen. Once you report to us that the Device is lost or stolen and your Device is suspended, you will not be responsible for subsequent charges incurred by that Device. You can report your Device as lost or stolen and suspend Services without a charge by contacting us at 1-800-274-2538, by calling 611 from your wireless Device, or online at **www.cricketwireless.com**. If you notify us of any charges on your bill you claim are unauthorized, we will investigate and advise you of the result of our investigation within 30 days. If you do not agree with the outcome, you may file a complaint with the California Public Utilities Commission, and you may have other legal rights.


Connecticut: Questions About Your Service

If you have any questions or concerns about your Cricket Wireless Service, please call Customer Care at 1-800-274-2538 or dial 611 from your wireless phone, or visit **www.cricketwireless.com**. If you are a Connecticut customer and we cannot resolve your issue, you have the option of contacting the Department of Public Utility Control (DPUC). Online: **https://portal.ct.gov/pura**; Phone: 1-866-381-2355; Mail: Connecticut DPUC, 10 Franklin Square, New Britain, CT 06051.

Puerto Rico
If you are a Puerto Rico customer and we cannot resolve your issue, you may notify the Telecommunications Regulatory Board of Puerto Rico of your grievance. Mail: 500 Ave Roberto H. Todd, (Parada 18), San Juan, Puerto Rico 00907-3941; Phone: 1-787-756-0804 or 1-866-578-5500; Online: **https://jrtpr.pr.gov**, in addition to having available arbitration, as provided above.

Terms That Apply to Subscribers Making Payments through a Third-Party
Your use of the Wireless Service is subject to the Terms set forth herein and any additional terms and conditions imposed by an authorized third party that collects your monthly service payment as part of a subscription program. With respect to any payment or program eligibility matters, in the event of a conflict between the terms and conditions in these Terms and the terms and conditions of the third-party subscription program agreement, the terms of such third-party agreement will control.  In addition, as a subscriber making payments through a third party, your ability to monitor or modify your data usage account details on cricketwireless.com or through the myCricket app may be limited.

Other Important Terms and Provisions
ASSIGNMENT: Cricket may assign this Agreement; but, you may not assign this Agreement without our prior written consent. SEVERABILITY: If any provision of this Agreement is found to be unenforceable by a court or agency of competent jurisdiction, the remaining provisions will remain in full force and effect. The foregoing does not apply to the prohibition against class or representative actions that is part of the arbitration clause; if that prohibition is found to be unenforceable, the arbitration clause (but only the arbitration clause) shall be null and void. CHOICE OF LAW: The law of the state in which our records indicate your telephone number is located shall govern this Agreement except to the extent that such law is preempted by or inconsistent with applicable federal law. In the event of a dispute between us, the law of the state in which our records indicate your telephone number is located at the time the dispute is

commenced, whether in litigation or arbitration, shall govern except to the extent that such law is preempted by or inconsistent with applicable federal law. ENGLISH LANGUAGE: The original version of this Agreement is in the English language. Any discrepancy or conflicts between the English version and any other language version will be resolved with reference to and by interpreting the English version. ENTIRE AGREEMENT: This Agreement constitutes the entire agreement between you and Cricket, and supersedes any and all prior agreements and understandings relating to the subject matter of this Agreement. SURVIVAL: Those provisions of these Terms that would, by their very nature, continue beyond the termination of Services (including dispute resolution by binding arbitration, warranty disclaimers, limitations on liability), shall survive termination of Services.