# Exhibit H

# Exhibit D

# EXHIBIT A

# cricket™

## PAYMENTS FOR MONTHLY SERVICE ARE NOT REFUNDABLE OR TRANSFERABLE

### EQUIPMENT RETURN POLICY
* Equipment return policy applies to feature phones, smart phones and tablets. A separate return policy may apply to accessories and other non-service related purchases. Ask your sales representative for details.
* Equipment returns accepted at the original point of purchase within seven (7) days of purchase if accompanied by original proof of purchase and returned in like-new condition with all original components.
* Equipment returns are subject to a restocking fee of up to $25, except where prohibited.
* Equipment refunds issued based on payment method.
* For complete Equipment Return Policy visit www.newcricket.com/returnpolicy.

### TERMS AND CONDITIONS OF SERVICE
The purchase, activation, or use of your phone and/or our service is subject to and constitutes acceptance of the Cricket Wireless Customer Agreement, including the Terms and Conditions of Service provided with your phone, available in-store or at www.newcricket.com/terms. The Terms and Conditions of Service contain important information - including your agreement to dispute resolution by binding individual arbitration instead of jury trials or class actions. All lines are subject to applicable program and rate plan terms, conditions and restrictions.

### EQUIPMENT WARRANTY
Please review the warranty information provided by the manufacturer of your equipment for complete information or visit www.newcricket.com/warranty to learn more about Cricket's warranty exchange.

### APPLE
All iPhone warranty and repair related issues are handled by Apple at www.apple.com/support, 800-APL-CARE (800-275-2273) or visiting an Apple Retail Store with an appointment. For iPhone service in Puerto Rico and the US Virgin Islands visit www.apple.com/support/iphone/service/us for additional details.

### Motorola Moto G™
All Moto G™ warranty and repair related issues are handled by Motorola at https://motorola-global-portal.custhelp.com/app/answers/prod_answer_detail/a_id/97432/p/30,6720,9050 or by calling Motorola Customer Care at 800-734-5870.

### SELF-SERVICE
For 24/7 assistance with all Cricket services, visit www.newcricket.com/support.

cricket™