| | |
|---|---|
| SIDLEY AUSTIN LLP<br>David L. Anderson (SBN 149604)<br>dlanderson@sidley.com<br>Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>MAYER BROWN LLP<br>Archis A. Parasharami (State Bar No. 321661)<br>aparasharami@mayerbrown.com<br>Kevin Ranlett (*pro hac vice*)<br>kranlett@mayerbrown.com<br>Daniel E. Jones (*pro hac vice*)<br>djones@mayerbrown.com<br>1999 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br><br>*Attorneys for Defendant<br>Cricket Wireless, LLC* | MAYER BROWN LLP<br>Matthew Ingber (*pro hac vice*)<br>mingber@mayerbrown.com<br>Jarman D. Russell (*pro hac vice*)<br>jrussell@mayerbrown.com<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>Facsimile: (212) 849-1910<br><br>CROWELL & MORING LLP<br>Kristin J. Madigan (SBN 233436)<br>KMadigan@crowell.com<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827<br><br>CROWELL & MORING LLP<br>Christopher A. Cole (*pro hac vice*)<br>CCole@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br><br>*Attorneys for Defendant<br>Cricket Wireless, LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| URSULA FREITAS, individual, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>Defendant. | Case No. 3:19-cv-07270-WHA<br><br>**DECLARATION OF ASHISH PRADHAN IN SUPPORT OF CRICKET WIRELESS, LLC'S MOTION TO ENFORCE TEXT-MESSAGE AND ELECTRONIC-SIGNATURE ARBITRATION AGREEMENTS OF POTENTIAL CLASS MEMEBERS**<br><br>Date: February 24, 2022<br>Time: 8:00 am.<br>Location: Courtroom 12, 19th Floor<br>Judge: Hon. William H. Alsup<br><br>Complaint Filed: November 4, 2019 |

I, Ashish Pradhan, declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness I could and would testify competently as to their truth.

2. I am a Vice President at Cornerstone Research.

3. I directed personnel employed by Cornerstone Research to compile the various lists of potential class members from Exhibits A, B, C, E, and F to the Declaration of Gary W. Braxton and Exhibit B to the Declaration of Joy Ledyard into a single spreadsheet. That spreadsheet is attached as Exhibit A.

4. The first five columns contain the customer ID, customer first name, last name, state, and account number for the 486,808 customer IDs in the Exhibits identified in paragraph 3 above.

5. The sixth column is titled "Received a legacy Cricket Quick Start Guide? (Braxton Decl. Ex. A)." If this potential class member is listed in Exhibit A to the Braxton Declaration, I placed a "Y" in the entry under this column for that potential class member.

6. The seventh column is titled "Received a New Cricket Terms & Conditions booklet? (Braxton Decl. Ex. B)." If this potential class member is listed in Exhibit B to the Braxton Declaration, I placed a "Y" in the entry under this column for that potential class member.

7. The eighth column is titled "Had service on 5/22/14 and paid for service thereafter? (Braxton Decl. Ex. C)." If this potential class member is listed in Exhibit C to the Braxton Declaration, I placed a "Y" in the entry under this column for that potential class member.

8. The ninth column is titled "Online purchase with electronic signature? (Braxton Decl. Ex. E)." If this potential class member is listed in Exhibit E to the Braxton Declaration, I placed a "Y" in the entry under this column for that potential class member.

9. The tenth column is titled "In-store purchase with electronic signature? (Braxton Decl. Ex. F)." If this potential class member is listed in Exhibit F to the Braxton Declaration, I placed a "Y" in the entry under this column for that potential class member.

10. The eleventh column is titled "Signature capture found? (Ledyard Decl. Ex. B)." If this potential class member is listed in Exhibit B to the Ledyard Declaration, I placed a "Y" in the entry under this column for that potential class member.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed at Los Angeles, California on January 7, 2022.

*/s/ Ashish Pradhan*

Ashish Pradhan