# Exhibit A

# Exhibit Filed Under Seal