| | |
|---|---|
| SIDLEY AUSTIN LLP<br>David L. Anderson (SBN 149604)<br>dlanderson@sidley.com<br>Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>MAYER BROWN LLP<br>Archis A. Parasharami (SBN 321661)<br>aparasharami@mayerbrown.com<br>Kevin S. Ranlett (*pro hac vice*)<br>kranlett@mayerbrown.com<br>Daniel E. Jones (*pro hac vice*)<br>djones@mayerbrown.com<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br><br>*Attorneys for Defendant*<br>*Cricket Wireless LLC* | MAYER BROWN LLP<br>Matthew D. Ingber (*pro hac vice*)<br>mingber@mayerbrown.com<br>Jarman D. Russell (*pro hac vice*)<br>jrussell@mayerbrown.com<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br><br>CROWELL & MORING LLP<br>Kristin J. Madigan (SBN 233436)<br>KMadigan@crowell.com<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827<br><br>CROWELL & MORING LLP<br>Christopher A. Cole (*pro hac vice*)<br>CCole@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br><br>*Attorneys for Defendant*<br>*Cricket Wireless LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| URSULA FREITAS, individual, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>Defendant. | Case No. 3:19-cv-07270-WHA<br><br>**DECLARATION OF JOY LEDYARD IN SUPPORT OF CRICKET WIRELESS, LLC's MOTION TO ENFORCE TEXT-MESSAGE AND ELECTRONIC-SIGNATURE ARBITRATION AGREEMENTS OF POTENTIAL CLASS MEMBERS**<br><br>Date: February 24, 2022<br>Time: 8:00 a.m.<br>Location: Courtroom 12, 19th Floor<br>Judge: Hon. William H. Alsup<br><br>Complaint Filed: November 4, 2019 |

I, Joy Ledyard, declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness I could and would testify competently as to their truth.

2. I am employed by iQmetrix USA Inc. as the Program Manager for the Cricket Wireless, LLC account.

3. iQmetrix is the vendor that Cricket uses to store electronic copies of receipts that are received through the payment terminals at Cricket-owned and Cricket-branded stores. For example, when a customer executes an electronic signature to accept Cricket's Terms and Conditions by signing a signature-capture device at store, that electronic record is contemporaneously sent automatically to iQmetrix to archive.

4. In my role at iQmetrix, I am familiar with how, in the regular and ordinary course of business, electronic records regarding receipts at Cricket stores during the relevant time period from May 2017 to the present were created, stored, and may be retrieved.

5. At Cricket's request and under my supervision, and with approval from my executive sponsor (Stacy Hamer, Vice President, Client Experience), iQmetrix staff have searched for the electronic records of receipts from certain Cricket store transactions in which the customer signed a signature-capture device to accept Cricket's Terms and Conditions. The list of transactions that iQmetrix staff searched is based upon transactions made by Cricket customers who I understand are potential class members in this case.

6. Using the customer's name, state, and sales date, that search located signature captures for 10,008 in-store transactions. A true and correct copy of those signature captures, which were retrieved from iQmetrix's archive, are attached hereto as **Exhibit A**.

7. The fact that iQmetrix was unable to locate a signature capture for a particular transaction does not mean that the customer did not actually engage in the transaction and sign the store's signature-capture device to accept Cricket's Terms and Conditions. A variety of scenarios could have taken place, including the misspelling (or omission) of a customer name, address, or phone number by the sales representative, that might have prevented the signature

capture from a particular transaction from being archived in a manner that would allow it to be found.

8. Those 10,008 signature captures were executed by 5,622 unique Cricket account owners. Attached hereto as **Exhibit B** is a list of the names, account numbers, and states of these 5,622 customers.

9. Attached as **Exhibit C** (CRICKET4018905) is a true and correct copy of the February 9, 2020 signature capture of Ursula Freitas from a Cricket store transaction, which I retrieved from iQmetrix's archive.

[Signature page follows]

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed at Charlotte, North Carolina on January 6, 2022.

_____
Joy Ledyard

- 4 -

DECLARATION OF JOY LEDYARD,
CASE NO. 3:19-CV-07270-WHA

Scanned with CamScanner