# Exhibit C



# Sale



**Invoice : 66538IN17803**

**129: AA Services Group LLC - VAN MALL**

8700 NE Vancouver Mall Dr # R0212

Vancouver WA United States 98662-6750

(360)258-0270

| | |
|---|---|
| Tendered On: | 09-Feb-2020 01:30 PM |
| Sales Person: | KEVIN B |
| Tendered By: | KEVIN B |
| Tendered At: | 129: AA Services Group LLC - VAN MALL |

**Bill To:**    **URSULA FREITAS**

| Product SKU | Product Name | Tracking # | Qty | Your Price | Your Total |
|---|---|---|---|---|---|
| AADELG000972 | Stylo 5 Rose (New) - Mfg/Dist Coupon: ($80) | 355691105849779 | 1 | $149.99 | $149.99 |
| AASIGA000047 | Nano-Sized 4FF SIM | 89011503277298470680 | 1 | $0.00 | $0.00 |
| AARPNS000030 | 2 GB | | 1 | $0.00 | $0.00 |
| AATRRB000026 | New Upgrade | 3604499930 | 1 | $0.00 | $0.00 |
| AAAORB000090 | HD Voice - Voice over LTE | | 1 | $0.00 | $0.00 |
| AAAORB000196 | Stream More-Video Optimization | | 1 | $0.00 | $0.00 |
| AAOFNS000006 | New Equipment Upgrade Fee | | 1 | $25.00 | $25.00 |
| CASPMC004190 | Stylo 4 Tempered 9H Glass Crystal Screen Protector - Clear | | 1 | $24.99 | $24.99 |

**Payment:**

| | | | |
|---|---|---|---|
| | | Subtotal: | $199.98 |
| Cash | $225.00 | WA Clark Co: | $5.32 |
| | | WA State: | $18.20 |
| Change: | $1.50 | **Total:** | **$223.50** |

**Contract Details:**

| Tracking # | Contract # |
|---|---|
| | 453414420 |
| 355691105849779 | 453414420 |
| 355691105849779DDMSRPG | 453414420 |
| 3604499930 | 453414420 |
| 89011503277298470680 | 453414420 |

**Comments:**

New Equipment Upgrade Fee: Cricket Service Payment and Fee Policy - All Cricket Wireless payments and fees are final, non-refundable and non-transferable.

Watch 200+ TV channels and 1000's of movies on-demand for free with Pluto TV! Data rates may apply. Visit mycrick.it/plutotv to install now.

All Accessory Sales are Final

Refund Policy

CRICKET4018905

Stylo 5 Rose (New) 355691105849779 can be returned within 7 days.

**Terms & Conditions**

I accept Cricket's Terms and Conditions for Cricket's wireless products and services. The terms (including dispute resolution by binding individual arbitration instead of jury trials or class actions) were provided to me in Cricket's Terms & Conditions booklet included with my phone and available online at www.cricketwireless.com/terms. I can also ask a store rep for a hard copy of the T&Cs before I sign below." I acknowledge that I can find information on Cricket's broadband service at https://www.cricketwireless.com/legal-info/mobile-broadband-information.html

**Signature:**

CRICKET4018906