| | |
|---|---|
| SIDLEY AUSTIN LLP<br>David L. Anderson (SBN 149604)<br>dlanderson@sidley.com<br>Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>MAYER BROWN LLP<br>Archis A. Parasharami (SBN 321661)<br>aparasharami@mayerbrown.com<br>Kevin S. Ranlett (*pro hac vice*)<br>kranlett@mayerbrown.com<br>Daniel E. Jones (*pro hac vice*)<br>djones@mayerbrown.com<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br><br>*Attorneys for Defendant*<br>*Cricket Wireless, LLC* | MAYER BROWN LLP<br>Matthew D. Ingber (*pro hac vice*)<br>mingber@mayerbrown.com<br>Jarman D. Russell (*pro hac vice*)<br>jrussell@mayerbrown.com<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br><br>CROWELL & MORING LLP<br>Kristin J. Madigan (SBN 233436)<br>KMadigan@crowell.com<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827<br><br>CROWELL & MORING LLP<br>Christopher A. Cole (*pro hac vice*)<br>CCole@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br><br>*Attorneys for Defendant*<br>*Cricket Wireless, LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| URSULA FREITAS, individual, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>Defendant. | Case No. 3:19-cv-07270-WHA-AGT<br><br>**DECLARATION OF KEVIN RANLETT IN SUPPORT OF DEFENDANT CRICKET WIRELESS LLC'S AGREED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. William H. Alsup |

I, Kevin Ranlett, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. I am a partner at Mayer Brown, one of the counsel of record for defendant Cricket Wireless, LLC ("Cricket") in this matter.

3. Pursuant to Civil Local Rule 79-5(d)(1)(A), I submit this declaration in support of Defendant Cricket's Administrative Motion to File Documents Under Seal.

4. The documents at issue consist of private information regarding hundreds of thousands current and former Cricket customers, including their names, states, addresses, and Cricket account numbers.

5. When the underlying information (the customer names, states, and account numbers) were produced in this litigation, they were marked confidential under the Stipulated Protective Order in this action. Further, Cricket has consistently sought to protect the disclosure of this information throughout the course of this litigation. Dkt. 71.

6. On December 22, 2021 and January 6, 2022, I met and conferred with Tyler Hudson, counsel for plaintiffs, regarding Cricket's request for leave to file this information under seal. On January 6, 2022, Mr. Hudson confirmed that plaintiffs consent to this request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 7, 2022 in Austin, Texas.

                                        /s Kevin Ranlett
                                        Kevin Ranlett

DECLARATION OF KEVIN RANLETT IN SUPPORT OF DEFENDANT CRICKET WIRELESS LLC'S AGREED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL;  CASE NO. 3:19-CV-07270-WHA