SIDLEY AUSTIN LLP
David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

MAYER BROWN LLP
Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
Kevin S. Ranlett (*pro hac vice*)
kranlett@mayerbrown.com
Daniel E. Jones (*pro hac vice*)
djones@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendant
Cricket Wireless, LLC*

MAYER BROWN LLP
Matthew D. Ingber (*pro hac vice*)
mingber@mayerbrown.com
Jarman D. Russell (*pro hac vice*)
jrussell@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

CROWELL & MORING LLP
Kristin J. Madigan (SBN 233436)
KMadigan@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

CROWELL & MORING LLP
Christopher A. Cole (*pro hac vice*)
CCole@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Defendant
Cricket Wireless, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| URSULA FREITAS, individual, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>Defendant. | Case No. 3:19-cv-07270-WHA-AGT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CRICKET WIRELESS LLC'S AGREED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. William H. Alsup |

Having considered Cricket's Agreed Administrative Motion to File Documents Under Seal (the "Motion") and the Declaration of Kevin Ranlett, and compelling reasons appearing, the Court finds and Orders as follows:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as to the following documents:

| Document | Basis for Filing Under Seal | GRANTED |
|---|---|---|
| Exhibit A to Braxton Declaration | Entire document contains personal identifying and account information protected by federal and state privacy law and such information was produced subject to the Stipulated Protective Order. | |
| Exhibit B to Braxton Declaration | Entire document contains personal identifying and account information protected by federal and state privacy law and such information was produced subject to Stipulated Protective Order. | |
| Exhibit C to Braxton Declaration | Entire document contains personal identifying and account information protected by federal and state privacy law and such information was produced subject to Stipulated Protective Order. | |
| Exhibit D to Braxton Declaration | Entire document contains personal identifying and account information protected by federal and state privacy law and such information was produced subject to Stipulated Protective Order. | |
| Exhibit E to Braxton Declaration | Entire document contains personal identifying and account information protected by federal and state privacy law and such information was produced subject to Stipulated Protective Order. | |
| Exhibit F to Braxton Declaration | Entire document contains personal identifying and account information protected by federal and state privacy law and such information was produced subject to Stipulated Protective Order. | |

| Exhibit A to Ledyard Declaration | Entire document contains personal identifying and account information protected by federal and state privacy law and such information was produced subject to Stipulated Protective Order. | |
| --- | --- | --- |
| Exhibit B to Ledyard Declaration | Entire document contains personal identifying and account information protected by federal and state privacy law and such information was produced subject to Stipulated Protective Order. | |
| Exhibit A to Pradhan Declaration | Entire document contains personal identifying and account information protected by federal and state privacy law and such information was produced subject to Stipulated Protective Order. | |

**IT IS SO ORDERED.**

Dated: _____          _____
                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE