UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

URSULA FREITAS and JAMIE POSTPICHAL,

   Plaintiffs,

   v.

CRICKET WIRELESS, LLC,

   Defendant.

No. C 19-7270 WHA

**ORDER RE STIPULATION TO EXTEND DEADLINES AND HEARING DATE**

In this RICO action, the parties filed a stipulation to extend the opposition deadline, reply deadline, and hearing date regarding defendant's motion to compel arbitration at Docket Number 348.

The parties filed the stipulation pursuant to Local Rule 6-1(a), which allows parties to stipulate in writing, "without a Court order . . . to enlarge or shorten the time in matters not required to be filed or lodged with the Court, *provided the change will not alter the date of any event or any deadline already fixed* by Court order" (emphasis added). But, here, a hearing has already been scheduled for February 24, 2022, regarding defendant's motion to compel arbitration. A briefing schedule has also already been set.

Thus, a court order is necessary to extend the deadlines and hearing date pursuant to Local Rule 6-1(b). Further, a stipulated request to modify deadlines and events must comply with Local Rule 6-2, which requires the parties to file a supporting declaration. Here, such a

stipulated request, declaration, and a proposed order must be filed at least fourteen days prior to the scheduled hearing date pursuant to Local Rule 6-1(b).

For the foregoing reasons, the parties shall review the Local Rules and refile a compliant stipulated request, supporting declaration, and proposed order.

**IT IS SO ORDERED.**

Dated: January 21, 2022.

WILLIAM ALSUP
SENIOR UNITED STATES DISTRICT JUDGE