Tyler W. Hudson (*pro hac vice*)
Eric D. Barton (*pro hac vice*)
Melody R. Dickson (*pro hac vice*)
Austin Brane (State Bar No. 286227)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

Matthew W.H. Wessler (*pro hac vice*)
Jonathan E. Taylor (*pro hac vice*)
**GUPTA WESSLER PLLC**
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
matt@guptawessler.com
jon@guptawessler.com

Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| URSULA FREITAS, *on behalf of herself and others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>    *Defendant*. | Case No. 3:19-cv-07270-WHA<br><br>Hon. William H. Alsup<br><br>**DECLARATION OF TYLER W. HUDSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CRICKET WIRELESS, LLC'S MOTION TO ENFORCE TEXT-MESSAGE AND ELECTRONIC-SIGNATURE ARBITRATION AGREEMENTS OF POTENTIAL CLASS MEMBERS** |

I, Tyler W. Hudson, declare as follows:

1. I am a partner in the law firm of Wagstaff & Cartmell LLP and am counsel for Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge.

2. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. I submit this declaration in support of Plaintiffs' Opposition to Cricket's Motion to Enforce Arbitration Agreements of Potential Class Members.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Gary Braxton (February 8, 2022).

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Anne-Maire Blandino (February 4, 2021).

6. Attached hereto as Exhibit 3 is a true and accurate copy of CRICKET00345845, a document produced by Cricket Wireless, LLC which purports to be an announcement to all AT&T employees of the purchase of Leap Wireless International (March 14, 2014).

7. Attached hereto as Exhibit 4 is a true and accurate copy of CRICKET03140781, a document produced by Cricket Wireless, LLC and used in the deposition of Luis Fuentes as Exhibit No. 231. This document purports to be an email containing a press release titled "AT&T Completes Acquisition of Leap Wireless (March 13, 2014).

8. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts of the deposition transcript of Luis Fuentes (February 9, 2022).

9. Attached hereto as Exhibit 6 is a true and accurate copy of CRICKET00780624, a document produced by Cricket Wireless, LLC. This document purports to be a Cricket Wireless Merchant Device Number Request Form (May 14, 2012).

10. Attached hereto as Exhibit 7 is a true and accurate copy of CRICKET00819448, a document produced by Cricket Wireless, LLC. This document purports to be a PowerPoint Presentation titled "Customer Relationship Marketing: Revised SMS Guidelines April 2013" (April 17, 2013).

11. Attached hereto as Exhibit 8 is a true and accurate copy of CRICKET00819471, an excerpt of CRICKET00819448. This document was produced by Cricket Wireless, LLC and purports to be a slide titled "Using SMS Templates: 5 Simple Steps" (April 17, 2013).

12. Attached hereto as Exhibit 9 is a true and accurate copy of CRICKET00798327, an excerpt of CRICKET00798305. This document was produced by Cricket Wireless, LLC and purports to be a slide within a PowerPoint Presentation titled "Campaign Manager Requirements" (November 29, 2011).

13. Attached hereto as Exhibit 10 is a true and accurate copy of CRICKET3699343, a document produced by Cricket Wireless, LLC. This document purports to be an email announcing the completion of a completed text campaign (February 4, 2014).

14. Attached hereto as Exhibit 11 is a true and accurate copy of CRICKET00513526, a document produced by Cricket Wireless, LLC. This document purports to be a document summarizing a text message campaign's set up, execution and results (March 8, 2012).

15. Attached hereto as Exhibit 12 is a true and accurate copy of CRICKET02432178, a document produced by Cricket Wireless, LLC. This document purports to be a spreadsheet summarizing text message campaigns sent by Cricket Wireless (February 1, 2017).

16. Attached hereto as Exhibit 13 is a true and accurate copy of the metadata page of CRICKET02432178, a document produced by Cricket Wireless, LLC (February 1, 2017).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of February, 2022, in Kansas City, Missouri.

                                            /s/ Tyler W. Hudson
                                            Tyler W. Hudson