# Exhibit 1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   JERMAINE THOMAS, et al.,        )
                                     )
 5              Plaintiffs,          )
                                     )
 6         vs.                       )  CASE NO.
                                     )3:19-cv-07270-WHA
 7   CRICKET WIRELESS, et al.,       )
                                     )
 8              Defendants.          )
     _____)
 9
10
11                          - - -
12                    FEBRUARY 8, 2022
13                          - - -
14        Remote videotaped deposition of GARY WAYNE
15   BRAXTON conducted at the location of the witness in
16   San Diego, California, commencing at 9:00 A.M. PST,
17   on the above date before Pamela Cotten, CSR, RDR,
18   Certified Realtime Reporter, Certificate No. 4497.
19                       -  -  -
20
21             GOLKOW LITIGATION SERVICES
                877.370.3377 ph | 917.591.5672 fax
22                     deps@golkow.com
23
24
25
```

```
 1     is assigned an account number; correct?
 2         A    Yes.
 3         Q    And if Gary Braxton asks to sign up five
 4     different accounts -- scratch that.
 5              If Gary Braxton wants five different
 6     phones, he would still only receive one account
 7     number; correct?
 8         A    Correct.  But there -- he is not required
 9     to only have one account, but the normal way that
10     I've seen people do it is that they would attach all
11     of those phone numbers to one account.
12         Q    Okay.  So if an individual walks into
13     Cricket and asks for service for five different
14     telephones, the customary practice would be to
15     assign one account number to all five of those lines
16     of service; correct?
17         A    Correct.
18         Q    And so the customer's name would be
19     associated with one specific account number; right?
20         A    Right.  The customer's name would be part
21     of the account --
22         Q    Yes.
23         A    -- information.
24         Q    But there would be five different lines of
25     service under that account; correct?
```

1      A    Correct.

2      Q    Okay.  You used some other terminology

3    whenever you were just referencing your definition

4    of account, and you said line of service.  I just

5    want to make sure the record is clear.  A line of

6    service is the same thing as a phone number;

7    correct?

8      A    Correct.

9      Q    And a phone number is the same thing as an

10   MDN; correct?

11     A    Correct.

12     Q    And MDN stands for mobile directory number;

13   right?

14     A    Right.

15     Q    Okay.  So if we are using the words MDN or

16   line of service or phone number, we are all talking

17   about the exact same thing?

18     A    Yes.  That's correct.

19     Q    Okay.  So each person who buys a Cricket

20   phone will have at least one account but might have

21   multiple lines of service; right?

22     A    Can you repeat that one more time?  Just

23   make sure I understand you correctly.

24     Q    Yeah.  Each person that obtains Cricket

25   service will have at least one account but might

```
 1    have multiple lines of service.
 2         A    Correct.
 3         Q    Okay.  In your declaration that you
 4    submitted in this case, you made reference to a
 5    customer ID.
 6              Do you recall that?
 7         A    The customer ID, yes, there is a reference
 8    to a customer ID in the declaration.
 9         Q    And Cricket used customer IDs as a
10    replacement for the customer phone number; right?
11         A    That's correct.
12         Q    Okay.  So whenever we are referencing a
13    customer ID in your declaration or in this
14    deposition, that is synonymous with a line of
15    service; right?
16         A    That's correct.
17         Q    What is an account owner?
18         A    Account owner would be the name that the
19    account is in.
20         Q    Is there a data field in EDW that
21    designates which specific line of service is being
22    used by the account owner?
23         A    I'm not aware of a field that designates
24    that.
25         Q    There's no data in Cricket systems that
```

1       support of its motion to compel."

2             Do you see that?

3       A    Yes.

4       Q    Were you ever provided with a list of

5  evidence that the court was requiring?

6       A    Yes.  I'm just looking at the items.  So,

7  yes, I have.

8       Q    Okay.  Let's go through the bullet points.

9  The first bullet point of the court's December 17,

10 2021, order indicates that the defendant must

11 provide a list showing each person whom defendant

12 purports, 1, had an account with defendant on

13 May 22nd, 2014, and, 2, who was charged for

14 defendant's services thereafter.

15            Right?

16            MS. ARMBRUST:  Melody, I'm going to

17 object -- and, Pam, I hope you are hearing me okay.

18            Ty was clear in the hearing yesterday the

19 things that he wanted to talk about.  It is outside

20 the scope is the basis of the objection.

21            Mr. Braxton has said he hasn't seen this,

22 and the scope of the deposition is limited to the

23 content of his declaration.

24            MS. DICKSON:  Yeah.  Sheila, I think --

25            MS. ARMBRUST:  And --

1          MS. DICKSON:  If you are familiar with his

2     declaration, he provided lists that he thinks

3     complies with these requirements, and so that's why

4     we are starting here.

5          MS. ARMBRUST:  I think you can ask him

6     about the declaration and what he did to prepare it,

7     but he hasn't seen this document before.

8          MS. DICKSON:  Okay.

9     BY MS. DICKSON:

10      Q    **Mr. Braxton, in preparing your declaration,**

11     **did anyone indicate to you that you needed to**

12     **compile a list showing each person whom defendant**

13     **purports had an account with defendant on May 22nd,**

14     **2014, and was charged for defendant's services**

15     **thereafter?**

16      A    Yes.

17      Q    **Okay.  And then as also reflected in the**

18     **next bullet point of Exhibit 227, I'll ask you --**

19          MS. ARMBRUST:  Objection.  I'm going to ask

20     that we take the document down.  He has said he

21     hasn't seen it before.  You can ask him about what

22     he did, but he hasn't seen this document before.

23     BY MS. DICKSON:

24      Q    **Mr. Braxton, were you ever asked in**

25     **preparing your declaration whether or not a list**

1   showing each person -- scratch that.
2         Mr. Braxton, in preparing your declaration
3   for submission to the court, were you asked to
4   prepare a list showing each person that had an
5   account with defendant on May 22nd, 2014, and was
6   not charged for defendant's services thereafter?
7      A   Yes.
8         MS. ARMBRUST:  And I'm going to ask --
9   objection.  I'm going to ask that we do not
10  highlight this document.  This is not something he
11  should be referring to.  He has never seen it
12  before.
13        You are free to ask the questions, but not
14  with reference to this document.  I ask that you
15  take it down, please.
16        MS. DICKSON:  We can take the document
17  down.
18  BY MS. DICKSON:
19     Q   Mr. Braxton, if you had pulled a list
20  showing every account that Cricket had on May 22nd,
21  2014, that would have been millions of customers;
22  correct?
23     A   Yes.  If it's of all Cricket customers,
24  yes.
25     Q   But you didn't prepare a spreadsheet of all

 1     Cricket customers that had an account on May 22nd,
 2     2014, did you?
 3         A    No.
 4         Q    You prepared a reduced list that only
 5     included Cricket class members in this case; right?
 6         A    Yes, that's correct.
 7         Q    At any time did you create a spreadsheet
 8     that included the millions of Cricket customers that
 9     all would have had service on May 22nd, 2014 --
10         A    No, I have not.
11         Q    Why didn't you produce a list showing every
12     person that had an account on May 22nd, 2014?
13              MS. ARMBRUST:  Objection.  Melody, this is
14     outside the scope and not relevant.  Mr. Braxton
15     isn't producing anything in this matter.
16              MS. DICKSON:  I disagree because he
17     attached multiple exhibits to his declaration, and
18     I'm asking him why he opted to select the particular
19     exhibits that he did as opposed to producing a
20     complete list of all the class members.  He may not
21     know the --
22              MS. ARMBRUST:  I --
23              MS. DICKSON:  Go ahead.
24              MS. ARMBRUST:  I'm going to instruct him
25     not to answer that kind of question based on

```
 1    privilege.  Also, if we need to go off the record, I
 2    think that we are beyond the scope of what was
 3    discussed that would be the topic of this
 4    deposition, which is a very limited topic.
 5             We talked through the means by which he
 6    went through EDW, but my understanding, from what Ty
 7    said in the hearing yesterday, is that you wanted to
 8    understand.  And the new information he described is
 9    the reclaimed for approximately unique Cricket
10    accounts and the approximately 4.7 million lines of
11    service.
12             Mr. Braxton should be limited in this
13    deposition to talking about what he did to prepare
14    that.  And if you think that the scope is broader,
15    then you should contact the court.
16             MS. DICKSON:  I disagree with your
17    objection, but I'm happy to move on so that we don't
18    spend the entire time of this deposition with you
19    talking as opposed to Mr. Braxton answering
20    questions.  So I don't want to expand the time that
21    he has to sit here.
22             MS. ARMBRUST:  I'm happy to do that.
23             MS. DICKSON:  All right.
24             MS. ARMBRUST:  Let's limit the scope to
25    what we agreed on.
```