# Exhibit 2

```
 1                 UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
 5   JERMAINE THOMAS, et al.,    )
                                 ) CASE NO. 3:19-cv-07270-WHA
 6                               )
             Plaintiffs,         )
 7                               )
     vs.                         )
 8                               )
     CRICKET WIRELESS, LLC,      )
 9                               )
             Defendant.          )
10
                      * * * * * * * * *
11
12
13            The remote video deposition of ANN MARIE
14            BLANDINO, taken via Zoom videoconference
15            on the 4th day of February, 2021,
16            commencing at approximately 1:04 p.m.
17            CST.
18
19
20
21
22
23
24
25
```

```
 1   and we were able to actually link the customer
 2   directly to the T's and C's.
 3           The second message was the same
 4   language around the arbitration clause and the
 5   T's and C's and provided them the website where
 6   they could get further information.
 7           Then there were two others that were
 8   the exact same as that I just described, but they
 9   were in Spanish.  That's just for the one sent in
10   May of 2014.
11   Q       Okay.  Any other text messages that
12   you're aware of that were sent between May and
13   July?
14   A       There were several other messages sent
15   between June and July, same -- same content of
16   message.  There were multiple messages sent
17   between June and July with that same message.
18   Q       What did you do to prepare for the
19   deposition today?
20   A       I spoke with colleagues, reviewed some
21   data around campaigns, campaign history, and with
22   counsel.
23   Q       Which colleagues did you speak with?
24   A       I spoke with Lou Fuentes and Brad
25   Moore.
```

```
 1   MR. INGBER:
 2              I want to make sure you got the date
 3   right, Ty.
 4   MR. HUDSON:
 5              I said 2015.  Thank you.  2014.  Sorry.
 6   A          Still no.
 7   MR. HUDSON:
 8   Q          Okay.  Thank you.
 9              Who approached you in January of 2021?
10   A          Our counsel.
11   Q          And, in the last month, you've talked
12   about speaking with a couple of colleagues,
13   you've talked about meeting with counsel.  And,
14   then, if you could, just tell me what documents
15   did you review?
16   A          I reviewed data that -- of campaigns
17   that we have sent, specifically during the time
18   frame that we're speaking of, May of 2014 through
19   July of 2014.
20   Q          Anything else that you've done?
21   A          No.
22   MR. INGBER:
23              Done, you mean, to prepare for the
24   deposition?
25   MR. HUDSON:
```

```
 1   highlighted in yellow, does that indicate that
 2   there are no mobile numbers for those campaigns?
 3   A         No, I would not interpret it that way.
 4   Q         Okay.  Show me on this spreadsheet
 5   where the mobile numbers are for the campaign
 6   ID's 20479 through 82.
 7   A         Well, on this spreadsheet, it tells you
 8   that we sent these specific messages to about
 9   three and a half million customers, which was our
10   entire Cricket legacy base.  So we have that list
11   of mobile numbers because we know all of our
12   customers were legacy Cricket customers at the
13   time those messages were sent.  We sent that to
14   all of them.
15   Q         My question, though, is is on this
16   spreadsheet, how do I see the mobile numbers that
17   the -- that these campaigns were sent to?
18   A         On this spreadsheet, it will tell you
19   that it was sent to three and a half million
20   customers, which was the entire legacy Cricket
21   customer base.
22   Q         Well, the entire legacy Cricket
23   customer base on what day?
24   A         On May 22nd, 2014.
25   Q         On this spreadsheet, can I see, though,
```

```
 1   sent; right?
 2   A        Yes.
 3   Q        Okay.  And if we did the same for all
 4   of them that are highlighted in yellow, would you
 5   agree with me that we would see for each one of
 6   those campaigns there's a confirming message with
 7   the ID, the mobile number, the time sent, and the
 8   status of message sent?
 9   A        Yes.
10   Q        Okay.  And, then, if we -- so if we go
11   back to the "All CDMA messages," the main tab --
12   A        Uh-huh.
13   Q        -- for -- for the -- for the bottom
14   four campaigns --
15   A        Uh-huh.
16   Q        -- is there any confirming information
17   on this spreadsheet that would have the mobile
18   numbers and the confirmation of message sent?
19   A        No.  Because we sent that to the entire
20   legacy Cricket customer base.
21   Q        Is there any sort of confirming log
22   that would -- that would indicate message sent,
23   like there was for these other campaigns that
24   you've highlighted in yellow?
25   A        This is the log that the messages were
```