# Exhibit 3

| | |
|---|---|
| **From:** | NEWS NOW </O=SBC/OU=TXMAIL/CN=RECIPIENTS/CN=M31959> |
| **Sent:** | 3/14/2014 12:13:04 AM |
| **Subject:** | AT&T welcomes Cricket |



## AT&T welcomes Cricket

**To**: All AT&T employees worldwide

Our purchase of Leap Wireless International, the parent company of the Cricket brand, is final. Closing this deal means that we've gained all of the company's stock and wireless properties, including licenses, network assets, retail stores and 4.6 million subscribers (as of Y/E13). For more details, see the release.

Cricket brings a 15-year legacy with rich experience in the no-contract wireless space. It also brings about 3,000 employees, more than 2,500 points of sale in 48 states and the District of Columbia, and spectrum in the PCS and AWS bands covering nearly 138 million people.

In the coming weeks, Cricket will be integrated with AT&T's no-annual-contract brand, Aio Wireless. By second quarter of 2014, Aio will operate under the new Cricket brand name* and the combined operations will have a national presence with thousands of stores nationwide, as well as a robust online presence.

Cricket operates a CDMA network. Over the next 18 months, the new Cricket will encourage existing Cricket customers to transition to the new Cricket's nationwide 4G LTE network so they can take full advantage of AT&T's quality network.

The new Cricket brand will have the financial resources, scale and spectrum to better compete with other major national providers offering low-cost, no-annual-contract service.

The result will be a significantly enhanced wireless experience for consumers in this market.

Visit merger-info.aiowireless.com for the latest information about the merger and the transition to the new Cricket.

*The new Cricket will be an independently operated, wholly owned subsidiary of AT&T.*

# CRICKET00345845

## Metadata

| | | |
|---|---|---|
| **Begin Family** | CRICKET00345845 | SEMANTIC |
| **Custodian** | Schnieber_Lara | SEMANTIC |
| **Date Modified** | 2020/07/29 6:12 pm | SEMANTIC |
| **Date Received** | 2014/03/14 12:13 am | SEMANTIC |
| **Date Sent** | 2014/03/14 12:13 am | SEMANTIC |
| **End Family** | CRICKET00345845 | SEMANTIC |
| **Extension** | MSG | SEMANTIC |
| **Family Date** | 2014/03/14 12:13 am | VIRTUAL |
| **Filename** | 000000002011EB6585071349A001F9BCC0784BC9446E2000.msg | SEMANTIC |
| **From** | NEWS NOW <m31959@att.com> | SEMANTIC |
| **MD5 Hash** | E96FC30AA943EBD4BBC3911F86133960 | SEMANTIC |
| **Primary Date** | 2014/03/14 12:13 am | DOC_TYPE_ALIAS |
| **Production Volume** | CRICKET_VOL004 | SEMANTIC |
| **Subject** | AT&T welcomes Cricket | SEMANTIC |