# Exhibit 5

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN FRANCISCO DIVISION
 3                  Case No. 3:19-cv-07270-WHA
 4      _____
 5    URSULA FREITAS, individual, on behalf of
      herself and others similarly situated,
 6
               Plaintiffs,
 7
           vs.
 8
      CRICKET WIRELESS, LLC,
 9
               Defendant.
10      _____
11
12
13
14
15            REMOTE VIDEOTAPED DEPOSITION OF
                      LUIS FUENTES
16
17                    Atlanta, Georgia
18              Wednesday, February 9, 2022
19
20
21
22
23
24
25   Court Reporter:  Michelle M. Boudreaux-Phillips, RPR
```

```
 1      A    No.
 2      Q    Is that -- is that a phrase at Cricket that
 3   you use in emails and documents?
 4      A    It's a word I use.
 5      Q    Okay.  I'll represent to you that there's
 6   more than 700,000 documents produced in this case, and
 7   that phrase "account owners," I could never -- I could
 8   never find any examples where anyone in -- who was
 9   dealing with group text messages ever used that phrase
10   when they were making, you know, MDN request forms or
11   creating lead lists or in any way dealing with
12   Telescope or Pulse or the other platforms that Cricket
13   used to send text messages.  And so I'm just interested
14   in understanding, Mr. Fuentes, you know, how you came
15   to choose the phrase "account owners."
16      A    We use a lot of different words and acronyms
17   in this industry.  Account owners is something that
18   we've talked about and used.
19      Q    Is that a -- is that a phrase that you've
20   used in the ordinary course of your business at
21   Cricket?
22      A    I don't remember.  I can't say specifically
23   this is what I've used.  I've used many terms.
24      Q    Okay.  Mr. Fuentes, have you ever personally
25   requested a text message campaign to a group of Cricket
```

```
 1   customers where you were trying to send it to all

 2   affected account owners?

 3       A    No.  I have never personally requested.

 4       Q    Okay.  Are you, Mr. Fuentes, aware of any

 5   time in the history of Cricket where anyone has ever

 6   requested a text message campaign involving service

 7   messages that would be sent to all affected account

 8   owners?

 9       A    Can you -- can you repeat that?

10       Q    Are you, Mr. Fuentes, aware of any time in

11   the history of Cricket where anyone has ever requested

12   a text message campaign involving service -- a service

13   message that would be sent to all affected account

14   owners?

15       A    Yes.

16       Q    Okay.  And when was -- what is the date of

17   that campaign?

18       A    I don't remember.  There -- there's been

19   many.  It's been over six years since I was doing CLM,

20   and my role was very limited.

21       Q    Can you -- can you identify me -- identify

22   for me the year when any of those text message

23   campaigns occurred?

24       A    That I was aware of or might have heard of?

25       Q    Yes.
```

```
 1   them.  For example, Campaign 22943, that message was
 2   sent to all customers that were affected by the CDMA to
 3   GSM migration and had a Galaxy phone.
 4       Q    Okay.
 5       A    So if you had a Galaxy phone, you were
 6   affected, and that message was sent to those customers.
 7       Q    And do you know, Mr. Fuentes, if a particular
 8   customer had two or three lines of service, would the
 9   text message be sent to each mobile device number that
10   would be affected by, you know, the service message?
11       A    I don't know.
12       Q    Are you aware, Mr. Fuentes, of any procedures
13   at Cricket where the company was able to isolate only
14   one particular line and then affiliate that with
15   account owner and then only send text messages to that
16   particular mobile device number?
17       A    I don't know.
18       Q    Did you, Mr. Fuentes, ever request a text
19   campaign and request that it only be sent to one
20   particular line of service even if the account holder
21   had multiple lines of service?
22       A    Can you clarify what you mean by my
23   requesting or me requesting?
24       Q    Well, Mr. Fuentes, if you look at Exhibit
25   128, you see "Campaign Requester," you're listed as the
```

 1   wasn't part of my role during the time.  And in 2015,

 2   it wasn't anything that I had access to.

 3        Q    And Cricket did not keep a contemporaneous

 4   log of text message campaigns where you could go and

 5   see from that log how many text messages were sent on

 6   May 22nd of 2014, correct?  That's why you had to go

 7   into Telescope and pull that data, right?

 8        A    Can you clarify what you mean by Cricket

 9   keeping record?

10        Q    Telescope is a platform that's -- that was

11   housed by a vendor, right?  Telescope is a company,

12   true?

13        A    Telescope is a vendor we used, yes.

14        Q    Okay.  Telescope, then, had the platform, and

15   then Campaign Manager was a tool that allowed you to go

16   into that Telescope platform and extract data to a

17   spreadsheet, right?

18        A    Yes.  The platform was Campaign Manager.

19        Q    Okay.  And so -- and then Campaign Manager,

20   though, was a Telescope platform, right?

21        A    Yes.

22        Q    Okay.  And so -- so in 2015, you -- when you

23   were looking for records about text message campaigns,

24   you went to the vendor and you extracted data from

25   Telescope's records, right?

```
 1    A    I was asked by someone to -- if those two
 2   numbers received certain campaign messages.
 3    Q    Okay.  And, sir, is that why you created this
 4   spreadsheet, to investigate whether or not those two
 5   cell phone numbers had been sent particular text
 6   messages as part of Cricket campaigns?
 7    A    I believe that this was created and that
 8   request was made specifically for that purpose.
 9    Q    Okay.  And did someone make you aware that in
10   2015, two Cricket customers, Flor Barraza and Nikole
11   Henson, had filed a lawsuit against Cricket?
12    A    I was -- no, I don't know -- I did not know
13   anything about lawsuits.  I was just asked if certain
14   numbers had received certain messages.
15    Q    Okay.  Who created the file name of this
16   spreadsheet?
17    A    The -- I believe that would have been -- it
18   could have been me or it could have been Shayna.  I
19   don't know.
20    Q    Okay.
21    A    I can't recall, but it -- it could have been
22   me or it could have been Shayna.  I don't know.
23    Q    Okay.  Do you recall why this particular file
24   was named "Kate File Scrubbed"?
25    A    Kate was the person who requested it, and so
```

```
 1   it was to identify that that was for a specific ask.
 2        Q    And was the Kate that requested that
 3   Cricket's in-house counsel, Kate Hwang?
 4        A    If I recall correctly, yes, Kate asked me if
 5   these numbers --
 6             MS. ARMBRUST:  [Indiscernible] direct
 7        Mr. Fuentes not to speak to the substance of
 8        your communications, but you can answer the
 9        question about who Kate is.  And if I didn't
10        say, objection as to privilege.
11        Q    (By Mr. Hudson)  And so, Mr. Fuentes, just so
12   the record is clear, yes, Cricket's in-house counsel,
13   Kate Hwang, is the one who made this request to you?
14        A    Kate Hwang asked me --
15             MS. ARMBRUST:  Mr. Fuentes, I'm just
16        going to object again as to privilege to the
17        extent that I don't think Mr. Hudson is
18        asking for the content of any communications,
19        but he's asking a yes-or-no question as to
20        whether or not you had a communication with
21        Ms. Hwang.
22             THE WITNESS:  Yes, I had communications
23        with Kate Hwang.
24             MR. HUDSON:  Okay.
25        Q    (By Mr. Hudson)  And so then, Mr. Fuentes,
```

1  are you the one who, in this spreadsheet on the far

2  left, then wrote the "no" under -- in those -- in those

3  various rows next to those campaigns in Columns A and

4  B?

5      A    No, that was not me.

6      Q    Okay.  Do you know who wrote the "no" in

7  those columns?

8      A    I believe it was Shayna Sternberg.  She was

9  who I requested the data from.

10     Q    Okay.  And in Campaign Manager, sir, they --

11  there would -- you wouldn't have information like the

12  no's and the TBDs and the specific cell phone numbers,

13  correct?  Those would be generated by somebody who's

14  using that spreadsheet and working with it?

15     A    Campaign Manager only provided you a summary

16  of the campaign ID, campaign name that were sent, the

17  size of the list that was uploaded with the -- to send

18  to, what the -- what the actual text message said, but

19  there was no information on individual customers or

20  phone numbers or -- no.

21     Q    Mr. Fuentes, do you know what changes

22  Ms. Sternberg made to this spreadsheet before she sent

23  it to you?

24     A    I don't know.

25     Q    Would you be able to tell us what information

```
 1   existed within Telescope in 2015 and what information

 2   Ms. Sternberg added after the spreadsheet was

 3   generated?

 4       A    I don't know.  It's been a very long time

 5   since I've had -- I saw the -- you know, the

 6   spreadsheets and what was there and what was added.  I

 7   would only be guessing.

 8       Q    But given your testimony that Ms. Sternberg

 9   added information on the spreadsheet about, you know,

10   the specific cell phones and whether or not the

11   campaigns were sent to those cell phones, would you

12   agree with me that this particular spreadsheet is not a

13   true and correct copy of Cricket's records of the

14   content and number of recipients of certain text

15   message campaigns that relate to arbitration?

16       A    This spreadsheet is not the spreadsheet

17   that -- or in the format, I guess, that was downloaded

18   from the campaign tool manager.

19       Q    Okay.  And you would agree with me, then,

20   sir, that this spreadsheet is not a true and correct of

21   Cricket's records of the content and number of

22   recipients of certain text message campaigns that

23   relate to arbitration, right?

24       A    Can you rephrase that?

25       Q    You would agree with me, sir, that this --
```

```
 1    this record that we have here is not a Cricket record
 2    at all, it was a record that was generated from
 3    Telescope, right?
 4         A    This would have -- the majority of this
 5    information was on whatever sheet was -- workbook was
 6    downloaded from the campaign tool manager.
 7         Q    Right.  And then once it was downloaded from
 8    the campaign tool manager, then Ms. Sternberg or you or
 9    others then made modifications to the spreadsheet,
10    right?
11         A    Yes.
12         Q    Okay.  And so, therefore, this spreadsheet,
13    sir, is not a true and correct copy of Cricket's
14    records of the content and number of recipients of
15    certain text message campaigns that relate to
16    arbitration, right?
17         A    It has the -- it has the information that was
18    downloaded from the campaign tool manager.
19         Q    What information, Mr. Fuentes, was downloaded
20    from the Telescope Campaign Manager and what was
21    modified or changed by Ms. Sternberg or others?
22         A    I can't speak to what -- everything that
23    Ms. Steinberg [sic] -- Stenberg [sic] changed, but I
24    can't say that the yellow highlighting and note at the
25    bottom was not something that would have come
```

```
 1   knowledge about the desired recipients for these
 2   campaigns, correct?
 3        A    I was not part of the CLM team during that
 4   time, nor had any involvement in the strategy or list
 5   generation for those campaigns.
 6        Q    And so, then, Mr. Fuentes, would you agree
 7   that you have no personal knowledge about the desired
 8   recipients of the May 22nd, 2014 text message
 9   campaigns?
10        A    I don't know anything about that.  No, I
11   don't know.
12        Q    And you also have no knowledge about who the
13   specific affected customers would be that were sent the
14   text messages on May 22nd of 2014, correct?
15        A    I was not part of that team or the strategy
16   development.  Never seen that information.
17        Q    And you have no idea, Mr. Fuentes, whether or
18   not, on May 22nd, 2014, Cricket was trying to send a
19   text message to all account owners, true?
20        A    I was not part of that team.  My role was
21   very different, and I had no involvement or knowledge
22   at the time of any messaging.
23        Q    Okay.  And just so the record is clear, if
24   you could, it's really more of a yes-or-no question.
25             Mr. Fuentes, you have no personal knowledge
```

1   about whether or not Cricket was trying to send a text
2   message to all account owners on May 22nd of 2014,
3   correct?
4       A    I was -- I do not have any knowledge.  I was
5   not part of that team.  That wasn't part of my role.
6       Q    And, Mr. Fuentes, from the Telescope data
7   that you exported in 2015 onto this spreadsheet, it's
8   impossible to tell whether or not Cricket sent text
9   messages to all account owners on May 22nd, 2014, true?
10      A    Can you -- can you clarify that one more --
11  or rephrase it?  I'm sorry.
12      Q    No problem.
13           Mr. Fuentes, from the information that you
14  exported from Telescope that's contained here in
15  Exhibit 130, it's impossible to tell whether or not
16  Cricket was trying to send text messages to all account
17  owners on May 22nd, 2014?
18      A    The information shown on this spreadsheet
19  shows the size of the lists that were uploaded to the
20  campaign tool manager to send out those messages.
21      Q    Okay.  And, Mr. Fuentes, without looking at
22  the lead list and comparing all of the Cricket mobile
23  device numbers to the total number of text messages
24  that were actually sent, it's impossible to know
25  whether or not Cricket sent text messages on May 22nd,

 1   2014 to all account owners, correct?
 2        A    Yeah, I don't know.  I wasn't involved in
 3   that or part of that.  I don't know.  I don't know what
 4   criteria was used.
 5        Q    And reading this -- and reading this
 6   spreadsheet, sir, it's impossible to know, right?
 7        A    This spreadsheet only shows you the total
 8   amount of recipients that were uploaded -- the list
 9   size that were uploaded to the campaign tool.  That's
10   the only thing it shows.
11        Q    Do you -- have you heard the name
12   Jermaine Thomas before, Mr. Fuentes?
13        A    No, I don't -- no, I don't recall that name.
14        Q    Okay.  Did you -- in your role at Cricket,
15   did you ever work with Targetbase?
16        A    It sounds familiar.  The name sounds
17   familiar.  That's -- but I don't recall if I worked
18   with them or not, but it does sound familiar to me.
19        Q    Okay.  How about Pulse, have you heard of
20   Pulse?
21        A    No, I have not.
22        Q    Okay.  Have you ever personally accessed the
23   Targetbase database or heard of a Targetbase database?
24        A    I've heard -- the name Targetbase sounds
25   familiar, but I don't know other than it sounds

```
 1    the Campaign Manager tool in 2015; is that right?
 2         A    Yes.
 3         Q    At that time, did you have any reason to
 4    think that data was not reflective of information that
 5    had been in the database since 2014?
 6         A    No.
 7         Q    And when you downloaded information from
 8    Campaign Manager in 2015, why did you do that?
 9         A    Because I -- my role was -- I was sending
10    messages out, you know, weekly, lots of messages, and
11    that's -- it was a great summary of all the campaigns
12    that I was sending and so was something that was useful
13    to me for record-keeping and was available as a tool so
14    I would know what was being sent out, and so I would
15    download it so at any time I could easily tell what
16    messages I had sent.
17              MS. ARMBRUST:  Okay, thank you,
18         Mr. Fuentes.
19                    FURTHER EXAMINATION
20    BY MR. HUDSON:
21         Q    Mr. Fuentes, I just have a couple of
22    follow-up questions.
23              Are you aware, sir, of any Cricket policy
24    that existed in 2014 for sending text messages to all
25    account owners?
```

```
 1      A    I don't know.  I'm not aware.
 2      Q    Mr. Fuentes, are you aware of any Cricket
 3   procedures that existed in 2014 for sending text
 4   messages to large groups for all account owners?
 5      A    I don't know.  I wasn't part of that team.
 6      Q    So, Mr. Fuentes, when you wrote in your
 7   declaration that you're generally familiar about
 8   Cricket's policies and procedures for sending text
 9   messages to large groups for all account owners, we can
10   agree, sir, that that does not include any knowledge
11   about policies or procedures that existed in 2014,
12   true?
13      A    It reflects what policies and procedures I
14   followed when I was in the role starting January 1st,
15   2015.
16      Q    Okay.  And, Mr. Fuentes, you have no personal
17   knowledge and no knowledge of any kind about any
18   Cricket policies and procedures that existed in 2014,
19   correct?
20      A    I was not -- I don't know of any of those
21   policies.  I'm not aware.  I wasn't in a role to know
22   that.
23      Q    So if this case went to a trial, Mr. Fuentes,
24   you would be able to provide no testimony about any
25   Cricket policies or procedures that existed in 2014
```

```
 1   relating to sending text messages to account owners,
 2   correct?
 3       A    I was -- I do not know any of that, of what
 4   those policies would have been at that time.
 5       Q    And the same for procedures as well, too,
 6   right?
 7       A    Yes.  Anything that had to do with sending
 8   messages to customers in 2014, I was unaware or part of
 9   that team.
10       Q    And you have no idea, Mr. Fuentes, why
11   Cricket decided to send text messages to customers on
12   May 22nd, 2014, right?
13       A    I don't know.  I wasn't -- I wasn't part of
14   that.  I was not aware until it was on -- seen on the
15   spreadsheet, but I was not part of that team, no.
16       Q    Okay.  And just looking at the spreadsheet,
17   Mr. Fuentes, that does not allow you to gain the
18   knowledge you would need to know to understand why
19   Cricket was sending text messages to customers on
20   May 22nd, 2014, correct?
21       A    Yeah, that workbook is just a summary of
22   campaigns that were sent out through the -- through the
23   Campaign Manager.
24       Q    And, Mr. Fuentes, the specific spreadsheet
25   that we looked at today in June of 2015, the one
```