# Exhibit 6

# MDN Request Form

## Information needed to create a customized MDN list

| Target Customer | Included | Excluded |
|---|---|---|
| Customer Type:<br>1. 01 – Pay in Advance (Wireless & Broadband)<br>2. 03 – Employee/Demo<br>3. 21 – Bill in Advance / Pay in Arrears (Wireless & Broadband)<br>6. 70 – PAYGo<br>7. 73 - Broadband<br>8. 80 – Hargray | | |
| Rate Plan: | n/a | |
| Handset: | n/a | |
| Features: | n/a | |
| Length of Service: | n/a | |
| Market Codes: | n/a | |
| Grey Market Codes: | | |
| Zip Codes: | n/a | |
| Account Balance: | n/a | |
| Account Status: Active/Hotline/All | n/a | |
| Seed list: Any individual MDNs that need to be added | n/a | |
| Billing Language Preference: | n/a | |
| Do Not Contact: | | Always |
| Do Not SMS: | | Always |
| Do Not Call: | n/a | |
| Control group of 1,000 required with all lead list 10,000 or more | n/a | |
| MDN list organization/versioning requirements:<br>1. *Text files only*<br>2. *No letters, symbols, or field headers*<br>3. *No more than 50K records per file* | | |

CRICKET00780624

## Submit Request

- Turnaround time is approximately 72 hours so please plan accordingly
- The Business Owner will work with Data Management to obtain the MDN list
- Once the MDN list is complete please load the list into Campaign Manager
- Attach the completed information to a new Incident Ticket.
    - Open ServiceNow Catalog
    - Cricket Business Intelligence
    - Follow the screen shot below
    - Write "Assign to DIBO" in the comments area



# CRICKET00780624

## Metadata

| Author | admin | SEMANTIC |
|---|---|---|
| **Begin Family** | CRICKET00780621 | SEMANTIC |
| **Custodian** | Towster_Timothy | SEMANTIC |
| **Date Created** | 2011/12/01 8:45 pm | SEMANTIC |
| **Date Modified** | 2012/05/14 7:29 pm | SEMANTIC |
| **End Family** | CRICKET00780661 | SEMANTIC |
| **Extension** | DOCX | SEMANTIC |
| **Family Date** | 2012/05/14 7:49 pm | VIRTUAL |
| **Filename** | MDN Request Form May 14 2012.docx | SEMANTIC |
| **MD5 Hash** | 748A5CDD06B73FE467E51274D4BAD992 | SEMANTIC |
| **Primary Date** | 2012/05/14 7:29 pm | DOC_TYPE_ALIAS |
| **Production Volume** | CRICKET_VOL015 | SEMANTIC |