# Exhibit 7



# Customer Relationship Marketing
## Revised SMS Guidelines April 2013



CRICKET00819448

# We're Reducing the Number of SMS We're Sending



- Customer Feedback Via NPS Surveys Indicates We Are Messaging Customers *Too Often*
  - *To enhance CE, we are limiting the types of messages and streamlining copy across the organization*



CRICKET00819449

# Changes to Field SMS Campaign Approvals Effective April 23

- o Implementation of Templates
  - ➢ Limit campaign types to relevant messages (2 per month)
  - ➢ Increase message consistency across the enterprise
  - ➢ Removal of high-risk campaigns (smartphone offers) & low-value offers (customer appreciation days)
  - ➢ Templates will be reviewed quarterly to ensure copy is aligned with current strategy

- o Spanish Requirement
  - ➢ All campaigns must be transcreated/translated into Spanish and deployed within 48 hours
  - ➢ Templates will be loaded into Campaign Manager for Spanish messaging (we will notify when ready)
  - ➢ Working with MARCOM to finalize Spanish templates

- o Changes to Approval Window and Process
  - ➢ Campaigns will now only be reviewed once weekly to minimize resources required to manage field requests
    - – Templates should reduce the correspondence between the field and CRM due to typos
  - ➢ Campaigns containing errors will be re-reviewed the following Tuesday
  - ➢ Introduction of "Denial" templates to help the field understand what corrections are needed
  - ➢ Inclusion of Product and all relevant teams approving all related messaging for consistency

- o Addition of Self-Service
  - ➢ Field employees will be trained on how to retrieve current status
  - ➢ No longer a need to wait for CRM to respond to inquiries, improving CE
  - ➢ Email correspondence to CRM will be answered within 2 business days

 **New contacts: Craig Salveta & Jack Roldan (you must email both)**
**DO NOT REPLY TO AUTO-GENERATED RESPONSES FROM CM**



3

CRICKET00819450



# SMS Reference Guide

Updated: April 2013

CRICKET00819451

# SMS Reference Guide

- 4 Pillars- page 4
- New SMS Guidelines- page 10
- SMS Templates- page 14
- Campaign Denials- page 20
- Additional Communication Channels- page 24
- Self-Service- page 25
- Campaign Targeting & Lead Lists- page 26



CRICKET00819452

cricket

# 4 Pillars

CRICKET00819453

# Brand

The Cricket Brand must be consistently emphasized at every customer interaction, delivering the truth of our promise

- Inclusive of language and look & feel of our communications
- Reference the Brand Guidelines and "What We Do Matters" book for details

With the goal of building a long-lasting and trusting relationship with our subscribers, Brand consistency will ensure the authenticity of our message

With a clearly defined Brand, the customer will quickly recognize who is communicating with them which in turn will increase their willingness to take action

cricket

CRICKET00819454

# Channel

We have multiple channels available to reach our subscriber base. The CRM team is willing to work with you to identify the most effective way of reaching your audience and goals

- SMS, voice drops, email, direct mail, outbound
- The channel(s) selected should be based on goals, budget and timing
- All creative must be approved through the CRM team

Taking an integrated marketing approach gives us our best chance for success by breaking through the clutter and identifying a customer's communication preference

- There are advantages to each channel depending on the goal of your campaign, it's important we consider all the tools we have available to reach your target audience
- Over reliance on any one channel can reduce a customer's willingness to engage with us



CRICKET00819455

# Frequency: SMS Situational Overview

Cricket currently texts our subscriber base 2X as often as our category competition: Metro, Boost, T-mobile (© 2010 comScore, Inc.)

Over communicating via SMS presents the risk of losing one of our strongest marketing channels

- Violates basic CRM principles; a bad customer experience
- Limits campaign effectiveness and customer engagement
- "Stop sending me texts" appeared for the first time on our customer satisfaction survey, unprompted

Soon, the Pulse database will automatically remove any MDN from the SMS lead list who's monthly limit has been reached

Given channel demand for SMS will outpace supply, CRM will prioritize SMS campaigns based on ARPU and retention value-add to the business



9

CRICKET00819456

# Test v. Control Design:  Why It Matters

Test v. Control Design drives continual campaign improvement and optimizes Marketing ROI

Comparing test results to a control group will help quantify the actual success of a campaign

- Allows us to more accurately analyze metrics, relating only the contributing factor(s) to campaign performance
- Provides visibility into what Targeting, Channel and Messaging works best
- Ensures results are statistically significant



CRICKET00819457

# Test v. Control Design:  Measurement

Two types of measurable test v. control campaigns:

- Customer-specific:  These are results that can be tied back to a specific account/MDN
- General metrics:  These are results that cannot be tied back to a specific account/MDN (ie. # door swings, # giveaways, # clicks, etc.)

We strongly advise the design of customer-specific campaigns; to allow for improved learning at the account/MDN level

All test and control campaign results help to inform and improve future marketing efforts



CRICKET00819458



# New SMS Guidelines

12

CRICKET00819459



# Two and Two SMS



**Two Field Campaigns Per Sub, Per Month**

*Exclusions:*

- ○ *Store closings*
- ○ *Legal and Service matters*
- ○ *Billing reminders*

**Two Corporate Campaigns Per Sub, Per Month**





CRICKET00819460

# Campaign Timing and Approvals

## Campaigns Must Be Submitted by NOON Tuesdays

- o Set your campaign to deploy between 8am – 5pm Local Time
  - ➢ Monday—Saturday only
  - ➢ No Holidays
  - ➢ No Sundays



- o Campaigns Require 4 Department Approvals
  - ➢ Legal
  - ➢ Marketing (CRM, Product, Lifeline)
  - ➢ CARE
  - ➢ Web

- o Campaigns That Do Not Meet Guidelines at Time of Review Will Not be Approved
  - ➢ Use of templates will best ensure your campaign will be approved on time
  - ➢ To ensure on-time deployment, please re-review your campaign for the 4 Pillars, grammatical errors and punctuation BEFORE submission

- o Campaigns that are Denied Must be Changed & Submitted to The CRM Team via email For Final Approval notifying us of your changes or corrections.
  - ➢ CRM will respond within **2 business days**.



14

CRICKET00819461



# Templates

CRICKET00819462

# Loading Campaigns is Now Easier & Consistent

- In Q4 2012, an SMS Taskforce was created to help simplify the SMS approval process.
  - One AMM from each area

- To help reduce the number of submission errors and to consistently use the same copy across both areas, Campaign Templates were drafted:
  - ➤ Android Workshops
  - ➤ Store Closings
  - ➤ Store Relocations
  - ➤ Grand Openings
  - ➤ Meet & Greets
  - ➤ Lifeline
  - ➤ Sweepstakes
  - ➤ Handset Offer
  - ➤ **Template Link**

    

    **Microsoft Excel Worksheet**

  - Templates will be reviewed quarterly to align with business needs and ensure the field has relevant options available

- **Don't see the template you need?  Work with your Marketing Director to create recommended copy who will then work with CRM to get your creative approved.**
  - ➤ We will only review custom copy if no existing template is similar to your campaign or available.

  - ➤ Submissions need to be done a week in advance to allow the campaign to flow through the normal approval process once it is entered into Campaign Manager.

cricket

16

CRICKET00819463



# Denials

CRICKET00819464

# Campaign Denials

- ## If your campaign is denied, you will receive the following message during denial:

  - *"Your campaign has been denied due to "X" reason.  This campaign does not meet our Brand Pillar and will need to be revised.  Please make the corrections/changes & change your deployment date/time and email your CRM contacts.  This campaign will be re-reviewed for deployment during the following Tuesday approval period"*

  - We will note which of the 4 Pillars your campaign is not aligned with

  - **Remember, your campaign will not be approved for the current week, you must change the date/time on your campaign to prevent a "notice" status**

| Campaign entered by the field | Campaign is Reviewed by CRM and Denied | Notification is sent to the requestors inbox with denial details | Field requestor should make changes and email BOTH CRM contacts once correction is made | Date and time should be changed to reflect next week deployment upon final approval | CRM will review requested changes/corrections within 48 hours or by the following Tuesday | If corrections made, CRM approves the campaign and places it back in queue for deployment the following week |

**Please email both CRM contacts for inquiries & support**

*Jack Roldan (720)283-4933*
*Craig Salveta (303)224-3382*

**Failure to copy both CRM contacts may result in delays.**

cricket

18

CRICKET00819465

# What to know before loading a campaign

Please use proper grammar and punctuation, start to finish.    "Get Ascend II. 4 only 29!  See you their!"

Must use "Cricket" at least once.   "This weekend at Cricket Highlands Ranch…"

Double check product names for accuracy: Android, Muve Music, PAYGo, Smartphone, etc.

When space is available, please close with "Cricket. Your Call"

No abbreviations except for addresses.   "St., Rd., Ct., Blvd., Ave., Pl., Hwy., Dr., Cir.,"

You must list a physical address, shopping center references are OK with address.

Use a single space after punctuation.  "See store for details. Cricket. Your Call"

Do not repeat promos already coming from POS, television, or radio.

FREE needs to be in all CAPS, every time.

"See store for details" needs to be included for offers and promos per Legal.

Double check the offer price point and location address are correct.

Only use the "marketing" short code (5555). Using the "legal & service" and "administration" short codes can cause problems during the opt-out process.



CRICKET00819466

# Additional Requirements

| Changes to types of approved campaigns: |
|---|
| "Customer Appreciation Days" will no longer be supported as events offering "food, fun & prizes"—must have a strong offer with actual value added statement. |
| All campaigns must have a call to action and a value added statement. |
| Messages targeting PAYGo subs MUST EXCLUDE RadioShack subscribers |
| Any message in English should be translated into Spanish and delivered to those subscribers within 48 hours of the English message |

## <u>Please email both CRM contacts for inquiries & support</u>

*Jack Roldan (720)283-4933*
*Craig Salveta (303)224-3382*

**Failure to copy both CRM contacts may result in delays.**



Page 20

CRICKET00819467



# Additional Communication Channels

CRICKET00819468

# Additional Channels

Cricket has a number of additional resources that may be available to help promote your event, post your notice or announce the hottest local promotion.



**My Cricket Community**
Online forum for local news
Need a Login?
**Contact Kinsey Civili**

http://www.mycricket.com/community/home

**Social Media**
Geo-target via Facebook and  connect to Twitter
**Contact Laura Stitt**

**Flyers**
Plan ahead and get the word out.  This channel works.

**PR**
Work with PR to get the word out about your event or special announcement!
**Contact Daniel Schaffer**



CRICKET00819469



# SMS Templates & Self Service

23

CRICKET00819470

# Using SMS Templates: 5 Simple Steps

1. In Campaign Manager, click 'Create Campaign'.
2. Under Campaign Type, select "Marketing".
3. Under Apply Template, select the template that most closely fits your needs. See the attached document for a complete list.
4. Fill in the rest of the details, including Requestor, Start Date, End Date, Start Time, End Time, and Estimated Count.
5. Upload your lead list and hit Save!





CRICKET00819471

# Self-Service: Checking the Status of Your Campaign

1. Log into Campaign Manager and select 'View Campaign'.

2. To find your campaigns, select your User Id in the *Created By* field under "{click to set filters}",  then click "Filter". You can also enter your campaign ID to search.

3. Under Status, you will find the state of your campaign. If this is "Notice", "Automatic Stop", "Group Load Error", "Group Load Interrupted" or "Never Started" your campaign requires action. See the table on the next slide for detailed steps.



CRICKET00819472



# Campaign Targeting & Lead Lists

CRICKET00819473

# SMS Flow Chart

**Enter Creative in Telescope**

Follow Message Guidelines on slides 9-15

**Submit MDN Request Form**

**Submit Service Now ticket**

Attach MDN Request form

**Load lead list in Campaign Manager**

Campaigns are approved Tuesday's

**Monitor campaigns on Tuesday for any feedback from the approvers**

**Monitor campaign to ensure it broadcast finished**



CRICKET00819474

# SMS Targeting Guidelines

All Campaigns must remove the Standard Exclusions, including:

- ○ PAYGo
- ○ Broadband
- ○ Do Not Contact
- ○ Do Not SMS
- ○ Universal Control Group (currently in development)

Any Campaign promoting a device must exclude:

- ○ All subscribers with less than 8 months of tenure
- ○ All subscribers with an ESN change in the last 8 months
  - ➢ CRM should be notified of any device promotion



CRICKET00819475

# New Process Makes Getting Leads Easy!

## Data Management is our NEW Resource to Pull Leads

- Service Now is now used to make requests
- Requests for leads can be made at any time
  - ➢ 24 hours a day, 7 days a week
- Data is reliable and up to date
- Data Management will exclude the Do Not Contact List(DNC)
- Data Management (DIBO) has agreed to support all Field MDN requests in a timely fashion with a 72 hour turnaround



Complete MDN Request form

Submit a Service Now Ticket and attach request form

Communicate expectations and deadlines clearly

2 day lead time
Emergency requests will be fulfilled BASED ON VOLUME



MDN Request Form



CRICKET00819476

# MDN Request Form Snap Shot

| Target Customer | Included | Excluded |
|---|---|---|
| **Customer Type:**<br>2.   **01 – Pay in Advance (Wireless & Broadband)**<br>3.   **03 – Employee/Demo**<br>4.   **21 – Bill in Advance / Pay in Arrears (Wireless & Broadband)**<br>5.   **70 – PAYGo**<br>6.   **73 - Broadband**<br>7.   **80 – Hargray** | | |
| Rate Plan: | n/a | |
| Handset: | n/a | |
| Features: | n/a | |
| Length of Service: | n/a | |
| Market Codes: | n/a | |
| Grey Market Codes: | | |
| Zip Codes: | n/a | |
| Account Balance: | n/a | |
| Account Status: Active/Hotline/All | n/a | |
| Seed list: Any individual MDNs that need to be added | n/a | |
| Billing Language Preference: | n/a | |
| Do Not Contact: | | Always |
| Do Not SMS: | | Always |
| Do Not Call: | n/a | |
| Control group of 1,000 required with all lead list 10,000 or more | n/a | |
| **MDN list organization/versioning requirements:**<br>•   **Text files only**<br>•   **No letters, symbols, or field headers**<br>•   **No more than 50K records per file** | | |

30

CRICKET00819477

# Enter Ticket in the ServiceNow Catalog

1. ServiceNow Catalog
2. Cricket Business Intelligence
3. Request a CBI Reporting or Database Issue
4. Follow screen shot below

5. Provide the following details:
   Details of Request
   Due Date
   Make a note "Assign to DIBO"



# MDN Request Example:  Smartphone Upgrade

| Target Customer | Included | | Excluded | |
|---|---|---|---|---|
| **Customer Type:**<br>2.　01 – Pay in Advance (Wireless & Broadband)<br>3.　03 – Employee/Demo<br>4.　21 – Bill in Advance / Pay in Arrears (Wireless & Broadband)<br>5.　70 – PAYGo<br>6.　73 - Broadband<br>7.　80 – Hargray | 01<br>21 | | 03<br>70<br>73<br>80 | |
| **Rate Plan:** | | $40 or more | | |
| **Handset:** | | n/a | | |
| **Features:** | | n/a | | |
| **Length of Service:** | | 3 months or more, no hotlines in the past 4 months | | |
| **Market Codes:** | | 330 | | |
| **Grey Market Codes:** | | n/a | | |
| **Zip Codes:** | | n/a | | |
| **Account Balance:** | | n/a | | |
| **Account Status: Active/Hotline/All** | | Active Only | | |
| **Seed list: Any individual MDNs that need to be added** | | n/a | | |
| **Billing Language Preference:** | | n/a | | |
| **Do Not Contact:** | | | Always | |
| **Do Not SMS:** | | | Always | |
| **Do Not Call:** | | n/a | | |
| **Control group of 1,000 required with all lead list 10,000 or more** | | n/a | | |
| **MDN list organization/versioning requirements:**<br>1.　Text files only<br>2.　No letters, symbols, or field headers<br>3.　No more than 50K records per file | | | | |

- **Standard Exclusions**
  - PAYGo
  - Broadband
  - DNC

- **Smartphone Criteria**
  - $40+ account monthly revenue
  - No Hotlines in the past 4 months
  - 3+ months tenure

cricket

32

CRICKET00819479

# MDN Request Example: Grand Opening

| Target Customer | Included | Excluded |
|---|---|---|
| Customer Type:<br>2.  01 – Pay in Advance (Wireless & Broadband)<br>3.  03 – Employee/Demo<br>4.  21 – Bill in Advance / Pay in Arrears (Wireless & Broadband)<br>5.  70 – PAYGo<br>6.  73 - Broadband<br>7.  80 – Hargray | 01<br>21 | 03<br>70<br>73<br>80 |
| Rate Plan: | n/a | |
| Handset: | n/a | |
| Features: | n/a | |
| Length of Service: | n/a | |
| Market Codes: | 330 | |
| Grey Market Codes: | n/a | |
| Zip Codes: | Include zip codes surrounding the actual Grand Opening | |
| Account Balance: | n/a | |
| Account Status: Active/Hotline/All | Active Only | |
| Seed list: Any individual MDNs that need to be added | n/a | |
| Billing Language Preference: | n/a | |
| Do Not Contact: | | Always |
| Do Not SMS: | | Always |
| Do Not Call: | n/a | |
| Control group of 1,000 required with all lead list 10,000 or more | n/a | |
| MDN list organization/versioning requirements:<br>1.  Text files only<br>2.  No letters, symbols, or field headers<br>3.  No more than 50K records per file | | |

- **Standard Exclusions**
  - PAYGo
  - Broadband
  - DNC

- **Grand Opening Criteria**
  - Zip code



33

CRICKET00819480

# MDN Request Example:  Lifeline

| Target Customer | Included | Excluded |
|---|---|---|
| Customer Type:<br>2.  01 – Pay in Advance (Wireless & Broadband)<br>3.  03 – Employee/Demo<br>4.  21 – Bill in Advance / Pay in Arrears (Wireless & Broadband)<br>5.  70 – PAYGo<br>6.  73 – Broadband<br>7.  80 – Hargray | 01<br>21 | 03<br>70<br>73<br>80 |
| Rate Plan: | n/a | |
| Handset: | n/a | |
| Features: | n/a | |
| Length of Service: | n/a | |
| Market Codes: | Must be a resident of these states – MO, MD, SC, IL, OR, CA, CO | |
| Grey Market Codes: | n/a | |
| Zip Codes: | n/a | |
| Account Balance: | n/a | |
| Account Status: | Active Only | |
| Seed list: Any individual MDNs that need to be added | n/a | |
| Billing Language Preference: | n/a | |
| House Hold Income | $30K or less | |
| Do Not Contact: | | Always |
| Do Not SMS: | | Always |
| Do Not Call: | n/a | |
| Control group of 1,000 required with all lead list 10,000 or more | n/a | |

- Standard Exclusions
  - PAYGo
  - Broadband
  - DNC

- Lifeline Criteria
  - Annual house hold income is less then $30K
  - Must be a resident of: MO, MD, SC, IL, CO, CA, OR



34

CRICKET00819481

# Campaign Collection Page

## Campaign Title

### pulse
CRICKET CUSTOMER RETENTION

**Campaign SET UP**

| | | |
|---|---|---|
| **Campaign Start Date:** 3/10/2012 | **Lead List Volume:** 85,000 | |
| **Campaign End Date:** 3/11/2012 | **Churn Reason Target:** Other | |

**Targeted Subscribers and Campaign Objective Description:** Attempting to increase sales volume at a Premier dealer

**Campaign EXECUTION**

**Channel:** ☒SMS ☐MMS ☐Direct Mail ☐Outbound ☐Email ☐Click here to enter text.

**Offer Details:**

FREE phone sale @ 1948 West St in Annapolis! Plus, Androids starting at $29.99 with trade-in! All Faceplates & chargers for $4.99! 3/10-3/11/12 ONLY.

**Campaign RESULTS**

**Results Overview:**

We targeted 85K subscribers in Baltimore for a free handset offer and Android phones at $29.99 to boost sales volume at a Premier location.

Total activations during promo: 50

Total activations for prior week's Saturday/Sunday: 35

Door swings during promo: 183

Door swings for prior week's Saturday/Sunday: 216

Additionally, we had double the accessory sales over the weekend prior and customers brought in several non-Cricket customers to switch carriers. We were also able to give everyone a referral program flyer and have already seen several of these come back.

> **FREE phone sale @ 1948 West St. in Annapolis! Plus, Androids starting at $29.99 with trade-in! All faceplates & chargers for $4.99! 3/10-3/11/12 ONLY.**

- Date
- Number of subs
- Message
- Take rate
- Next steps



Microsoft Word Document

## Template Link



CRICKET00819482

# Example 1- 12K subs

- *On 3/3/12, visit the Cricket store located at 2022 W. 63 Street to receive 40% off any Android phone with a new activation. See store for details!*

- Jcohn Jackson's team will be comparing this Saturday's gross adds to the previous Saturday.
- Compare store traffic between both days
- Provide any additional details and insight into how the promotion went overall
- Once the results are complied, record into a Collection Page, send to CRM and file for future reference.

cricket

36

CRICKET00819483

# Example 2 – 102,000 subs

- Cricket Wireless is the official Monster Jam Pit Party sponsor! Visit any Cricket store to get your Pit Party pass. Valid 3/10. See store for details.

- Kathleen Clausen held out a control group of 3000 subs that will not receive the message.
- Track how many passes were handed out.
- Compare store traffic between the promotion date and the weekday prior
- Provide any additional details and insight into how the promotion went overall.
- Once the results are complied, record into a Collection Page, send to CRM and file for future reference.

37

CRICKET00819484

# Example 3 – 11,380 Subs

- Meet #84, Antonio Brown @ Cricket East Liberty, 5903 Penn Ave., Thursday, 3/1, 6 -7pm. Plus! Get $25 off new phones with activation while you're there.

- Grace Kane's team would measure the new activations on 3/1 compared to 2/23 (Thursday compared against the prior Thursday)
- Compare store traffic between the promotion date and the weekday prior
- Provide any additional details and insight into how the promotion went overall.
- Once the results are complied, record into a Collection Page, send to CRM and file for future reference.

cricket

38

CRICKET00819485

## CRICKET00819448

### Metadata

| | | |
|---|---|---|
| **Author** | Kellie McFarland | SEMANTIC |
| **Begin Family** | CRICKET00819446 | SEMANTIC |
| **Custodian** | Cook_Andy | SEMANTIC |
| **Date Created** | 2013/04/17 5:35 pm | SEMANTIC |
| **Date Modified** | 2013/04/17 5:35 pm | SEMANTIC |
| **End Family** | CRICKET00819485 | SEMANTIC |
| **Extension** | PDF | SEMANTIC |
| **Family Date** | 2013/04/24 3:40 pm | VIRTUAL |
| **Filename** | SMS Guidelines April 4 2013_2.pdf | SEMANTIC |
| **MD5 Hash** | 15CD174ADADE26B3D632129DEDFB0DE4 | SEMANTIC |
| **Primary Date** | 2013/04/17 5:35 pm | DOC_TYPE_ALIAS |
| **Production Volume** | CRICKET_VOL015 | SEMANTIC |
| **Title** | PowerPoint Presentation | SEMANTIC |