# Exhibit 8

# Using SMS Templates: 5 Simple Steps

1. In Campaign Manager, click 'Create Campaign'.
2. Under Campaign Type, select "Marketing".
3. Under Apply Template, select the template that most closely fits your needs. See the attached document for a complete list.
4. Fill in the rest of the details, including Requestor, Start Date, End Date, Start Time, End Time, and Estimated Count.
5. Upload your lead list and hit Save!




CRICKET00819471