# Exhibit 9



CRICKET00798327