# Exhibit 10

Message

**From**:        no_reply@telescope.tv [no_reply@telescope.tv]
**Sent**:        2/4/2014 10:57:22 PM
**To**:          Matthew Paglusch [/O=CRICKET COMMUNICATIONS/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mpaglusch]
**Subject**:     Campaign Manager - Campaign Completed - iPhoneT&C_SPA_2.4


Campaign iPhoneT&C_SPA_2.4 has completed successfully

Campaign ID: 19283

Scheduled Start Date: 2014-02-04
Scheduled End Date: 2014-02-05
Start Time: 09:00:00
End Time: 16:00:00

Total Rows : 548
Total Sent: 546

CRICKET3699343

# CRICKET3699343

## Metadata

| | | |
|---|---|---|
| **Begin Family** | CRICKET3699343 | SEMANTIC |
| **Custodian** | Cricket | SEMANTIC |
| **Date Modified** | 2014/03/20 4:09 pm | SEMANTIC |
| **Date Received** | 2014/02/04 10:55 pm | SEMANTIC |
| **Date Sent** | 2014/02/04 10:57 pm | SEMANTIC |
| **End Family** | CRICKET3699343 | SEMANTIC |
| **Extension** | MSG | SEMANTIC |
| **Family Date** | 2014/02/04 10:57 pm | VIRTUAL |
| **Filename** | Campaign Manager - Campaign Completed - iPhoneT&C_SPA_2 4.msg | SEMANTIC |
| **From** | no_reply@telescope.tv <no_reply@telescope.tv> | SEMANTIC |
| **MD5 Hash** | 7E38924B4AAFB6FD92AD467993A36A1E | SEMANTIC |
| **Primary Date** | 2014/02/04 10:57 pm | DOC_TYPE_ALIAS |
| **Production Volume** | CRICKET_VOL055 | SEMANTIC |
| **Subject** | Campaign Manager - Campaign Completed - iPhoneT&C_SPA_2.4 | SEMANTIC |
| **To** | Matthew Paglusch <mpaglusch@cricketcommunications.com> | SEMANTIC |