# Exhibit 11

# Campaign Title

**pulse** — CRICKET CUSTOMER RETENTION

## Campaign SET UP

**Campaign Start Date:** 3/10/2012              **Lead List Volume:** 85,000

**Campaign End Date:** 3/11/2012              **Churn Reason Target:** Other

**Targeted Subscribers and Campaign Objective Description:**   Attempting to increase sales volume at a Premier dealer

## Campaign EXECUTION

**Channel:**       ☒ SMS       ☐ MMS       ☐ Direct Mail       ☐ Outbound       ☐ Email       ☐ Click here to enter text.

Offer Details:

FREE phone sale @ 1948 West St in Annapolis!  Plus,  Androids starting at $29.99 with trade-in! All Faceplates & chargers for $4.99! 3/10-3/11/12 ONLY.

## Campaign RESULTS

Results Overview:

We targeted 85K subscribers in Baltimore for a free handset offer and Android phones at $29.99 to boost sales volume at a Premier location.

Total activations during promo: 50

Total activations for prior week's Saturday/Sunday: 35

Door swings during promo: 183

Door swings for prior week's Saturday/Sunday: 216

Additionally, we had double the accessory sales over the weekend prior and customers brought in several non-Cricket customers to switch carriers.  We were also able to give everyone a referral program flyer and have already seen several of these come back.



# CRICKET00513526

## Metadata

| Author | Cricket | SEMANTIC |
|---|---|---|
| **Begin Family** | CRICKET00513483 | SEMANTIC |
| **Custodian** | Debusk_Wendee | SEMANTIC |
| **Date Created** | 2012/03/08 5:42 pm | SEMANTIC |
| **Date Modified** | 2012/03/08 5:54 pm | SEMANTIC |
| **End Family** | CRICKET00513531 | SEMANTIC |
| **Extension** | DOCX | SEMANTIC |
| **Family Date** | 2013/04/02 10:29 pm | VIRTUAL |
| **Filename** | Microsoft_Word_Document5.docx | SEMANTIC |
| **MD5 Hash** | 6802C0D9A9282A213CA0752A3280CA0C | SEMANTIC |
| **Primary Date** | 2012/03/08 5:54 pm | DOC_TYPE_ALIAS |
| **Production Volume** | CRICKET_VOL015 | SEMANTIC |