# Exhibit 13

# CRICKET02432178

## Metadata

| Author | FUENTES, LOU | SEMANTIC |
|---|---|---|
| Begin Family | CRICKET02432178 | SEMANTIC |
| Custodian | Fuentes_Luo | SEMANTIC |
| Date Created | 2015/09/30 2:10 pm | SEMANTIC |
| Date Modified | 2017/02/01 2:30 pm | SEMANTIC |
| End Family | CRICKET02432178 | SEMANTIC |
| Extension | XLSX | SEMANTIC |
| Filename | ALL .xlsx | SEMANTIC |
| MD5 Hash | AEA94340D14C0A0C3598C76CCA050B72 | SEMANTIC |
| Production Volume | CRICKET_VOL026 | SEMANTIC |

EXHIBIT
128A
exhibitsticker.com