# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA - NORTHERN DISTRICT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:19-cv-07270-WHA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/04/2019

Date of judgment or order you are appealing: 01/20/2022

Docket entry number of judgment or order you are appealing: 370 (Order re Motion to Compel Arbitration)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Cricket Wireless, LLC

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☒ Yes   ☐ No

If yes, what is the prior appeal case number? 21-15055

Your mailing address (if pro se):

City:            State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: /s/ David R. Carpenter        Date: February 18, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                              Rev. 12/01/2021

# REPRESENTATION STATEMENT

The parties and their respective counsel are as follows:

| Party | Counsel |
|---|---|
| Defendant-Appellant **Cricket Wireless, LLC** | SIDLEY AUSTIN LLP<br>David R. Carpenter (SBN 230299)<br>drcarpenter@sidley.com<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br><br>SIDLEY AUSTIN LLP<br>David L. Anderson (SBN 149604)<br>dlanderson@sidley.com<br>Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com<br>Nicole M. Ryan (SBN 175980)<br>nicole.ryan@sidley.com<br>Jennifer H. Lee (SBN 329079)<br>jhlee@sidley.com<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br><br>MAYER BROWN LLP<br>Archis A. Parasharami (SBN 321661)<br>aparasharami@mayerbrown.com<br>Kevin S. Ranlett (*pro hac vice*)<br>kranlett@mayerbrown.com<br>Daniel E. Jones (*pro hac vice*)<br>djones@mayerbrown.com<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>Telephone: (202) 263-3000 |

| Party | Counsel |
|---|---|
| | MAYER BROWN LLP<br>Matthew D. Ingber (*pro hac vice*)<br>mingber@mayerbrown.com<br>Jarman D. Russell (*pro hac vice*)<br>jrussell@mayerbrown.com<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500<br><br>CROWELL & MORING LLP<br>Kristin J. Madigan (SBN 233436)<br>KMadigan@crowell.com<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br><br>CROWELL & MORING LLP<br>Christopher A. Cole (*pro hac vice*)<br>ccole@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2500 |
| Plaintiff-Appellee<br>**Ursula Freitas** | Tyler W. Hudson (*pro hac vice*)<br>thudson@wcllp.com<br>Eric D. Barton (*pro hac vice*)<br>ebarton@wcllp.com<br>Melody R. Dickson (*pro hac vice*)<br>mdickson@wcllp.com<br>Austin Brane (SBN 286227)<br>abrane@wcllp.com<br>WAGSTAFF & CARTMELL LLP<br>4740 Grand Ave., Suite 300<br>Kansas City, MO 64112<br>Telephone: (816) 701-1100 |

| Party | Counsel |
|---|---|
|  | Matthew W.H. Wessler (*pro hac vice*)<br>matt@guptawessler.com<br>Jonathan E. Taylor (*pro hac vice*)<br>jon@guptawessler.com<br>GUPTA WESSLER PLLC<br>2001 K Street NW, Suite 850 N<br>Washington, DC 20006<br>Telephone: (202) 888-1741<br><br>Jennifer Bennett (SBN 296726)<br>jennifer@guptawessler.com<br>Neil K. Sawhney (SBN 300130)<br>neil@guptawessler.com<br>GUPTA WESSLER PLLC<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 573-0336 |
| Plaintiff-Appellee<br>**Jamie Postpichal** | Tyler W. Hudson (*pro hac vice*)<br>thudson@wcllp.com<br>Eric D. Barton (*pro hac vice*)<br>ebarton@wcllp.com<br>Melody R. Dickson (*pro hac vice*)<br>mdickson@wcllp.com<br>Austin Brane (SBN 286227)<br>abrane@wcllp.com<br>WAGSTAFF & CARTMELL LLP<br>4740 Grand Ave., Suite 300<br>Kansas City, MO 64112<br>Telephone: (816) 701-1100<br><br>Matthew W.H. Wessler (*pro hac vice*)<br>matt@guptawessler.com<br>Jonathan E. Taylor (*pro hac vice*)<br>jon@guptawessler.com<br>GUPTA WESSLER PLLC<br>2001 K Street NW, Suite 850 N<br>Washington, DC 20006 |

| Party | Counsel |
|---|---|
| | Telephone: (202) 888-1741 <br><br> Jennifer Bennett (SBN 296726) <br> jennifer@guptawessler.com <br> Neil K. Sawhney (SBN 300130) <br> neil@guptawessler.com <br> GUPTA WESSLER PLLC <br> 100 Pine Street, Suite 1250 <br> San Francisco, CA 94111 <br> Telephone: (415) 573-0336 |