1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

URSULA FREITAS and JAMIE POSTPICHAL,

                    Plaintiffs,

        v.

CRICKET WIRELESS, LLC,

                    Defendant.

No.  C 19-7270 WHA

**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE**

        In this RICO action, the parties filed a stipulated request to extend the opposition deadline and reply deadline regarding defendant's motion to decertify the class at Docket Number 420.  Defendant's counsel declares that important issues warrant more time for briefing, and there is another pending motion that the parties are currently briefing (Ryan Decl. ¶ 6).  Pursuant to Civil Rule 6-2(b), the stipulated request is **GRANTED**.  The opposition shall be due on **MAY 13, 2022**, and the reply shall be due on **MAY 27, 2022**.  The hearing shall remain on June 23, 2022.

        **IT IS SO ORDERED.**

Dated:  April 29, 2022.

_____
WILLIAM ALSUP
SENIOR UNITED STATES DISTRICT JUDGE