UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

URSULA FREITAS,

    Plaintiff,

  v.

CRICKET WIRELESS, LLC,

    Defendant.

No. C 19-07270 WHA

**REQUEST FOR INFORMATION**

In reviewing the motion now pending to decertify the class, the judge learned the named plaintiff, Ursula Freitas, is no longer a member of the class. This presents a problem. Please advise whether the Court was informed (when and, if so, how) that the named plaintiff was not a member of the class. The parties shall respond by **NOON** on **JUNE 3, 2022**.

**IT IS SO ORDERED.**

Dated: May 25, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE