UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

URSULA FREITAS,

    Plaintiff,

v.

CRICKET WIRELESS, LLC,

    Defendant.

No. C 19-07270 WHA

**ORDER GRANTING ADMINISTRATIVE MOTION**

Defendant has filed an administrative motion to file a sur-reply regarding plaintiff's motion to amend the class definition. The deadline for plaintiff's opposition has passed. *See* Civ. Loc. Rule 7-11. Defendant has complied with the local rules. It has already submitted the sur-reply for review. Because the sur-reply is under five pages, double spaced, in 12-point font, limited to the new issues raised in plaintiff's reply, and filed without an evidentiary declaration, defendant's administrative motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 19, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE