1  Tyler W. Hudson (*pro hac vice*)
2  Eric D. Barton (*pro hac vice*)
   Melody R. Dickson (*pro hac vice*)
3  Austin Brane (State Bar No. 286227)
   **WAGSTAFF & CARTMELL LLP**
4  4740 Grand Ave., Suite 300
   Kansas City, MO 64112
5  (816) 701-1100
   *thudson@wcllp.com*
6  *ebarton @wcllp.com*
   *mdickson@wcllp.com*
7  *abrane@wcllp.com*

Matthew W.H. Wessler (*pro hac vice*)
Jonathan E. Taylor (*pro hac vice*)
**GUPTA WESSLER PLLC**
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
*matt@guptawessler.com*
*jon@guptawessler.com*

Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

9  *Attorneys for Plaintiffs*

11  **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
12  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| URSULA FREITAS, *on behalf of herself and others similarly situated*,<br><br>　　*Plaintiffs*,<br><br>v.<br><br><br>CRICKET WIRELESS, LLC,<br><br>　　*Defendant*. | Case No. 3:19-cv-07270-WHA<br><br>Hon. William H. Alsup<br><br>**DECLARATION OF MELODY DICKSON** |

I, Melody Dickson, respectfully submit this declaration and declare as follows:

1.      I am a partner in the law firm of Wagstaff & Cartmell, LLP and am counsel for Plaintiffs in the above-captioned matter.  I make this declaration based on my personal knowledge.

2.      If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3.      I submit this declaration in support of the *Joint Statement in Response to Court's August 15th Order Re: Notice to Former Class Members*.

4.      To my knowledge, on August 15, 2022, there was no active class website related to this litigation.

5.      After receipt of the Court's August 15, 2022 Order, our law firm facilitated the purchase of the web address www.Cricket4GClassAction.com ("Class Website") by Kroll, Inc.

6.      Kroll, Inc. was the parties' agreed upon notice administrator set forth in the joint notice plan.  Dkt. 424.

7.      Kroll, Inc. built a Class Website with a "Home Page" and "Important Documents" tab.  The parties collaborated on the content of the Class Website.  The "Home Page" includes information about what the case is about, who was in the class, and the decertified status of the case.

8.   The Class Website includes the following admonitions.

➢ California District Court Has <u>Decertified</u> the Cricket Class Action Alleging Cricket Sold 4G Phones/Service in Areas Without 4G Coverage

➢ Cricket Customers Who Purchased a 4G/LTE-Capable Android Smartphone Between November 1, 2012 And September 30, 2014 May Be Impacted

➢ On July 29, 2022, the Court <u>decertified</u> the class. This means the case will no longer proceed as a class action, so you cannot rely on the case to pursue or protect your rights.

➢ The Court has not decided whether Cricket will win or lose. There has been no final decision on the merits of the case. Instead, the Court has ruled that the case will not proceed as a class action. Absent appeal, that means the lawsuit will not decide the claims of anyone other than the individual named plaintiffs.

1
2
3
4

&#10095; The claims asserted in this case are subject to a statute of limitations. Statutes of limitations require a party to file a claim that they may have within a certain amount of time after the action or events giving rise to the potential claim occurred. The statute of limitations applicable to claims identical to those raised in this case previously was tolled, or paused. Now that the Court has decertified the class, such claims are no longer protected from the passage of time.

5

&#10095; If you do nothing, the time limit for you to assert any claims you might have against Cricket will expire, and you will thereafter be barred from any such claims.

6

9.   The Class Website also provides direction to former class members about how they can

7

pursue their claims individually if they choose to do so.  The Class Website home page states in

8

relevant part:

9
10
11

&#10095; Plaintiff Ursula Freitas claims that Cricket advertised and sold 4G/LTE-capable Android smartphones and 4G monthly service plans in markets without Cricket 4G/LTE coverage between November 1, 2012 and September 30, 2014 in violation of the Racketeer Influenced and Corrupt Organizations Act. You can read the Amended Class Action Complaint here.

12
13
14

&#10095; You might have been a class member if between November 1, 2012 and September 30, 2014 you purchased from Cricket a 4G/LTE-capable Android smartphone and at least one 4G/LTE monthly service plan on Legacy Cricket's network and you lived in a location that did not have Cricket's 4G/LTE coverage during that time.

15
16

&#10095; If you want to pursue a claim against Cricket, you may be able to file a claim in arbitration or in a separate court action. If you believe you have an unresolved claim, you should act promptly and may wish to contact a lawyer. You can read Cricket's current arbitration terms here.

17

10.   The Class Website also provides access to the following documents:

18
19
20
21

&#10095; Amended Class Action Complaint
&#10095; Cricket's Current Arbitration Terms
&#10095; August 4, 2021 Order Granting Class Certification
&#10095; January 20, 2022 Order Excluding Certain Class Members on Arbitration Grounds
&#10095; April 11, 2022 Order Excluding Certain Class Members on Arbitration Grounds
&#10095; July 29, 2022 Order Decertifying the Class

22
23

11.   A pdf version of the Class Website's home page is attached hereto as Exhibit 1-A.

24

12.   The Class Website launched on or before September 2, 2022.

25

13.   Since the launch, I have conducted searches in the Google search engine for "cricket

26

class action," "cricket 4G class action," and other similar queries.  The Class Website has appeared

27

in Google's organic search results.

28

DECLARATION OF MELODY DICKSON; CASE NO. 3:19-cv-07270-WHA

14.     Pending review by Google Ads, advertisements have been purchased to increase the likelihood that former class members are directed to the Class Website if they search online for details about the case. The following search keywords were selected:

➢ cricket lawsuit
➢ cricket class action
➢ cricket litigation
➢ cricket 4g
➢ cricket case

15.     Following receipt of the Court's August 15, 2022 Order, our law firm compiled a list of potential former class members who previously contacted Plaintiffs' counsel and/or their co-counsel about the action.

16.     In addition to the named plaintiffs, there were 16 individuals that fell into this group.

17.     On September 9, 2022, each of these individuals was sent an email advising them of the decertification and admonishing that they could not rely on this action for relief.

18.     Plaintiffs' counsel collaborated with defense counsel on the content of the email.

19.     The content of the email sent to these 16 individuals is attached hereto as Exhibit 1-B.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of September, 2022, in Kansas City, Missouri.

/s/ Melody Dickson
Melody Dickson