# Exhibit 1-A



**HOME   DOCUMENTS**

# Ursula Freitas v. Cricket Wireless, LLC
## U.S. District Court for the Northern District of California
### Case No. 3:19-cv-07270

## California District Court Has <u>Decertified</u> the Cricket Class Action Alleging Cricket Sold 4G Phones/Service in Areas Without 4G Coverage

**Cricket Customers Who Purchased a 4G/LTE-Capable Android Smartphone Between November 1, 2012 And September 30, 2014 May Be Impacted**

*What is the case about?*

- This lawsuit against Cricket Wireless, LLC ("Cricket") concerns the sales of 4G/LTE-capable Android smartphones and service plans between November 1, 2012 and September 30, 2014.
- The case is Ursula Freitas v. Cricket Wireless, LLC, Case No. 3:19-cv-07270, and is pending in the U.S. District Court for the Northern District of California before Senior District Judge William Alsup.
- Plaintiff Ursula Freitas claims that Cricket advertised and sold 4G/LTE-capable Android smartphones and 4G monthly service plans in markets without Cricket 4G/LTE coverage between November 1, 2012 and September 30, 2014 in violation of the Racketeer Influenced and Corrupt Organizations Act. You can read the Amended Class Action Complaint here.
- Cricket denies the allegations and denies any wrongdoing. The Court has not decided whether Plaintiffs or Cricket is right.

*Who was in the class?*

- The lawsuit was filed as a class action, which is a lawsuit in which the named plaintiffs sued on behalf of a group of similarly situated people, called the "class."
- You might have been a class member if between November 1, 2012 and September 30, 2014 you purchased from Cricket a 4G/LTE-capable Android smartphone and at least one 4G/LTE monthly service plan on Legacy Cricket's network and you lived in a location that did not have Cricket's 4G/LTE coverage during that time.

*What is the status of the case?*

- On July 29, 2022, the Court decertified the class. This means the case will no longer proceed as a class action, so you cannot rely on the case to pursue or protect your rights. You can read the Court's Orders here:
  - August 4, 2021 Order Granting Class Certification
  - January 20, 2022 Order Excluding Certain Class Members on Arbitration Grounds
  - April 11, 2022 Order Excluding Certain Class Members on Arbitration Grounds
  - July 29, 2022 Order Decertifying the Class
- The Court has not decided whether Cricket will win or lose. There has been no final decision on the merits of the case. Instead, the Court has ruled that the case will not proceed as a class action. Absent appeal, that means the lawsuit will not decide the claims of anyone other than the individual named plaintiffs.
- The claims asserted in this case are subject to a statute of limitations. Statutes of limitations require a party to file a claim that they may have within a certain amount of time after the action or events giving rise to the potential claim occurred. The statute of limitations applicable to claims identical to those raised in this case previously was tolled, or paused. Now that the Court has decertified the class, such claims are no longer protected from the passage of time.

*What can I do?*

- If you want to pursue a claim against Cricket, you may be able to file a claim in arbitration or in a separate court action. If you believe you have an unresolved claim, you should act promptly and may wish to contact a lawyer. You can read Cricket's current arbitration terms here.
- If you do nothing, the time limit for you to assert any claims you might have against Cricket will expire, and you will thereafter be barred from any such claims.

### Documents

**Important Documents**

Amended Class Action Complaint(PDF: 2.6 MB)

Cricket's Current Arbitration Terms(PDF: 342.9 kB)

August 4, 2021 Order Granting Class Certification (PDF: 251.7 kB)

January 20, 2022 Order Excluding Certain Class Members on Arbitration Grounds(PDF: 340.8 kB)

April 11, 2022 Order Excluding Certain Class Members on Arbitration Grounds(PDF: 279.1 kB)

July 29, 2022 Order Decertifying the Class (PDF: 207.0 kB)

### Having Trouble?

Having trouble opening .pdf files? You can download Acrobat Reader for free from www.adobe.com.

 **HOME  DOCUMENTS**

# Ursula Freitas v. Cricket Wireless, LLC
## Important documents

## Important Documents

- Amended Class Action Complaint (PDF: 2.6 MB)
- Cricket's Current Arbitration Terms (PDF: 342.9 kB)
- August 4, 2021 Order Granting Class Certification (PDF: 251.7 kB)
- January 20, 2022 Order Excluding Certain Class Members on Arbitration Grounds (PDF: 340.8 kB)
- April 11, 2022 Order Excluding Certain Class Members on Arbitration Grounds (PDF: 279.1 kB)
- July 29, 2022 Order Decertifying the Class (PDF: 207.0 kB)

### Having Trouble?

Having trouble opening .pdf files? You can download Acrobat Reader for free from www.adobe.com.

## Documents

### Important Documents

Amended Class Action Complaint (PDF: 2.6 MB)

Cricket's Current Arbitration Terms (PDF: 342.9 kB)

August 4, 2021 Order Granting Class Certification (PDF: 251.7 kB)

January 20, 2022 Order Excluding Certain Class Members on Arbitration Grounds (PDF: 340.8 kB)

April 11, 2022 Order Excluding Certain Class Members on Arbitration Grounds (PDF: 279.1 kB)

July 29, 2022 Order Decertifying the Class (PDF: 207.0 kB)

### Having Trouble?

Having trouble opening .pdf files? You can download Acrobat Reader for free from www.adobe.com.