# Exhibit 1-B

Subject: Cricket 4G Class Action DECERTIFIED

Dear [Name],

You are receiving this email because you had previously expressed interest in the Cricket 4G class action. We are writing to inform you that the United States District Court for the Northern District of California has <u>decertified</u> the class action against Cricket. This means the case will no longer proceed as a class action, so **you cannot rely on the case or class counsel to pursue or protect your rights**.

<u>If you want to pursue a claim against Cricket</u>, you may be able to file a claim in arbitration or in a separate court action. If you believe you have an unresolved claim, you should act promptly and may wish to contact a lawyer.

<u>If you do nothing</u>, the time limit for you to assert any claims you might have against Cricket will expire, and you will thereafter be barred from any such claims.

If you want more information, visit [www.Cricket4GClassAction.com](http://www.Cricket4GClassAction.com) where you can read the Amended Class Action Complaint, the Court's certification and decertification orders, and Cricket's current arbitration terms.

> Very Truly Yours,
>
> Tyler Hudson
>
> Wagstaff & Cartmell, LLP