UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA FREITAS, | |
| Plaintiff, | No. C 19-07270 WHA |
| v. | |
| CRICKET WIRELESS, LLC, | **ORDER RE JOINT STATEMENT** |
| Defendant. | |

Having considered the parties' joint statement regarding notice to former class members of decertification, the Court is of the view that adequate notice has been given. No further notice need be given.

**IT IS SO ORDERED.**

Dated: September 13, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE