SIDLEY AUSTIN LLP
David L. Anderson (SBN 149604)
dlanderson@sidley.com
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Nicole M. Ryan (SBN 175980)
nicole.ryan@sidley.com
Matthew P. Henry (SBN 308878)
mhenry@sidley.com
Jennifer H. Lee (SBN 329079)
jhlee@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

MAYER BROWN LLP
Archis A. Parasharami (SBN 321661)
aparasharami@mayerbrown.com
Kevin S. Ranlett (*pro hac vice*)
kranlett@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendant
Cricket Wireless, LLC*

MAYER BROWN LLP
Matthew D. Ingber (*pro hac vice*)
mingber@mayerbrown.com
Jarman D. Russell (*pro hac vice*)
jrussell@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

KATTEN MUCHIN ROSENMAN LLP
Christopher A. Cole (*pro hac vice*)
chris.cole@katten.com
2900 K Street, NW, North Tower – Suite 2000
Washington, DC 20007-5118
Telephone: (202) 625-3500
Facsimile: (202) 298-7570

*Attorneys for Defendant
Cricket Wireless, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| URSULA FREITAS and JAMIE POSTPICHAL,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>Defendant. | Case No. 3:19-cv-07270-WHA<br><br>**DECLARATION OF NICOLE M. RYAN IN SUPPORT OF MOTION TO EXCLUDE REPORTS AND OPINIONS OF PLAINTIFFS' EXPERTS KEITH MALLINSON AND STEVE BROWNE**<br><br>Date: April 13, 2023<br>Time: 8:00 a.m.<br>Place: Courtroom 12, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint Filed: November 4, 2019 |

I, Nicole M. Ryan, hereby declare and state as follows:

1. I am a counsel at Sidley Austin LLP, one of the counsel of record for Defendant Cricket Wireless, LLC ("Cricket") in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of Cricket's Motion to Exclude Reports and Opinions of Plaintiffs' Experts Keith Mallinson and Steve Browne.

3. Attached hereto as Exhibit A is a true and correct copy of the July 7, 2021 expert report of Keith Mallinson.

4. Attached hereto as Exhibit B is a true and correct copy of the July 7, 2021 expert report of Steve Browne.

5. Attached hereto as Exhibit C is a true and correct copy of the July 28, 2021 rebuttal expert report of Keith Mallinson.

6. On August 13, 2021, Christopher Cole, who is now with Katten Muchin Rosenman LLP, and was with Crowell & Moring LLP at the time, took the deposition of Plaintiffs' expert Keith Mallinson. Attached hereto as Exhibit D is a true and correct copy of excerpts of that deposition.

7. On March 19, 2021, Jarman Russell of Mayer Brown LLP took the deposition of Plaintiff Ursula Freitas. Attached hereto as Exhibit E is a true and correct copy of excerpts of that deposition.

8. Attached hereto as Exhibit F is a true and correct copy of the July 21, 2021 expert report of Professor Justin McCrary.

9. On October 15, 2020, Matthew Ingber of Mayer Brown LLP took the deposition of Plaintiff Jamie Postpichal. Attached hereto as Exhibit G is a true and correct copy of excerpts of that deposition.

10. Attached hereto as Exhibit H is a true and correct copy of a document produced by Plaintiffs in this matter, Bates numbered PLTF00012368, purporting to show a webpage from Cricket's website as it appeared on November 24, 2012.

1

DECL. OF NICOLE M. RYAN ISO MOT. TO EXCLUDE REPORTS AND OPINIONS OF PLAINTIFFS' EXPERTS KEITH MALLINSON AND STEVE BROWNE - CASE NO. 3:19-CV-07270-WHA

11. Attached hereto as Exhibit I is a true and correct copy of a document produced by Plaintiffs in this matter, Bates numbered PLTF00012480, purporting to show a webpage from Cricket's website as it appeared on November 19, 2012.

12. Attached hereto as Exhibit J is a true and correct copy of a document produced by Plaintiffs in this matter, Bates numbered PLTF00012431, purporting to show a webpage from Cricket's website as it appeared on October 17, 2013.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 17, 2023 in San Francisco, California.

*/s/ Nicole M. Ryan*
Nicole M. Ryan