# EXHIBIT D

**In the Matter Of:**

*JAMIE POSTPICHAL vs*

*CRICKET WIRELESS, LLC*

---

*KEITH MALLINSON*

*August 13, 2021*

---



1

1        UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3

4   JAMIE POSTPICHAL, et al.,        :   Case No.

5              Plaintiffs,           :   19-07270 (WHA)

6        vs.                         :

7   CRICKET WIRELESS, LLC,           :

8              Defendant.            :

9   --------------------------------X

10

11

12    VIDEOCONFERENCE ORAL AND VIDEOTAPED DEPOSITION OF

13                 Expert Witness

14                 KEITH MALLINSON

15

16              Friday, August 13, 2021

17              8:30 a.m. (EST)

18

19

20

21

22

23   Remotely Reported Stenographically By:

24   Mayleen Ahmed, RMR, CRR, CRC, CCR/CSR

25   Job No.:  805509

Keith Mallinson - August 13, 2021

2

```
1          REMOTE APPEARANCES VIA LEXITAS LEGAL VIEW

2

3    For Plaintiffs:

4            WAGSTAFF & CARTMELL LLP

5            BY: TYLER W. HUDSON, ESQ.

6            4740 Grand Avenue - Suite 300

7            Kansas City, Missouri 64112

8            816.701.1100

9            thudson@wcllp.com

10

11

12   For Defendant Cricket Wireless LLC:

13           CROWELL & MORING LLP

14           BY: CHRISTOPHER A. COLE, ESQ.

15               ROY ABERNATHY, ESQ.

16           1001 Pennsylvania Avenue NW

17           Washington, D.C. 2004-2595

18           202.624.2500

19           ccole@crowell.com

20           rabernathy@crowell.com

21

22

23

24

25
```

3

1       REMOTE APPEARANCES VIA LEXITAS LEGAL VIEW (Cont'd)

2

3    For Defendant Cricket Wireless LLC:

4            MAYER BROWN LLP

5            BY: KEVIN S. RANLETT, ESQ.

6            1999 K Street, NW

7            Washington, D.C. 2006-1101

8            202.263.3000

9            kranlett@mayerbrown.com

10

11

12    ALSO PRESENT:

13    LISA CAMERAON, The Brattle Group

14    DANIEL BURKE, Videographer, Lexitas

15

16                    ---o0o---

17

18

19

20

21

22

23

24

25

```
                                                         4
 1                  I N D E X

 2   WITNESS:  KEITH MALLINSON

 3   EXAMINATION                            PAGE

 4   BY MR. COLE ............................   8

 5

 6                  ---o0o---

 7              MOTIONS TO STRIKE

 8              PAGE      LINE

 9                23        7

10                40       25

11

12

13   INSTRUCTIONS NOT TO ANSWER:       None

14   DOCUMENT/INFORMATION REQUESTS:     None

15

16   -------------------- EXHIBITS ----------------------

17   DEFENDANT'S

18   EXHIBIT        DESCRIPTION                PAGE

19   Exhibit 202   7/7/21 Expert Report of Keith    11

20                 Mallinson

21

22   Exhibit 203   7/21/21 Expert Report of Jon     90

23                 Wilkins

24

25
```

Keith Mallinson - August 13, 2021

```
                                                             5
 1   ---------------- EXHIBITS (Cont'd) ----------------

 2   DEFENDANT'S

 3   EXHIBIT       DESCRIPTION                    PAGE

 4   Exhibit 204   7/28/21 Rebuttal Expert Report  125

 5                 of Keith Mallinson

 6

 7   Exhibit 205   8/4/21 Order Denying Motions    139

 8                 to Exclude and Disqualify

 9                 Plaintiffs' Experts and

10                 Granting Motion for Class

11                 Certification

12

13   Exhibit 206   MyCricket Guide, Summer 2013,   154

14                 mycricket.com

15                 (CRICKET00003031 - 3053)

16

17   Exhibit 207   7/21/21 Expert Report of        176

18                 Professor Justin McCrary

19

20   Exhibit 208   7/7/21 Expert Witness Report    230

21                 of Steve W. Browne

22

23

24

25
```

Keith Mallinson - August 13, 2021

6

```
1   -------------------- EXHIBITS ----------------------

2                      (previously marked)

3   DEFENDANT'S

4   EXHIBIT        DESCRIPTION                      PAGE

5   Exhibit 136  3/4/21 Expert Report of Keith    13

6                Mallinson

7

8

9                      ---o0o---

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

7

1       DEPOSITION OF KEITH MALLINSON - August 13, 2021

2                   ---------------

3               THE VIDEOGRAPHER:  We are now on the

4       record.

5               My name is Daniel Burke.  I am a

6       videographer retained by Lexitas Reporting.

7               This is a video deposition for the

8       United States District Court, Northern District of

9       California.

10              Today's date is August 13, 2021, and the

11      video time is 8:59 a.m. Eastern.

12              This deposition is being taken remotely

13      via Zoom in the matter of Postpichal, et al., versus

14      Cricket Wireless LLC.

15              The deponent is Keith Mallinson.  All

16      counsel will be noted on the stenographic record.

17              The court reporter is Mayleen Ahmed and

18      will now swear the witness.

19              THE REPORTER:  Do you solemnly swear

20      under the penalty of perjury that you are Keith

21      Mallinson and the testimony you are about to give in

22      the matter now pending shall be the truth, the whole

23      truth, and nothing but the truth?

24              THE WITNESS:  Yes, I do.

25              THE REPORTER:  Thank you.

Keith Mallinson - August 13, 2021

151

1       But if that is sold to me without any

2  constraint, then that is probably the fair value of

3  the car, but it has the potential of me being able

4  to take it out on a highway and do knot 16 in 3 and

5  a half seconds, drive at 185 miles an hour, or

6  whatever.

7       But I'm probably never going to do the

8  latter; I might do the former.  But it doesn't

9  matter.  It has the potential to do it.  That is

10 something that is encapsulated in the value of it.

11 It's irrelevant as to whether I actually did that or

12 not, because I can still have that value from that

13 Ferrari by just being in the garage.

14      Q.    And Mr. Mallinson, sticking with the

15 Ferrari analogy.  What enables Ferrari to price

16 Ferraris at that level?

17      A.    It has the brand.  And the reason it's

18 been able to generate that brand is because it has a

19 reputation of quality, and because it has a

20 reputation for performance; performance potential.

21 And that is cherished whether or not that

22 performance is actually used or not.

23      Q.    Okay.  So people are willing to pay more

24 for the brand "Ferrari" because it's Ferrari, right?

25      A.    They pay for the brand.  But the brand

152

1    doesn't -- doesn't come about for nothing.

2            The brand value is intwined with those

3    capabilities because it's giving a quality assurance

4    to the customers that it has quality, it has

5    performance.

6        Q.    Okay.  So let's bring this back to

7    Cricket from Ferrari.

8            So people might be willing to spend more

9    for Cricket because it's Cricket and they recognize

10   the brand.  Does that analogy hold?

11       A.    Well, I don't know about "more."  I

12   don't -- I wouldn't -- I mean -- whereas Ferrari is

13   a premium brand, I wouldn't generally regard Cricket

14   as a premium brands.

15           It's clearly a brand, and there is some

16   brand value in that.  But the crucial issue here is

17   that Cricket is even milking or capitalizing on its

18   brand to make sales of what is purported to be

19   4G LTE, and is not delivering on it.

20           So, you know, to take -- to go back to

21   the Ferrari analogy.  It's saying they're selling a

22   Ferrari, a certain kind of model of Ferrari, but the

23   engine that they put in the Ferrari is only got half

24   the horsepower of what it was purported to be.

25           And that is -- that would be deceptive.

Keith Mallinson - August 13, 2021

178

1    company; it was the same brand in terms of the type

2    of model.  It was the Galaxy series.  And it was the

3    latest model.  And so that was the one that had

4    closest specification that I could find and the

5    closest comparable to the 4G LTE device.

6              And so I concluded that was a reliable

7    way of -- of making that price premium assessment.

8         Q.    Okay.  So you took the closest

9    comparable 3G device and you compared it to the 4G

10   device that was actually sold, and the difference in

11   prices of those two devices is the price premium

12   that you assert was charged wrongfully?

13        A.    Correct.

14        Q.    Is that right?

15        A.    Yes.

16        Q.    And when I say "the difference," I mean

17   100 percent of the difference; is that right?

18        A.    The difference.  That's just common

19   English, the difference in price.

20        Q.    Okay.

21        A.    What they paid versus -- I mean, this --

22   there's some difficulties in -- in working with the

23   data because Cricket has not provided the actual

24   sales prices for the class members' phones.  They

25   provided a minimum and a maximum.  And so Steve

Keith Mallinson - August 13, 2021

180

```
1    actually purchased, which was knowingly or
2    purportedly a 4G LTE phone, and the closest
3    specification and closest branding and closest
4    everything alternative that was only 3G-capable.
5         Q.   Okay.  So can you turn, then, to
6    Mr. McCrary's report, Exhibit 207.
7         A.   Yes.
8         Q.   And looking at page 13, Exhibit 3.
9         A.   Yes.
10        Q.   Okay.  There are four device comparisons
11   set forth on that chart.  Are those comparisons that
12   you made?
13        A.   I got to believe -- I believe that
14   that's it.  Let me just check.
15        Q.   Okay.  Now, just focusing on the
16   HTC One SV.
17        A.   Yes.
18        Q.   Where it says the "At-Issue Device,"
19   that would be the 4G device that was sold by
20   Cricket, in your view, wrongfully; is that right?
21        A.   I mean, this is not my chart.
22        Q.   Okay.
23        A.   But I believe that's what he -- I'm
24   saying -- yes, the at -- I'm saying the HTC One SV,
25   that was a 4G LTE phone.  I mean, nominally it was.
```

Keith Mallinson - August 13, 2021

181

1    It was -- and that's -- that's what the manufacturer
2    enabled.
3         Q.    Okay.
4         A.    It wasn't able to use as such but -- and
5    I compared it to the HTC One V.
6         Q.    Okay.
7         A.    That was my benchmark --
8         Q.    Okay.
9         A.    -- comparison.
10        Q.    Okay.  So your benchmark, the HTC One V,
11   is a 3G device; is that right?
12        A.    Yes.
13        Q.    So they were --
14        A.    And, incidentally, I think it's worth
15   pointing out, and Cricket originally represented
16   that as a 4G device in the various information and
17   in the interrogatories.  And had we included that as
18   a 4G LTE device, that would have increased the
19   damages, the size of the class and the damages and
20   such.
21              But we concluded, or I concluded that
22   that was not actually a 4G LTE device, and took it
23   out of the, if you like, "At-Issue" category.  So,
24   instead, it's actually become a benchmark.
25        Q.    Okay.  But just looking at that

Keith Mallinson - August 13, 2021

182

1    comparison, those devices are not identical across

2    every dimension, are they?

3         A.    No.

4         Q.    Do you have any reason to disagree that

5    the screen size of the HTC One SV was larger than

6    that of the HTC One V?

7         A.    No.

8         Q.    Do you have any reason to doubt that the

9    HTC One SV had a front-facing camera white the

10   HTC -- yes, while the HTC One V did not?

11        A.    No.

12        Q.    Have you ascribed any value to those

13   feature differences in your calculation of the price

14   premium?

15        A.    Well, first, there are some

16   commonalities.  So you jumped over to display --

17   display resolution, which is identical.  And the

18   rear-facing camera is -- is -- is identical.

19             But as I said, I looked for the closest

20   that I could find.  To answer your question

21   directly, I conclude that the value in these other

22   features, the different value and the difference

23   between the features is minimal.

24             And in terms of the then reasonable

25   accuracy from my computations, I have ignored those

Keith Mallinson - August 13, 2021

183

1   differences, and for the simple reason that it is my

2   firm belief and opinion that the capabilities of

3   these devices, four 4G devices, is strongly

4   dependent on the 4G LTE capability, and that it

5   is -- notice, you cannot simply isolate these

6   different features and ascribe distinct separate

7   value for them.

8           Everything is so wrapped up in the

9   4G LTE capability that it -- it -- it was

10  appropriate and it is the basis of my computation,

11  is that I am ascribing the value to being the

12  difference between the 3G capability and the 4G LTE

13  capability.

14      Q.    So the fact that the HTC One SV has a

15  front-facing camera and the HTC One V does not, is

16  ascribed no independent value by you in your

17  calculation?

18      A.    Overall, I have -- I have -- I have

19  concluded that the nature of -- the importance and

20  interdependence means that, overall, there is no

21  adjustment necessary for the deficient -- for the

22  differences in features between these -- these

23  devices.  That it is all related to the -- the

24  difference between 4G LTE and 3G.

25          And this is from my --

Keith Mallinson - August 13, 2021

184

1        Q.    As an expert --

2        A.    -- experience working in this industry.

3   I know the enormous value of having cellular

4   capabilities, of how it transforms -- I mean, these

5   are mobile phones, and everything you do on them is

6   highly dependent on the cellular capabilities.

7            And the 4G LTE phones and smartphones,

8   in general, have increasingly become more and more

9   dependent on not just the cellular capabilities at

10  all but high-speed capabilities.

11           And so it is quite legitimate for me to

12  do my benchmark comparisons as I have done them.

13       Q.    Have you cited any empirical evidence in

14  your report to support the statement that there is

15  no independent value to be ascribed to the presence

16  of, for example, a front-facing camera?

17       A.    I -- I have -- I have given an example

18  where I looked at a device.  It's actually in the

19  Wi-Fi section, where I was comparing an iPod Touch

20  with an iPhone.

21           And I showed that over half the value,

22  half the price difference in what would otherwise be

23  identical devices, absolutely identical.  In fact,

24  actually, the iPod Touch had slightly more, I

25  think -- I think more memory than the -- the

Keith Mallinson - August 13, 2021

185

1    iPhone 5C, which I compared it with.

2              In that case, you got over half the

3    value.  I think that is a good empirical example

4    that shows that the overwhelming incremental value

5    is -- is in -- is in cellular capability.  I think

6    that that defends very strongly the approach that

7    I'm taking here.

8         Q.   Is there any other empirical evidence to

9    support your belief?

10        A.   I'm sure there's plenty of it.  I --

11   I've given you the example that I have used in my

12   report.

13        Q.   Okay.  As an economic expert, could

14   there be ways to directly measure the part-wise

15   contribution of the attributes to the total price

16   premium?

17        A.   There are techniques to be used.  I

18   mean, you can -- McCrary mentioned conjoint

19   analysis.  He's critical of me for not having done

20   it.  Interestingly, he didn't do it.

21              So I'm puzzled why he is the economist

22   that is supposed to be good at this stuff, and he's

23   been retained as an expert to do this, and yet has

24   chosen not to do it himself.

25              But he mentioned that.  That's one

Keith Mallinson - August 13, 2021

190

1      Q.    In your theory --

2      A.    -- famous economists have opined, have

3   pointed out the fact that, you know, you can be

4   precisely wrong or you can be approximately correct.

5   And my -- my approach here is to be approximately

6   correct.

7      Q.    Okay.  Approximately, is there any way

8   that we could empirically test what you just told me

9   as your theory and prove or disprove it?

10      A.    I've given you an example of -- that

11   gives, I think, great comfort that the approach that

12   I'm taking is actually conservative; that it's so

13   fundamental.

14            These are cell phones, and we had a

15   transition from 3G to 4G LTE.  4G LTE, even then,

16   was clearly becoming the predominant way of

17   communicating.  With a 20/20 hindsight, we look back

18   and we see how overwhelming it is, how rapidly and

19   enormously it's displaced 3G.  That shows how

20   important, how pivotal, how essential it was in

21   providing -- enabling people to use the capabilities

22   of these devices.

23            And I'm not talking about just, you

24   know -- sure they could do a bit of Wi-Fi; they

25   could do some of this stuff on Wi-Fi at home.  But

Keith Mallinson - August 13, 2021

191

1    these are cell phones.  People -- the whole point of

2    a cell phone is that you can use it anytime,

3    anywhere.  And that is why I think my approach is

4    very conservative.

5         Q.   Mr. Mallinson, you referred to "20/20

6    hindsight," and that is at the nub of this.

7              So what evidence do we have that people

8    in 2012, particularly these class members, thought

9    the same way you do regarding the importance of LTE?

10        A.   They don't have to think.  It's not

11   about what their expectations are or what they

12   thought.  I'm saying it was -- it was clear, and I'm

13   saying this is as an industry analyst, it was clear

14   even at that time that the connectivity was

15   essential in what I call "unlocking" or "unleashing"

16   those capabilities.

17             It was very clear at that time that

18   that's the way things were headed.  And what I'm

19   saying is we can now look back and see that that --

20   that belief that I had back then would -- is

21   actually correct.

22             I mean, that's what the market expected

23   then.  I mean, there are many examples of many

24   things that I've cited in my report showing how the

25   march towards 4G LTE was -- was occurring.

192

1           And all I'm saying is -- about 20/20

2    hindsight is that it got borne out; it kept going

3    and it exceeded all expectations.

4           Q.    So --

5           A.    At that time, yes, we didn't have 20/20

6    hindsight.  But even at that time, it was clear --

7    the example that I did with the iPod Touch and the

8    iPhone 5C, I did that in two-thousand-and- -- I

9    think it was -- -15 on the basis of 2014 data.  And

10   I've also got 2013 figures in there.

11           So that is in the class period.  I think

12   that is actually very applicable.  And that's one of

13   the reasons I chose that example because it plays --

14           Q.    Okay.

15           A.    -- directly into the class period.

16           Q.    So, Mr. Mallinson, if I have a theory

17   that the only thing that matters was 4G LTE

18   capability, and that explains the entire price

19   difference, it's okay so long as I can find another

20   example that corroborates my theory, as a scientist?

21           A.    I'm saying on the basis of the entirety

22   of evidence and analysis that I've done there, that

23   I -- I believe, it is my opinion that this is a

24   reliably conservative approach.

25           Q.    And now I'm asking you what the entirety

Keith Mallinson - August 13, 2021

193

1    of your evidence is.  Because you said you did not,

2    and rejected, the idea of doing a conjoint or

3    hedonic regression.

4              Is there anything else other than the

5    iPhone example that supports your conclusion that

6    none of these other feature differences had any

7    impact on the value difference you observed?

8         A.    My -- my analysis and understanding of

9    the marketplace and the utility that 4G LTE could

10   provide.

11             I mean, we talked about it earlier.  I

12   talked about Uber; I talked about navigation.  Now,

13   Uber and navigation are both using the capabilities

14   of the display.

15             Let's take navigation in particular.  So

16   you need -- to be able to use your devices,

17   navigation device, you need a good display on it.

18   But -- so that's one.

19             You get the utility by being able to do

20   that.  But if you have that high-definition, you

21   have that big display and, with the definition it's

22   got but you don't have the 4G LTE, you can't use the

23   application properly.  So you're not -- you're not

24   getting the incremental value from that display.

25             I mean, I give the example in my report

Keith Mallinson - August 13, 2021

276

```
1                 REPORTER'S CERTIFICATE

2             I, MAYLEEN AHMED, the undersigned, a

3    Certified Realtime Shorthand Reporter, and Notary

4    Public, do hereby certify:

5             That the witness, KEITH MALLINSON,

6    before examination was remotely duly sworn.

7             That the foregoing deposition was taken

8    remotely stenographically by me on August 13, 2021,

9    and thereafter was transcribed by me, and that the

10   deposition is a full, true, and complete transcript

11   of the deposition.

12            That, in accordance with FRCP 30(e)(1),

13   before completion of the proceedings, review of the

14   transcript was not requested and signature was not

15   reserved by the witness.

16            I further certify that I am not a

17   relative or employee of any attorney or counsel or

18   any party to this action, and that I am not

19   financially interested in the said action or the

20   outcome thereof.

21

22   _____

23   /s/   MAYLEEN AHMED, RMR, CRR, CRC
     Washington CCR No. 3402 - Exp 12/29/21
     Oregon CSR No: 17-0447 - Exp 12/31/23
24   Texas CSR No:  9428 - Exp 7/31/21
     California CSR No: 14380 - Exp 12/31/21
25   New York Notary Public
```