# EXHIBIT E

**In the Matter Of:**

*THOMAS vs*

*CRICKET WIRELESS*

*URSULA FREITAS*

*March 19, 2021*



```
                                                                        1
 1                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN FRANCISCO DIVISION

 3    --------------------------------X

 4    JERMAINE THOMAS, et al.,

 5            Plaintiffs,
                                          Case No.
 6    vs.                              3:19-cv-07270-WHA

 7    CRICKET WIRELESS, LLC,

 8            Defendant.

 9    --------------------------------X

10              REMOTE VIDEOTAPED DEPOSITION

11                         OF

12                   URSULA FREITAS

13              Friday, March 19, 2021

14

15

16

17

18

19

20

21

22

23

24
      Reported by:  Amy Larson, RPR
25    Job No. 2021-784319
```

2

1
2
3   Remote videotaped deposition of URSULA FREITAS,
4   pursuant to NOTICE, before Amy L. Larson, a
5   Registered Professional Reporter.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                                  3
 1   A P P E A R A N C E S:

 2       WAGSTAFF & CARTMELL, LLP
         4740 Grand Avenue
 3       Kansas City, Missouri  64112
         BY:  MELODY R. DICKSON, ESQ.
 4            ERIC D. BARTON, ESQ.

 5       MAYER BROWN, LLP
         Counsel for Defendant
 6       1221 Avenue of the Americas
         New York, New York  10020
 7       BY:  JARMAN RUSSELL, ESQ.
         BY:  ANJANIQUE WATT, ESQ.
 8

 9       ALSO PRESENT:  Betsy Gomez, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ursula Freitas - March 19, 2021

4

```
1    INDEX:

2    EXAMINATION BY:                                    PAGE

3    Mr. Russell......................................6

4    PREVIOUSLY-MARKED EXHIBITS:

5    Exhibit 49......................................42
     Confidential Class Action
6    Contingent Fee Agreement
     Bates PLTF00012083 - PLTF00012087
7
     EXHIBITS MARKED FOR IDENTIFICATION:
8
     Exhibit 134.....................................76
9    Second Amended Class Action Complaint
     No Bates
10
     Exhibit 135....................................170
11   Third Amended Class Action Complaint
     No Bates
12
     Exhibit 136....................................202
13   Expert Report - Keith Mallinson
     No Bates
14

15

16

17

18

19

20

21

22

23

24

25
```

5

1                P R O C E E D I N G S
08:54:12  2              THE VIDEOGRAPHER:  We are on the
08:54:13  3   record on March 19th, 2021, at approximately
08:54:20  4   8:54 a.m. Pacific Time for the remote
08:54:24  5   deposition of Ms. Ursula Freitas.
08:54:26  6              My name is Betsy Gomez, and I am the
08:54:28  7   videographer.
08:54:28  8              All present will the noted on the
08:54:30  9   stenographic record.
08:54:30 10              Will the court reporter please swear
08:54:33 11   in the witness.
         12              THE COURT REPORTER:  I just have a
         13   short read-on before I swear in the witness.
         14              Due to the COVID-19 pandemic, I will
         15   be reporting this proceeding remotely.  In
         16   lieu of an oath administered in person, the
         17   witness will verbally declare her testimony
         18   in this matter is under penalty of perjury.
         19              Do all parties stipulate to the
         20   validity of the remote swearing and that it
         21   will be admissible in the courtroom as if it
         22   had been taken following Rule 30 of the
         23   Federal Rules of Civil Procedures and the
         24   state's rules where this case is pending?
08:55:10 25              MR. RUSSELL:  Yes, Cricket

```
                                                              6
08:55:12  1     Wireless agrees to that stipulation.
08:55:14  2              MS. DICKSON:  Plaintiffs agree as
08:55:16  3     well.  Thank you.
08:55:23  4              THE WITNESS:  Yes.
          5              THE COURT REPORTER:  Ms. Freitas,
          6     do you affirm under the penalties of perjury
          7     the testimony you're about to give will be
          8     the truth?
08:55:30  9              THE WITNESS:  Yes.
08:55:30 10              THE COURT REPORTER:  Thank you.
08:55:30 11     You may begin.
         12
08:55:31 13                    EXAMINATION
08:55:31 14     BY MR. RUSSELL:
08:55:32 15     Q.  Good morning, Ms. Freitas.  How are you?
08:55:34 16     A.  I'm good.  Thank you.
08:55:36 17     Q.  Thank you for coming in today to answer some
08:55:38 18         questions.
08:55:40 19              I introduced myself off the record.
08:55:41 20     But just so it's clear, my name is
08:55:44 21     Jarman Russell.  I'm an attorney with
08:55:47 22     Mayor Brown, LLP, and I'm here representing
08:55:49 23     Cricket Wireless, LLC, today.  Okay?
08:55:54 24     A.  Okay.
08:55:55 25     Q.  Would you please state your full name for the
```

117

```
11:26:57  1    A.  It was a new phone, it was going to be better
11:27:00  2        service, it was, you know, something new.
11:27:11  3    Q.  How did you pay for it?
11:27:12  4    A.  Off the top of my head, I want to say I
11:27:18  5        probably -- during that time I probably paid
11:27:21  6        cash or had Steve pay cash, gave Steve the
11:27:24  7        cash to pay for it.
11:27:25  8    Q.  I see.  Okay.  You mentioned that -- I
11:27:37  9        believe, and correct me if I'm -- if I get
11:27:39 10        this wrong, that when you were in the store
11:27:42 11        you were told that you needed a 4G phone and
11:27:45 12        a 4G rate plan; is that right?
11:27:49 13    A.  Correct.
11:27:49 14    Q.  Okay.  What rate plan did you purchase?
11:27:52 15    A.  I believe it was the $60 unlimited.
11:27:59 16    Q.  Do you remember any other, like, words in the
11:28:08 17        name of it?
11:28:09 18    A.  It was an unlimited plan, but at the same
11:28:12 19        time I also applied for -- during the same
11:28:12 20        time I also applied for the Lifeline program.
11:28:15 21    Q.  Could you -- at that same visit?
11:28:20 22    A.  I don't know if it was the same visit, but it
11:28:22 23        was during the same time, sir.
11:28:24 24    Q.  I see.  Could you describe what that is for
11:28:27 25        me, please, the Lifeline program?
```

118

```
11:28:30   1    A.   The Lifeline program, from what I recall, is
11:28:33   2         if you are low income, then you qualify for a
11:28:38   3         discount on your phone.  Or not the phone.
11:28:43   4         I'm sorry, not the phone, but the phone plan.
11:28:45   5    Q.   I see.  Were you able to achieve a Lifeline
11:28:54   6         discount on your plan?
11:28:55   7    A.   Yes.
11:28:55   8    Q.   Okay.  Do you remember how much the discount
11:28:58   9         was?
11:28:59  10    A.   I don't remember exactly, but I want to say
11:29:07  11         around $10.
11:29:08  12    Q.   So about $10 every month?
11:29:10  13    A.   Correct.
11:29:14  14    Q.   And how was that -- how did you receive
11:29:16  15         the -- the discount?  Did you get $10 to give
11:29:21  16         to Cricket or did you just get charged less?
11:29:23  17    A.   I got charged less.
11:29:25  18    Q.   Okay.  And you never had to pay that money
11:29:38  19         back, right, the difference?
11:29:39  20    A.   No.
11:29:40  21    Q.   Is that program still ongoing today?
11:29:42  22    A.   I don't know.  Cricket doesn't have it, as
11:29:50  23         far as I'm aware.
11:29:51  24    Q.   Okay.  So you're not currently engaged in
11:29:53  25         that program anymore?
```

124

```
11:37:03  1        immediate vicinity of where you lived?
11:37:06  2     A. No.  I don't recall discussing that, no.
11:37:08  3     Q. Okay.  Did you -- did you do any research
11:37:14  4        into what coverage might be available if you
11:37:16  5        traveled somewhere else?
11:37:18  6     A. I -- I doubt it, because I wasn't traveling.
11:37:23  7     Q. Okay.  You didn't discuss, like, roaming or
11:37:38  8        anything like that while you were in the
11:37:40  9        store?
11:37:40 10     A. No.  Sir, I don't know, you know.  I really
11:37:43 11        don't know, you know.
11:37:46 12     Q. And I appreciate -- you know, I appreciate
11:37:48 13        you giving me your best recollection, and
11:37:51 14        that's all -- that's all I can ask,
11:37:54 15        Ms. Freitas.  I thank you very much for that.
11:37:59 16              So after -- once you were accepted
11:38:03 17        into the Lifeline program, your -- the bill
11:38:08 18        every month for your plan was $50; is that
11:38:17 19        right?
11:38:17 20     A. No, because I think I set up auto pay too.
11:38:20 21     Q. Okay.  How did that change how much you owed?
11:38:22 22     A. I think it was $5 off.
11:38:24 23     Q. I see.  How did the auto pay program work?
11:38:28 24     A. They take it directly out of your checking
11:38:30 25        account.
```

233

1              REPORTER'S CERTIFICATE

2           Be it known that I took the foregoing
3    remote videotaped deposition of Ursula Freitas, on
4    March 19, 2021;
5           That I was then and there a Registered
6    Professional Reporter and a Notary Public,
7    and that by virtue thereof, I was duly authorized
8    to administer an oath;
9           That the witness was by me first duly
10   sworn to testify to the truth, the whole truth and
11   nothing but the truth relative to said cause;
12          That the foregoing transcript is a true
13   and correct transcript of my stenographic notes in
14   said matter;
15          That the witness reserved the right to
16   read and sign the transcript;
17          That I am not related to any of the
18   parties hereto, nor interested in the outcome of
19   the action;
20          WITNESS MY HAND AND SEAL this 31st day of
21   March, 2021.

22                    *amy L. Larson*
23          _____
             Amy L. Larson, RPR
24           My Commission Expires 01/31/25

25