# EXHIBIT G

# In the Matter Of:

*JERMAINE THOMAS vs*

*CRICKET WIRELESS, LLC*

---

*JAMIE POSTPICHAL*

*October 15, 2020*

---



1

```
 1           UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3   ------------------------------X
     JERMAINE THOMAS, JERMINE MILLER,
 4   JAMIE POSTPICHAL, RONALD ELLISON,
     SARAH WATERS, KAMILAH RIDDICK,        Case No.
 5   FELICIA REDDICK, TIARA CROMWELL,
     LYSHA ENCARNACION, LANI HALE,         3:19-cv-07270
 6   MELIZZA WEAVER, ALFREDO SANCHEZ,
     and CLARISSA KELLY, on behalf of       (WHA)
 7   themselves and others similarly
     situated,
 8
                    Plaintiffs,
 9
             v.
10
     CRICKET WIRELESS, LLC,
11
                    Defendant.
12   ---------------------------X

13

14         REMOTE VIDEOTAPED DEPOSITION

15                    OF

16           JAMIE POSTPICHAL

17      Thursday, October 15, 2020

18

19

20

21

22

23   Reported by:
     ANNETTE ARLEQUIN, CCR, RPR, CRR, CLR
24   JOB NO. 92065

25
```

Jamie Postpichal - October 15, 2020

2

1

2

3

4                    October 15, 2020

5                    9:30 a.m. (CDT)

6

7        Videotaped deposition of JAMIE

8   POSTPICHAL, held remotely, pursuant to

9   Notice, before Annette Arlequin, a

10  Certified Court Reporter, a Registered

11  Professional Reporter, a Certified

12  Realtime Reporter, and a Realtime

13  Systems Administrator and a Notary

14  Public of the State of New York and New

15  Jersey.

16

17

18

19

20

21

22

23

24

25

Jamie Postpichal - October 15, 2020

3

```
 1   A P P E A R A N C E S:

 2

 3   WADDELL LAW FIRM LLC

 4   Attorneys for Plaintiffs

 5       2600 Grand Boulevard - Suite 580

 6       Kansas City, Missouri  64108

 7   BY: A. MR. WADDELL, ESQ.

 8       Scott@aswlawfirm.com

 9

10   BELL LAW, LLC

11   Attorneys for Plaintiffs

12       2600 Grand Boulevard - Suite 580

13       Kansas City, Missouri  64108

14   BY: BRYSON BELL, ESQ.

15       Bryce@BellLawKC.com

16

17   WAGSTAFF & CARTMELL, LLP

18   Attorneys for Plaintiffs

19       4740 Grand Avenue - Suite 300

20       Kansas City, Missouri  64112

21   BY: MELODY DICKSON, ESQ.

22       Mdickson@wcllp.com

23

24

25
```

4

1

2    A P P E A R A N C E S(Cont'd.):

3

4    MAYER BROWN LLP

5    Attorneys for Defendant Cricket Wireless, LLC

6        1221 Avenue of the Americas

7        New York, New York  10020-1001

8    BY: MATTHEW D. INGBER, ESQ.

9        Mingber@mayerbrown.com

10       JARMAN D. RUSSELL, ESQ.

11       Jrussell@mayerbrown.com

12       VICTORIA WHITNEY, ESQ.

13       Vwhitney@mayerbrown.com

14

15

16

17   ALSO PRESENT:

18         CAYLOB SUAREZ, Legal Video Specialist

19

20

21

22

23

24

25

5

1    IT IS HEREBY STIPULATED AND

2   AGREED by and between the attorneys for

3   the respective parties herein, that

4   filing and sealing be and the same are

5   hereby waived;

6    IT IS FURTHER STIPULATED AND

7   AGREED that all objections, except as

8   to the form of the question, shall be

9   reserved to the time of the trial;

10    IT IS FURTHER STIPULATED AND

11   AGREED that the within deposition may

12   be sworn to and signed before any

13   officer authorized to administer an

14   oath, with the same force and effect as

15   if signed and sworn to before the

16   Court.

17

18             - o0o -

19

20

21

22

23

24

25

Jamie Postpichal - October 15, 2020

6

```
 1              THE VIDEOGRAPHER:  We are on the

 2       record.  The time is 9:32 a.m. Central

 3       Time on October 15, 2020.  My name is

 4       Caylob Suarez, and I am the

 5       videographer.

 6              All appearances will be noted on

 7       the stenographic record.

 8              Will the court reporter swear the

 9       witness, Ms. Jamie Postpichal.

10              *        *        *

11   J A M I E   P O S T P I C H A L, called as

12        a witness, having been duly sworn by

13        a Notary Public, was examined and

14        testified as follows:

15              THE WITNESS:  I do.  Jamie

16       Postpichal.

17   EXAMINATION BY

18   MR. INGBER:

19       Q.   Thank you, Ms. Postpichal.

20              I introduced myself when we were

21   off the record.  My name is Matthew Ingber,

22   and I'm at the law firm of Mayer Brown, and

23   I represent the defendant in this case.

24   It's nice to meet you.

25              Can you just state for the record
```

Jamie Postpichal - October 15, 2020

75

1    time frame.

2          You were released from prison in

3    2011 and you previously had no phone,

4    correct?

5          A.    Correct.

6          Q.    When you were released from

7    federal prison, you purchased a phone from

8    Cricket?

9          A.    Yes.  I still have the same

10   number.

11         Q.    What is your phone number?

12         A.    816-612-2154.

13         Q.    And have you purchased any other

14   phone other than a Cricket phone at least

15   between the period 2011 and early 2014?

16         A.    I had never had anything but a

17   Cricket phone until we left Cricket after

18   they lied.  And we went and traded ours in

19   at T-Mobile -- I'm sorry, Verizon.

20         Q.    Okay.  And when do you recall

21   terminating or ending your relationship

22   with Cricket?

23         A.    I'm going to say it was probably

24   around June of 2014, if I remember right,

25   but I could be off.

Jamie Postpichal - October 15, 2020

230

1      Q.   Did you consider switching your

2  service your rate plan any time before June

3  of 2014?

4      A.   No.  We always paid that 55 or

5  $60 rate plan.

6      Q.   And why did you do that?

7      A.   Because we wanted -- what is it

8  called? -- unlimited data.

9      Q.   Did you consider trading in your

10 Samsung Galaxy phone for a Cricket phone

11 that would be compatible with AT&T's

12 network at any point in time?

13          MR. WADDELL:  Object to form.

14     A.   No.  Because I felt so ripped off

15 that I wanted to leave carriers.

16     Q.   So you ended up obtaining service

17 from a different carrier in June of 2014?

18     A.   Yes, sir.

19     Q.   And which carrier was that?

20     A.   Verizon.

21     Q.   Did you keep your Samsung Galaxy

22 phone?

23     A.   I believe we traded those in.

24     Q.   Do you remember what the -- what

25 was the trade-in value of your phone?

Jamie Postpichal - October 15, 2020

231

1              MR. WADDELL:   Object to form.

2         A.   I don't honestly.  I feel like I

3    skimmed through something that we looked on

4    here and it said something about $100, but

5    I didn't know it's that's relevant, but

6    then it kind of triggers the thought that

7    maybe we did get a 100 credit from them.

8    But it's been so long I don't remember.

9         Q.   What were you looking at that

10   triggered a possible recollection of $100

11   trade-in value?

12        A.   Some paper that you guys had up

13   and you were asking why it just got

14   submitted last night.  It had the columns

15   and it had my name as something here and

16   somebody's name as something over here.

17   And in that, it said something about $100

18   made the thought, triggered it that maybe

19   we did get a $100 credit on each one when

20   we turned them in, but I don't remember for

21   sure.  I didn't read that entire paragraph

22   when I saw that.  I just kind of glanced

23   over it.  So there is a very good chance we

24   might have gotta $100 credit, but I'm not

25   sure, though.

Jamie Postpichal - October 15, 2020

281

1            C E R T I F I C A T E

2

3  STATE OF NEW YORK        )

4                      : ss.

5  COUNTY OF WESTCHESTER    )

6

7          I, ANNETTE ARLEQUIN, a Notary

8       Public within and for the State of New

9       York, do hereby certify:

10          That JAMIE POSTPICHAL, whose

11       deposition is hereinbefore set forth,

12       was duly sworn by me, and that the

13       transcript of such depositions is a

14       true record of the testimony given by

15       such witness.

16          I further certify that I am not

17       related to any of the parties to this

18       action by blood or marriage; and that I

19       am in no way interested in the outcome

20       of this matter.

21          IN WITNESS WHEREOF, I have hereunto

22       set my hand this 26th day of October, 2020.

23       _____

24        ANNETTE ARLEQUIN, CCR, RPR, CRR, RSA

25