# EXHIBIT H



activate   top-up   send text   en español

coverage maps   find a store   email signup

search mycricket.com   go

## cricket

SHOP   LEARN ABOUT   COMMUNITY   SUPPORT   MY ACCOUNT

### $50 smart plan - cell phone plan

VIEW PLAN PRICING IN YOUR AREA   enter zip code   submit

#### $50 Smart Plan

**includes**

**unlimited voice**
- talk
- US long distance
- voicemail
- caller ID
- call waiting
- 3-way calling
- call forwarding

**unlimited messaging**
- text
- picture
- video

**unlimited data**
- mobile data (includes 1GB full-speed data)

**plus**
- free shipping
- no overages
- no catch

view all plans

$50 plan

order by phone 800-975-3708

Our $50 Smart Plan gives you the big features you expect with a smartphone but at a small price. For $50 per month you get unlimited talk, text, and data to use anytime from anywhere within Cricket's nationwide coverage area. You also get unlimited US long distance, voicemail, caller ID, call waiting, 3-way calling, and call forwarding.

**already have cricket?**
Log in for easy access and save time by managing your account online.

Login now:
Phone #   Password

register
forgot password?   sign in

Norton SECURED   McAfee SECURE TESTED 19-DEC
ABOUT SSL CERTIFICATES

#### Plan Features

| Voice | |
|---|---|
| Talk | Unlimited |
| US Long Distance | Unlimited |
| **Included Minutes** | |
| Anytime US Minutes | Unlimited |
| Night and Weekend US Minutes | Unlimited |
| US Mobile to Mobile Minutes | Unlimited |
| **Other Available Features** | |
| Handset Protection Program | Available Add-on |
| Unlimited International Long Distance | Available Add-on |
| Roaming | Available Add-on |
| Ringback Tones | Available Add-on |
| Cricket Navigator | Available Add-on |
| Unlimited Global Messaging | Available Add-on |
| Global Plus Bundle | Available Add-on |
| Mexico Local Number | Available Add-on |
| Global Local Number | Available Add-on |
| Caller ID Blocking | Available Add-on |
| Data Backup and 411 assistance Bundle | Available Add-on |
| Content Filtering | Available Add-on |
| Cricket Tethering | Available Add-on |
| Visual Voicemail | Available Add-on |
| Additional 1 GB Full-Speed Data | Available Add-on |
| **Contract Terms and Fees** | |
| Activation Fee | None |
| Carrier's Early Termination Fee | None |
| Contract Term | None |
| Security Deposit | None |
| **Wireless Network** | |
| Network Type | Digital Cellular |
| Technology | CDMA |

back to top

order by phone 800-975-3708

**Terms of Use** - **General Terms**   Prohibited Network Uses   Messaging   GPS/Location Based Services   Data   Off-Network Usage

**General Terms:** We reserve the right to cancel offers early or extend offers without notice. Offers may not be available everywhere or combinable with other promotions/options. Coverage is not available everywhere and varies by service - see mapping brochures or visit our official website (www.mycricket.com) for details. Our services may only work with our phones - not all services are available with all phones, on all networks or within all coverage areas. Monthly service charges are non-refundable even if service is terminated or modified before your billing cycle ends. International naming rates for voice and data services are additional and will vary. On calls that cross time periods, minutes are generally deducted or charged based on the call start time. Partial minutes of use are rounded up to the next whole minute.

**Nature of our Service:** Our rate plans, devices, services and features are not for resale and are intended for reasonable and non-continuous use by a person using a device on Cricket's networks.

Availability of features vary. All third-party products, services and/or trademarks are property of their respective owners and are not endorsements of Cricket services. Android™ is a trademark of Google, Inc. The Android Robot is reproduced or modified from work created and shared by Google for use according to terms described in the Creative Common 3.0 Attribution License. BlackBerry is a registered trademark of Research In Motion Limited and is registered and/or used in the U.S. and countries around the world. Samsung, Vitality and Chrono are all trademarks of Samsung Electronics America, Inc. and/or its related entities.

Rate plan contains a data usage level. Once you reach your usage level your speed will be reduced. See mycricket.com/fairuse for details. Coverage not available everywhere. We may limit or terminate your service without prior notice if you no longer reside and have a mailing address in a Cricket-owned network coverage area or if a majority of your voice and/or data usage is on a partner network during the previous month. Terms, conditions & other restrictions apply. © 2012 Cricket Communications, Inc. TM & © 2011 Apple Inc. All rights reserved.



Norton SECURED   McAfee SECURE TESTED 19-DEC
ABOUT SSL CERTIFICATES

**email signup**
enter email address   sign up
learn more

Home | Cell Phone Plans | Cell Phones | Muve Music | Mobile Broadband | Cell Phone Accessories | Mobile Downloads
My Account | Prepaid Plans | Community | Site Map | Privacy | Important Legal Links | Contact Us | Careers & Corporate Links

©2012 Cricket Communications, Inc.

PLTF00012368