# EXHIBIT I



# $50 smart lte plan - cell phone plan

## $50 Smart LTE Plan

**includes**

**unlimited voice**
- talk
- US long distance
- voicemail
- caller ID
- call waiting
- 3-way calling
- call forwarding

**unlimited messaging**
- text
- picture
- video

**unlimited data**
- mobile data (includes 1GB full-speed data)

**plus**
- free shipping
- no overages
- no catch

Take your wireless experience to the next level with our Smart LTE plan for just $50 a month. Browse, stream and download on the go with 1GB of full-speed 3G mobile data. Plus, you can enjoy even faster 4G LTE speeds when you travel to any Cricket 4G LTE coverage area. Get all the benefits of an unlimited smartphone plan with the latest feature-packed 4G LTE-capable phones. For just $50 a month, enjoy unlimited talk, text and data anytime, anywhere within Cricket's nationwide coverage area.

## Plan Features

| | |
|---|---|
| **Voice** | |
| Talk | Unlimited |
| US Long Distance | Unlimited |
| **Included Minutes** | |
| Anytime US Minutes | Unlimited |
| Night and Weekend US Minutes | Unlimited |
| US Mobile to Mobile Minutes | Unlimited |
| **Other Available Features** | |
| Handset Protection Program | Available Add-on |
| Unlimited International Long Distance | Available Add-on |
| Roaming | Available Add-on |
| Cricket Navigator | Available Add-on |
| Unlimited Global Messaging | Available Add-on |
| Global Plus Bundle | Available Add-on |
| Mexico Local Number | Available Add-on |
| Global Local Number | Available Add-on |
| Caller ID Blocking | Available Add-on |
| Data Backup and 411 assistance Bundle | Available Add-on |
| Content Filtering | Available Add-on |
| Cricket Tethering | Available Add-on |
| Visual Voicemail | Available Add-on |
| Additional 1 GB Full-Speed Data | Available Add-on |
| **Contract Terms and Fees** | |
| Activation Fee | None |
| Carrier's Early Termination Fee | None |
| Contract Term | None |
| Security Deposit | None |
| **Wireless Network** | |
| Network Type | Digital Cellular |
| Technology | 4G LTE/EVDO/CDMA |

**Terms of Use -** General Terms    Prohibited Network Uses    Messaging    GPS/Location Based Services    Data    Off-Network Usage

**General Terms:** We reserve the right to change offers early or extend offers without notice. Offers may not be available everywhere or in combination with other promotions/options. Coverage is not available everywhere and varies by service - see mapping brochures or visit our official website (www.mycricket.com) for details. Our services may only work with our phones - not all services are available with all phones, on all networks or within all coverage areas. Monthly service charges are non-refundable even if service is terminated or modified before your billing cycle ends. International roaming rates for voice and data services are additional and will vary. On calls that cross time periods, minutes are generally deducted or charged based on the call start time. Partial minutes of use are rounded up to the next whole minute.

**Nature of our Service:** Our rate plans, devices, services and features are not for resale and are intended for reasonable and non-continuous use by a person using a device on Cricket's networks.

Availability of features vary. All third-party products, services and/or trademarks are property of their respective owners and are not endorsements of Cricket services. Android™ is a trademark of Google, Inc. The Android Robot is reproduced from work created and shared by Google for use according to terms described in the Creative Common 3.0 Attribution License. BlackBerry is a registered trademark of Research In Motion Limited and is registered and/or used in the U.S. and countries around the world. Samsung, Vitality and Chrono are all trademarks of Samsung Electronics America, Inc. and/or its related entities.

Rate plan contains a data usage level. Once you reach your usage level your speed will be reduced. See mycricket.com/fairuse for details. Coverage not available everywhere. We may limit or terminate your service without prior notice if you no longer reside and have a mailing address in a Cricket-owned network coverage area or if a majority of your voice and/or data usage is on a partner network during the previous month. Terms, conditions & other restrictions apply. © 2012 Cricket Communications, Inc. TM & © 2011 Apple Inc. All rights reserved.

©2012 Cricket Communications, Inc.

PLTF00012480