# EXHIBIT J



# $50 smart plan - cell phone plan

**VIEW PLAN PRICING IN YOUR AREA** — enter zip code — submit

## $50 Smart Plan

**includes**

**unlimited voice**
- talk
- US long distance
- caller ID
- call waiting
- 3-way calling
- call forwarding

**unlimited messaging**
- text
- picture
- video
- international text
- international picture
- international video

**unlimited data**
- 2.5GB Full-Speed Data Allowance

**available on supported devices**
- song downloads
- ringback tones
- ringtones
- visual voicemail
- 4G LTE
- mobile hotspot

**plus**
- free shipping
- no overages
- no catch

order by phone 800-975-3708

With our $50 Smart Plan you get all the benefits of an unlimited smartphone plan coupled with unlimited music downloads on your Muve Music enabled phone. Plus, enjoy unlimited talk, text, and data to use anytime from anywhere within Cricket's nationwide coverage area. You also get unlimited US long distance, voicemail, caller ID, call waiting, 3-way calling, and call forwarding.

### Plan Features

| | | |
|---|---|---|
| **Voice** | | |
| Talk | Unlimited | |
| US Long Distance | Unlimited | |
| **Included Minutes** | | |
| Anytime US Minutes | Unlimited | |
| Night and Weekend US Minutes | Unlimited | |
| US Mobile to Mobile Minutes | Unlimited | |
| **Other Available Features** | | |
| Handset Protection Program | Available Add-on | |
| Unlimited International Long Distance | Available Add-on | |
| Unlimited International Long Distance Plus | Available Add-on | |
| Roaming | Available Add-on | |
| Cricket Navigator | Available Add-on | |
| Unlimited Global Messaging | Available Add-on | |
| Global Plus Bundle | Available Add-on | |
| Mexico Local Number | Available Add-on | |
| Global Local Number | Available Add-on | |
| Caller ID Blocking | Available Add-on | |
| MyBackup and 411 Package | Available Add-on | |
| Content Filtering | Available Add-on | |
| Additional 1 GB Full-Speed Data | Available Add-on | |
| MyBackup | Available Add-on | |
| **Contract Terms and Fees** | | |
| Activation Fee | $15.00 | |
| Carrier's Early Termination Fee | None | |
| Contract Term | None | |
| Security Deposit | None | |
| **Wireless Network** | | |
| Network Type | Digital Cellular | |
| Technology | CDMA | |

back to top

order by phone 800-975-3708

**Terms of Use** – **General Terms**   Prohibited Network Uses   Messaging   GPS/Location Based Services   Data   Off-Network Usage

**General Terms:** We reserve the right to cancel offers and withdraw offers without notice. Offers may not be available everywhere or combinable with other promotions/options. Coverage is not available everywhere and varies by service - see mapping brochures or visit our official website (www.mycricket.com) for details. Our services may only work with our phones – not all services are available with all phones, on all networks or within all coverage areas. Monthly service charges are non-refundable even if service is terminated or modified before your billing cycle ends. International roaming rates for voice and data services are additional and will vary. On calls that cross time periods, minutes are generally deducted or charged based on the call start time. Partial minutes of use are rounded up to the next whole minute.

**Nature of our Service:** Our rate plans, devices, services and features are not for resale and are intended for reasonable and non-continuous use by a person using a device on Cricket's networks.

Availability of features vary. All third-party products, services and/or trademarks are property of their respective owners and are not endorsements of Cricket services. Android™ is a trademark of Google, Inc. The Android Robot is reproduced or modified from work created and shared by Google for use according to terms in the Creative Common 3.0 Attribution License. BlackBerry is a registered trademark of Research In Motion Limited and is registered and/or used in the U.S. and countries around the world. Samsung, Vitality and Chrono are all trademarks of Samsung Electronics America, Inc. and/or its related entities.

Rate plans contain a full speed data allowance. Once you reach your full speed data allowance your speeds will be reduced. See mycricket.com/fairuse for details. Terms, conditions and other restrictions apply. We may limit or terminate your service without prior notice for excessive use of partner network or if you no longer have a valid address in a Cricket owned network area. Excludes sales tax. Terms, conditions & other restrictions apply. © 2012 Cricket Communications, Inc. TM & © 2012 Apple Inc. All rights reserved.

©2013 Cricket Communications, Inc.

PLTF00012431