UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| URSULA FREITAS, *on behalf of herself and others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CRICKET WIRELESS, LLC,<br><br>*Defendant*. | Case No. 3:19-cv-07270-WHA<br><br>Hon. William H. Alsup<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO EXCLUDE REPORTS AND OPINIONS OR PLAINTIFFS' EXPERTS KEITH MALLINSON AND STEVE BROWNE AND MOTION FOR SUMMARY JUDGMENT** |

Having considered the Stipulation to Extend Briefing Schedule on Plaintiffs' Motion to Amend ("Stipulation"), the declaration and proposed order, and good cause being found, the Court hereby GRANTS the Stipulation to Extend Briefing Schedule on Defendants' Motion to Exclude Reports and Opinions of Plaintiffs' Experts Keith Mallinson and Steve Browne (Dkt. 469) and Motion for Summary Judgment (Dkt. 471).

IT IS ORDERED that the remaining briefing schedule on Defendants' Motion to Exclude Reports and Opinions of Plaintiffs' Experts Keith Mallinson and Steve Browne (Dkt. 469) and Motion for Summary Judgment (Dkt. 471) is extended as follows.

a. Plaintiffs' oppositions are due March 13, 2023.

b. Defendants' replies are due March 28, 2023.

IT IS SO ORDERED

Dated: _____, 2023.

_____
WILLIAM ALSUP
SENIOR UNITED STATES DISTRICT JUDGE