Tyler W. Hudson (*pro hac vice*)
Eric D. Barton (*pro hac vice*)
Melody R. Dickson (*pro hac vice*)
Austin Brane (State Bar No. 286227)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
thudson@wcllp.com
ebarton @wcllp.com
mdickson@wcllp.com
abrane@wcllp.com

Matthew W.H. Wessler (*pro hac vice*)
Jonathan E. Taylor (*pro hac vice*)
**GUPTA WESSLER PLLC**
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
matt@guptawessler.com
jon@guptawessler.com

Jennifer Bennett (State Bar No. 296726)
Neil K. Sawhney (State Bar No. 300130)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com
neil@guptawessler.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMIE POSTPICHAL and URSULA FREITAS, *on behalf of themselves and others similarly situated,*<br><br>    *Plaintiffs,*<br>v.<br><br><br>CRICKET WIRELESS, LLC,<br><br>    *Defendant.* | Case No. 3:19-cv-07270-WHA<br><br>Hon. William H. Alsup<br><br>**DECLARATION OF MELODY DICKSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO EXCLUDE REPORTS AND OPINIONS OF PLAINTIFFS' EXPERTS** |

I, Melody Dickson, respectfully submit this declaration and declare as follows:

1. I am a partner in the law firm of Wagstaff & Cartmell LLP and am counsel for Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge.

2. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Exclude Reports and Opinions of Plaintiffs' Experts Keith Mallinson and Steve Browne.

4. A true and correct copy of Keith Mallinson's Class Certification Report is attached hereto as Exhibit B. Mr. Mallinson's Merits Report (Dkt. 470-1) incorporates by reference his Class Certification Report.

5. A true and correct copy of Keith Mallinson's Rebuttal Report is attached hereto as Exhibit C.

6. A true and correct copy of Steve Browne's Class Certification Report is attached hereto as Exhibit D. Mr. Browne's Merits Report incorporates by reference his Class Certification Report.

7. A true and correct copy of CRICKET01553152 is attached hereto as Exhibit E. This purports to be a page extracted from Nielsen Consumer Survey from 2012.

8. A true and correct copy of CRICKET01562350 is attached hereto as Exhibit F. This purports to be a J.D. Power McGraw Hill Financial Press Release from August 15, 2013.

9. I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of March, 2023, in Kansas City, Missouri.

/s/ *Melody Dickson*
Melody Dickson