# Exhibit E

# Willingness to Pay Price Premium for 4G Devices



**Willingness to Pay a Price Premium for 4G Device Over Identical 3G Device**
Smartphone* (n=1002)  Tablet* (n=698)  Data Card/USB Modem* (n=87)  Mobile Hotspot* (n=104)

| | Smartphone | Tablet | Data Card/USB Modem | Mobile Hotspot |
|---|---|---|---|---|
| I am not willing to pay more | 31% | 32% | 23% | 16% |
| More than $200 | 6% | 12% | 8% | 8% |
| $200 | 11% | 9% | 11% | 19% |
| $150 | 6% | 7% | 6% | 17% |
| $100 | 11% | 9% | 9% | — |
| $50 | 18% | 14% | 22% | 24% |
| $25 | 17% | 18% | 20% | 16% |

CQ46: How much more are you willing to pay for each of the following 4G enabled devices over an identical device with 3G connectivity?
* Respondent answered 6-10 at CQ45



Copyright © 2012 The Nielsen Company. Confidential and proprietary.

70

CRICKET01553152