UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE POSTPICHAL and URSULA FREITAS,<br><br>  Plaintiffs,<br><br>  v.<br><br>CRICKET WIRELESS, LLC,<br><br>  Defendant. | No. C 19-07270 WHA<br><br>**FINAL JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 4, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE